# United States District Court

**E-FILING**

NORTHERN DISTRICT OF CALIFORNIA

**ADR**

United States Small Business Administration in its capacity as Receiver for Aspen Ventures III, L.P.

v.

Redleaf Group, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C07 05350 JW PVT**

TO: (Name and address of defendant)

Redleaf Group, Inc.
100 First Avenue, Suite 920
Pittsburgh, PA 15222

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregory C. Nuti
Schnader Harrison Segal & Lewis, LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE **OCT 1 9 2007**

Tiffany Salinas-Harwell
(BY) DEPUTY CLERK