# United States District Court
**E-FILING**
NORTHERN DISTRICT OF CALIFORNIA

**ADR**

United States Small Business Administration in its capacity as Receiver for Aspen Ventures III, L.P.

v.

Redleaf Group, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07  05350  JW  PVT

TO: (Name and address of defendant)

Redleaf Group, Inc.
100 First Avenue, Suite 920
Pittsburgh, PA 15222

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregory C. Nuti
Schnader Harrison Segal & Lewis, LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE OCT 1 9 2007

Tiffany Salinas-Harwell
(BY) DEPUTY CLERK

# CERTIFICATE OF SERVICE BY MAIL

I declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of Schnader Harrison Segal & Lewis LLP, and my business address is One Montgomery Street, Suite 2200 San Francisco, California 94104.

I served the following document:

**SUMMONS IN A CIVIL CASE**

**CIVIL COVER SHEET**

**CASE SCHEDULE-ADR MUTI-OPTION PROGRAM**

**WELCOME TO THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CA, CLERK'S OFFICE, SAN JOSE DIVISION**

**COMPLAINT**

I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Postal Service on, November 6, 2007, following the ordinary business practice; addressed as follows:

**Attorney for Defendant**

Martin D. Teckler, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, NW
Washington, D.C. 20006

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on November 6, 2007, San Francisco, California.

/s/ Yolanda Johnson
Yolanda Johnson