Gregory C. Nuti (Bar No. 151754)
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785
E-mail: gnuti@schnader.com

Beverley Hazlewood Lewis
Trial Attorney, Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W., Suite 7200
Washington, D.C. 20416
Telephone (202) 619-1605
Facsimile (202) 481- 0468

Attorneys for Plaintiff,
United States Small Business Administration in its capacity
as Receiver for Aspen Ventures III, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States Small Business Administration in its capacity as Receiver for Aspen Ventures III, L.P.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Redleaf Group, Inc.,<br><br>　　　　Defendant. | Case No.: C07-05350 JW<br><br>**CERTIFICATE OF SERVICE RE COMPLAINT AND OTHER RELATED DOCUMENTS** |

**CERTIFICATE OF SERVICE BY MAIL**

I declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of Schnader Harrison Segal & Lewis LLP, and my business address is One Montgomery Street, Suite 2200 San Francisco, California 94104.

I served the following document:

**SUMMONS IN A CIVIL CASE**

**CIVIL COVER SHEET**

**CASE SCHEDULE-ADR MUTI-OPTION PROGRAM**

**WELCOME TO THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CA, CLERK'S OFFICE, SAN JOSE DIVISION**

**COMPLAINT**

I enclosed a true and correct copy of said document in an envelope and placed it for collection with Federal Express on, November 6, 2007, following the ordinary business practice; addressed as follows:

**Attorney for Defendant**

Martin D. Teckler, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, NW
Washington, D.C. 20006

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on November 6, 2007, San Francisco, California.

        /s/ Yolanda Johnson
        Yolanda Johnson