Matthew G. Ball (SBN 208881)
matthew.ball@klgates.com
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Martin D. Teckler (*pro hac vice* application pending)
martin.teckler@klgates.com
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
1601 K Street, NW
Washington, DC, 20006-1600
Telephone: (202) 778-9000
Facsimile: (202) 778- 9100

Attorneys for Defendant
Redleaf Group, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures III,<br><br>Plaintiffs,<br><br>v.<br><br>REDLEAF GROUP, INC.,<br><br>Defendants. | Case No. C-07-05350 JW PVT<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

**TO THE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE AND NOTICE IS HEREBY GIVEN that Kirkpatrick & Lockhart Preston Gates Ellis LLP, by and through its attorneys, Matthew G. Ball and Martin D. Teckler, will be appearing as counsel of record for Defendant Redleaf Group, Inc. (hereafter "Defendant") in the above-captioned matter.

Please direct any and all pleadings and correspondence regarding this action and the above-referenced defendant to:

Matthew G. Ball (SBN 208881)
matthew.ball@klgates.com
**KIRKPATRICK & LOCKHART**
**PRESTON GATES ELLIS LLP**
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Martin D. Teckler (*pro hac vice* application pending)
martin.teckler@klgates.com
**KIRKPATRICK & LOCKHART**
**PRESTON GATES ELLIS LLP**
1601 K Street, NW
Washington, DC 20006-1600
Telephone: (202) 778-9000
Facsimile: (202) 778-9100

Dated: November 16, 2007

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By:  /s/
Matthew G. Ball

Attorney for Defendant
Redleaf Group, Inc.

NOTICE OF APPEARANCE OF COUNSEL
CASE NO. C 07-05350 JW PVT