Matthew G. Ball (SBN 208881)
matthew.ball@klgates.com
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Martin D. Teckler (*pro hac vice* application pending)
martin.teckler@klgates.com
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
1601 K Street, NW
Washington, DC, 20006-1600
Telephone: (202) 778-9000
Facsimile: (202) 778- 9100

Attorneys for Defendant
Redleaf Group, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures III,<br><br>Plaintiffs,<br><br>v.<br><br>REDLEAF GROUP, INC.,<br><br>Defendants. | Case No. C-07-05350 JW PVT<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>**(Civ. L.R. 6-1(a))** |

Plaintiff, the United States State Small Business Administration ("SBA") in its capacity as Receiver for Aspen ventures III, L.P. (hereafter "Plaintiff") and Defendant Redleaf Group, Inc. ("Defendant"), by and through their attorneys of record, hereby stipulate and agree pursuant to Civil Local Rule 6-1(a) that Defendant shall have up to and including December 17, 2007, to answer or otherwise respond to the Complaint.

1 | Dated:  November 16, 2007

SCHNADER HARRISON SEGAL & LEWIS LLP

By:   /s/Gregory C. Nuti
Gregory C. Nuti

Attorney for Plaintiff
United States Small Business Administration in is Capacity as Receiver for Aspen Ventures III

Dated:  November 19, 2007

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By:   /s/ Matthew G. Ball
Matthew G. Ball

Attorney for Defendant
Redleaf Group, Inc.

**IT IS SO ORDERED:**

Defendant's time to repsond to complaint is extended to December 17, 2007.

Date: November 29, 2007

_____
United States District Judge