Matthew G. Ball (SBN 208881)
matthew.ball@klgates.com
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Martin D. Teckler (*pro hac vice* application pending)
martin.teckler@klgates.com
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
1601 K Street, NW
Washington, DC, 20006-1600
Telephone: (202) 778-9000
Facsimile: (202) 778-9100

Attorneys for Defendant
Redleaf Group, Inc.

RECEIVED
2007 DEC 17 PM 3:57
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

FILED
DEC 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures III,<br><br>Plaintiffs,<br><br>v.<br><br>REDLEAF GROUP, INC.,<br><br>Defendants. | Case No. C-07-05350 JW PVT<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF MARTIN D. TECKLER *PRO HAC VICE* |

Martin D. Teckler, an active member in good standing of the bar of the District of Columbia and an active member of the bars of the United States District Court for the District of Columbia and the United States Court of Appeals for the District of Columbia, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Redleaf Group, Inc. in the above-entitled action.

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2  conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro*
3  *hac vice*. Service of papers upon and communication with co-counsel designated in the application
4  will constitute notice to the party. All future filings in this action are subject to the requirements
5  contained in General Order No. 45, *Electronic Case Filing*.

7  Dated: Dec. 19, 2007    By: /s/ James Ware

8  HON. ~~MAGISTRATE~~ District JUDGE

2

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF MARTIN D. TECKLER
*PRO HAC VICE* CASE NO. C 07-05350 JW PVT