AO 441 (Rev. 5/85) Third Party Summons In a Civil Action

# United States District Court

__Northern__   DISTRICT OF __California__

RECEIVED
2007 DEC 20 PM 3:06
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

PLAINTIFF
UNITED STATES SMALL BUSINESS
ADMINISTRATION in its capacity as
Receiver for Aspen Ventures III,
V. DEFENDANT AND THIRD PARTY PLAINTIFF
REDLEAF GROUP, INC.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

CASE NUMBER  C 07-05350 JW PVT

V. THIRD PARTY DEFENDANT
ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10

To: (Name and Address of Third Party Defendant)
Alexander P. Cilento
1198 Jefferson Way, Laguna Beach, California 92651-3023
Tel: 949.494.2707

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court and serve upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Gregory C. Nuti<br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>One Montgomery Street, Suite 2200<br>San Francisco, California 94104<br>Tel: 415.364.6700 Fax: 415.364.6785 | Matthew G. Ball<br>K&L GATES LLP<br>55 Second Street, Suite 1700<br>San Francisco, California 94105<br>Tel: 415.882-8200 Fax: 415.882.8220 |

an answer to the third-party complaint which is herewith served upon you within __20__ days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, unless (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

RICHARD W. WIEKING                           DEC 2 0 2007

CLERK                                         DATE
_Tiffany Salinas-Harwell_
(BY) DEPUTY CLERK

AO-441