STEPHEN E. TAYLOR (SBN 58452)
JESSICA L. GRANT (SBN 178138)
NICHOLAS G. CAMPINS (SBN 238022)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jgrant@tcolaw.com
E-mail: ncampins@tcolaw.com

Attorneys for Third-Party Defendants
ALEXANDER P. CILENTO and
DAVID CROCKETT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures, III,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>REDLEAF GROUP, INC.,<br><br>　　　　Defendant and Third-Party Plaintiff,<br><br>v.<br><br>ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10,<br><br>　　　　Third-Party Defendants. | Case No. C-07-05350 JW (PVT)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THIRD-PARTY COMPLAINT (Civ. L.R. 6-1(a))** |

TAYLOR & CO.
LAW OFFICES, LLP

STIPULATION TO EXTEND TIME FOR THIRD-PARTY DEFENDANTS TO RESPOND TO
THIRD-PARTY COMPLAINT: CASE NO. C-07-05350 JW (PVT)

Defendant and Third-Party Plaintiff Redleaf Group, Inc. ("Redleaf") and Third-Party Defendants Alexander P. Cilento and David Crockett ("Third-Party Defendants"), by and through their attorneys of record, hereby stipulate and agree pursuant to Civil Local Rule 6-1(a) that Third-Party Defendants shall have up to and including February 18, 2008, to answer or otherwise respond to the Third-Party Complaint filed by Redleaf in this action on December 17, 2007.

Dated: January 14, 2008    TAYLOR & COMPANY LAW OFFICES, LLP

By:    /s/ Stephen E. Taylor
       Stephen E. Taylor

Attorneys for Third-Party Defendants
ALEXANDER P. CILENTO and DAVID CROCKETT

Dated: January 14, 2008    KIRKPATRICK & LOCKHART PRESTON
                           GATES ELLIS LLP

By:    /s/ Matthew G. Ball
       Matthew G. Ball

Attorneys for Defendant and Third-Party Plaintiff
REDLEAF GROUP, INC.