AO 441 (Rev. 5/85) Third Party Summons In a Civil Action

# United States District Court

__Northern__ DISTRICT OF __California__

PLAINTIFF
UNITED STATES SMALL BUSINESS
ADMINISTRATION in its capacity as
Receiver for Aspen Ventures III,
V. DEFENDANT AND THIRD PARTY PLAINTIFF
REDLEAF GROUP, INC.

THIRD PARTY SUMMONS IN A
CIVIL ACTION

CASE NUMBER C 07-05350 JW PVT

V. THIRD PARTY DEFENDANT
ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited Liability Company,
ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10

To: (Name and Address of Third Party Defendant)
David Crockett
10898 Mora Drive, Los Altos, California 94024
Tel: 650.941.1261

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court and serve upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Gregory C. Nuti<br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>One Montgomery Street, Suite 2200<br>San Francisco, California 94104<br>Tel: 415.364.6700 Fax: 415.364.6785 | Matthew G. Ball<br>K&L GATES LLP<br>55 Second Street, Suite 1700<br>San Francisco, California 94105<br>Tel: 415.882-8200 Fax: 415.882.8220 |

an answer to the third-party complaint which is herewith served upon you within __20__ days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, unless (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

RICHARD W. WIEKING
CLERK _[signature]_

DATE  DEC 2 0 2007

_Tiffany Salinas-Harwell_
(BY) DEPUTY CLERK

AO-441

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY
MATTHEW G. BALL (SBN 208881)
KIRKPATRICK & LOCKHART PRESTON GATES
ELLIS LLP
55 Second Street #1700
San Francisco, CA 94105
Telephone: (415) 882-8200

ATTORNEY(S) FOR: Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION etc., et al.<br>Plaintiff,<br>v.<br>REDLEAF GROUP, INC.<br>Defendant. | C-07-05350 JW PVT<br><br>DECLARATION OF SERVICE |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

THIRD PARTY SUMMONS IN A CIVIL ACTION; DEFENDANT REDLEAF GROUP, INC.'S THIRD-PARTY COMPLAINT JURY TRIAL DEMANDED

in the within action by personally delivering true copies thereof to the person served as follows:

Served           : DAVID CROCKETT

By serving       : David Crockett, Personally

Address          : (Home)
                   10898 Mora Drive
                   Los Altos, CA 94024

Date of Service  : January 5, 2008

Time of Service  : 5:46 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: January 8, 2008

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered Santa Clara
Number 570

228452

signature: _____
           MICHAEL MATTHEWS