WILLIAM H. ORRICK, III (State Bar No. 113252)
COURTNEY SHAW HUIZAR (State Bar No. 230324)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:    ef-who@cpdb.com,
          ef-csh@cpdb.com

Attorneys for Third Party Defendants ASPEN VENTURES MANAGEMENT III, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures, III,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>REDLEAF GROUP, INC.,<br><br>　　　　Defendant and Third Party Plaintiff. | Case No. C-07-05350 JW (PVT)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THIRD-PARTY COMPLAINT (Civ. L.R. 601-(a))** |
| v.<br><br>ASPEN VENTURES MANAGEMENT III, LLC, a DELAWARE Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and Does 1-10,<br><br>　　　　Third Party Defendants. | |

　　　　Defendant and Third-Party Plaintiff Redleaf Group, Inc. ("Redleaf") and Third Party Defendant Aspen Ventures Management III, LLC ("Third Party Defendant"), by and through

their attorneys of record, hereby stipulate and agree pursuant to Civil Local Rule 6-1(a) that Third-Party Defendant shall have up to and including February 18, 2008, to answer or otherwise respond to the Third-Party Complaint filed by Redleaf in this action on December 17, 2007.

DATED: January _, 2008            COBLENTZ, PATCH, DUFFY & BASS LLP

By:  /s/ William H. Orrick, III
William H. Orrick, III
Attorneys for Third Party Defendant ASPEN VENTURES MANAGEMENT III, LLC

DATED: January __, 2008            KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By:  /s/ Matthew G. Ball
Matthew G. Ball
Attorneys for Defendant and Third-Party Plaintiff REDLEAF GROUP, INC.