WILLIAM H. ORRICK, III (State Bar No. 113252)
COURTNEY SHAW HUIZAR (State Bar No. 230324)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-who@cpdb.com,
         ef-csh@cpdb.com

Attorneys for Third Party Defendants ASPEN VENTURES MANAGEMENT III, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures, III, <br><br> Plaintiffs, <br><br> v. <br><br> REDLEAF GROUP, INC., <br><br> Defendant and Third Party Plaintiff. | Case No. C-07-05350 JW (PVT) <br><br> **PROOF OF SERVICE** |
| v. <br><br> ASPEN VENTURES MANAGEMENT III, LLC, a DELAWARE Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and Does 1-10, <br><br> Third Party Defendants. | |

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is One Ferry Building, Suite 200, San Francisco, California 94111-4213.

---

10187.004.787600v1        1        Case No. C-07-05350 JW (PVT)

**PROOF OF SERVICE**

On January 25, 2008, I served true copies of the following document(s) described as

**STIPULATION TO EXTEND TIME TO RESPOND TO THIRD-PARTY COMPLAINT (Civ. L.R. 601-(a))**

on the interested parties in this action as follows:

Martin D. Teckler
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, NW
Washington, DC 20006-1600
Telephone: (202) 778-9000
Fax: (202) 778-9100
Martin.teckler@klgates.com

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Coblentz, Patch, Duffy & Bass LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address afs@cpdb.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 25, 2008, at San Francisco, California.

/s/ Ani Siegel
Ani Siegel

10187.004.787600v1                                              2                      Case No. C-07-05350 JW (PVT)

**PROOF OF SERVICE**