Matthew G. Ball (SBN: 208881)
KIRKPATRICK & LOCKHART PRESTON GATES
ELLIS LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Tel: 415-882-8200
Fax: 415-882-8220
Attorney for Defendant

ORIGINAL
FILED

07 DEC 27 PM 2: 09

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| United States Small Business Administration   Plaintiff(s) | C-07-05350 JW PVT |
| v. | **PROOF OF SERVICE** |
| Redleaf Group, Inc.   Defendant(s) | **SUMMONS AND COMPLAINT** (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:

   a. ☐ summons   ☐ complaint   ☐ alias summons   ☐ first amended complaint
   ☐ second amended complaint
   ☐ third amended complaint

   ☒ other *(specify)*: Third Party Summons in a Civil Action; Third Party Complaint

2. Person served:

   a. ☒ Defendant *(name)*: Alexander P. Cilento, a California resident   **BY FAX**

   b. ☐ Other *(specify name and title or relationship to the party/business named)*:

   c. ☒ Address where papers were served: 1198 Jefferson Way, Laguna Beach, CA 92651

3. Manner of Service in compliance with *(the appropriate box must be checked)*:

   a. ☐ Federal Rules of Civil Procedure

   b. ☒ California Code of Civil Procedure

4. I served the person named in Item 2:

   a. ☒ By Personal service. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☒ Papers were served on *(date)*: December 26, 2007 at *(time)*: 4:35 pm

   b. ☐ By Substituted service. By leaving copies:

      1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☐ (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☐ Papers were served on *(date)*: _____ at *(time)*: _____

      4. ☐ by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. ☐ papers were mailed on (date): _____

      6. ☐ due diligence. I made at least three (3) attempts to personally serve the defendant.

---