WILLIAM H. ORRICK, III (State Bar No. 113252)
COURTNEY SHAW HUIZAR (State Bar No. 230324)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-who@cpdb.com,
ef-csh@cpdb.com

Attorneys for Third Party Defendants ASPEN VENTURES MANAGEMENT III, LLC



GRANTED

Judge James Ware

1/29/2008

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures, III,<br><br>    Plaintiffs,<br><br>    v.<br><br>REDLEAF GROUP, INC.,<br><br>    Defendant and Third Party Plaintiff.<br><br>v.<br><br>ASPEN VENTURES MANAGEMENT III, LLC, a DELAWARE Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and Does 1-10,<br><br>    Third Party Defendants. | Case No. C-07-05350 JW (PVT)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THIRD-PARTY COMPLAINT (Civ. L.R. 601-(a))** |

Defendant and Third-Party Plaintiff Redleaf Group, Inc. ("Redleaf") and Third Party

Defendant Aspen Ventures Management III, LLC ("Third Party Defendant"), by and through

---

10187.004.787053v2

1

Case No. C-07-05350 JW (PVT)

**STIPULATION TO EXTEND TIME TO RESPOND TO THIRD-PARTY COMPLAINT (Civ. L.R. 601-(a))**

their attorneys of record, hereby stipulate and agree pursuant to Civil Local Rule 6-1(a) that Third-Party Defendant shall have up to and including February 18, 2008, to answer or otherwise respond to the Third-Party Complaint filed by Redleaf in this action on December 17, 2007.

DATED: January _, 2008   COBLENTZ, PATCH, DUFFY & BASS LLP

By:     /s/ William H. Orrick, III
William H. Orrick, III
Attorneys for Third Party Defendant ASPEN VENTURES MANAGEMENT III, LLC

DATED: January __, 2008   KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By:     /s/ Matthew G. Ball
Matthew G. Ball
Attorneys for Defendant and Third-Party Plaintiff REDLEAF GROUP, INC.