STEPHEN E. TAYLOR (SBN 58452)
JESSICA L. GRANT (SBN 178138)
NICHOLAS G. CAMPINS (SBN 238022)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jgrant@tcolaw.com
E-mail: ncampins@tcolaw.com

Attorneys for Third-Party Defendants
ALEXANDER P. CILENTO and
DAVID CROCKETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures, III,<br><br>    Plaintiffs,<br><br>v.<br><br>REDLEAF GROUP, INC.,<br><br>    Defendant and Third-Party Plaintiff,<br><br>v.<br><br>ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10,<br><br>    Third-Party Defendants. | Case No. C-07-05350 JW (PVT)<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME TO RESPOND TO THIRD-PARTY COMPLAINT (CIV. L. R. 6-2) AND [PROPOSED] ORDER** |

TAYLOR & CO.
LAW OFFICES, LLP

Defendant and Third-Party Plaintiff Redleaf Group, Inc. ("Redleaf") and Third-Party Defendants Alexander P. Cilento, David Crockett and Aspen Ventures Management III, LLC (collectively "Third-Party Defendants"), by and through their attorneys of record, hereby stipulate and agree and request an Order from this Court pursuant to Civil Local Rule 6-2, extending time with respect to the date by which all of the Third-Party Defendants must respond to Redleaf's Third-Party Complaint ("Complaint"):

## RECITALS

WHEREAS, Redleaf filed its Complaint in this action against all Third-Party Defendants, and subsequently served the Third-Party Defendants with that pleading on December 26, 2007, and January 5, 2008;

WHEREAS, on January 14, 2008, Redleaf and Third-Party Defendants Alexander P. Cilento and David Crockett filed a stipulation to extend the date for Alexander P. Cilento's and David Crockett's response to the Complaint to and including February 18, 2008;

WHEREAS, on January 22, 2008, Redleaf and Third-Party Defendant Aspen Ventures Management III, LLC filed a stipulation to extend the date for Aspen Ventures Management III, LLC's response to the Complaint to and including February 18, 2008;

WHEREAS, in an effort to avoid unnecessary motion practice, Redleaf and Third-Party Defendants have been engaged in a dialogue regarding the legal sufficiency of the Complaint;

WHEREAS, Redleaf and Third-Party Defendants have been unable to agree on the sufficiency of the Complaint;

WHEREAS, Redleaf and the Third-Party Defendants have now agreed that all of the Third-Party Defendants may have a further and second extension of time to respond to the Complaint in this action, to and including February 26, 2008; and

WHEREAS, the requested time modification will not effect the current schedule for the case that has been set by the Court;

///

///

TAYLOR & CO.
LAW OFFICES, LLP

1.

STIPULATED REQUEST FOR ORDER CHANGING TIME TO RESPOND TO THIRD-PARTY COMPLAINT (CIV. L. R. 6-2) AND [PROPOSED] ORDER: CASE NO. C-07-05350 JW (PVT)

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record, pursuant to Civil L.R. 6-2, that all of the Third-Party Defendants may have to, and including, February 26, 2008, to respond to the Complaint in this action.

Dated: February 13, 2008          TAYLOR & COMPANY LAW OFFICES, LLP

By:    /s/ Jessica L. Grant
          Jessica L. Grant

Attorneys for Third-Party Defendants
ALEXANDER P. CILENTO and DAVID CROCKETT

Dated: February 13, 2008          COBLENTZ, PATCH, DUFFY & BASS, LLP

By:    /s/ William H. Orrick, III
          William H. Orrick, III

Attorneys for Third-Party Defendant
ASPEN VENTURES MANAGEMENT III, LLC

Dated: February 13, 2008          KIRKPATRICK & LOCKHART PRESTON
                                  GATES ELLIS LLP

By:    /s/ Matthew G. Ball
          Matthew G. Ball

Attorneys for Defendant and Third-Party Plaintiff
REDLEAF GROUP, INC.

///

TAYLOR & CO.
LAW OFFICES, LLP

STIPULATED REQUEST FOR ORDER CHANGING TIME TO RESPOND TO THIRD-PARTY COMPLAINT (CIV. L. R. 6-2) AND [PROPOSED] ORDER: CASE NO. C-07-05350 JW (PVT)

The Court having considered the stipulated request of Defendant and Third-Party Plaintiff Redleaf Group, Inc. and Third-Party Defendants Alexander P. Cilento, David Crockett and Aspen Ventures Management III, LLC pursuant to Civil Local Rule 6-2, the parties' request to extend the time by which all of the Third-Party Defendants must respond to Redleaf's Third-Party Complaint to and including February 26, 2008 is hereby GRANTED.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____          _____
                                HONORABLE JAMES WARE
                                UNITED STATES DISTRICT COURT JUDGE

TAYLOR & CO.
LAW OFFICES, LLP

3.

STIPULATED REQUEST FOR ORDER CHANGING TIME TO RESPOND TO THIRD-PARTY COMPLAINT (CIV. L. R. 6-2) AND [PROPOSED] ORDER: CASE NO. C-07-05350 JW (PVT)