UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S Small Business Administration
as Receiver for Aspen Ventures III, L.P.

                Plaintiff(s),

v.

Redleaf Group, Inc.
                Defendant(s).

Case No. 5:07-cv-5350

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 02-15-08

By: Thomas Gordon Morris
Dir. Office of SBIC Liquidation
[Party] U.S. Small Business Administration as Receiver for Aspen Ventures III, L.P.

Dated: 2-15-08

[Counsel] Beverley Hazlewood Lewi
Trial Attorney
Office of General Counsel
U.S. Small Business Admin.

Date: 2-19-2008

[Counsel] Gregory C. Nuti
Schnader Harrison Segal & Lewis, LLP
One Montgomery Street, Suite 2200
San Francisco, CA  94104