1  STEPHEN E. TAYLOR (SBN 58452)
   JESSICA L. GRANT (SBN 178138)
2  NICHOLAS G. CAMPINS (SBN 238022)
   TAYLOR & COMPANY LAW OFFICES, LLP
3  One Ferry Building, Suite 355
   San Francisco, California 94111
4  Telephone: (415) 788-8200
   Facsimile: (415) 788-8208
5  E-mail: staylor@tcolaw.com
   E-mail: jgrant@tcolaw.com
6  E-mail: ncampins@tcolaw.com

7  Attorneys for Third-Party Defendants
   ALEXANDER P. CILENTO and
8  DAVID CROCKETT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures, III,<br><br>     Plaintiffs,<br><br>v.<br><br>REDLEAF GROUP, INC.,<br><br>     Defendant and Third-Party Plaintiff,<br><br>v.<br><br>ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10,<br><br>     Third-Party Defendants. | Case No.: C-07-05350 JW (PVT)<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

TAYLOR & CO.
LAW OFFICES, LLP

ADR CERTIFICATION BY PARTIES AND COUNSEL: CASE NO. C-07-05350 JW (PVT)

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: February 19, 2008

/s/ Alexander P. Cilento
Alexander P. Cilento
Third-Party Defendant

Dated: February 19, 2008

/s/ David Crockett
David Crockett
Third-Party Defendant

Dated: February 19, 2008

/s/ Jessica L. Grant
Jessica L. Grant
Counsel for Third-Party Defendants
ALEXANDER P. CILENTO and
DAVID CROCKETT

TAYLOR & CO.
LAW OFFICES, LLP

ADR CERTIFICATION BY PARTIES AND COUNSEL: CASE NO. C-07-05350 JW (PVT)

1.