UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES SMALL BUSINESS
ADMINISTRATION in its capacity as
Receiver for Aspen Ventures III
                  Plaintiff(s),

v.

REDLEAF GROUP, INC.,

                  Defendant(s).

CASE NO. C-07-05350 JW PVT

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☐ have not yet reached an agreement to an ADR process
✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference March 10, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Gregory C. Nuti | Plaintiff, United States Small Business Administration | (415) 364-6700 | gnuti@schnader.com |
| Matthew G. Ball | Defendant, Redleaf Group, Inc. | (415) 249-1014 | matthew.ball@klgates.com |
| William H. Orrick, III | Third-Party Defendant, Aspen Ventures Management III, LLC | (415) 391-4800 | ef-who@cpdb.com |
| Jessica L. Grant | Third-Party Defendants, Alexander P. Cilento and David Crockett | (415) 788-8200 | jgrant@tcolaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 02/19/08                                      /s/ Gregory C. Nuti
                                                                                 Attorney for Plaintiff

Dated: 02/19/08                                      /s/ Matthew G. Ball
                                                                                Attorney for Defendant

Rev 12.05

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures III,<br><br>    Plaintiffs,<br><br>  v.<br><br>REDLEAF GROUP, INC.,<br><br>    Defendant and Third-Party Plaintiff,<br><br>  v.<br><br>ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10,<br><br>    Third-Party Defendants. | Case No. C 07-05350 JW PVT<br><br>**SIGNATURE ATTACHMENT TO NOTICE OF NEED FOR ADR PHONE CONFERENCE** |

1

SIGNATURE ATTACHMENT TO NOTICE OF NEED FOR ADR PHONE CONFERENCE;
CASE NO. C 07-05350 JW PVT

SF-144579 v1

| | | |
|---|---|---|
| Dated: February 19, 2008 | | **COBLENTZ PATCH et al LLP** |
| | By: | /s/ William H. Orrick, III |
| | | WILLIAM H. ORRICK, III |
| | | (ef-who@cpdb.com) |
| | | *Attorneys for Third-Party Defendant, Aspen Ventures Management III, LLC* |
| Dated: February 19, 2008 | | **TAYLOR & COMPANY LAW OFFICES, LLP** |
| | By: | /s/ Jessica L. Grant |
| | | JESSICA L. GRANT |
| | | (jgrant@tcolaw.com) |
| | | *Attorneys for Third-Party Defendants, Alexander P. Cilento and David Crockett* |