UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES SMALL BUSINESS
ADMINISTRATION
        Plaintiff(s),

v.

REDLEAF GROUP, INC.

        Defendant(s).
_____/

Case No. C-07-05350 JW (PVT)

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 02/19/08

Dated: 02/19/08

Redleaf Group, Inc.
[Party] Defendant/Third-Party Pltf.

Matthew G. Ball
[Counsel]
Defendant/Third-Party Pltf.