1  STEPHEN E. TAYLOR (SBN 58452)
   JESSICA L. GRANT (SBN 178138)
2  NICHOLAS G. CAMPINS (SBN 238022)
   TAYLOR & COMPANY LAW OFFICES, LLP
3  One Ferry Building, Suite 355
   San Francisco, California  94111
4  Telephone:  (415) 788-8200
   Facsimile:   (415) 788-8208
5  E-mail: staylor@tcolaw.com
   E-mail: jgrant@tcolaw.com
6  E-mail: ncampins@tcolaw.com

7  Attorneys for Third-Party Defendants
   ALEXANDER P. CILENTO and
8  DAVID CROCKETT



IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures, III, <br><br> Plaintiffs, <br><br> v. <br><br> REDLEAF GROUP, INC., <br><br> Defendant and Third-Party Plaintiff, <br><br> v. <br><br> ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10, <br><br> Third-Party Defendants. | Case No. C-07-05350 JW (PVT) <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME TO RESPOND TO THIRD-PARTY COMPLAINT (CIV. L. R. 6-2) AND [PROPOSED] ORDER** |

TAYLOR & CO.
LAW OFFICES, LLP

1  Defendant and Third-Party Plaintiff Redleaf Group, Inc. ("Redleaf") and Third-Party Defendants Alexander P. Cilento, David Crockett and Aspen Ventures Management III, LLC (collectively "Third-Party Defendants"), by and through their attorneys of record, hereby stipulate and agree and request an Order from this Court pursuant to Civil Local Rule 6-2, extending time with respect to the date by which all of the Third-Party Defendants must respond to Redleaf's Third-Party Complaint ("Complaint"):

## RECITALS

WHEREAS, Redleaf filed its Complaint in this action against all Third-Party Defendants, and subsequently served the Third-Party Defendants with that pleading on December 26, 2007, and January 5, 2008;

WHEREAS, on January 14, 2008, Redleaf and Third-Party Defendants Alexander P. Cilento and David Crockett filed a stipulation to extend the date for Alexander P. Cilento's and David Crockett's response to the Complaint to and including February 18, 2008;

WHEREAS, on January 22, 2008, Redleaf and Third-Party Defendant Aspen Ventures Management III, LLC filed a stipulation to extend the date for Aspen Ventures Management III, LLC's response to the Complaint to and including February 18, 2008;

WHEREAS, in an effort to avoid unnecessary motion practice, Redleaf and Third-Party Defendants have been engaged in a dialogue regarding the legal sufficiency of the Complaint;

WHEREAS, Redleaf and Third-Party Defendants have been unable to agree on the sufficiency of the Complaint;

WHEREAS, Redleaf and the Third-Party Defendants have now agreed that all of the Third-Party Defendants may have a further and second extension of time to respond to the Complaint in this action, to and including February 26, 2008; and

WHEREAS, the requested time modification will not effect the current schedule for the case that has been set by the Court;

///

///

TAYLOR & CO.
LAW OFFICES, LLP

1.

STIPULATED REQUEST FOR ORDER CHANGING TIME TO RESPOND TO THIRD-PARTY COMPLAINT (CIV. L. R. 6-2) AND [PROPOSED] ORDER: CASE NO. C-07-05350 JW (PVT)

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record, pursuant to Civil L.R. 6-2, that all of the Third-Party Defendants may have to, and including, February 26, 2008, to respond to the Complaint in this action.

Dated: February 13, 2008     TAYLOR & COMPANY LAW OFFICES, LLP

By: /s/ Jessica L. Grant
    Jessica L. Grant

Attorneys for Third-Party Defendants
ALEXANDER P. CILENTO and DAVID CROCKETT

Dated: February 13, 2008     COBLENTZ, PATCH, DUFFY & BASS, LLP

By: /s/ William H. Orrick, III
    William H. Orrick, III

Attorneys for Third-Party Defendant
ASPEN VENTURES MANAGEMENT III, LLC

Dated: February 13, 2008     KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By: /s/ Matthew G. Ball
    Matthew G. Ball

Attorneys for Defendant and Third-Party Plaintiff
REDLEAF GROUP, INC.

///

2.

TAYLOR & CO.
LAW OFFICES, LLP

STIPULATED REQUEST FOR ORDER CHANGING TIME TO RESPOND TO THIRD-PARTY COMPLAINT (CIV. L. R. 6-2) AND [PROPOSED] ORDER: CASE NO. C-07-05350 JW (PVT)

\*\*\* **ORDER** \*\*\*

1   The Court having considered the stipulated request of Defendant and Third-Party Plaintiff
2   Redleaf Group, Inc. and Third-Party Defendants Alexander P. Cilento, David Crockett and Aspen
3   Ventures Management III, LLC pursuant to Civil Local Rule 6-2, the parties' request to extend the
4   time by which all of the Third-Party Defendants must respond to Redleaf's Third-Party Complaint
5   to and including February 26, 2008 is hereby GRANTED.

6   **This is the parties' final continuance.**

7   PURSUANT TO STIPULATION, IT IS SO ORDERED.

10  DATED: February 19, 2008               _____
                                           HONORABLE JAMES WARE
                                           UNITED STATES DISTRICT COURT JUDGE

---

TAYLOR & CO.
LAW OFFICES, LLP

3.

STIPULATED REQUEST FOR ORDER CHANGING TIME TO RESPOND TO THIRD-PARTY
COMPLAINT (CIV. L. R. 6-2) AND [PROPOSED] ORDER: CASE NO. C-07-05350 JW (PVT)