1  JESSICA L. GRANT (SBN 178138)
   NICHOLAS G. CAMPINS (SBN 238022)
2  TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
3  San Francisco, California 94111
   Telephone: (415) 788-8200
4  Facsimile: (415) 788-8208
   E-mail: jgrant@tcolaw.com
5  E-mail: ncampins@tcolaw.com

6  Attorneys for Third-Party Defendants
   ALEXANDER P. CILENTO and
7  DAVID CROCKETT

8  [Additional Counsel on Signature Page]

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13 | UNITED STATES SMALL BUSINESS          | Case No.: C-07-05350 JW (PVT)
14 | ADMINISTRATION in its capacity as
   | Receiver for Aspen Ventures, III,     | **NOTICE OF MOTION AND
15 |                                       | CONSOLIDATED MOTION OF THIRD-
   |         Plaintiffs,                   | PARTY DEFENDANTS TO DISMISS
16 |                                       | REDLEAF GROUP, INC.'S THIRD-
   | v.                                    | PARTY COMPLAINT**
17 |
   | REDLEAF GROUP, INC.,                  | **[FED. RULE CIV. PROC. 12(b)(6)]**
18 |
   |         Defendant and Third-Party Plaintiff, | Date: April 14, 2008
19 |                                       | Time: 9:00 a.m.
   |                                       | Place: Courtroom 8, 4th Floor
20 | v.
   |                                       | Honorable James Ware
21 | ASPEN VENTURES MANAGEMENT III,
   | LLC, a Delaware Limited Liability Company,
22 | ALEXANDER P. CILENTO, a California
   | resident, and DAVID CROCKETT, a
23 | California resident, and DOES 1-10,
24 |         Third-Party Defendants.

25
26
27
28

TAYLOR & CO.
LAW OFFICES, LLP

NOTICE OF MOTION AND CONSOLIDATED MOTION OF THIRD-PARTY DEFENDANTS TO
DISMISS REDLEAF GROUP, INC.'S THIRD-PARTY COMPLAINT: CASE NO. C-07-05350 JW (PVT)

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on April 14, 2008 at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 8 of the United States District Court for the Northern District of California, located at 280 South First Street, in San Jose, California, before the Honorable James Ware, Third-Party Defendants Alexander P. Cilento, David Crockett and Aspen Ventures Management III, LLC (collectively "Third-Party Defendants") will and hereby do move this Court for an order dismissing Redleaf Group, Inc.'s ("Redleaf") third-party complaint filed in this action on December 17, 2007 (the "Complaint").

This motion to dismiss is brought pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief may be granted, on the following grounds: (1) failure to bring the claims within the applicable statute of limitations, and (2) failure to state a claim upon which relief can be granted. Specifically:

(1) Causes of action one (for breach of contract), two (for breach of the covenant of good faith and fair dealing), three (for fraud), four (for negligent misrepresentation), seven (for breach of fiduciary obligations), and eight (for conspiracy to commit fraud) should be dismissed without leave to amend for failure to bring the claim within the applicable statute of limitations under Delaware law.

(2) The fifth cause of action, for equitable indemnity, should be dismissed without leave to amend for failure to allege that Third-Party Defendants owed and breached a duty, and for failure to allege an actual monetary loss.

(3) The sixth cause of action, for declaratory relief, should be dismissed without leave to amend for failure to an allege an existing, actual controversy.

Third-Party Defendants will also and hereby do move this Court for an Order dismissing this action in its entirety, without further leave to amend.

This motion is based on this Notice of Motion and Consolidated Motion In Support of Third-Party Defendants' Motion to Dismiss Redleaf's Complaint in this action, the supporting Memorandum of Points and Authorities and the supporting Declaration of Jessica L. Grant, all of which are filed concurrently herewith; all of the pleadings, records and files in this action; and on

1.

TAYLOR & CO.
LAW OFFICES, LLP

NOTICE OF MOTION AND CONSOLIDATED MOTION OF THIRD-PARTY DEFENDANTS
TO DISMISS REDLEAF GROUP, INC.'S THIRD-PARTY COMPLAINT: CASE NO. C-07-05350 JW (PVT)

such oral argument as may be presented at the time of the hearing, as well as all other matters this Court deems to be appropriate.

Dated: February 26, 2008

TAYLOR & COMPANY LAW OFFICES, LLP

By:     /s/ Jessica L. Grant
                Jessica L. Grant

Attorneys for Third-Party Defendants
ALEXANDER P. CILENTO and DAVID CROCKETT

COBLENTZ, PATCH, DUFFY & BASS LLP

By:     /s/ William H. Orrick, III
              William H. Orrick, III

Attorneys for Third-Party Defendant
ASPEN VENTURES MANAGEMENT, III

WILLIAM H. ORRICK, III (SBN 113252)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111
Telephone: (415) 391-4800
Facsimile: (415) 989-1663
E-mail: who@cpdb.com

NOTICE OF MOTION AND CONSOLIDATED MOTION OF THIRD-PARTY DEFENDANTS TO DISMISS REDLEAF GROUP, INC.'S THIRD-PARTY COMPLAINT: CASE NO. C-07-05350 JW (PVT)