JESSICA L. GRANT (SBN 178138)
NICHOLAS G. CAMPINS (SBN 238022)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: jgrant@tcolaw.com
E-mail: ncampins@tcolaw.com

Attorneys for Third-Party Defendants
ALEXANDER P. CILENTO and
DAVID CROCKETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures, III,<br><br>Plaintiffs,<br><br>v.<br><br>REDLEAF GROUP, INC.,<br><br>Defendant and Third-Party Plaintiff,<br><br>v.<br><br>ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10,<br><br>Third-Party Defendants. | Case No.: C-07-05350 JW (PVT)<br><br>**[PROPOSED] ORDER GRANTING CONSOLIDATED MOTION OF THIRD-PARTY DEFENDANTS TO DISMISS REDLEAF GROUP, INC.'S THIRD-PARTY COMPLAINT**<br><br>[FED. RULE CIV. PROC. 12(b)(6)]<br><br>Date: April 14, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 8, 4th Floor<br><br>Honorable James Ware |

The Motion to Dismiss of Third-Party Defendants Alexander P. Cilento, David Crockett, and Aspen Ventures Management III, LLC ("Third-Party Defendants") to Redleaf Group, Inc.'s Third-Party Complaint (the "Motion to Dismiss") came on regularly for hearing before the

TAYLOR & CO.
LAW OFFICES, LLP

[PROPOSED] ORDER GRANTING CONSOLIDATED MOTION OF THIRD-PARTY DEFENDANTS TO DISMISS REDLEAF GROUP, INC.'S THIRD-PARTY COMPLAINT: CASE NO. C-07-05350 JW (PVT)

1  Honorable James Ware in Courtroom 8 of the above-captioned Court at 9:00 a.m., on April 14,
2  2008. Moving parties Third-Party Defendants were represented by Jessica L. Grant of Taylor &
3  Company Law Offices, LLP, and William H. Orrick, III of Coblentz, Patch, Duffy & Bass LLP.
4  Third-Party Plaintiff Redleaf Group, Inc. was represented by Matthew G. Ball of Kirkpatrick &
5  Lockhart Preston Gates Ellis LLP.

6      Having considered all papers filed by the parties in favor of and in opposition to Third-
7  Party Defendants' Motion to Dismiss, the oral arguments of counsel appearing at the hearing on
8  this motion, and all other matters deemed appropriate by this Court, and good cause appearing
9  therefor, IT IS HEREBY ORDERED as follows:

10      1.    That the first (for breach of contract), second (for breach of the covenant of good
11  faith and fair dealing), third (for fraud), fourth (for negligent misrepresentation), seventh (for
12  breach of fiduciary obligations), and eighth (for conspiracy to commit fraud) causes of action in
13  the Third-Party Complaint are dismissed without leave to amend for failure to bring the claims
14  within the applicable statute of limitations under either Delaware or California law.

15      2.    That the fifth cause of action (for equitable indemnity) is dismissed without leave
16  to amend for failure to allege that Third-Party Defendants owed and breached a duty, and for
17  failure to allege an actual monetary loss.

18      3.    That the sixth cause of action (for declaratory relief) is dismissed without leave to
19  amend for failure to an allege an existing, actual controversy.

20      IT IS FURTHER ORDERED that the Third-Party Complaint is hereby DISMISSED in its
21  entirety WITH PREJUDICE.

DATED: _____    _____
                                         HONORABLE JAMES WARE
                                         UNITED STATES DISTRICT COURT JUDGE

TAYLOR & CO.
LAW OFFICES, LLP

1.

[PROPOSED] ORDER GRANTING CONSOLIDATED MOTION OF THIRD-PARTY DEFENDANTS TO
DISMISS REDLEAF GROUP, INC.'S THIRD-PARTY COMPLAINT: CASE NO. C-07-05350 JW (PVT)