**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States Small Business Administration, | NO. C 07-05350 JW |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Redleaf Group, Inc et al, | |
| Defendant. | |
| _____ / | |

On its own motion, the Court continues the Case Management Conference presently scheduled for March 10, 2008 to **April 14, 2008 at 10 A.M.** to coincide with the hearing on Plaintiff's Motion to Dismiss Third Party Complaint. The parties need not file a different Joint Case Management Statement if there are no changes to the procedure posture of the case. However, if there are new development in the case between now and April 14, 2008, the parties shall file an updated Joint Case Management Statement on or before **April 4, 2008.**

Dated: March 4, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Beverley Elizabeth Hazlewood beverley.hazlewood@sba.gov
Gregory Caesar Nuti gnuti@schnader.com
Jessica L. Grant jgrant@tcolaw.com
Matthew Gordon Ball matthew.ball@klgates.com
Stephen E. Taylor staylor@tcolaw.com
William Horsley Orrick EfilingWHO@cpdb.com

Dated: March 4, 2008                    Richard W. Wieking, Clerk

                                        By:_____
                                            **Elizabeth Garcia**
                                            **Courtroom Deputy**