1 | Gregory C. Nuti (Bar No. 151754)
SCHNADER HARRISON SEGAL & LEWIS LLP
2 | One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
3 | Telephone: 415-364-6700
Facsimile: 415-364-6785
4 | E-mail: gnuti@schnader.com

5 | Beverley Hazlewood Lewis
Trial Attorney, Office of General Counsel
6 | U.S. Small Business Administration
409 3rd Street, S.W., Suite 7200
7 | Washington, D.C. 20416
Telephone (202) 619-1605
8 | Facsimile (202) 481- 0468

9 | Attorneys for Plaintiff,
United States Small Business Administration in its capacity
10 | as Receiver for Aspen Ventures III, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION IN ITS CAPACITY AS RECEIVER FOR ASPEN VENTURES III, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> REDLEAF GROUP, INC., <br><br> Defendants. <br><br> REDLEAF GROUP, INC., <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10, <br><br> Third-Party Defendants. | Case No.: C07-05350 JW/PVT <br><br> **MOTION AND NOTICE OF MOTION OF RECEIVER TO STRIKE AFFIRMATIVE DEFENSES** <br><br> Date: April 14, 2008 <br> Time: 10:00 a.m. <br> Location: 280 South First Street, Courtroom 8, 4th Floor San Jose, CA 95113 <br> Judge: Hon. James Ware |

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: 415-364-6700

1   **PLEASE TAKE NOTICE** that on April 14, 2008 at 9:00 a.m. or as soon thereafter as
2   the matter maybe heard before the Honorable James Ware, the United States Small Business
3   Administration ("SBA") in its capacity as Receiver for Aspen Ventures III, LP ("Aspen
4   Ventures") shall move this Court for an order striking Defendant Redleaf Group's Third, Fourth,
5   Fifth, Sixth, Seventh, Eighth, and Eleventh Affirmative Defenses pursuant to Federal Rule of
6   Civil Procedure 12(f). The asserted affirmative defenses are insufficient as a matter of law, there
7   is no issue of fact that would allow the defenses to succeed, and the SBA would be prejudiced to
8   allow their inclusion (the "Motion").

9   **PLEASE TAKE FURTHER NOTICE** that at the hearing Plaintiff intends to rely on
10  this Motion and Notice of Motion, the supporting Memorandum of Points and Authorities, the
11  Declaration of Gregory C. Nuti in Support of the Motion, each filed and served herewith and any
12  other evidence or matters properly before the Court.

13  **PLEASE TAKE FURTHER NOTICE** that pursuant to Civil Local Rule 7-3(a) any
14  opposition to the Motion must be served and filed not less than 21 days before the hearing date.
15  The opposition may include a proposed order, affidavits or declarations, as well as a brief or
16  memorandum under Civil L.R. 7-4.

17  Dated: March 10, 2008                    SCHNADER HARRISON SEGAL & LEWIS LLP

19                                           By:  /s/ Gregory C. Nuti
                                                  Gregory C. Nuti
20                                                Attorneys for Plaintiff, the United States
                                                  Small Business Administration as
21                                                Receiver for Aspen Ventures III, L.P.

22  Dated: March 10, 2008
                                             U.S. Small Business Administration

24                                           By:  /s/ Beverley Hazlewood Lewis
                                                  Beverley Hazlewood Lewis
25                                                Office of General Counsel
                                                  Attorneys for Plaintiff,
26                                                United States Small Business
                                                  Administration in its capacity as Receiver
27                                                for Aspen Ventures III, L.P.