Gregory C. Nuti (Bar No. 151754)
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785
E-mail: gnuti@schnader.com

Beverley Hazlewood Lewis
Trial Attorney, Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W., Suite 7200
Washington, D.C. 20416
Telephone (202) 619-1605
Facsimile (202) 481- 0468

Attorneys for Plaintiff,
United States Small Business Administration in its capacity
as Receiver for Aspen Ventures III, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION IN ITS CAPACITY AS RECEIVER FOR ASPEN VENTURES III, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>REDLEAF GROUP, INC.,<br><br>Defendants.<br><br>REDLEAF GROUP, INC.,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10,<br><br>Third-Party Defendants. | Case No.: C07-05350 JW/PVT<br><br>**[PROPOSED]**<br>**ORDER GRANTING MOTION OF**<br>**RECEIVER TO STRIKE**<br>**AFFIRMATIVE DEFENSES**<br><br>Date:      April 14, 2008<br>Time:      10:00 a.m.<br>Location:  280 South First Street,<br>           Courtroom 8, 4th Floor<br>           San Jose, CA 95113<br>Judge:     Hon. James Ware |

     The Court held a hearing on the Motion of Receiver To Strike Affirmative Defenses (the "Motion") at the above noted date and time.  Gregory C. Nuti of the law firm of Schnader Harrison Segal & Lewis LLP appeared on behalf of the Receiver.  Other appearances are as noted on the record.  The Court has duly considered the Motion and all supporting pleadings and the other papers and documents submitted in connection therewith, and arguments of counsel.

     For the reasons set forth on the record at the hearing, and for other good cause,

IT IS HEREBY ORDERED THAT:

    1.    The Motion is granted; and

    2.    Redleaf's Third, Fourth, Fifth, Sixth, Seventh, Eighth, and Eleventh Affirmative Defenses are hereby stricken without leave to amend.

Dated: _____      By:_____
                                                                  Honorable James Ware
                                                                  United States District Court Judge

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: 415-364-6700