Gregory C. Nuti (Bar No. 151754)
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785
E-mail: gnuti@schnader.com

Beverley Hazlewood Lewis
Trial Attorney, Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W., Suite 7200
Washington, D.C. 20416
Telephone (202) 619-1605
Facsimile (202) 481- 0468

Attorneys for Plaintiff,
United States Small Business Administration in its capacity
as Receiver for Aspen Ventures III, L.P.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION IN ITS CAPACITY AS RECEIVER FOR ASPEN VENTURES III, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> REDLEAF GROUP, INC., <br><br> Defendants. <br><br> REDLEAF GROUP, INC., <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10, <br><br> Third-Party Defendants. | Case No.: C07-05350 JW/PVT <br><br> **DECLARATION OF GREGORY C. NUTI IN SUPPORT OF MOTION OF RECEIVER TO STRIKE AFFIRMATIVE DEFENSES** <br><br> Date: April 14, 2008 <br> Time: 10:00 a.m. <br> Location: 280 South First Street, Courtroom 8, 4th Floor San Jose, CA 95113 <br> Judge: Hon. James Ware |

I, Gregory C. Nuti, declare as follows:

1. I am a partner with the law firm Schnader Harrison Segal & Lewis LLP counsel to the United States Small Business Administration in its capacity as Receiver for Aspen Ventures III, LP ("Receiver"). In such capacity, and except as otherwise indicated herein, I have personal knowledge of the facts set forth below, and if called as a witness I could and would competently testify to the matters set forth in this declaration.

2. Attached hereto as **Exhibit A** is a true and correct copy of the SBA Annex PS, incorporated in Aspen Ventures III, LP's Amended and Restated Limited Partnership Agreement pursuant to paragraph 2.5.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge and belief. Executed this 10th day of March, 2008 at San Francisco, California.

/s/   *Gregory C. Nuti*
      Gregory C. Nuti