MATTHEW G. BALL (CSB NO. 208881)
DEIRDRE M. DIGRANDE (CSB NO. 199766)
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Tel: (415) 882-8200
Fax: (415) 882-8220
matthew.ball@klgates.com
deirdre.digrande@klgates.com

MARTIN D. TECKLER (*pro hac vice*)
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
1601 K Street, NW
Washington, DC 20006-1600
Tel: (202) 778-9000
Fax: (202) 778-9100
martin.teckler@klgates.com

Attorneys for Defendant & Third Party Plaintiff
REDLEAF GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures III,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REDLEAF GROUP, INC.,<br><br>　　　　Defendant & Third Party Plaintiff,<br>　　v.<br><br>ASPEN VENTURES MANAGEMENT III, LLC, a Delaware limited liability company; ALEXANDER P. CILENTO, a California resident; and DAVID CROCKETT, a California resident; and DOES 1-10,<br><br>　　　　Third Party Defendants. | Case No. C-07-05350 JW (PVT)<br><br>**DEFENDANT AND THIRD-PARTY PLAINTIFF REDLEAF GROUP, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br>[Civil Local Rule 3-16]<br><br><br><br>Complaint Filed:　October 19, 2007<br>Trial Date:　　　　Not Set |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies as follows;

2  1.    The entities and persons listed on the attached Exhibit A have a financial interest in the subject matter in controversy or in a party to the proceeding in that they are shareholders of Redleaf Group, Inc.;

2.    RLI Partners, LP has a financial interest in the subject matter in controversy or in a party to the proceeding in that its general partner is Redleaf Group, Inc. and its limited partners are shareholders of Redleaf Group, Inc.;

3.    Amperion, Inc. and Entrevia, Inc. have a non-financial interest in the subject matter in controversy or in a party that could be substantially affected by the outcome of this proceeding in that they are companies within Redleaf Group, Inc.'s portfolio.

Dated:  March 24, 2008                    KIRKPATRICK & LOCKHART PRESTON GATES ELLIS


By Matthew G. Ball   /s/
MATTHEW G. BALL (CA Bar 208881)
DEIRDRE M. DIGRANDE (CA Bar 199766)
55 Second Street, Suite 1700
San Francisco, CA  94105
Telephone:  (415) 882-8200
Facsimile:  (415) 882-8220
(matthew.ball@klgates.com)

Martin D. Teckler (pro hac vice)
martin.teckler@klgates.com
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, NW Washington, DC, 20006-1600
Telephone: (202) 778-9000
Facsimile: (202) 778- 9100

Attorneys for Defendant/Third-Party Plaintiff
REDLEAF GROUP, INC.