# EXHIBIT A

Confidential — Redleaf Group, Inc. Shareholdings — As of March 3, 2008

## Series A Preferred

| SHAREHOLDERS |
| --- |
| Robert S. Adams |
| Stephen J. Andriole |
| Atherton Venture Partners, LLC |
| Alan K. Austin |
| B.B.& H. 123 Investors, LLC+A125 |
| Gerald Blitstein |
| David Russell Bradford |
| Jan Susan Bravo |
| Brigham Enterprises LLC |
| Lawrence Owen Brown Family Trust |
| David V. Campbell |
| Thomas N. Canfield |
| Nancy A. Carter |
| Charles Schwab FBO/ Gene K. Caselli, IRA |
| Charles Schwab FBO/ Ronald A Caselli, IRA |
| The Clatskanie Trust |
| Carl A. Cohen |
| Ronald Conway |
| Ronald & Gayle Conway as Trustees of the Conway Family Trust Dated 9/25/96 |
| Jonathan L. Costello |
| James C. Creigh |
| Dorinda Kauffman Culp |
| John W. Danner Separate Property Trust UDT 4/6/99 |
| Michael A. and Paula A. Davis |
| Michael E. Deggelman and Yvonne Deggelman Community Property |
| James A. Delaney III Declaration of Trust Dated 6-9-93 |
| Guy Russell Doran |
| Terence Doyle |
| Chester G. Fisher |
| Edward Michael Forgash, Jr. |
| Future Fund Inc. |
| GE Capital Equity Holdings, Inc. |
| Peter Godfrey |
| David James Greehan |
| Richard A. Guttendorf, Jr. |
| Jonghoon Han |
| Russell Roland Harris |
| Milledge A. and Patti S. Hart |
| William Murray Hawkins III |
| Hewlett-Packard Company |

| |
|---|
| Gayety W. Hirahara, Trustee of The Hirahara Family Trust |
| George C. Hoyem |
| Hung Wan Enterprises Limited |
| Bradley V. Husick and Gail Clayton Husick Trustees, Husick Family Trust |
| J.F. Lehman Equity Investors I, L.P. |
| Rex Sterling Jackson |
| Michael J. John |
| Delbert Winston Johnson |
| Jerry L. Johnson |
| Montgomery Kersten |
| Thomas and Laura Kilcoyne |
| Brian Gerard Kilty |
| Ik Rae Kim |
| KKP Illiquid Alternatives LLC |
| Andrew Havness Kohler |
| John D.D. and Lisa N. Kohler, Trustees; The Kohler Family Trust |
| Korea IT Venture Partners, Inc. |
| C. Richard Kramlich |
| Roop Kalyan Lakkaraju |
| Laurel Mountain Partners Investments III, LLC |
| Geon Hwan Lee |
| William B. Lewis |
| Craig J. London |
| John D. and Catherine T. MacArthur Foundation |
| William G. Marr Trust |
| Joseph W. & Zoë B. Martin, TTEES of the Joseph W. Martin Jr. & Zoë B. Martin LVG TR DTD 12/23/88 |
| Daniel Wayne McKinney III |
| Glen Wallace McLaughlin |
| Garrett D. Melby |
| William N. Melton |
| Jack L. Messman |
| Michael W. Miles |
| Irrevocable Inter Vivos Trust f/b/o Patrice R. Miller |
| John Stuart Mitchell |
| MLB Investments 2000, L.P. |
| Milan Mandaric 1999 Revocable Trust |
| MM Investment Partners |
| Charles S. Monat |
| The Montini Family 1997 Revocable Trust |
| Clinton Nagy |
| Ruediger Naumann-Etienne |
| Duncan O. Naylor |

Confidential

Redleaf Group, Inc.
Shareholdings

As of March 3, 2008

| |
|---|
| Michael B. Nelson, IRA Smithfield Trust Company, Trustee |
| Jeffrey N. Newton |
| Novell, Inc. |
| Thomas H. O'Brien |
| Helen E. McL. O'Rourke and Brian O'Rourke, JT |
| Glenn R. Osaka and Sherri D. Osaka Trustees of the Osaka Family 1999 Trust |
| James A. Ounsworth |
| PA Early Stage Partners II, L.P. |
| John E. Parkey |
| John R. Percival and Kathy L. Percival, J.T. |
| Permalon Limited |
| Kim S. Peyser |
| Peter A. Pijawka |
| PNC Investment Corp |
| Poduska Family Limited Partnership |
| John William Poduska, Sr. |
| The Posehn Family Trust dated 10/5/94 |
| Prisa Investment, S.L. |
| Residentie Participaties III C.V. |
| The Terry E. Richardson, Jr. Revocable Trust |
| The Sanfilippo 1994 Family Trust |
| Michael Patrick Santullo |
| Thomas A. Shields, Jr. |
| Silicon Valley Bancshares |
| Stephen M. Sloan |
| Alexander R. Slusky |
| Sobrato Development Company #910 |
| Roger Davis Stern |
| Charles Sum |
| Timark L.P. |
| The Todd Trust |
| Michael J. Tomana |
| Michael J. Tomczak |
| Steven M. Trish |
| VCFA Holdings III, LLC |
| Val Vaden and Lilli J. Rey Living Trust |
| Stephen J. Victorino |
| Bernard J. Vogel III |
| Harry Wallaesa |
| John Benjamin Wicker |
| Owen Mark Williams |
| WS Investment Company 2000A |
| Michael Dendy Young |
| Seungsam Yu |
| Steven Robert Zodtner |

| Confidential | Redleaf Group, Inc.<br>Shareholdings | As of March 3, 2008 |

## Series B Preferred
### SHAREHOLDERS

| |
|---|
| ACO P03942599 |
| Peter L. Askin as Custodian for Julia Askin |
| Andreas Bechtolsheim |
| John R. Brehmer Trust |
| Frank A. Bonsal, Jr. |
| Carl A. Cohen |
| Robert O. Frasca |
| Martin Haskell |
| Andrew G. Knafel |
| Andrew G. Knafel, Joshua S. Rubenstein, and William L. Scherlis, Trustees U/A 11/6/83 FBO Douglas Knafel |
| Sidney R. Knafel |
| Martin and Ruth Kogut |
| Kenneth and Anita Lang |
| Samuel Leinhardt and Gaea Leinhardt |
| Zoe Leinhardt |
| Thomas E. Marnik |
| McKenna Ventures |
| Moderton Limited |
| Novell, Inc. |
| PA Early Stage Partners |
| Protos, LLC |
| Alexander Purdie |
| Daniel R. Scherlis as Custodian for Adam Scherlis |
| Daniel R. Scherlis as Custodian for Jacob Scherlis |
| William L. Scherlis as Custodian for Lillian C. Scherlis |
| Daniel R. Scherlis as Custodian for Rose Scherlis |
| William L. Scherlis as Custodian for Sophia G. Scherlis |
| William L. Scherlis as Custodian for Thomas G. Scherlis |
| William Scherlis |
| Charles J. Scibetti |
| James W. Swistock, Trustee |

## Class A Common
### SHAREHOLDERS

| |
|---|
| Shewaye Belete |
| Steven M. Trish, Trustee of the Trust of John Charles Calderon |
| Nancy T. Calderon |
| Steven M. Trish, Trustee of the Trust of Ronald Michael Calderon |

Confidential

Redleaf Group, Inc.
Shareholdings

As of March 3, 2008

| |
|---|
| Steven M. Trish, Trustee of the Trust of Steven Michael Calderon |
| Steven M. Trish, Trustee of the Trust of Thomas Christopher Calderon |
| Barbara Mahaffey Carney |
| George Hoyem, Ellen D. Hoyem and Marshall H. Durston, Trustees of the Caroline C. Hoyem Trust 2000 |
| Charlotte M. Hoyem |
| Gordon E. Hoyem |
| George Hoyem and Ellen D. Hoyem, Trustees of The Hoyem Family Trust-2000 |
| Karen N. Hoyem |
| George Hoyem, Ellen D. Hoyem and Marshall H. Durston, Trustees of the Lindsey F. Hoyem Trust 2000 |
| George Hoyem, Ellen D. Hoyem and Marshall H. Durston, Trustees of the Zachary G. Hoyem Trust 2000 |
| Robert Kresek, Trustee of The Jennifer Noe Kohler 2000 Irrevocable Trust |
| Robert Kresek, Trustee of The John Bryant Kohler 2000 Irrevocable Trust |
| Kohler Family Trust |
| Irrevocable Trust Agreement of C. Lloyd Mahaffey, Jr. for Caitlyn Rene Mahaffey |
| Charles Douglas Mahaffey |
| Irrevocable Trust Agreement of C. Lloyd Mahaffey, Jr. for Ian Lloyd Mahaffey |
| C. Lloyd Mahaffey |
| William Joseph Mahaffey |
| Nancy Mahaffey McInnis |
| Charles Scaglione, Jr. |
| Chris Scaglione |
| Cindy Williams |

**Common**
**SHAREHOLDERS**

| |
|---|
| Scheffel Associates |
| |