MATTHEW G. BALL (CSB NO. 208881)
DEIRDRE M. DIGRANDE (CSB NO. 199766)
**KIRKPATRICK & LOCKHART PRESTON GATE ELLIS LLP**
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Tel: (415) 882-8200
Fax: (415) 882-8220
matthew.ball@klgates.com
deirdre.digrande@klgates.com

MARTIN D. TECKLER (*pro hac vice*)
**KIRKPATRICK & LOCKHART PRESTON GATE ELLIS LLP**
1601 K Street, NW
Washington, DC 20006-1600
Tel: (202) 778-9000
Fax: (202) 778-9100
martin.teckler@klgates.com

Attorneys for Defendant & Third Party Plaintiff
REDLEAF GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures III,<br><br>Plaintiff,<br><br>v.<br><br>REDLEAF GROUP, INC.,<br><br>Defendant & Third-Party Plaintiff,<br><br>v.<br><br>ASPEN VENTURES MANAGEMENT III, LLC, a Delaware limited liability company; ALEXANDER P. CILENTO, a California resident; and DAVID CROCKETT, a California resident; and DOES 1-10,<br><br>Third-Party Defendants. | Case No. C-07-05350 JW (PVT)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REDLEAF GROUP, INC.'S OPPOSITIONS TO THIRD PARTY DEFENDANTS' MOTION TO DISMISS THIRD-PARTY COMPLAINT AND PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES**<br><br>Date: April 14, 2008<br>Time: 9:00 a.m.<br>Ctrm: 8<br>Judge: The Hon. James Ware<br><br>Complaint Filed: October 19, 2007<br>Trial Date: Not Set |

Pursuant to Federal Rule of Evidence 201, defendant and third-party plaintiff REDLEAF GROUP, INC. ("Redleaf") respectfully requests the Court to take judicial notice of the following documents, copies of which are attached hereto as exhibits as indicated.

I. In the in the action entitled <u>United States of America v. Aspen Ventures III</u>, Case No. C06-04032 JW, United States District Court for the Northern District of California, San Jose Division.

    1. Complaint for Receivership & Injunction filed June 29, 2006, attached hereto as Exhibit 1.

    2. Stipulation to Consent Order filed October 04, 2006, attached hereto as Exhibit 2.

    3. Order Modifying Stay of Proceedings for Limited Purpose filed October 2, 2007, attached hereto as Exhibit 3.

II. In the action entitled <u>United States of America v. Aspen Ventures West II</u>, Case No. C06-04034 JW, United States District Court for the Northern District of California, San Jose Division.

    4. Complaint for Receivership & Injunction filed June 29, 2006, attached hereto as Exhibit 4.

III. In the action entitled <u>United States Small Business Administration in its Capacity as Receiver for Aspen Ventures III v. Redleaf Group, Inc.</u>, Case No. C07-05350 JW, United States District Court for the Northern District of California, San Jose Division.

    5. Complaint for Breach of Contract and Exhibits A-D filed October 19, 2007, attached hereto as Exhibit 5 and Exhibits 5A-D:

    5.A  Stipulation to Consent Order filed October 04, 2006;

    5.B  Amended & Restated Limited Partnership Agreement dated August 20, 1999*;

    5.C  First Amendment to Amended and Restated Partnership Agreement*; and

    5.D  Series B Admission and Amendment Agreement.

////

////

////

---

* Due to the volume of pages, signature pages and attachments to these documents have been omitted from the exhibits.

6. Third Party Complaint filed December 17, 2007, attached hereto as Exhibit 6.

Dated: March 21, 2007

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By: Matthew G. Ball /s/
Matthew G. Ball, Esq. (CA Bar 208881)
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone: (415) 882-8200
Facsimile: (415) 882-8220
(matthew.ball@klgates.com)

Martin D. Teckler (*pro hac vice*)
martin.teckler@klgates.com
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, NW Washington, DC, 20006-1600
Telephone: (202) 778-9000
Facsimile: (202) 778- 9100
(martin.teckler@klgates.com)

Attorneys for Defendant/Third-Party Plaintiff
Redleaf Group, Inc.