# EXHIBIT 2

1

2

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4

UNITED STATES OF AMERICA,                    )
                          Plaintiff,          )

5                                             )

6              v.                             )          Civil Case No.
                                              )

7     ASPEN VENTURES III, L.P.,               )
                                              )

8              Defendant.                     )
                                              )

9                                             )
_____     )

10

11    ## STIPULATION FOR CONSENT ORDER OF RECEIVERSHIP

12

13            WHEREAS, Plaintiff, United States of America, on behalf of its agency, the

14    United States Small Business Administration, has filed and caused to be served upon

15    defendant, ASPEN VENTURES III, L.P., a complaint; and

16            WHEREAS, the parties desire to resolve the matter amicably and without further

17    proceedings, trial or adjudication of any issue, and stipulate as follows:

18
              1.      That defendant ASPEN VENTURES III, L.P. ("Licensee"), the holder of
19

20    the U.S. Small Business Administration's ("SBA") Small Business Investment Company

21    License No. 0979-0420, has a condition of Capital Impairment, as that term is defined

22    under Title 13 of the Code of Federal Regulations, Part 107;

23
              2.      That this Court has jurisdiction over the subject matter of this action and
24

25    over defendant;

26            3.      That the only mutually agreeable method by which to distribute the assets

27    of the Licensee to the appropriate creditors and SBA is through the appointment of SBA

28

Case 5:07-cv-05350-JW    Document 45-3    Filed 03/24/2008    Page 3 of 9
Case 5:07-cv-05350-JW    Document 1    Filed 10/19/2007    Page 10 of 25
Case 5:06-cv-04\_\_\_-JW    Document 11    Filed 10/0\_ \_06    Page 3 of 9

1  as the receiver of the Licensee pursuant to the following Consent Order of Receivership

2  without further proceedings; and

3      4.      To the entry of the following Consent Order of Receivership without

4  further proceedings.

5

6

7  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

8      1.      Pursuant to the provisions 15 U.S.C. § 687c, this Court hereby takes

9  exclusive jurisdiction of the Licensee, and all of its assets and property, of whatever kind

10  and wherever located, and the SBA is hereby appointed Receiver of the Licensee

11  ("Receiver") to serve without bond until further order of this Court. The Receiver is

12  appointed for the purpose of marshaling and liquidating all of the Licensee's assets and

13  satisfying the claims of creditors therefrom in the order of priority as determined by this

14

15  Court.

16

17      2.      The Receiver shall have all powers, authorities, rights and privileges

18  heretofore possessed by the officers, directors, managers and general and limited partners

19  of the Licensee under applicable state and federal law, by the Limited Partnership

20  Agreement, and By-Laws of said limited partnership, in addition to all powers and

21  authority of a receiver at equity, and all powers and authority conferred upon the

22

23  Receiver by the provisions of 15 U.S.C. § 687c and 28 U.S.C. § 754. The trustees,

24  directors, officers, managers, employees, investment advisors, accountants, attorneys and

25  other agents of the Licensee are hereby dismissed and the powers of any general partners

26  are hereby suspended during the pendency of the receivership. Such persons and entities

27  shall have no authority with respect to the Licensee's operations or assets, except to the

28

<u>**STIPULATION FOR CONSENT ORDER OF RECEIVERSHIP**</u>                    2

Case 5:07-cv-05350-JW    Document 45-3    Filed 03/24/2008    Page 4 of 9
Case 5:07-cv-05350-JW    Document 1    Filed 10/19/2007    Page 11 of 25
Case 5:06-cv-04⌐  ⌐-JW    Document 11    Filed 10/0⌐  ⌐006    Page 4 of 9

1    extent as may hereafter be expressly granted by the Receiver. The Receiver shall assume

2    and control the operation of the Licensee and shall pursue and preserve all of its claims.

3           3.      The Receiver is entitled to take immediate possession of all assets, bank

4
5    accounts or other financial accounts, books and records and all other documents or

6    instruments relating to the Licensee. The past and/or present officers, directors, agents,

7    managers, general and limited partners, trustees, attorneys, accountants, and employees

8    of the Licensee, as well as all those acting in their place, are hereby ordered and directed

9
10   to turn over to the Receiver forthwith all books, records, documents, accounts and all

11   other instruments and papers of and relating to the Licensee and all of the Licensee's

12   assets and all other assets and property of the limited partnership, whether real or

13   personal. The Licensee's general partner shall furnish a written statement within five (5)

14   days after the entry of this Order, listing the identity, location and estimated value of all

15
16   assets of the Licensee, a list of all employees (and job titles thereof), other personnel,

17   attorneys, accountants and any other agents or contractors of the Licensee, as well as the

18   names, addresses and amounts of claims of all known creditors of the Licensee. Within

19   thirty (30) days following the entry of this Order, the Licensee's general partner shall also

20   furnish a written report describing all assets. All persons and entities having control,

21
22   custody or possession of any assets or property of the Licensee are hereby directed to turn

23   such assets and property over to the Receiver.

24          4.      The Receiver shall promptly give notice of its appointment to all known

25   officers, directors, agents, employees, shareholders, creditors, debtors, managers and

26   general and limited partners of the Licensee, as the Receiver deems necessary or

27   advisable to effectuate the operation of the receivership. All persons and entities owing

28

**STIPULATION FOR CONSENT ORDER OF RECEIVERSHIP**                3

1   any obligation, debt, or distribution, with respect to a partnership interest to the Licensee,

2   shall, until further ordered by this Court, pay all such obligations in accordance with the

3   terms thereof to the Receiver and its receipt for such payments shall have the same force

4
5   and effect as if the Licensee had received such payments.

6       5.      The Receiver is hereby authorized to open such Receiver's accounts at

7   banking or other financial institutions to extend credit on behalf of the Licensee, to utilize

8   SBA personnel, and to employ such other personnel as it may deem necessary to

9
10  effectuate the operation of the receivership including, but not limited to, attorneys,

11  accountants, consultants and appraisers, and is further authorized to expend receivership

12  funds to compensate such personnel in such amounts and upon such terms as the

13  Receiver shall deem reasonable in light of the usual fees and billing practices and

14  procedures of such personnel.  The Receiver is not required to obtain Court approval

15  prior to the disbursement of receivership funds for payments to personnel employed by

16
17  the Receiver or for expenses that the Receiver deems advantageous to the orderly

18  administration and operation of the receivership.  In addition, the Receiver is authorized

19  to reimburse the SBA for travel expenses incurred by SBA personnel in the establishment

20  and administration of the receivership.  The Receiver may, without further order of this

21
22  Court, transfer, compromise, or otherwise dispose of any claim or asset in the ordinary

23  course of business, other than real estate.

24      6.      The Licensee's past and/or present officers, directors, agents, attorneys,

25  managers, shareholders, employees, accountants, debtors, creditors, managers and

26  general and limited partners of the Licensee, and other appropriate persons or entities

27
28  (including without limitation, the defendant's portfolio of small business concerns and

**STIPULATION FOR CONSENT ORDER OF RECEIVERSHIP**          4

Case 5:07-cv-05350-JW    Document 45-3    Filed 03/24/2008    Page 6 of 9
Case 5:07-cv-05350-JW    Document 1    Filed 10/19/2007    Page 13 of 25
Case 5:06-cv-04    -JW    Document 11    Filed 10/C    006    Page 6 of 9

1  financial institutions doing business with defendant and/or defendant's portfolio of small

2  business concerns) shall answer under oath to the Receiver all questions which the

3  Receiver may put to them and produce any documents as required by the Receiver

4  regarding the business of said limited partnership, or any other matter relevant to the

5  

6  operation or administration of the receivership or the collection of funds due to the

7  Licensee.  In the event that the Receiver deems it necessary to require the appearance of

8  the aforementioned persons or entities, the Receiver shall make its discovery request(s) in

9  accordance with the Federal Rules of Civil Procedure.

10

11       7.       The parties to any and all civil legal proceedings of any nature, including,

12  but not limited to, bankruptcy proceedings, arbitration proceedings, foreclosure actions,

13  default proceedings, or other actions of any nature involving the Licensee or any assets of

14  the Licensee, including subsidiaries and partnerships, wherever located, and excluding

15  the instant proceeding, involving the Licensee, the Receiver, or any of the Licensee's

16

17  past or present officers, directors, managers, agents, or general or limited partners sued

18  for, or in connection with, any action taken by them while acting in such capacity of any

19  nature, whether as plaintiff, defendant, third-party plaintiff, third-party defendant, or

20  otherwise, are enjoined from commencing or continuing any such legal proceeding, or

21

22  from taking any action, in connection with any such proceeding or any such asset.  All

23  civil legal proceedings of any nature, including but not limited to bankruptcy

24  proceedings, arbitration proceedings, foreclosure actions, default proceedings, or other

25  action of any nature involving the Licensee or any assets of the Licensee, including

26

27  subsidiaries and partnerships, wherever located, and excluding the instant proceeding,

28  involving the Licensee, the Receiver, or any of the Licensee's past or present officers,

**STIPULATION FOR CONSENT ORDER OF RECEIVERSHIP**                    5

directors, managers, agents, or general or limited partners sued for, or in connection with, any action taken by them while acting in such capacity of any nature, whether as plaintiff, defendant, third-party plaintiff, third-party defendant, or otherwise, are stayed in their entirety, and all Courts having any jurisdiction thereof are enjoined from taking or permitting any action until further Order of this Court.  Further, as to a cause of action accrued or accruing in favor of the Licensee against a third person or party, any applicable statute of limitation is tolled during the period in which this injunction against commencement of legal proceedings is in effect as to that cause of action.

8.      The Licensee and its past and/or present directors, officers, managers, general or limited partners, agents, employees and other persons or entities acting in concert or participating therewith be, and they hereby are, enjoined from either directly or indirectly taking any actions or causing any such action to be taken which would dissipate the assets and/or property of the Licensee to the detriment of the Licensee or of the Receiver appointed in this cause, including but not limited to destruction of corporate records, or which would violate the Small Business Investment Act of 1958, as amended, 15 U.S.C. 661 et. seq., or the regulations promulgated thereunder, ("Regulations"), 13 C.F.R. §107.1 et. seq.

9.      The Receiver is authorized to borrow on behalf of the Licensee, from the SBA, up to $1,000,000 and is authorized to cause the Licensee to issue Receiver's Certificates of Indebtedness in the principal amounts of the sums borrowed, which certificates will bear interest at or about 10 percent per annum and will have a maturity date no later than 18 months after the date of issue.  Said Receiver's Certificates of Indebtedness shall have priority over all other debts and obligations of the Licensee,

**STIPULATION FOR CONSENT ORDER OF RECEIVERSHIP**     6

Case 5:07-cv-05350-JW    Document 45-3    Filed 03/24/2008    Page 8 of 9
Case 5:07-cv-05350-JW    Document 1    Filed 10/19/2007    Page 15 of 25
Case 5:06-cv-04___J-JW    Document 11    Filed 10/0___006    Page 8 of 9

excluding administrative expenses of the Receivership, whether currently existing or hereinafter incurred, including without limitation any claims of general or limited partners of the Licensee.

10.     This Court determines and adjudicates that SBA has made a sufficient showing that the Licensee has violated the Act and the Regulations, as alleged in the Complaint filed against the Licensee in the instant action, to obtain the relief so requested.  After completing its activities in accordance with this Order, the Receiver may submit a report to this Court recommending that the Licensee's SBIC license be revoked.

**SEEN, STIPULATED AND AGREED:**

**Aspen Ventures III, L.P., through its authorized representative**

By:
    E. David Crockett
Title:  General Partner
    Aspen Ventures Management III, L.L.C.
    General Partner of Aspen Ventures III, L.P.

Date: _____

**United States Small Business Administration**

By:
    Thomas G. Morris, Director
    Office of Liquidation
Date: _____

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

    DATED this ___4th___ day of ___October___, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

**STIPULATION FOR CONSENT ORDER OF RECEIVERSHIP**                    7

Case 5:07-cv-05350-JW    Document 45-3    Filed 03/24/2008    Page 9 of 9
Case 5:07-cv-05350-JW    Document 1    Filed 10/19/2007    Page 16 of 25
Case 5:06-cv-0    2-JW    Document 11    Filed 10/0    06    Page 9 of 9

1  excluding administrative expenses of the Receivership, whether currently existing or

2  hereinafter incurred, including without limitation any claims of general or limited

3  partners of the Licensee.

4     10.    This Court determines and adjudicates that SBA has made a sufficient

5  showing that the Licensee has violated the Act and the Regulations, as alleged in the

6  Complaint filed against the Licensee in the instant action, to obtain the relief so

7  requested. After completing its activities in accordance with this Order, the Receiver

8  may submit a report to this Court recommending that the Licensee's SBIC license be

9  revoked.

10

11 **SEEN, STIPULATED AND AGREED:**

12 **Aspen Ventures III, L.P., through its authorized representative**

13 By:    _E. David Crockett_

14      E. David Crockett
       Title:   General Partner
15           Aspen Ventures Management III, L.L.C.
            General Partner of Aspen Ventures III, L.P.
16

17 Date:   _4-27-06_

18 **United States Small Business Administration**

19 By:    _Thomas G. Morris_

20      Thomas G. Morris, Director
       Office of Liquidation
21 Date:   _04-28-06_

22

23

24 **PURSUANT TO STIPULATION, IT IS SO ORDERED,**

25      DATED this _____ day of _____, 2006.

26

27      _____

28      UNITED STATES DISTRICT COURT JUDGE

**STIPULATION FOR CONSENT ORDER OF RECEIVERSHIP**                    7