# EXHIBIT 5D

# EXHIBIT D

**ASPEN VENTURES III, L.P.**
**SERIES B ADMISSION AND AMENDMENT AGREEMENT**

        Pursuant to Paragraph 7.6 of the Aspen Ventures III, L.P. (the "Partnership") Amended and Restated Limited Partnership Agreement, dated as of August 20, 1999, a copy of which is attached hereto as Exhibit A (the "Agreement"), as amended by that certain First Amendment to the Agreement, dated as of the date hereof, a copy of which is attached hereto as Exhibit B (the "Amendment"), the undersigned, by execution and delivery hereof, agrees to become a Series B Limited Partner of the Partnership and agrees to be bound by all of the terms and conditions of, and makes the representations of the Limited Partners set forth in, the Agreement and the Amendment.

        On the effective date of this Series B Admission and Amendment Agreement (this "Admission Agreement"), the Partnership and Aspen Ventures Management III, L.L.C., the general partner of the Partnership (the "General Partner"), agree forthwith to take all such other steps as may be necessary or desirable to admit the undersigned as a Series B Limited Partner of the Partnership and to effectuate fully the intent of this Admission Agreement. Notwithstanding the foregoing, the General Partner reserves the right to accept or deny all or any portion of any subscription for an interest in the Partnership by the undersigned Series B Limited Partner prior to the effective date of this Admission Agreement, and this Admission Agreement shall only become effective upon its execution by the General Partner. This Admission Agreement may be signed in one or more counterparts.

        Pursuant to Section 2(k) of the Amendment, upon the effectiveness of this Admission Agreement, Schedule B of the Agreement shall be amended and restated in the form forth on Exhibit C.

        IN WITNESS WHEREOF, this Admission Agreement is made and entered into as of April 1, 2002.

| SERIES B LIMITED PARTNER: | GENERAL PARTNER: |
|---|---|
| REDLEAF GROUP, INC. | APSEN VENTURES III, L.P. |
| | By: Aspen Ventures Management III, L.L.C. |
| By: _____ | By: _____ |
| Title: _____ Co - CEO _____ | Managing Member |

TAXPAYER ID NO.: 77 - 0552590

_Limited Partner to complete the information required below:_

The undersigned hereby executes this Admission Agreement on behalf of the Series B Limited Partner and represents as follows:

(i)    Is such Series B Limited Partner (a) an "employee benefit plan," as defined in Section 3(3) of ERISA, (b) a plan described in Section 4975(e)(1) of the Internal Revenue Code of 1986, as amended, or (c) an entity whose underlying assets include plan assets by reason of a plan's investment in such Series B Limited Partner?

      _____ Yes   ✓ No

(ii)   Is such Series B Limited Partner (a) an employee benefit plan subject to Part 4 or Subtitle B of Title I of ERISA or (b) an entity whose underlying assets are considered "plan assets" of an employee benefit plan which is subject to Part 4 of Subtitle B of Title I of ERISA and which invested in such entity?

      _____ Yes   ✓ No

By: _____

Title: _____ Co-l CEO _____

GDSVF&H\428510v1

EXHIBIT A

Aspen Ventures III, L.P. Amended and Restated Limited Partnership Agreement

**See Tab 2**

EXHIBIT B

First Amendment to the Aspen Ventures III, L.P.
Amended and Restated Limited Partnership Agreement

See Tab 8

EXHIBIT C

Schedule B

## SCHEDULE OF SERIES B LIMITED PARTNERS

| General Partner | Capital Commitment |
|---|---|
| Aspen Ventures Management III, L.L.C.<br>1000 Fremont Avenue, Suite 200<br>Los Altos, CA 94024 | $151,515.15 |

**Limited Partners**

| | |
|---|---|
| Redleaf Group, Inc. | $15,000,000.00 |
| Total Limited Partners | $15,000,000.00 |
| Total All Partners | $15,151,515.15 |

GDSVF&H\428510v1