1  STEPHEN E. TAYLOR (SBN 58452)
   JESSICA L. GRANT (SBN 178138)
2  NICHOLAS G. CAMPINS (SBN 238022)
   TAYLOR & COMPANY LAW OFFICES, LLP
3  One Ferry Building, Suite 355
   San Francisco, California 94111
4  Telephone: (415) 788-8200
   Facsimile: (415) 788-8208
5  E-mail: staylor@tcolaw.com
   E-mail: jgrant@tcolaw.com
6  E-mail: ncampins@tcolaw.com

7  Attorneys for Third-Party Defendants
   ALEXANDER P. CILENTO and
8  DAVID CROCKETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures, III,<br><br>     Plaintiffs,<br><br>v.<br><br>REDLEAF GROUP, INC.,<br><br>     Defendant and Third-Party Plaintiff,<br><br>v.<br><br>ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited LIability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10,<br><br>     Third-Party Defendants. | Case No.: C-07-05350 JW (PVT)<br><br>**NOTICE OF APPEARANCE** |

TAYLOR & CO.
LAW OFFICES, LLP

NOTICE OF APPEARANCE: CASE NO. C-07-05350 JW (PVT)

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following counsel from Taylor & Company Law Offices, LLP has been added to this case and will be appearing as counsel of record for third-party defendants Alexander P. Cilento and David Crockett:

> Nicholas G. Campins (SBN 238022)
> Taylor & Company Law Offices, LLP
> One Ferry Building, Suite 355
> San Francisco, CA 94111
> Telephone: (415) 788-8200
> Facsimile: (415) 788-8208
> E-mail: ncampins@tcolaw.com

Dated: April 1, 2008

Respectfully submitted,

TAYLOR & COMPANY LAW OFFICES, LLP

By: /s/ Nicholas G. Campins
Nicholas G. Campins

Attorneys for Third-Party Defendants
ALEXANDER P. CILENTO and
DAVID CROCKETT

TAYLOR & CO.
LAW OFFICES, LLP

1.

NOTICE OF APPEARANCE: CASE NO. C-07-05350 JW (PVT)