MATTHEW G. BALL (CA BAR 208881)
DEIRDRE M. DIGRANDE (CA BAR 199766)
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
55 Second Street, Suite 1700
San Francisco, CA  94105-3493
Tel:   (415) 882-8200
Fax:  (415) 882-8220
matthew.ball@klgates.com
deirdre.digrande@klgates.com

MARTIN D. TECKLER (*pro hac vice*)
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
1601 K Street, NW
Washington, DC  20006-1600
Tel:   (202) 778-9000
Fax:  (202) 778-9100
martin.teckler@klgates.com

Attorneys for Defendant & Third-Party Plaintiff
REDLEAF GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures III,<br><br>            Plaintiff,<br><br>      v.<br><br>REDLEAF GROUP, INC.,<br><br>            Defendant. | Case No. C-07-05350 JW (PVT)<br><br>**REDLEAF GROUP, INC.'S NOTICE OF ERRATUM REGARDING JOINT CASE MANAGEMENT STATEMENT**<br><br><br>Date: April 14, 2008<br>Time: 9:00 a.m.<br>Location: Courtroom 8, 4th Floor<br>Judge: Honorable James Ware |
| REDLEAF GROUP, INC.,<br><br>            Third-Party Plaintiff,<br>      v.<br><br>ASPEN VENTURES MANAGEMENT III, LLC, a Delaware limited liability company; ALEXANDER P. CILENTO, a California resident; and DAVID CROCKETT, a California resident; and DOES 1-10,<br><br>            Third-Party Defendants. | |

Defendant Redleaf Group, Inc. ("Redleaf"), by and through its undersigned counsel, hereby submits this Notice of Erratum Regarding the Joint Case Management Statement.

## **ERRATUM**

Redleaf submits and attaches the Aspen Ventures Management III, L.L.C. First Amendment to Second Amended and Restated Limited Liability Company Agreement ("2002 Amendment to the LLC Agreement") referenced on page 14, line 21 of the Joint Case Management Statement.

Dated: April 11, 2008

Respectfully submitted,

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By:   Matthew G. Ball /s/
Matthew G. Ball (CA Bar 208881)
Deirdre Digrande (CA Bar 199766)
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone: (415) 882-8200
Facsimile: (415) 882-8220
(matthew.ball@klgates.com)

Martin D. Teckler (*pro hac vice*)
martin.teckler@klgates.com
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, NW Washington, DC, 20006-1600
Telephone: (202) 778-9000
Facsimile: (202) 778- 9100

Attorneys for Defendant/Third-Party Plaintiff Redleaf Group, Inc.