UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

**Judge:** James Ware
**Date:** 4/14/2008
**Case No.:** C-07-05350 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**Interpreter:** N/A

TITLE

**United States Small Business Administration v. Redleaf Group Inc.**

**Attorney(s) for Plaintiff(s)**: Gregory Nuti, Jessica Grant, Nicholas Campos, William Orrick III
**Attorney(s) for Defendant(s)**: Matthew Ball

PROCEEDINGS

1. Third Party Defendants Aspen Ventures Management II LLC's Motion to Dismiss Third Party Complaint
2. Plaintiff's Motion of Receiver to Strike Affirmative Defenses.
3. Case Management Conference

ORDER AFTER HEARING

Hearing Held. The Court took the matter under submission and the Court to issue further order on motion.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: