JESSICA L. GRANT (SBN 178138)
NICHOLAS G. CAMPINS (SBN 238022)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California  94111
Telephone:  (415) 788-8200
Facsimile:   (415) 788-8208
E-mail: jgrant@tcolaw.com
E-mail: ncampins@tcolaw.com

Attorneys for Third-Party Defendants
ALEXANDER P. CILENTO and
DAVID CROCKETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures, III,<br><br>　　　Plaintiffs,<br><br>v.<br><br>REDLEAF GROUP, INC.,<br><br>　　　Defendant and Third-Party Plaintiff,<br><br>v.<br><br>ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited LIability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10,<br><br>　　　Third-Party Defendants. | Case No.: C-07-05350 JW (PVT)<br><br>**NOTICE OF MOTION AND ADMINISTRATIVE MOTION FOR LEAVE TO FILE A STATEMENT OF RECENT DECISION**<br><br>**[Re Docket Nos. 32-35]** |

TAYLOR & CO.
LAW OFFICES, LLP

NOTICE OF MOTION AND ADMINISTRATIVE MOTION FOR LEAVE TO FILE A STATEMENT OF RECENT DECISION: CASE NO.  C-07-05350 JW (PVT)

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that third-party defendants David Crockett ("Crockett") and Alexander P. Cilento ("Cilento") (collectively "third-party defendants") hereby administratively move this Court for an Order Granting Leave to File a Statement of Recent Decision.

This Administrative Motion For Leave to File a Statement of Recent Decision is brought pursuant to Civil Local Rule 7-11 and is based on the following grounds:

(1) The Ninth Circuit filed its opinion in *Platt Elec. Supply, Inc. v. EOFF Elec., Inc.*, ---F.3d----, 2008 WL 1722882 (9th Cir. 2008) ("Opinion") on April 15, 2008, the day after this Court's April 14, 2008 hearing on third-party defendants' currently-pending motion to dismiss Redleaf Group, Inc.'s ("Redleaf") third-party complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("Motion to Dismiss").

(2) Pursuant to Civil Local Rule 7-3(d), leave of Court is required to allow the third-party defendants to file a Statement of Recent Decision to submit the Opinion after the noticed hearing date. The Opinion is relevant to the issue of whether a district court may dismiss a complaint without leave to amend based on statute of limitations grounds.

(3) Pursuant to Civil Local Rules 7-11, third-party defendants attempted in good faith to obtain a stipulation from Redleaf to allow the Statement of Recent Decision to be submitted to the Court, but Redleaf declined to so stipulate.

This motion is based on this Notice of Motion and Administrative Motion for Leave to file a Statement of Recent Decision, and the supporting Declaration of Nicholas G. Campins which are filed concurrently herewith.

Dated: April 30, 2008          TAYLOR & COMPANY LAW OFFICES, LLP


By:     /s/ Nicholas G. Campins
            Nicholas G. Campins

Attorneys for Third-Party Defendants
ALEXANDER P. CILENTO and DAVID CROCKETT

1.
NOTICE OF MOTION AND ADMINISTRATIVE MOTION FOR LEAVE TO FILE A STATEMENT OF RECENT DECISION: CASE NO. C-07-05350 JW (PVT)