JESSICA L. GRANT (SBN 178138)
NICHOLAS G. CAMPINS (SBN 238022)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California  94111
Telephone:  (415) 788-8200
Facsimile:   (415) 788-8208
E-mail: jgrant@tcolaw.com
E-mail: ncampins@tcolaw.com

Attorneys for Third-Party Defendants
ALEXANDER P. CILENTO and
DAVID CROCKETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures, III,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>REDLEAF GROUP, INC.,<br><br>　　　　Defendant and Third-Party Plaintiff,<br><br>v.<br><br>ASPEN VENTURES MANAGEMENT III, LLC,  a Delaware Limited LIability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10,<br><br>　　　　Third-Party Defendants. | Case No.: C-07-05350 JW (PVT)<br><br>**DECLARATION OF NICHOLAS G. CAMPINS IN SUPPORT OF ADMINISTRATIVE MOTION FOR LEAVE TO FILE A STATEMENT OF RECENT DECISION**<br><br>**[Re Docket Nos. 32-35]** |

TAYLOR & CO.
LAW OFFICES, LLP

DECLARATION OF NICHOLAS G. CAMPINS IN SUPPORT OF ADMINISTRATIVE MOTION FOR LEAVE TO FILE A STATEMENT OF RECENT DECISION: CASE NO. C-07-05350 JW (PVT)

I, NICHOLAS G. CAMPINS, declare as follows:

1. I am an attorney with Taylor & Company Law Offices, LLP, counsel for third-party defendants Alexander P. Cilento and David Crockett in this action. The facts set forth in this declaration are personally known to me to be true and, if called upon to testify as to the matters contained in this declaration, I could and would competently testify thereto. This declaration is submitted in support of third-party defendants Alexander P. Cilento's and David Crockett's Administrative Motion for Leave to file a Statement of Recent Decision, which has been filed concurrently herewith. This declaration is required by Local Rule 7-11(a).

2. On April 29, 2008, at approximately 10:30 a.m., I sent opposing counsel for Redleaf Group, Inc. ("Redleaf") an e-mail requesting that Redleaf stipulate to the submission of *Platt Elec. Supply, Inc. v. EOFF Elec., Inc.*, ---F.3d----, 2008 WL 1722882 (9th Cir. 2008), as a supplemental authority relevant to the Court's consideration of third-party defendants' currently-pending motion to dismiss brought pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Attached to this declaration as Exhibit A is a true and correct copy of the e-mail I sent to Matthew G. Ball, counsel for Redleaf, on April 29, 2008.

3. On April 29, 2008, Mr. Ball replied to me via e-mail that Redleaf would not agree to such a stipulation. Attached to this declaration as Exhibit B is a true and correct copy of Redleaf's reply.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 30th day of April 2008, at San Francisco, California.

        /s/ Nicholas G. Campins
    NICHOLAS G. CAMPINS

TAYLOR & CO.
LAW OFFICES, LLP

1.
DECLARATION OF NICHOLAS G. CAMPINS IN SUPPORT OF ADMINISTRATIVE MOTION FOR LEAVE TO FILE A STATEMENT OF RECENT DECISION: CASE NO. C-07-05350 JW (PVT)