# EXHIBIT B

## Nicholas Campins

**From:** Ball, Matthew G. [Matthew.Ball@klgates.com]
**Sent:** Tuesday, April 29, 2008 5:26 PM
**To:** Nicholas Campins; Digrande, Deirdre M.; Teckler, Martin D.
**Cc:** William H. Orrick III; Jessica Grant
**Subject:** RE: Aspen Matter: Stipulation re Notice of Supplemental Authority

Dear Nick:

Redleaf Group will not stipulate to the submission of this supplemental authority. Please let me know at your earliest convenience whether Third-Party Defendants will proceed with an administrative motion as your e-mail implies.

Very truly yours,


Matthew G. Ball
K&L Gates LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Direct Dial: (415) 249-1014
Fax: (415) 882-8220
Mobile: (415) 283-9359

---

**From:** Nicholas Campins [mailto:ncampins@tcolaw.com]
**Sent:** Tuesday, April 29, 2008 10:32 AM
**To:** Ball, Matthew G.; Digrande, Deirdre M.
**Cc:** William H. Orrick III; Jessica Grant
**Subject:** Aspen Matter: Stipulation re Notice of Supplemental Authority

Counsel:

The Ninth Circuit recently issued an opinion, *Platt Elec. Supply, Inc. v. EOFF Elec., Inc.*, ---F.3d----, 2008 WL 1722882 (9th Cir. 2008) (copy attached), which is relevant to the Court's consideration of third-party defendants' currently-pending motion to dismiss brought pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The opinion was filed the day after the oral argument, on April 15, 2008.

Accordingly, pursuant to Civil L.R. §§ 7-4(d), 7-11 and 7-12, third-party defendants David Crockett and Alexander P. Cilento request that Redleaf Group stipulate to the submission of the supplemental authority. Please let us know whether Redleaf will agree to such a stipulation by the close of business today.

Thank you for your courtesy.

Regards,

Nick Campins

**Taylor & Company**
**Law Offices, LLP**
One Ferry Building, Suite 355

4/30/2008

San Francisco, CA 94111
T: (415) 788-8200
F: (415) 788-8208
www.tcolaw.com

>>>>>Notice<<<<<
The information contained in this e-mail message may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you receive this e-mail message in error, please e-mail the sender at <mailto:ncampins@tcolaw.com> and destroy the message.


This electronic message contains information from the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Matthew.Ball@klgates.com.