1  JESSICA L. GRANT (SBN 178138)
   NICHOLAS G. CAMPINS (SBN 238022)
2  TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
3  San Francisco, California  94111
   Telephone:  (415) 788-8200
4  Facsimile:   (415) 788-8208
   E-mail: jgrant@tcolaw.com
5  E-mail: ncampins@tcolaw.com

6  Attorneys for Third-Party Defendants
   ALEXANDER P. CILENTO and
7  DAVID CROCKETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures, III,<br><br>    Plaintiffs,<br><br>v.<br><br>REDLEAF GROUP, INC.,<br><br>    Defendant and Third-Party Plaintiff,<br><br>v.<br><br>ASPEN VENTURES MANAGEMENT III, LLC,  a Delaware Limited LIability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10,<br><br>    Third-Party Defendants. | Case No.: C-07-05350 JW (PVT)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION GRANTING LEAVE TO FILE A STATEMENT OF RECENT DECISION**<br><br>**[Re Docket Nos. 32-35]** |
|---|---|

TAYLOR & CO.
LAW OFFICES, LLP

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE A STATEMENT OF RECENT DECISION: CASE NO. C-07-05350 JW (PVT)

1  Third-party defendants David Crockett's ("Crockett") and Alexander P. Cilento's
2  ("Cilento") Administrative Motion For Leave to File a Statement of Recent Decision was
3  considered in accordance with the procedures set forth in Civil Local Rule 7-11 of this Court.
4  Having considered all papers filed by the parties in favor of and in opposition to the
5  Administrative Motion For Leave to File a Statement of Recent Decision, and all other matters
6  deemed appropriate by this Court, and good cause appearing therefor,
7  IT IS HEREBY ORDERED that third-party defendants Cilento and Crockett may file a
8  Statement of Recent Decision regarding the Ninth Circuit's recent opinion in *Platt Elec. Supply,*
9  *Inc. v. EOFF Elec., Inc.*, ---F.3d----, 2008 WL 1722882 (9th Cir. 2008).

DATED: _____   _____
                                 HONORABLE JAMES WARE
                                 UNITED STATES DISTRICT COURT JUDGE

TAYLOR & CO.
LAW OFFICES, LLP

1.
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE A STATEMENT OF RECENT DECISION: CASE NO. C-07-05350 JW (PVT).