UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures III,<br><br>        Plaintiff,<br><br>        v.<br><br>REDLEAF GROUP, INC.,<br><br>        Defendant & Third-Party Plaintiff,<br><br>        v.<br><br>ASPEN VENTURES MANAGEMENT III, LLC, a Delaware limited liability company; ALEXANDER P. CILENTO, a California resident; and DAVID CROCKETT, a California resident; and DOES 1-10,<br><br>        Third-Party Defendants. | Case No. C-07-05350 JW (PVT)<br><br>**[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION FOR LEAVE TO FILE A STATEMENT OF RECENT DECISION**<br><br><br><br><br><br><br><br>Complaint Filed:   October 19, 2007<br>Trial Date:           Not Set |

After having considered the Administrative Motion and supporting papers submitted by Third-Party Defendants David Crockett and Alexander P. Cilento for an order granting leave to file a statement of recent decision in support of their Motion to Dismiss the Third Party Complaint of Defendant and Third-Party Plaintiff Redleaf Group, Inc., Redleaf's Opposition and supporting papers, the inferences reasonably deducible therefrom, the evidence, and such other matters presented to the Court, and in the interests of justice,

IT IS HEREBY ORDERED that leave to file a statement of the recent decision of the Ninth Circuit Court of Appeals in <u>Platt Elec. Supply, Inc. v. EOFF Elec., Inc.</u>, ___ F.3d ___, 2008 WL 1722882 (9th Cir. 2008) in support of their Motion to Dismiss Redleaf's Third-Party Complaint is DENIED.

Dated: _____

By_____
JAMES WARE
JUDGE OF THE UNITED STATES DISTRICT COURT