IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States Small Business Administration, | NO. C 07-05350 JW |
|     Plaintiff, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Redleaf Group, Inc., | |
|     Defendant, Third-Party Plaintiff, | |
| v. | |
| Aspen Ventures Management III LLC, et al. | |
|     Third-Party Defendants. | |

The Court conducted a Case Management Conference on April 14, 2008. Counsel for the respective parties were present. At the conference, the parties expressed an interest in resolving this case through early motions for summary judgment. In the light of their representations, the Court schedules a hearing on the parties' anticipated cross-motions for summary judgment for **June 23, 2008 at 9 a.m.** The parties shall notice their motions in accordance with the Civil Local Rules. The parties are referred to the Magistrate Judge assigned to this case for resolution of all discovery disputes.

Dated: May 8, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Beverley Elizabeth Hazlewood beverley.hazlewood@sba.gov
Deirdre M. Digrande deirdre.digrande@klgates.com
Gregory Caesar Nuti gnuti@schnader.com
Jessica L. Grant jgrant@tcolaw.com
Matthew Gordon Ball matthew.ball@klgates.com
Nicholas George Campins ncampins@tcolaw.com
Stephen E. Taylor staylor@tcolaw.com
William Horsley Orrick EfilingWHO@cpdb.com

Dated:  May 8, 2008                              **Richard W. Wieking, Clerk**

                                                  **By:  /s/ JW Chambers**
                                                       **Elizabeth Garcia**
                                                       **Courtroom Deputy**