Gregory C. Nuti (Bar No. 151754)
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785
E-mail: gnuti@schnader.com

Beverley Hazlewood Lewis
Trial Attorney, Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W., Suite 7200
Washington, D.C. 20416
Telephone (202) 619-1605
Facsimile (202) 481- 0468

Attorneys for Plaintiff,
United States Small Business Administration in its capacity
as Receiver for Aspen Ventures III, L.P.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION IN ITS CAPACITY AS RECEIVER FOR ASPEN VENTURES III, L.P., <br><br>Plaintiff,<br><br>vs.<br><br>REDLEAF GROUP, INC.,<br><br>Defendants.<br><br>REDLEAF GROUP, INC.,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10,<br><br>Third-Party Defendants. | Case No.: C07-05350 JW/PVT<br><br>**MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE SUMMARY ADJUDICATION, ON THE RECEIVER'S CLAIM FOR BREACH OF CONTRACT**<br><br>Date:      June 23, 2008<br>Time:     9:00 a.m.<br>Location: 280 South First Street, Courtroom 8, 4th Floor San Jose, CA 95113<br>Judge:    Hon. James Ware |

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: 415-364-6700

**PLEASE TAKE NOTICE** that on June 23, 2008 at 10:00 a.m. or as soon thereafter as the matter maybe heard before the Honorable James Ware, the United States Small Business Administration in its capacity as Receiver for Aspen Ventures III, LP ("Receiver") shall and hereby moves pursuant to Federal Rule of Civil Procedure 56 for summary judgment, or in the alternative summary adjudication of issues, on its claim for breach of contract against Redleaf Group, Inc., including a judgment that each of Redleaf Group Inc.'s affirmative defenses are without legal or factual merit. There is no issue of material fact on its breach of contract claim and the Receiver is entitled to judgment as a matter of law.

**PLEASE TAKE FURTHER NOTICE** that at the hearing the Receiver intends to rely on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the Declaration of Richard Moser and Request for Judicial Notice in Support of the Motion, each filed and served herewith and any other evidence or matters properly before the Court.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Civil Local Rule 7-3(a) any opposition to the Motion must be served and filed not less than 21 days before the hearing date. The opposition may include a proposed order, affidavits or declarations, as well as a brief or memorandum under Civil L.R. 7-4.

Dated: May 19, 2008            SCHNADER HARRISON SEGAL & LEWIS LLP

By: /s/ Gregory C. Nuti
    Gregory C. Nuti
    Attorneys for Plaintiff, the United States
    Small Business Administration as
    Receiver for Aspen Ventures III, L.P.

Dated: May 19, 2008            U.S. Small Business Administration

By: /s/ Beverley Hazlewood Lewis
    Beverley Hazlewood Lewis
    Office of General Counsel
    Attorneys for Plaintiff,
    United States Small Business
    Administration in its capacity as Receiver
    for Aspen Ventures III, L.P.

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: 415-364-6700