EXHIBIT A

PAGES 76-100

LIMITED PARTNER:

*Eugene C. Y DUH*

Type or Print Name of Limited Partner

Taxpayer I.D. Number:_____

The undersigned hereby executes this Agreement on behalf of the Limited Partner and represents as follows:

(i) Is such Limited Partner (a) an "employee benefit plan," as defined in Section 3(3) of ERISA, (b) a plan described in Section 4975(e)(1) of the Internal Revenue Code of 1986, as amended, or (c) an entity whose underlying assets include plan assets by reason of a plan's investment in such Limited Partner?

_____ Yes          ✓ No

(ii) Is such Limited Partner (a) an employee benefit plan subject to Part 4 of Subtitle B of Title I of ERISA or (b) an entity whose underlying assets are considered "plan assets" of an employee benefit plan which is subject to Part 4 of Subtitle B of Title I of ERISA and which invested in such entity?

_____ Yes          ✓ No

By: *Eugene C. Y. Duh*

Title:_____

Capital Commitment:_____

LIMITED PARTNER:

FAIRWAY VENTURES

Type or Print Name of Limited Partner

Taxpayer I.D. Number: 77-0497917

The undersigned hereby executes this Agreement on behalf of the Limited Partner and represents as follows:

(i) Is such Limited Partner (a) an "employee benefit plan," as defined in Section 3(3) of ERISA, (b) a plan described in Section 4975(e)(1) of the Internal Revenue Code of 1986, as amended, or (c) an entity whose underlying assets include plan assets by reason of a plan's investment in such Limited Partner?

_____ Yes        ✓ No

(ii) Is such Limited Partner (a) an employee benefit plan subject to Part 4 of Subtitle B of Title I of ERISA or (b) an entity whose underlying assets are considered "plan assets" of an employee benefit plan which is subject to Part 4 of Subtitle B of Title I of ERISA and which invested in such entity?

_____ Yes        ✓ No

By: _____

Title: _____

Capital Commitment: 150,000

LIMITED PARTNER:

Harold V. Feeney

Type or Print Name of Limited Partner

Taxpayer I.D. Number: 485·48·6221

The undersigned hereby executes this Agreement on behalf of the Limited Partner and represents as follows:

(i) Is such Limited Partner (a) an "employee benefit plan," as defined in Section 3(3) of ERISA, (b) a plan described in Section 4975(e)(1) of the Internal Revenue Code of 1986, as amended, or (c) an entity whose underlying assets include plan assets by reason of a plan's investment in such Limited Partner?

_____ Yes        ——— No

(ii) Is such Limited Partner (a) an employee benefit plan subject to Part 4 of Subtitle B of Title I of ERISA or (b) an entity whose underlying assets are considered "plan assets" of an employee benefit plan which is subject to Part 4 of Subtitle B of Title I of ERISA and which invested in such entity?

_____ Yes        ——— No

By: Harold V. Feeney

Title: _____

Capital Commitment: $50,000

Signature Page to Aspen Ventures III, L.P. Agreement

LIMITED PARTNER:

_____

Type or Print Name of Limited Partner

Taxpayer I.D. Number:_____

The undersigned hereby executes this
Agreement on behalf of the Limited Partner and
represents as follows:

    (i)  Is such Limited Partner (a) an
"employee benefit plan," as defined in
Section 3(3) of ERISA, (b) a plan described in
Section 4975(e)(1) of the Internal Revenue
Code of 1986, as amended, or (c) an entity
whose underlying assets include plan assets by
reason of a plan's investment in such Limited
Partner?

    _____ Yes    _____ No

    (ii)  Is such Limited Partner (a) an
employee benefit plan subject to Part 4 of
Subtitle B of Title I of ERISA or (b) an entity
whose underlying assets are considered "plan
assets" of an employee benefit plan which is
subject to Part 4 of Subtitle B of Title I of
ERISA and which invested in such entity?

    _____ Yes    _____ No

By:_____

Title:_____

Capital Commitment:_____

LIMITED PARTNER:

ALLAN R FERGUSON

Type or Print Name of Limited Partner

Taxpayer I.D. Number: 332 36 8189

The undersigned hereby executes this Agreement on behalf of the Limited Partner and represents as follows:

(i) Is such Limited Partner (a) an "employee benefit plan," as defined in Section 3(3) of ERISA, (b) a plan described in Section 4975(e)(1) of the Internal Revenue Code of 1986, as amended, or (c) an entity whose underlying assets include plan assets by reason of a plan's investment in such Limited Partner?

_____ Yes        X No

(ii) Is such Limited Partner (a) an employee benefit plan subject to Part 4 of Subtitle B of Title I of ERISA or (b) an entity whose underlying assets are considered "plan assets" of an employee benefit plan which is subject to Part 4 of Subtitle B of Title I of ERISA and which invested in such entity?

_____ Yes        X No

By: Alla R Ferg

Title: _____

Capital Commitment: $ 100,000

Signature Page to Aspen Ventures III, L.P. Agreement

LIMITED PARTNER:

*FIRST TRUST CORP*
*F.B.O. JEROME W. CARLSON IRA*

Type or Print Name of Limited Partner

Taxpayer I.D. Number: *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*

The undersigned hereby executes this Agreement on behalf of the Limited Partner and represents as follows:

(i)  Is such Limited Partner (a) an "employee benefit plan," as defined in Section 3(3) of ERISA, (b) a plan described in Section 4975(e)(1) of the Internal Revenue Code of 1986, as amended, or (c) an entity whose underlying assets include plan assets by reason of a plan's investment in such Limited Partner?

_____ Yes__ X__ No

(ii)  Is such Limited Partner (a) an employee benefit plan subject to Part 4 of Subtitle B of Title I of ERISA or (b) an entity whose underlying assets are considered "plan assets" of an employee benefit plan which is subject to Part 4 of Subtitle B of Title I of ERISA and which invested in such entity?

_____ Yes__ X__ No

By: *Jerome W. Carlson*

Title: *Individual IRA*

Capital Commitment: *100,000*

US6VF&H\107709.10

LIMITED PARTNER:

*FRANKENBERG FAMILY TRUST*
*ROBERT J. FRANKENBERG, TTE*

Type or Print Name of Limited Partner

Taxpayer I.D. Number: *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*

The undersigned hereby executes this Agreement on behalf of the Limited Partner and represents as follows:

(i) Is such Limited Partner (a) an "employee benefit plan," as defined in Section 3(3) of ERISA, (b) a plan described in Section 4975(e)(1) of the Internal Revenue Code of 1986, as amended, or (c) an entity whose underlying assets include plan assets by reason of a plan's investment in such Limited Partner?

_____ Yes      _✗_ No

(ii) Is such Limited Partner (a) an employee benefit plan subject to Part 4 of Subtitle B of Title I of ERISA or (b) an entity whose underlying assets are considered "plan assets" of an employee benefit plan which is subject to Part 4 of Subtitle B of Title I of ERISA and which invested in such entity?

_____ Yes      _✗_ No

By: _____

Title: *ROBERT J FRANKENBERG, TTE*

Capital Commitment: *$100,000*

LIMITED PARTNER:

FRANKENBERG FAMILY TRUST

ROBERT J. FRANKENBERG, TTE

Type or Print Name of Limited Partner

Taxpayer I.D. Number: 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

The undersigned hereby executes this Agreement on behalf of the Limited Partner and represents as follows:

(i) Is such Limited Partner (a) an "employee benefit plan," as defined in Section 3(3) of ERISA, (b) a plan described in Section 4975(e)(1) of the Internal Revenue Code of 1986, as amended, or (c) an entity whose underlying assets include plan assets by reason of a plan's investment in such Limited Partner?

_____ Yes        ✕ No

(ii) Is such Limited Partner (a) an employee benefit plan subject to Part 4 of Subtitle B of Title I of ERISA or (b) an entity whose underlying assets are considered "plan assets" of an employee benefit plan which is subject to Part 4 of Subtitle B of Title I of ERISA and which invested in such entity?

_____ Yes        ✕ No

By: _____

Title: ROBERT J FRANKENBERG, TTE

Capital Commitment: $100,000

LIMITED PARTNER:


_____The Fuller Foundation_____
Type or Print Name of Limited Partner

Taxpayer I.D. Number:__95-4124436__

The undersigned hereby executes this
Agreement on behalf of the Limited Partner and
represents as follows:

     (i) Is such Limited Partner (a) an
"employee benefit plan," as defined in
Section 3(3) of ERISA, (b) a plan described in
Section 4975(e)(1) of the Internal Revenue
Code of 1986, as amended, or (c) an entity
whose underlying assets include plan assets by
reason of a plan's investment in such Limited
Partner?

_____ Yes      __X__ No

     (ii) Is such Limited Partner (a) an
employee benefit plan subject to Part 4 of
Subtitle B of Title I of ERISA or (b) an entity
whose underlying assets are considered "plan
assets" of an employee benefit plan which is
subject to Part 4 of Subtitle B of Title I of
ERISA and which invested in such entity?

_____ Yes      __X__ No

By:_____

Title:__Executive Director__

Capital Commitment:__$100,000__

LIMITED PARTNER:

_KILLEA FAMILY REVOCABLE TRUST_
_DATED 12-19-94_

Type or Print Name of Limited Partner

Taxpayer I.D. Number: _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_

The undersigned hereby executes this Agreement on behalf of the Limited Partner and represents as follows:

(i) Is such Limited Partner (a) an "employee benefit plan," as defined in Section 3(3) of ERISA, (b) a plan described in Section 4975(e)(1) of the Internal Revenue Code of 1986, as amended, or (c) an entity whose underlying assets include plan assets by reason of a plan's investment in such Limited Partner?

_____ Yes          ✓  No

(ii) Is such Limited Partner (a) an employee benefit plan subject to Part 4 of Subtitle B of Title I of ERISA or (b) an entity whose underlying assets are considered "plan assets" of an employee benefit plan which is subject to Part 4 of Subtitle B of Title I of ERISA and which invested in such entity?

_____ Yes          ✓  No

By: _John W. Killea_

Title: _TTEE, KILLEA FAMILY REVOCABLE TRUST, DTD 12/19/94_

Capital Commitment: _$100,000_

Signature Page to Aspen Ventures III, L.P. Agreement

LIMITED PARTNER:

_ROGER KOO_

Type or Print Name of Limited Partner

Taxpayer I.D. Number: _566 - 83 -1070_

The undersigned hereby executes this Agreement on behalf of the Limited Partner and represents as follows:

(i) Is such Limited Partner (a) an "employee benefit plan," as defined in Section 3(3) of ERISA, (b) a plan described in Section 4975(e)(1) of the Internal Revenue Code of 1986, as amended, or (c) an entity whose underlying assets include plan assets by reason of a plan's investment in such Limited Partner?

_____ Yes          _✓_ No

(ii) Is such Limited Partner (a) an employee benefit plan subject to Part 4 of Subtitle B of Title I of ERISA or (b) an entity whose underlying assets are considered "plan assets" of an employee benefit plan which is subject to Part 4 of Subtitle B of Title I of ERISA and which invested in such entity?

_____ Yes          _✓_ No

By: _____
          ROGER KOO

Title: _____

Capital Commitment: _$ 1 MILLION_

LIMITED PARTNER:

Jean A. Kovacs + Brooks Stough, as community property

Type or Print Name of Limited Partner

Taxpayer I.D. Number: 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

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

The undersigned hereby executes this Agreement on behalf of the Limited Partner and represents as follows:

(i) Is such Limited Partner (a) an "employee benefit plan," as defined in Section 3(3) of ERISA, (b) a plan described in Section 4975(e)(1) of the Internal Revenue Code of 1986, as amended, or (c) an entity whose underlying assets include plan assets by reason of a plan's investment in such Limited Partner?

_____ Yes     **X** No

(ii) Is such Limited Partner (a) an employee benefit plan subject to Part 4 of Subtitle B of Title I of ERISA or (b) an entity whose underlying assets are considered "plan assets" of an employee benefit plan which is subject to Part 4 of Subtitle B of Title I of ERISA and which invested in such entity?

_____ Yes     **X** No

By: _____

Title: _____

Capital Commitment: _____

LIMITED PARTNER:

_Donald A. Lee_

Type or Print Name of Limited Partner

Taxpayer I.D. Number: _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_

The undersigned hereby executes this Agreement on behalf of the Limited Partner and represents as follows:

    (i)  Is such Limited Partner (a) an "employee benefit plan," as defined in Section 3(3) of ERISA, (b) a plan described in Section 4975(e)(1) of the Internal Revenue Code of 1986, as amended, or (c) an entity whose underlying assets include plan assets by reason of a plan's investment in such Limited Partner?

    \_\_\_\_\_ Yes    \_\_\_\_\_ No

    (ii)  Is such Limited Partner (a) an employee benefit plan subject to Part 4 of Subtitle B of Title I of ERISA or (b) an entity whose underlying assets are considered "plan assets" of an employee benefit plan which is subject to Part 4 of Subtitle B of Title I of ERISA and which invested in such entity?

    \_\_\_\_\_ Yes    \_\_\_\_\_ No

By: _Donald G. Lee_

Title:_____

Capital Commitment:_____

LIMITED PARTNER:

*Salvador A. Lillaboo*

Type or Print Name of Limited Partner

Taxpayer I.D. Number: *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*

The undersigned hereby executes this Agreement on behalf of the Limited Partner and represents as follows:

(i) Is such Limited Partner (a) an "employee benefit plan," as defined in Section 3(3) of ERISA, (b) a plan described in Section 4975(e)(1) of the Internal Revenue Code of 1986, as amended, or (c) an entity whose underlying assets include plan assets by reason of a plan's investment in such Limited Partner?

_____ Yes __✓__ No

(ii) Is such Limited Partner (a) an employee benefit plan subject to Part 4 of Subtitle B of Title I of ERISA or (b) an entity whose underlying assets are considered "plan assets" of an employee benefit plan which is subject to Part 4 of Subtitle B of Title I of ERISA and which invested in such entity?

_____ Yes __✓__ No

By: _____

Title: _____

Capital Commitment: *$100,000.00*

LIMITED PARTNER:

_Love Living Trust Agreement DTD 3/5/83_
Type or Print Name of Limited Partner

Taxpayer I.D. Number: _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_

The undersigned hereby executes this Agreement on behalf of the Limited Partner and represents as follows:

(i)  Is such Limited Partner (a) an "employee benefit plan," as defined in Section 3(3) of ERISA, (b) a plan described in Section 4975(e)(1) of the Internal Revenue Code of 1986, as amended, or (c) an entity whose underlying assets include plan assets by reason of a plan's investment in such Limited Partner?

_____✓Yes          _____ No

(ii)  Is such Limited Partner (a) an employee benefit plan subject to Part 4 of Subtitle B of Title I of ERISA or (b) an entity whose underlying assets are considered "plan assets" of an employee benefit plan which is subject to Part 4 of Subtitle B of Title I of ERISA and which invested in such entity?

_____✓ Yes          _____ No

By: _____

Title: _Trustee_____

Capital Commitment: $_100,000_____

LIMITED PARTNER:

_Jeffrey M. Nash and Kathleen L. Nash
Trustees of the Jeffrey M. Nash and
Kathleen L. Nash Declaration of Trust
dated 5/18/90_

Type or Print Name of Limited Partner

Taxpayer I.D. Number: _558 – 64 – 1764_

The undersigned hereby executes this
Agreement on behalf of the Limited Partner and
represents as follows:

(i)  Is such Limited Partner (a) an
"employee benefit plan," as defined in
Section 3(3) of ERISA, (b) a plan described in
Section 4975(e)(1) of the Internal Revenue
Code of 1986, as amended, or (c) an entity
whose underlying assets include plan assets by
reason of a plan's investment in such Limited
Partner?

_____ Yes          ✓ No

(ii)  Is such Limited Partner (a) an
employee benefit plan subject to Part 4 of
Subtitle B of Title I of ERISA or (b) an entity
whose underlying assets are considered "plan
assets" of an employee benefit plan which is
subject to Part 4 of Subtitle B of Title I of
ERISA and which invested in such entity?

_____ Yes          ✓ No

BY: _Jeffrey M. Nash / Kathleen L. Nash_

Title: _Trustees_

Capital Commitment: _$100,000. —_

LIMITED PARTNER:

_CRAIG D. NORRIS_
Type or Print Name of Limited Partner

Taxpayer I.D. Number: _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_

The undersigned hereby executes this Agreement on behalf of the Limited Partner and represents as follows:

(i)  Is such Limited Partner (a) an "employee benefit plan," as defined in Section 3(3) of ERISA, (b) a plan described in Section 4975(e)(1) of the Internal Revenue Code of 1986, as amended, or (c) an entity whose underlying assets include plan assets by reason of a plan's investment in such Limited Partner?

_____ Yes        _λ_ No

(ii)  Is such Limited Partner (a) an employee benefit plan subject to Part 4 of Subtitle B of Title I of ERISA or (b) an entity whose underlying assets are considered "plan assets" of an employee benefit plan which is subject to Part 4 of Subtitle B of Title I of ERISA and which invested in such entity?

_____ Yes        _✕_ No

By: _Craig S. Norris_

Title: _____

Capital Commitment: _100K_

LIMITED PARTNER:

SANTA CLARA UNIVERSITY
_____
Type or Print Name of Limited Partner

Taxpayer I.D. Number:___94-1156617_____

The undersigned hereby executes this
Agreement on behalf of the Limited Partner and
represents as follows:

(i) Is such Limited Partner (a) an
"employee benefit plan," as defined in
Section 3(3) of ERISA, (b) a plan described in
Section 4975(e)(1) of the Internal Revenue
Code of 1986, as amended, or (c) an entity
whose underlying assets include plan assets by
reason of a plan's investment in such Limited
Partner?

_____ Yes      ✓ No

(ii) Is such Limited Partner (a) an
employee benefit plan subject to Part 4 of
Subtitle B of Title I of ERISA or (b) an entity
whose underlying assets are considered "plan
assets" of an employee benefit plan which is
subject to Part 4 of Subtitle B of Title I of
ERISA and which invested in such entity?

_____ Yes      ✓ No

By:_____

Title:___Vice Pres. for Finance and Administration___

Capital Commitment:___$1,000,000___

LIMITED PARTNER:

DALE G. and MARGO D. SEYMOUR
Type or Print Name of Limited Partner

Taxpayer I.D. Number: 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

The undersigned hereby executes this Agreement on behalf of the Limited Partner and represents as follows:

(i) Is such Limited Partner (a) an "employee benefit plan," as defined in Section 3(3) of ERISA, (b) a plan described in Section 4975(e)(1) of the Internal Revenue Code of 1986, as amended, or (c) an entity whose underlying assets include plan assets by reason of a plan's investment in such Limited Partner?

_____ Yes        _X_ No

(ii) Is such Limited Partner (a) an employee benefit plan subject to Part 4 of Subtitle B of Title I of ERISA or (b) an entity whose underlying assets are considered "plan assets" of an employee benefit plan which is subject to Part 4 of Subtitle B of Title I of ERISA and which invested in such entity?

_____ Yes        _X_ No

By: Dale G. Seymour  Margo D Seymour

Title: partner

Capital Commitment: _____

LIMITED PARTNER:

SILICON VALLEY BANCSHARES
Type or Print Name of Limited Partner

Taxpayer I.D. Number: 91 - 1962278

The undersigned hereby executes this Agreement on behalf of the Limited Partner and represents as follows:

(i)  Is such Limited Partner (a) an "employee benefit plan," as defined in Section 3(3) of ERISA, (b) a plan described in Section 4975(e)(1) of the Internal Revenue Code of 1986, as amended, or (c) an entity whose underlying assets include plan assets by reason of a plan's investment in such Limited Partner?

_____ Yes      ⨉ No

(ii)  Is such Limited Partner (a) an employee benefit plan subject to Part 4 of Subtitle B of Title I of ERISA or (b) an entity whose underlying assets are considered "plan assets" of an employee benefit plan which is subject to Part 4 of Subtitle B of Title I of ERISA and which invested in such entity?

_____ Yes      ⨉ No

By: _____

Title: EVP CFO

Capital Commitment: $ 250,000

LIMITED PARTNER:

John R. Simoneaux
Type or Print Name of Limited Partner

Taxpayer I.D. Number: 438 · 86 - 9599

The undersigned hereby executes this
Agreement on behalf of the Limited Partner and
represents as follows:

    (i)  Is such Limited Partner (a) an
"employee benefit plan," as defined in
Section 3(3) of ERISA, (b) a plan described in
Section 4975(e)(1) of the Internal Revenue
Code of 1986, as amended, or (c) an entity
whose underlying assets include plan assets by
reason of a plan's investment in such Limited
Partner?

    _____ Yes    ✓ No

    (ii)  Is such Limited Partner (a) an
employee benefit plan subject to Part 4 of
Subtitle B of Title I of ERISA or (b) an entity
whose underlying assets are considered "plan
assets" of an employee benefit plan which is
subject to Part 4 of Subtitle B of Title I of
ERISA and which invested in such entity?

    _____ Yes    ✓ No

By: John R. Simoneaux

Title: Investor

Capital Commitment: $ 200,000.00

LIMITED PARTNER:

_1988 Small Living Trust_
Type or Print Name of Limited Partner

Taxpayer I.D. Number: 558 - 44 - 6176

The undersigned hereby executes this Agreement on behalf of the Limited Partner and represents as follows:

(i) Is such Limited Partner (a) an "employee benefit plan," as defined in Section 3(3) of ERISA, (b) a plan described in Section 4975(e)(1) of the Internal Revenue Code of 1986, as amended, or (c) an entity whose underlying assets include plan assets by reason of a plan's investment in such Limited Partner?

_____ Yes        ＼ No

(ii) Is such Limited Partner (a) an employee benefit plan subject to Part 4 of Subtitle B of Title I of ERISA or (b) an entity whose underlying assets are considered "plan assets" of an employee benefit plan which is subject to Part 4 of Subtitle B of Title I of ERISA and which invested in such entity?

_____ Yes        ＼ No

By: _Martha L. Small_

Title: _Trustee_

Capital Commitment: _100,000_

LIMITED PARTNER:

John M. and Linda C. Stedman
Type or Print Name of Limited Partner

Taxpayer I.D. Number: 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

The undersigned hereby executes this Agreement on behalf of the Limited Partner and represents as follows:

(i)  Is such Limited Partner (a) an "employee benefit plan," as defined in Section 3(3) of ERISA, (b) a plan described in Section 4975(e)(1) of the Internal Revenue Code of 1986, as amended, or (c) an entity whose underlying assets include plan assets by reason of a plan's investment in such Limited Partner?

_____ Yes          ✓ No

(ii)  Is such Limited Partner (a) an employee benefit plan subject to Part 4 of Subtitle B of Title I of ERISA or (b) an entity whose underlying assets are considered "plan assets" of an employee benefit plan which is subject to Part 4 of Subtitle B of Title I of ERISA and which invested in such entity?

_____ Yes          ✓ No

By: John M. Stedman  Linda C. Stedman

Title:_____

Capital Commitment: $100,000.⁻

LIMITED PARTNER:

_Kevin Sullivan_
Type or Print Name of Limited Partner

Taxpayer I.D. Number:_____

The undersigned hereby executes this
Agreement on behalf of the Limited Partner and
represents as follows:

(i)  Is such Limited Partner (a) an
"employee benefit plan," as defined in
Section 3(3) of ERISA, (b) a plan described in
Section 4975(e)(1) of the Internal Revenue
Code of 1986, as amended, or (c) an entity
whose underlying assets include plan assets by
reason of a plan's investment in such Limited
Partner?

_____ Yes        _____ No

(ii)  Is such Limited Partner (a) an
employee benefit plan subject to Part 4 of
Subtitle B of Title I of ERISA or (b) an entity
whose underlying assets are considered "plan
assets" of an employee benefit plan which is
subject to Part 4 of Subtitle B of Title I of
ERISA and which invested in such entity?

_____ Yes        _____ No

By:_____

Title:_____

Capital Commitment:_____