EXHIBIT C

Case 5:07-cv-05350-JW   Document 66-8   Filed 05/19/2008   Page 1 of 3

# Aspen Ventures III, L.P. Pool 2
# Summary of Terms

Aspen Ventures III, L.P. ("Aspen") is forming a new investment pool ("Pool 2"). Pool 2 will invest in both new deals and existing Aspen portfolio companies. The following is a discussion document prepared by Aspen Ventures

| | |
|---|---|
| **LEGAL ENTITY:** | Pool 2 will be a separate fund under the umbrella of Aspen Ventures III, L.P., an existing SBIC. |
| **CAPITALIZATION:** | Up to $120 million: up to $40 million in limited partnership interests (Redleaf Group, Inc. has made a preliminary commitment of $20 million) and up to $80 million of SBA leverage (2-1 leverage ratio). A first closing of not less than $20 million in limited partnership interests will be held in December, 2001. Additional closings may occur through June 30, 2002. |
| **TERM:** | Seven years, but may be extended for up to two years by the General Partner under certain conditions. |
| **INVESTMENT OBJECTIVES:** | Pool 2 will invest to achieve substantial long-term capital appreciation. Investments will be limited to private technology-based companies in the United States. |
| **MANAGEMENT:** | Pool 2 will be managed by a general partner that is under the umbrella of Aspen Ventures Management III, LLC, the existing general partner of Aspen Ventures III, L.P. (the "General Partner"). |
| **CAPITAL CONTRIBUTIONS:** | Limited partners will make an initial capital contribution equal to 20% of committed capital at closing. Additional capital contributions will be made at the discretion of the General Partner upon fifteen days notice. |
| **GENERAL PARTNER CONTRIBUTION:** | The General Partner or related entities will contribute 1% of the total private capital of Pool 2. |

Page 1

ASPEN VENTURES

C146

| | |
|---|---|
| **ALLOCATION OF INCOME, GAINS AND LOSSES:** | 86.67% of the net realized capital gains and losses will be allocated to the Partners (General and Limited) in proportion to their capital contributions. The remaining 13.33% of net realized capital gains and losses will be allocated to the General Partner. Operating income or loss will be allocated to the Partners (General and Limited) in proportion to their capital contributions. |
| **DISTRIBUTIONS:** | Operating income, if any, will be distributed to the Partners annually, as well as a portion of net realized capital gains sufficient to pay income taxes resulting from such gains. In addition, distributions of cash or freely tradeable portfolio securities will be made as soon as practical after liquidity events. Notwithstanding the above, distributions will be made only as allowed by SBIC regulations. |
| **MANAGEMENT FEE:** | The General Partner will receive an annual management fee equal to 1.675% of total committed capital for the first three years, 1.5% for years four through seven. |
| **POOL 2 EXPENSES:** | The General Partner will pay all expenses arising from ordinary operations from the management fee. Pool 2 will, however, bear all expenses incident to the organization of Pool 2 and all legal, audit, registration, financial fees, and other similar expenses. |
| **EXISTING ASPEN III FUND; SBA LEVERAGE** | Pool 2 will be accounted for separately from the existing Aspen fund. SBIC regulations will apply to both the existing Aspen fund and Pool 2 on a combined basis. An interfund liability will be created in the event one fund is required by SBIC regulations to make distributions to the SBA on behalf of the other fund. Such interfund liability will carry a 7% annual rate of interest. |
| **RESTRICTIONS ON THE GENERAL PARTNERS AND EMPLOYEES:** | The General Partner, its members and employees will not engage in any transaction that might be perceived by an independent observer as trading against or in any way contrary to the best interests of Pool 2. |
| **LEGAL COUNSEL:** | Gunderson Dettmer Stough Villeneuve Franklin & Hachigian, LLP; Menlo Park, California. |
| **ACCOUNTANTS:** | PricewaterhouseCoopers, LLP; Menlo Park, California. |



C147