EXHIBIT D

FEB 13 '02  01:28PM  INVESTMENT DEPT                                         P.2/3



**U.S. SMALL BUSINESS ADMINISTRATION**
**WASHINGTON, D.C. 20416**

License No. 07/79-0420

FEB 13 2002

Mr. Thaddeus J. Whalen
General Partner
Aspen Ventures III, L.P.
1000 Fremont Avenue, Suite V
Los Altos, California 94024

Dear Mr. Whalen:

The Office of SBIC Operations (Operations) has reviewed your proposed amendments to the general partner's agreement, the limited partnership and management agreement for Aspen Ventures III (Licensee) relating to the proposed admission of a new limited partner and two additional managing members of the general partner.

Based upon our review of the information as provided, Operations does not view the addition of the new Limited Partner and managing members of the General Partner as a change of control, but instead as a change of ownership of greater than 10 percent pursuant to the SBA regulations.

Section 107.400 *Changes in ownership of 10 percent or more of Licensee but no change of Control* details that you must obtain SBA's prior written approval for any proposed transfer or issuance of ownership interests that results in the ownership (beneficial or of record) by any Person, or group of Persons acting in concert, of at least 10 percent of any class of your stock or partnership capital. Based upon our review of all the documentation submitted, Operations has the following comments regarding this matter:

**Proposed new Members of Aspen Ventures Management III LLC (AVM III)**

As detailed in prior correspondence, SBA has completed its background clearance reviews of Messrs. Mahaffey and Kohler and has granted approval for these individuals to join AVM III, the previously approved General Partner of the Licensee as managing members. It is acknowledged by Operations that Messrs. Mahaffey and Kohler are Co-CEOs of the Redleaf Group (the proposed new Limited Partner of the Licensee).

**First Amendment to the Second Amended and Restated Limited Liability Company Agreement**

Operations has no objection to the amendments as proposed.

SBA IS AN EQUAL OPPORTUNITY EMPLOYER AND PROVIDER

Federal Recycling Program   Printed on Recycled Paper

Confidential Treatment Requested by K&L Gates

RLG-000440

**First Amendment to Amended and Restated Limited Partnership Agreement**

Operations has no objection to the proposed amendments as set forth in the limited partnership agreement. However, as noted in conversations with both Operations staff and SBA's general counsel staff, evidence of the requisite written consent of the limited partners must be provided prior to the Licensee's receipt of final SBA approval of this transaction. Please provide this office a copy of the disclosure document that is being prepared for the limited partners as soon as possible.

Further, it is the understanding of Operations that the new partnership interests (referred herein as the Series B Limited Partners) will also be offered to the existing limited partners (the Series A Limited Partners). Regardless of the internal accounting treatment provided for within the aforementioned amendments for each series, Operations will continue to view the Series A and B limited partners as one fund for purposes of leverage eligibility, management fee structure, distributions and other regulatory matters.

**Management Fee Calculation**

Based upon the information provided Operations, we have no objection to the management fee structure as proposed. Please note, however, that SBA policy regarding management fees ultimately govern the allowable maximum fee. Further, the Licensee is reminded that after the fifth year of operations as an SBIC, the management fee charged on the Series A capital and SBA leverage cannot exceed 2.5 percent of Combined Capital as defined in the SBA regulations (see 107.50 *Definition of Terms*).

Therefore, based upon our review of the submitted draft documents and conversations with the Licensee's management, Operations grants conditional approval of the increase in partnership capital through the issuance of Series B limited partnership interests. Final approval is subject to the receipt and final review of the executed limited liability company agreement, the required consent of the existing limited partners and the executed first amendment to the amended and restated limited partnership agreement.

If you have any further questions please contact David B. Gerogosian at (202) 205-6525.

Sincerely,

Walter Peterson
Chief, Area I
Office of SBIC Operations


Cc:   C. Lloyd Mahaffey
      John Kohler

Confidential Treatment Requested by K&L Gates

RLG-000441