EXHIBIT F

# MINUTES OF A MEETING OF THE
# BOARD OF DIRECTORS OF
# REDLEAF GROUP, INC.
### A Delaware corporation
### February 13, 2002

A telephonic meeting of the Board of Directors (the "Board") of Redleaf Group, Inc., a Delaware corporation (the "Company"), was held on February 13, 2002. In attendance were the following members of the Board: Lloyd Mahaffey, John Kohler, Craig London, Dennis Raney, Milan Mandaric, Bill Melton, and Ralph Linsalata. Also present were George Hoyem, Michael Nelson and Michael Tomana.

Mr. Mahaffey called the meeting to order and reviewed the agenda for the meeting. The purpose of the meeting was to discuss three principal issues: the proposed Aspen SBIC investment; [Redacted]

Mr. Tomana discussed the key terms of the proposed Redleaf Group, Inc. investment in Aspen Ventures III. The Board heard an overview of the transaction and the legal structure. The capital call procedure, allocation of SBA leverage and cross collateralization of the new fund and the old fund were described. There was discussion of the investment objectives of the fund and the decision making process by the fund general partners. The Board also discussed the carried interest and management fee structure. Subject to clarification of the

Confidential Treatment Requested by K&L Gates

RLG-000430

calculation of management fee and carried interest, the Board approved the Aspen term sheet and unanimously authorized the officers of the Company to take all appropriate actions to consummate the Redleaf Group, Inc. investment in Aspen Ventures III, L.P. by adopting the following resolutions:

> RESOLVED, that the term sheet as set forth in Attachment A hereto is hereby deemed to be in the best interest of the Company and is hereby approved; and
>
> FURTHER RESOLVED, that the actions of the officers of the Company in negotiating and executing this term sheet are hereby ratified, approved and authorized; and
>
> FURTHER RESOLVED, that the officers of the Company are hereby authorized to take whatever action is necessary or appropriate to consummate the transactions contemplated by the term sheet.



Redacted

2

Confidential Treatment Requested by K&L Gates

RLG-000431



### Adjournment

There being no further business before the Board, the meeting was, upon motion duly made and seconded, adjourned.

Respectfully submitted,

_____

Michael J. Tomana

Secretary

3

Confidential Treatment Requested by K&L Gates

RLG-000432