EXHIBIT J



# Aspen Ventures III, L.P.

**Series B/Redleaf Aspen Fund**
**(a Delaware limited partnership)**
**Financial Statements**
**For the Period from April 10, 2002 (date of inception)**
**to December 31, 2002**

Confidential Treatment Requested by K&L Gates

RLG-000750

# PRICEWATERHOUSECOOPERS 🅺

PricewaterhouseCoopers LLP
Ten Almaden Boulevard
Suite 1600
San Jose  CA 95113
Telephone  (408) 817 3700
Facsimile   (408) 817 5050

**Report of Independent Accountants**

To the Partners of
Aspen Ventures III, L.P.,
Series B/Redleaf Aspen Fund
(a Delaware limited partnership)

In our opinion, the accompanying statement of net assets, including the schedule of portfolio investments, and the related statements of operations, of changes in partners' capital and of cash flows present fairly, in all material respects, the financial position of Aspen Ventures III, L.P., Series B/Redleaf Aspen Fund at December 31, 2002, and the results of its operations and its cash flows for the period from April 10, 2002 (date of inception) to December 31, 2002 in conformity with accounting principles generally accepted in the United States of America.  These financial statements are the responsibility of the Partnership's management; our responsibility is to express an opinion on these financial statements based on our audit.  We conducted our audit of these statements in accordance with auditing standards generally accepted in the United States of America, which require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement.  An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, and evaluating the overall financial statement presentation.  Our procedures included verification, by physical examination, of investments owned as of December 31, 2002.  We believe that our audit provides a reasonable basis for our opinion.

*PricewaterhouseCoopers LLP*

January 17, 2003

Confidential Treatment Requested by K&L Gates

**Aspen Ventures III, L.P.,**
**Series B/Redleaf Aspen Fund**
**(a Delaware limited partnership)**
**Statement of Net Assets**
**December 31, 2002**

**Assets**

| | |
|---|---:|
| Investments in securities, at fair value (cost $1,252,239) | $ 1,252,239 |
| Cash and cash equivalents | 398,453 |
| | |
| Net assets | $ 1,650,692 |

**Net Assets Represented by Partners' Capital**

| | |
|---|---:|
| Capital contributions | $ 2,930,303 |
| Syndication costs | (303,000) |
| Net investment loss | (976,611) |
| | |
| Net assets represented by partners' capital | $ 1,650,692 |

The accompanying notes are an integral part of these financial statements.

2

Confidential Treatment Requested by K&L Gates

RLG-000752

**Aspen Ventures III, L.P.,**
**Series B/Redleaf Aspen Fund**
**(a Delaware limited partnership)**
**Schedule of Portfolio Investments**
**December 31, 2002**

| | Shares | Privately Held Stock | | Total | |
|---|---|---|---|---|---|
| | | Cost | Fair Value | Cost | Fair Value |
| **Software:** | | | | | |
| Reasoning, Inc. | | | | | |
| Series B | 6,590,731 | $ 1,252,239 | $ 1,252,239 | $ 1,252,239 | $ 1,252,239 |
| Series B warrant | 1,318,147 | - | - | - | - |
| | | 1,252,239 | 1,252,239 | 1,252,239 | 1,252,239 |
| Total | | $ 1,252,239 | $ 1,252,239 | $ 1,252,239 | $ 1,252,239 |
| % of net assets, in United States | | | 75.86 % | | 75.86 % |

The accompanying notes are an integral part of these financial statements.

3

Confidential Treatment Requested by K&L Gates

RLG-000753

# Aspen Ventures III, L.P.,
**Series B/Redleaf Aspen Fund**
**(a Delaware limited partnership)**
**Statement of Operations**
**For the Period from April 10, 2002 (date of inception) to December 31, 2002**

| | | |
|---|---|---:|
| Interest income | $ | 12,707 |
| | | |
| Expenses: | | |
| Management fee | | 852,273 |
| Accounting, legal and other | | 137,045 |
| Total expenses | | 989,318 |
| | | |
| Net investment loss | | (976,611) |
| | | |
| Net decrease in net assets resulting from operations | $ | (976,611) |

The accompanying notes are an integral part of these financial statements.

4

**Aspen Ventures III, L.P.,**
**Series B/Redleaf Aspen Fund**
**(a Delaware limited partnership)**
**Statement of Changes in Partners' Capital**
**For the Period from April 10, 2002 (date of inception) to December 31, 2002**

| | General Partner | Limited Partners | Total |
|---|---|---|---|
| Capital contributions | $ 30,303 | $ 2,900,000 | $ 2,930,303 |
| Syndication costs | (3,030) | (299,970) | (303,000) |
| Net investment loss | (9,766) | (966,845) | (976,611) |
| Balances, December 31, 2002 | $ 17,507 | $ 1,633,185 | $ 1,650,692 |

The accompanying notes are an integral part of these financial statements.

5

Confidential Treatment Requested by K&L Gates

RLG-000755

**Aspen Ventures III, L.P.,**
**Series B/Redleaf Aspen Fund**
**(a Delaware limited partnership)**
**Statement of Cash Flows**
**For the Period from April 10, 2002 (date of inception) to December 31, 2002**

| | |
|---|---:|
| **Cash flows from operating activities:** | |
| Net decrease in net assets resulting from operations | $ (976,611) |
| Net cash used in operating activities | (976,611) |
| | |
| **Cash flows from investing activities:** | |
| Purchase of investments | (1,252,239) |
| Net cash used in investing activities | (1,252,239) |
| | |
| **Cash flows from financing activities:** | |
| Capital contributions from general and limited partners | 2,930,303 |
| Syndication costs | (303,000) |
| Net cash provided by financing activities | 2,627,303 |
| | |
| Net increase in cash and cash equivalents | 398,453 |
| | |
| Cash and cash equivalents, beginning of period | - |
| | |
| Cash and cash equivalents, end of period | $ 398,453 |

The accompanying notes are an integral part of these financial statements.

6

Confidential Treatment Requested by K&L Gates

RLG-000756

**Aspen Ventures III, L.P.,**
Series B/Redleaf Aspen Fund
(a Delaware limited partnership)
Notes to Financial Statements

1.  **The Partnership**

    Aspen Ventures III, L.P., ("the Partnership"), was formed on October 30, 1998 as a venture capital investment fund with the objective of seeking capital appreciation in nonmarketable securities of emerging high technology companies.

    On April 1, 2002, the Partnership Agreement was amended to permit the admission of additional limited partners. Under the terms of the amendment, assets and liabilities of the Partnership are divided into two separate series, ("Series A and "Series B"). Series A consists of the assets and liabilities of the Partnership existing immediately prior to the execution of the amendment, and any other assets acquired and liabilities incurred in connection with the holding, management and disposition of Series A contributed capital. Series B consists of contributions and other assets acquired and liabilities incurred in connection with the holding, management and disposition of Series B contributed capital.

    Series A assets may be used to satisfy obligations under Series B participating securities in the event that Series B assets are insufficient to satisfy such obligation. Correspondingly, Series B assets may be used to satisfy obligations under Series A participating securities in event that Series A assets are insufficient to satisfy such obligations.

    On April 10, 2002, the Partnership admitted Redleaf Group, Inc. as a Series B limited partner.

    The Partnership will continue until December 31, 2011, unless terminated earlier pursuant to the terms of the Partnership Agreement.

    The Partnership is a Small Business Investment Company ("SBIC") licensed by the United States Small Business Administration (the "SBA"). SBIC's operate under the Small Business Investment Act and regulations published by the SBA. As an SBIC, the Partnership can issue participating securities, guaranteed by the SBA, in a principal amount of up to two times its private capital, as defined.

2.  **Summary of Significant Accounting Policies**

    **Use of estimates**
    The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

7

**Aspen Ventures III, L.P.,**
Series B/Redleaf Aspen Fund
(a Delaware limited partnership)
Notes to Financial Statements *(Continued)*

**Investments**
The partnership invests primarily in stock, convertible notes and warrants. These investments are not currently traded in a public market and are subject to restrictions on resale. They are carried at estimated fair value as determined by the general partner after giving consideration to operating results, financial conditions, recent sales prices of issuer's securities and other pertinent information, in accordance with guidelines established by the Partnership agreement and section 310(d)(2) of the Small Business Investment Act of 1958, as amended. Because of the inherent uncertainty of valuations, however, those estimated values may differ significantly from the values that would have been used had a ready market for the securities existed, and the differences could be material. The Partnership also bears risk associated with its concentration of investments in one geographic region and in high technology industries.

**Cash and cash equivalents**
Cash and cash equivalents at December 31, 2002 consists of two demand accounts with a U.S. commercial bank. At times, bank deposits may be in excess of federally insured limits.

**Syndication costs**
Syndication costs consist of costs incurred in connection with the syndicating of limited partnership interests. These costs are reflected as a reduction of partners' contributed capital.

**Income taxes**
There is no provision for income taxes in the financial statements of the Partnership as the Partnership is not subject to income tax. Each partner is individually liable for its own tax payments.

**Allocation of profits and losses**
Cumulative profit is allocated first to the preferred limited partner in the amount of prioritized payments and adjustments and profit participation to which it is entitled. Net investment income or loss is allocated to all partners, except the preferred limited partner, based on the respective amounts of their capital contributions. Capital transaction gains or losses, as defined in the Partnership agreement, are allocated 20% to the general partner and 80% to all partners in proportion to their contributed capital. However, the Partnership agreement specifies that if the capital account of one or more of the limited partners contains a contingent loss, then 1% of the total capital transaction gain shall be allocated to the general partner's capital account and the remaining capital transaction gain shall be first allocated to each limited partner in proportion to their contingent loss allocation until the contingent loss is restored, with any remaining capital gain transaction allocated to the capital account of the general partner. The Partnership agreement also specifies that losses cannot be allocated to the general partner's capital account to the extent that such allocation reduces the capital account below zero. Losses, which cannot be allocated to the general partner (contingent loss) are allocated to the capital accounts of the limited partners. The contingent loss will be restored from future net investment income and capital transaction gains, if any. Net unrealized appreciation is not included in the partners' capital accounts except in circumstances described in the Partnership agreement.

8

**Aspen Ventures III, L.P.,**
Series B/Redleaf Aspen Fund
(a Delaware limited partnership)
Notes to Financial Statements *(Continued)*

**Distributions**

The Partnership agreement requires annual distribution of net investment income allocated to each partner. Discretionary distributions are made in proportion to the Partners capital contributions, subject to certain restrictions described in the Partnership agreement.

3. **Partners' Capital**

At December 31, 2002, the Partnership's committed capital was $15,151,515. Contributions of $2,930,303 have been made; the remaining contributions of $12,221,212 are due upon fifteen days notice in amounts determined by the general partner.

4. **Management Fee and Other Partnership Expenses**

The Partnership is committed to paying a management fee to its general partner, the Partnership The quarterly management fee is 0.625% of all partners' capital commitments including the preferred limited partner's leverage, with a minimum of $125,000. The management fee for the period ended from April 10, 2002 (date of inception) to December 31, 2002 was $852,273.

The general partner bears all normal operating costs and expenses incurred in connection with the management of the Partnership; the Partnership bears all costs and expenses incurred in the purchase, holding, sale or exchange of securities. Such costs include interest on indebtedness incurred by the Partnership, certain legal and accounting fees and other expenses, which are specifically defined in the Partnership agreement.

5. **Financial Highlights**

|  | Period Ended December 31, 2002 |
| --- | --- |
| Net investment loss | (80.11)% |
| Operating expenses | 81.15 % |
| Total return before incentive allocation | (60.18)% |

The ratios of net investment loss to average net assets, of operating expenses to average net assets and total return are calculated for the limited partners as a class. Total return, which reflects month to month movement, was calculated using returns which have been geometrically linked and utilize the weighted average of capital transactions.

9

Confidential Treatment Requested by K&L Gates

RLG-000759