EXHIBIT K

**Debby Schilling**

| | |
|---|---|
| From: | Debby Schilling [debby@horizonvc.com] |
| Sent: | Tuesday, October 18, 2005 2:13 PM |
| To: | 'jim@redleaf.com' |
| Cc: | 'Dcrockett@aspenventures.com' |
| Subject: | RE: Redleaf/Aspen - Series A and Series B Cross Guarantees of SBA Leverage |

Tab 7 of the Joint Venture with Redleaf Group booklet:

page 2  Except to the extend specifically provided in this First Amendment or as required under the SBIC Act, to the maximum extent permitted under the Act, (a) ......

The GP is hereby authorized to effect any such amendments to the Partnership's Certificate of Limited Partnership  as are necessary to cause Series A and Series B to be treated as separate series  of partnership interests under the Act.  Notwithstanding the foregoing, it is hereby acknowledged that for purposes of the SBIC Act, the Partnership, including Series A and Series B, shall be treated as one Licensee.

Page 6-7 describes interseries loans
..acknowledge that in the event the GP makes a distribution to the LPs of one series, or in certain other circumstances, the GP may be required to make a distribution to the Preferred Limited Partners pursuant to Article VII of the SBA Annex.   .....The amount of Distribution Advance Amount and Distribution Interest Accrual shall not be considered as indebtedness for purposes of the limitations contained in para 7.2(a).   Each Partner acknowledges that there may not be sufficient assets to satisfy any outstanding Distribution Interest Accrual Amounts and Distribution Advance Amounts.  Any resulting loss from such failure to satisfy such amounts shall be taken in account in determining the Net Income or Net Loss of the Distribution Disadvantaged Series.

(1)  Repayment of Outstanding Leverage:  The parties hereby agree that, notwithstanding anything in Article XI of the Partnership Agreement to the contrary, as such Article XI is applied to both Series A and Series B,  the GP ......


-----Original Message-----
From: Jim Cummins [mailto:jim@redleaf.com]
Sent: Tuesday, October 18, 2005 7:43 AM
To: Debbie Schilling; debby@horizonvc.com
Cc: jim@redleaf.com
Subject: Redleaf/Aspen - Series A and Series B Cross Guarantees of SBA Leverage
Importance: High


Debby -

I am looking for specific language in the Aspen Ventures Management III, L.L.C. limited liability company agreement and in the Aspen Ventures III, L.P. limited partnership agreement relating to the obligation of, or the circumstances under which, Series A and Series B would cross-collateralize SBA leverage.

So far I've been unsuccessful - please advise where I can locate the language.

Thanks,

Jim

James R. Cummins
Consultant to Redleaf Group, Inc.
and Affiliates
First & Market Building

1