EXHIBIT L

**Silicon Valley Bank**

P.O. Box 2607
Santa Clara, CA 95055-26(

```
                                                      PAGE      1
                                  THIS STATEMENT DATE   4-30-02
                                  LAST STATEMENT DATE   3-31-02
                                  ACCOUNT NUMBER        3300291715

                                  ENCLOSURE DEBITS


ASPEN VENTURES III LP
REDLEAF ASPEN FUND ACCOUNT
1000 FREMONT AVE STE 200
LOS ALTOS CA 94024




        3300291715            MONEY MARKET ACCOUNT

           PREVIOUS BALANCE    3-31-02                      .00
          +DEPOSITS/CREDITS             3         3,030,303.00
          -CHECKS/DEBITS                3           504,091.00
          -SERVICE CHARGE                                   .00
          +INTEREST PAID                            1,503.91
           CURRENT BALANCE                      2,527,715.91

*- - - - - - - - - -DESCRIPTIVE TRANSACTIONS- - - - - - - - - - -*
   DATE       TRACER      DESCRIPTION                       AMOUNT
   4-10            1      DEPOSIT                          30303.00
   4-10           15      WIRE IN    020410B128153C006690 2900000.00
                          200210001402;ORG REDLEAF GROUP
                          INC
   4-17          919      TO 3300094804                   284091.00-
   4-17           14      WIRE IN    020417B128153C005100  100000.00
                          200210701134;ORG REDLEAF GROUP
                          INC
   4-18          919      TO REDLEAF GROUP                100000.00-
   4-29           16      SVBE TRANSFER DEBIT             120000.00-
   4-30          999      INTEREST PAYMENT                  1503.91

*- - - - - - - - - - -INTEREST RATE SUMMARY- - - - - - - - - - -*
   DATE      RATE          DATE       RATE          DATE       RATE
   3-31     1.000

*- - - - - - - - - - - -INTEREST SUMMARY- - - - - - - - - - - - *
   INTEREST EARNED FROM  3/31/02 TO   4/30/02
   DAYS IN PERIOD                                             30
   INTEREST EARNED THIS PERIOD                           1,503.91
   ANNUAL PERCENTAGE YIELD EARNED                            1.00
   INTEREST PAID THIS YEAR                               1,503.91
   INTEREST WITHHELD THIS YEAR                                .00

*- - - - - - - - - - - -DAILY BALANCE SUMMARY- - - - - - - - - -*
   DATE      BALANCE       DATE       BALANCE       DATE       BALANCE
   3-31                    4-10    2930303.00       4-17    2746212.00
   4-18    2646212.00      4-29    2526212.00       4-30    2527715.91




                              END OF STATEMENT
```

DP-01-04 (11/95)                                SEE REVERSE SIDE FOR IMPORTANT INFORMATIO

**Silicon Valley Bank**                                    Statement of Account

```
                                                          PAGE      1
                                    THIS STATEMENT DATE   1-31-04
                                    LAST STATMENT DATE   12-31-03
                                    ACCOUNT NUMBER       3300291715

                                    ENCLOSURE DEBITS


ASPEN VENTURES III LP
REDLEAF ASPEN FUND ACCOUNT
1000 FREMONT AVE STE 200
LOS ALTOS CA 94024




         3300291715            MONEY MARKET ACCOUNT
            PREVIOUS BALANCE    12-31-03              3,229,509.39
            +DEPOSITS/CREDITS         1               1,500,000.00
            -CHECKS/DEBITS            2                 262,500.00
            -SERVICE CHARGE                                    .00
            +INTEREST PAID                                1,795.13
            CURRENT BALANCE                           4,468,804.52
*- - - - - - - - - - - - -DESCRIPTIVE TRANSACTIONS- - - - - - - - - - *
 DATE         TRACER    DESCRIPTION                           AMOUNT
 1-05            919    TO 3300094804                     247500.00-
 1-06             19    WIRE IN    040106B1Q8052C002957  1500000.00
                        200400601838;ORG REDLEAF GROUP
                        INC;REF 00620820040106PW
 1-22             19    SVBE TRANSFER DEBIT                15000.00-
 1-31            999    INTEREST PAYMENT                    1795.13

    *- - - - - - - - - -INTEREST RATE SUMMARY- - - - - - - - - -*
        DATE       RATE         DATE      RATE       DATE         RATE
       12-31       .500

    *- - - - - - - - - - -INTEREST SUMMARY- - - - - - - - - - - -*
       INTEREST EARNED FROM 12/31/03 To  1/31/04
       DAYS IN PERIOD                                             31
       INTEREST EARNED                                      1,795.13
       ANNUAL PERCENTAGE YIELD EARNED                            .50
       INTEREST PAID THIS YEAR                              1,795.13
       INTEREST WITHHELD THIS YEAR                               .00
    *- - - - - - - - - - -DAILY BALANCE SUMMARY- - - - - - - - - -*
       DATE      BALANCE       DATE       BALANCE     DATE      BALANCE
      12-31    3229509.39      1-05     2982009.39    1-06    4482009.39
       1-22    4467009.39      1-31     4468804.52
```

END OF STATEMENT