EXHIBIT M



UNITED STATES SMALL BUSINESS ADMINISTRATION
as Receiver for Aspen Ventures III, L.P.
666 11th Street, NW, Suite 200
Washington, DC 20001

<u>VIA EXPRESS MAIL</u>
May 14, 2007

Michael J. Tomana
Redleaf Group, Inc.
650 Smithfield Street, Suite 910
Pittsburgh, PA  15222

      Re:    Clarification of Demand for Payment of Unfunded Commitment
             <u>United States v. Aspen Ventures III, L.P,</u>
             Case No. C06-04032 (N.D. Cal.)

Dear Mr. Tomana:

      This is to clarify the Demand Letter, dated May 9, 2007, by SBA as Receiver for Aspen Ventures III, L.P. for the remaining unfunded commitment of Redleaf Group, Inc. The Demand Letter inadvertently stated the payment due date as February 20, 2007.  This letter clarifies that payment of the remaining commitment is due no later than May 29, 2007.

      Payment must be in the form of a <u>cashier's check</u> payable to SBA as Receiver for Aspen Ventures III, L.P. and mailed to:

             Phoenix Management Partners, LLC, Principal Agent
             Attn: RICHARD MOSER
             SBA, Receiver for Aspen Ventures III, L.P.
             666  Eleventh St., N.W., Suite 200
             Washington, DC  20001-4542.

Your failure to make timely payment in full of your unfunded capital commitment will compel the Receiver to pursue all of its available legal rights and remedies in order to collect the amount due Aspen III.

      Should you have any questions or wish to discuss this matter, feel free to contact

Richard Moser by regular mail at the address set forth above, by email at
dmoser@pmpllc.biz, or by telephone at (415) 495-9016.

Sincerely,

U.S. SMALL BUSINESS ADMINISTRATION as
Receiver for Aspen Ventures III, L.P.


By:        _____
           THOMAS G. MORRIS, Director
           Office of Liquidation

Enclosure

cc:        A. Jerome Fowlkes, O/L, SBA
           Richard Moser, Agent for the Receiver
           Beverley Hazlewood Lewis, Esq., OGC, SBA
           Martin D. Teckler, Esq.