1  Gregory C. Nuti (Bar No. 151754)
   SCHNADER HARRISON SEGAL & LEWIS LLP
2  One Montgomery Street, Suite 2200
   San Francisco, CA 94104-5501
3  Telephone: 415-364-6700
   Facsimile: 415-364-6785
4
5  Beverley Hazlewood Lewis
   Trial Attorney, Office of General Counsel
   U.S. Small Business Administration
6  409 3rd Street, S.W., Suite 7200
   Washington, D.C. 20416
7  Telephone (202) 619-1605
   Facsimile (202) 481- 0468
8
   Attorneys for Plaintiff,
9  United States Small Business Administration in its
   capacity as Receiver for Aspen Ventures III, L.P.

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

SAN JOSE DIVISION

| | |
|---|---|
| 13  UNITED STATES SMALL BUSINESS ADMINISTRATION IN ITS CAPACITY AS RECEIVER FOR ASPEN VENTURES III, L.P., | Case No.: C07-05350 JW/PVT |
| 14 | |
| 15             Plaintiff, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE SUMMARY ADJUDICATION, ON THE RECEIVER'S CLAIM FOR BREACH OF CONTRACT** |
| 16      vs. | |
| 17  REDLEAF GROUP, INC., | |
| 18             Defendants. | |
| 19 | Date:     June 23, 2008 |
| 20 | Time:     9:00 a.m. Location:  280 South First Street, Courtroom 8, 4th Floor San Jose, CA 95113 |
| 21 | Judge:    Hon. James Ware |
| 22  REDLEAF GROUP, INC., | |
| 23            Third-Party Plaintiff, | |
| 24      vs. | |
| 25  ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10, | |
| 26 | |
| 27 | |
| 28  Third-Party Defendants | |

Plaintiff, the United States Small Business Administration in its capacity as Receiver for Aspen Ventures III, L.P. ("Receiver") hereby requests pursuant to Federal Rule of Evidence 201that the Court take judicial notice of the following documents:

In the action titled *United States of America v. Aspen Ventures III,* case no. C06-04032 JW, pending in this Court:

1. Stipulation for Consent Order filed October 4, 2006 attached hereto as **Exhibit A**.

2. Order Modifying Stay of Proceedings for Limited Purpose filed October 2, 2007, attached hereto as **Exhibit B**.

In the above captioned action, *United States Small Business Administration in its capacity as Receiver for Aspen Ventures III, L.P v. Redleaf Group, Inc*. and related third party action, case no. 07-05350 JW:

3. Complaint for Breach of Contract (without Exhibits[1]), attached hereto as **Exhibit C**;

4. Answer of Defendant Redleaf Group, Inc. attached hereto as **Exhibit D**;

5. Defendant Redleaf Group Inc.'s Third-Party Complaint attached as **Exhibit E**;

6. Memorandum of Points and Authorities in Support of Motion of Receiver to Strike Affirmative Defenses attached hereto as **Exhibit F**;

7. Defendant Redleaf Group, Inc.'s Opposition to Motion of SBA to Strike Affirmatives Defenses attached hereto as **Exhibit G**

Dated: May 19, 2008

SCHNADER HARRISON SEGAL & LEWIS LLP

By:  /s/ Gregory C. Nuti
Gregory C. Nuti
Attorney for Plaintiff,,
Small Business Administration in its capacity as Receiver for Aspen Ventures III, L.P.

---

[1] The Exhibits to the Complaint are attached to the Declaration of Richard Moser filed concurrently herewith.

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: 415-364-6700