# EXHIBIT B

1  Gregory C. Nuti (Bar No. 151754)
   SCHNADER HARRISON SEGAL & LEWIS LLP
2  One Montgomery Street, Suite 2200
   San Francisco, CA 94104-5501
3  Telephone: 415-364-6700
   Facsimile: 415-364-6785
4  E-mail: gnuti@schnader.com

5  Beverley Hazlewood Lewis
   Trial Attorney, Office of General Counsel
6  U.S. Small Business Administration
   409 3rd Street, S.W., Suite 7200
7  Washington, D.C. 20416
   Telephone (202) 619-1605
8  Facsimile (202) 481-0468

9  Attorneys for Plaintiff,
   United States Small Business Administration in its capacity
10 as Receiver for Aspen Ventures III, L.P.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge James Ware]

11                     UNITED STATES DISTRICT COURT
12                    NORTHERN DISTRICT OF CALIFORNIA
13                            SAN JOSE DIVISION
14

15 United States of America,                 Case No.: C06-04032 JW
16                    Plaintiff,             [~~PROPOSED~~] ORDER MODIFYING STAY OF
17        vs.                                PROCEEDINGS FOR LIMITED PURPOSE
18 Aspen Ventures III, L.P.,
19                    Defendant.             Date:     October 1, 2007
20                                           Time:     9:00 a.m.
                                             Location: 280 South First Street,
21                                                     Courtroom 8, 4th Floor
                                             Judge:    Hon. James Ware
22

23        The Court re-opened this matter and held a hearing on the Receiver's Motion for Order

24 Modifying Stay of Proceedings For Limited Purpose (the "Motion") at the above noted date and

25 time. Gregory C. Nuti of the law firm of Schnader Harrison Segal & Lewis LLP appeared on

26 behalf of the Receiver. Other appearances are as noted on the record. The Court has duly

27 considered the Motion and all supporting pleadings and the other papers and documents

28 submitted in connection therewith, and arguments of counsel.

Order Modifying Stay
Case No. C06-04032

SFDATA 626680_1

1     For the reasons set forth on the record at the hearing, and for other good cause,

2     IT IS HEREBY ORDERED THAT:

3     1.    The blanket judicial injunction and stay previously imposed in this proceeding by the Stipulated Consent Order of Receivership filed in this Court on October 4, 2006 ("Consent Order") is hereby partially lifted for the limited and sole purpose of authorizing the Receiver to commence and prosecute separate litigation in this Court against Redleaf Group, Inc.,

    2.    The Receiver, upon entry of this Order, is hereby authorized to file a complaint in the United States District Court for the Northern District of California alleging any and all causes of action and claims it may have in connection with the Aspen Ventures Receivership Estate against Redleaf Group, Inc.;

    3.    The Receiver is authorized to prosecute to final resolution, by judgment, settlement or otherwise, any and all its claims and causes of action against Redleaf Group, Inc. and further authorized to take any and all steps necessary to collect upon and satisfy any judgment or settlement obtained;

    4.    Except as specifically modified herein, the Consent Order shall remain in full force and effect.

Dated: October 2, 2007

By: /s/ James Ware
Honorable James Ware
United States District Court Judge

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: 415-364-6700

SFDATA 626680_1

2

Order Modifying Stay
Case No. C06-04032