JESSICA L. GRANT (SBN 178138)
NICHOLAS G. CAMPINS (SBN 238022)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California  94111
Telephone:  (415) 788-8200
Facsimile:   (415) 788-8208
E-mail: jgrant@tcolaw.com
E-mail: ncampins@tcolaw.com

Attorneys for Third-Party Defendants
ALEXANDER P. CILENTO and
DAVID CROCKETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures, III,<br><br>　　　Plaintiffs,<br><br>v.<br><br>REDLEAF GROUP, INC.,<br><br>　　　Defendant and Third-Party Plaintiff,<br><br>v.<br><br>ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10,<br><br>　　　Third-Party Defendants. | Case No.: C-07-05350 JW (PVT)<br><br>**DECLARATION OF ALEXANDER P. CILENTO IN SUPPORT OF THIRD-PARTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　June 23, 2008<br>Time:　9:00 a.m.<br>Place:　Courtroom 8, 4th Floor<br><br>Honorable James Ware |

LAW OFFICES, LLP

DECLARATION OF ALEXANDER P. CILENTO IN SUPPORT OF THIRD-PARTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT: CASE NO.  C-07-05350 JW (PVT)

I, ALEXANDER P. CILENTO, declare as follows:

1. I am a Managing Member of Aspen Ventures Management III, LLC ("AVM"), the General Partner of Aspen Ventures III, L.P ("Aspen"). I have personal knowledge of the facts set forth in this declaration, except for those matters that are stated on information and belief, and as to those matters I believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein. I submit this declaration in support of Third-Party Defendants' Motion for Summary Judgment filed concurrently herewith.

2. Sometime in mid-2001, Redleaf Group, Inc. ("Redleaf") explored the possibility of making an investment in Aspen. Thad Whalen ("Whalen"), one of AVM's Managing Members, handled the negotiations with Redleaf and the United States Small Business Association ("SBA"). Whalen and Redleaf's then co-CEO, John Kohler ("Kohler") lived across the street from one another, and Whalen and Kohler had known each other socially for many years.

3. I did not have any direct involvement in the discussions or negotiations among Aspen, AVM and Redleaf and the SBA before Redleaf became a Limited Partner in Aspen and Kohler and Redleaf's other co-CEO, C. Lloyd Mahaffey ("Mahaffey"), became Managing Members of AVM. I am informed and believe that all of those negotiations were handled by Whalen on Aspen's behalf.

4. After the April 1, 2002 partnership transaction was completed, David Crockett ("Crockett") and I were made Series B Managing Members of AVM, but with only half the percentage interest that was given to the other Managing Members, i.e. Kohler, Mahaffey and Whalen. Correspondingly, Crockett and I each had half the voting rights of the other AVM Managing Members.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of May, 2008, in Laguna Beach, California.

_____
ALEXANDER P. CILENTO

1.