JESSICA L. GRANT (SBN 178138)
NICHOLAS G. CAMPINS (SBN 238022)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: jgrant@tcolaw.com
E-mail: ncampins@tcolaw.com

Attorneys for Third-Party Defendants
ALEXANDER P. CILENTO and
DAVID CROCKETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures, III,<br><br>Plaintiffs,<br><br>v.<br><br>REDLEAF GROUP, INC.,<br><br>Defendant and Third-Party Plaintiff,<br><br>v.<br><br>ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10,<br><br>Third-Party Defendants. | Case No.: C-07-05350 JW (PVT)<br><br>**DECLARATION OF DEBRA SCHILLING IN SUPPORT OF THIRD-PARTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: June 23, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 8, 4th Floor<br><br>Honorable James Ware |

TAYLOR & CO.
LAW OFFICES, LLP

I, DEBRA SCHILLING, declare as follows:

1. I am the former Chief Financial Officer ("CFO") for Aspen Ventures Management III, LLC ("AVM"), the General Partner of Aspen Ventures III, L.P. ("Aspen"). I have personal knowledge of the facts set forth in this declaration, except for those matters that are stated on information and belief, and as to those matters I believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein. This declaration is submitted in support of Third-Party Defendants' Motion for Summary Judgment filed concurrently herewith.

2. As the CFO for AVM, in the normal course of business, I routinely prepared Quarterly Reports to Aspen's Limited Partners that contained financial data and information regarding the investments in Aspen's portfolio. A true and correct copy of the March 31, 2003 "Aspen Ventures IIIb Redleaf Aspen Fund" First Quarter Report to Limited Partners is attached hereto as Exhibit A. Among other things, this Quarterly Report advises at page 6 that funds from Aspen IIIb had been invested in a company called "Reasoning," that was also an Aspen Ventures West II ("Aspen II") portfolio company.

3. In the normal course of business, I personally prepared the March 31, 2003 Quarterly Report that is attached to this declaration as Exhibit A and I sent a draft of the March 31, 2003 Quarterly Report to John Kohler (the then co-CEO of Redleaf Group, Inc.), Alexander Cilento, David Crockett and Thad Whalen for their comments and edits, if any. After I finalized the March 31, 2003 Quarterly Report, I mailed it on or about March 25, 2003 to Redleaf Group, Inc., the United State Small Business Administration, and Mike Tomana, Redleaf Group, Inc.'s General Counsel.

4. In the normal course of business, I also personally prepared the June 30, 2003 Quarterly Report that is attached to this declaration as Exhibit B. I sent a draft of the June 30, 2003 Quarterly Report to John Kohler, Alexander Cilento, David Crockett and Thad Whalen for their comments and edits, if any. After I finalized the June 30, 2003 Quarterly Report, I mailed it on or about June 25, 2003 to Redleaf Group, Inc., the United State Small Business Administration, and Mike Tomana, Redleaf Group, Inc.'s General Counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of May, 2008, in Los Altos, California.

*Debra L. Schilling*
DEBRA SCHILLING

2.

TAYLOR & CO.
LAW OFFICES, LLP

DECLARATION OF DEBRA SCHILLING IN SUPPORT OF THIRD-PARTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT: CASE NO. C-07-05350 JW (PVT)

**EXHIBIT A**



**Aspen Ventures IIIb**
**Redleaf Aspen Fund**
**Quarter Ended March 31, 2003**

This report contains confidential information. Do not copy or distribute the report or its contents.

ASPEN VENTURES IIIb

## REDLEAF/ASPEN FUND
(a Delaware Limited Partnership)

### STATEMENT OF ASSETS AND LIABILITIES

### March 31, 2003

(unaudited)

**Assets**

| | |
|---|---:|
| Cash and cash equivalents | $ 297,799 |
| Investments at fair value | 1,252,239 |
| **Total assets** | **$ 1,550,038** |
| **SBA leverage** | $ - |

**Partners' capital**

| | |
|---|---:|
| Contributed capital | 2,930,303 |
| SBA Commitment Fees | (303,000) |
| Operating loss | (1,077,265) |
| Unrealized gain/loss | - |
| Realized gain/loss | - |
| Total partners' capital | 1,550,038 |
| **Total SBA leverage and partners' capital** | **$ 1,550,038** |

ASPEN VENTURES IIIb

---

## REDLEAF/ASPEN FUND
(a Delaware Limited Partnership)

### STATEMENT OF OPERATIONS

(unaudited)

|  | Qtr. Ended March 31, 2003 |
|---|---:|
| Interest income | $ 454 |
| Operating expenses |  |
|   Management fees | 84,091 |
|   Other expenses | 17,017 |
| Total operating expenses | 101,108 |
| Operating loss | (100,654) |
| Realized gain/(loss) on investments | - |
| Change in unrealized gain/loss on investments | - |
| Operating loss and investment gain/loss | $ (100,654) |

---

ASPEN VENTURES IIIb

# REDLEAF/ASPEN FUND
(a Delaware Limited Partnership)

## STATEMENT OF CASH FLOWS

(unaudited)

|  | Qtr. Ended March 31, 2003 |
|---|---:|
| **Cash flows from operating activities** |  |
| Operating loss and investment gain/loss | $ (100,654) |
| Adjustments to reconcile operating loss to cash flows from operating activities: |  |
| Unrealized (gain)/loss on investments | - |
| Realized (gain)/loss on investments | - |
| Net cash flows from operating activities | (100,654) |
| **Cash flows from investing activities** |  |
| Purchase of investments | - |
| Net cash flows from investing activities | - |
| **Cash flows from financing activities** |  |
| Capital contributions | - |
| SBA leverage drawn | - |
| Payment of SBA fees | - |
| Net cash flows from financing activities | - |
| Net increase (decrease) in cash and cash equivalents | (100,654) |
| Cash and cash equivalents at beginning of period | 398,453 |
| Cash and cash equivalents at end of period | $ 297,799 |

**ASPEN VENTURES IIIb**

**ASPEN VENTURES III, L.P.**
(a Delaware Limited Partnership)

**STATEMENT OF PARTNERS' CAPITAL**

**QUARTER ENDED MARCH 31, 2003**

(unaudited)

|  | Balance, December 31, 2002 | Capital Contributions | SBA Commitment Fees | Operating Loss | Balance, March 31 2003 |
|---|---|---|---|---|---|
| SBA Leverage | $ - | - |  |  | $ - |
| Redleaf Group | 1,633,185 | - | - | (99,648) | 1,533,537 |
|  | - | - | - | - | - |
|  | - | - | - | - | - |
| Total limited partners | 1,633,185 | - | - | (99,648) | 1,533,537 |
| General partner | 17,507 | - | - | (1,006) | 16,501 |
| Total | $ 1,650,692 | - | - | (100,654) | $ 1,550,038 |

This report contains confidential information. Do not copy or distribute the report or its contents.

**ASPEN VENTURES IIIb**

---

## REASONING

2440 East El Camino Real Suite 420  
Mountain View, CA 94040  
Ph: 650-316-4400

Lead Investor: C.E. Unterberg  
Responsible Partner: Crockett  
Web page: http://www.reasoning.com

### Business Summary
Reasoning offers an online service that automates software inspection for companies that develop embedded systems, e-business, and infrastructure products. Reasoning is an application solution provider (ASP) for Instant QA via transmitted code. Reasoning uses proprietary software transformation tools to identify major fault classes in mission-critical applications.

### Stage:
Current: Revenue  
At Initial Funding: Beta

### Financing:
Date of Last Financing: October 2002  
Amount of Last Financing: $9.0 million  
Projected Date of Next Financing: open

### Aspen Investment

|            | Security      | Cost      | Carrying Value |
|------------|---------------|-----------|----------------|
| June 2001  | Preferred A-1 | $300,000  | $104,380       |
| Sept. 2001 | Preferred A-1 | $324,000  | $128,864       |
| Nov. 2001  | Common        | $26,113   | $26,117        |

Total Aspen Ownership: 1% Aspen Ventures West II, 7% Aspen Ventures III Series B  
Significant Co-Investors: Novus Ventures (18%), C. E. Unterberg (23%)

### Operating Status

| | |
|---|---|
| Management Openings | • management complete |
| Milestones Achieved | • 50 Instant QA customers – half repeat customers |
| | • cost per line of code cut in one third this year |
| | • closed $9.0 million new financing in October 2002 |
| | • significant quarter to quarter growth |
| Milestones Anticipated | • increase number and size of service to each customer |
| | • increase margins |
| | • increase sales staff |

### Officers and Directors

*Officers*  
William Payne, CEO  
Maurice Bailey, VP Sales  
Bill Leavy, VP Marketing  
Julia A. O'Conner, CFO  
Tamar Yehosha, VP Engineering

*Directors*  
John Anton, Industry  
David Crockett, Aspen Ventures  
Cordell Green, CTO  
Dan Tompkins, Novus Ventures  
William Payne, CEO  
James Treybig, Chairman  
Tom Unterberg, C.E. Unterberg

---

This report contains confidential information. Do not copy or distribute the report or its contents.

**EXHIBIT B**



**Aspen Ventures IIIb**
**Redleaf Aspen Fund**
**Quarter Ended June 30, 2003**

**ASPEN VENTURES IIIb**

### Capital Calls

Redleaf/Aspen has drawn $2.9 million of private capital. The SBA approved a $30.3 million commitment available on a just-in-time basis in 2002, but no leverage has been drawn.

|  | Private Capital | SBA Leverage | Total Capital |
|---|---|---|---|
| Committed capital | $15,151,515 | $30,300,000 | $45,451,515 |
| Capital drawn to date | 2,930,303 | -0- | 2,930,303 |
| Capital to be drawn | $12,221,212 | $30,300,000 | $42,521,212 |

### *Investments*

Redleaf/Aspen made no new investments during the first half of 2003.

| | |
|---|---|
| Cumulative investments at cost, 12/31/02 | $1,252,000 |
| Investments   1/1/03 – 6/30/03     none | |
| Cumulative investments at cost, 6/30/03 | $1,252,000 |

### *Restructuring*

Redleaf Group, Inc., the sole limited partner of Redleaf/Aspen, is in the process of winding up and has requested to contribute portfolio assets to Redleaf/Aspen in lieu of their cash commitment. We are currently working with Redleaf Group and the SBA to determine if such an arrangement can be structured to satisfy the requirements of all parties.

ASPEN VENTURES IIIb

## REDLEAF/ASPEN FUND
(a Delaware Limited Partnership)

### STATEMENT OF ASSETS AND LIABILITIES

#### June 30, 2003

(unaudited)

**Assets**

| | | |
|---|---|---:|
| Cash and cash equivalents | $ | 212,688 |
| Investments at fair value | | 1,252,239 |
| **Total assets** | $ | 1,464,927 |

**SBA leverage**   $   -

**Partners' capital**

| | |
|---|---:|
| Contributed capital | 2,930,303 |
| SBA Commitment Fees | (303,000) |
| Operating loss | (1,162,376) |
| Unrealized gain/loss | - |
| Realized gain/loss | - |
| Total partners' capital | 1,464,927 |

**Total SBA leverage and partners' capital**   $   1,464,927

ASPEN VENTURES IIIb

# REDLEAF/ASPEN FUND
(a Delaware Limited Partnership)

## STATEMENT OF OPERATIONS

(unaudited)

|  | Qtr. Ended June 30, 2003 | Six Months June 30, 2003 |
|---|---:|---:|
| Interest income | $ 314 | $ 768 |
| Operating expenses |  |  |
|   Management fees | 84,091 | 168,182 |
|   Other expenses | 1,334 | 18,351 |
| Total operating expenses | 85,425 | 186,533 |
| Operating loss | (85,111) | (185,765) |
| Realized gain/(loss) on investments | - | - |
| Change in unrealized gain/loss on investments | - | - |
| Operating loss and investment gain/loss | $ (85,111) | $ (185,765) |

ASPEN VENTURES IIIb

# REDLEAF/ASPEN FUND
(a Delaware Limited Partnership)

## STATEMENT OF CASH FLOWS

(unaudited)

|  | Qtr. Ended June 30, 2003 | Six Months June 30, 2003 |
|---|---:|---:|
| **Cash flows from operating activities** | | |
| Operating loss and investment gain/loss | $ (85,111) | $ (185,765) |
| Adjustments to reconcile operating loss to cash flows from operating activities: | | |
|    Unrealized (gain)/loss on investments | - | - |
|    Realized (gain)/loss on investments | - | - |
| Net cash flows from operating activities | (85,111) | (185,765) |
| **Cash flows from investing activities** | | |
| Purchase of investments | - | - |
| Net cash flows from investing activities | - | - |
| **Cash flows from financing activities** | | |
| Capital contributions | - | - |
| SBA leverage drawn | - | - |
| Payment of SBA fees | - | - |
| Net cash flows from financing activities | - | - |
| Net increase (decrease) in cash and cash equivalents | (85,111) | (185,765) |
| Cash and cash equivalents at beginning of period | 297,799 | 398,453 |
| Cash and cash equivalents at end of period | $ 212,688 | $ 212,688 |

ASPEN VENTURES IIIb

**ASPEN VENTURES III, L.P.**
(a Delaware Limited Partnership)

**STATEMENT OF PARTNERS' CAPITAL**

**QUARTER ENDED JUNE 30, 2003**

(unaudited)

|  | Capital Commitment | Balance, March 31 2003 | Capital Contributions | SBA Commitment Fees | Operating Loss | Balance, June 30 2003 |
|---|---|---|---|---|---|---|
| SBA Leverage |  | $ - | - |  |  | $ - |
| Redleaf Group | $ 15,000,000 | 1,533,537 | - | - | (84,260) | 1,449,277 |
|  |  | - | - | - | - | - |
|  |  | - | - | - | - | - |
| Total limited partners | 15,000,000 | 1,533,537 | - | - | (84,260) | 1,449,277 |
| General partner | 151,515 | 16,501 | - | - | (851) | 15,650 |
| Total | $ 15,151,515 | $ 1,550,038 | - | - | (85,111) | $ 1,464,927 |

ASPEN VENTURES IIIb

**REASONING**
2440 East El Camino Real Suite 420
Mountain View, CA 94040
Ph: 650-316-4400

Lead Investor: C.E. Unterberg
Responsible Partner: Crockett
Web page: http://www.reasoning.com

**Business Summary**
Reasoning offers an online service that automates software inspection for companies that develop embedded systems, e-business, and infrastructure products. Reasoning is an application solution provider (ASP) for Instant QA via transmitted code. Reasoning uses proprietary software transformation tools to identify major fault classes in mission-critical applications.

**Stage:**
Current: Revenue
At Initial Funding: Beta

**Financing:**
Date of Last Financing: October 2002
Amount of Last Financing: $9.0 million
Projected Date of Next Financing: Q4 2003

**Aspen Investment**

|            | *Security*    | *Cost*    | *Carrying Value* |
|------------|---------------|-----------|------------------|
| June 2001  | Preferred A-1 | $300,000  | $104,380         |
| Sept. 2001 | Preferred A-1 | $324,000  | $128,864         |
| Nov. 2001  | Common        | $26,113   | $26,117          |

Total Aspen Ownership: 1% Aspen Ventures West II, 7% Aspen Ventures III Series B
Significant Co-Investors: Novus Ventures (18%), C. E. Unterberg (23%)

**Operating Status**
Management Openings
- management complete

Milestones Achieved
- 80 Instant QA customers – half repeat customers
- new JAVA offering – accounts for 50% of pipeline
- cost per line of code cut in one third this year

Milestones Anticipated
- increase number and size of service to each customer
- increase margins
- increase sales staff

**Officers and Directors**

*Officers*
William Payne, CEO
Maurice Bailey, VP Sales
Bill Leavy, VP Marketing
Julia A. O'Conner, CFO
Tamar Yehosha, VP Engineering

*Directors*
John Anton, Industry
David Crockett, Aspen Ventures
Cordell Green, CTO
Dan Tompkins, Novus Ventures
William Payne, CEO
James Treybig, Chairman
Tom Unterberg, C.E. Unterberg