JESSICA L. GRANT (SBN 178138)
NICHOLAS G. CAMPINS (SBN 238022)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: jgrant@tcolaw.com
E-mail: ncampins@tcolaw.com

Attorneys for Third-Party Defendants
ALEXANDER P. CILENTO and
DAVID CROCKETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures, III,<br><br>Plaintiffs,<br><br>v.<br><br>REDLEAF GROUP, INC.,<br><br>Defendant and Third-Party Plaintiff,<br><br>v.<br><br>ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10,<br><br>Third-Party Defendants. | Case No.: C-07-05350 JW (PVT)<br><br>**DECLARATION OF JESSICA L. GRANT IN SUPPORT OF THIRD-PARTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: June 23, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 8, 4th Floor<br><br>Honorable James Ware |

TAYLOR & CO.
LAW OFFICES, LLP

I, JESSICA L. GRANT, declare as follows:

1. I am a partner with Taylor & Company Law Offices, LLP, counsel for third-party defendants Alexander P. Cilento and David Crockett in this action. The facts set forth in this declaration are personally known to me to be true and, if called upon to testify as to the matters contained in this declaration, I could and would competently testify thereto. This declaration is submitted in support of Third-Party Defendants' Motion for Summary Judgment filed concurrently herewith.

2. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of a Complaint for Receivership and Injunction filed by the United States of America against Aspen Ventures West II, L.P. ("Aspen II") on June 29, 2006, which indicates that or about April 25, 2003, the SBA transferred Aspen II to liquidation status. This Complaint was attached as Exhibit 4 to the Request for Judicial Notice filed by Redleaf Group, Inc. on March 24, 2008 in support of its Opposition to defendants' Motion to Dismiss the Complaint.

3. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of the Amended and Restated Limited Partnership Agreement of Aspen Ventures III, LP, dated August 20, 1999.

4. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of the First Amendment to Amended and Restated Limited Partnership Agreement of Aspen Ventures III, LP, dated April 1, 2002.

5. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of the Second Amended and Restated Limited Liability Company Agreement of Aspen Ventures Management III, LLC, dated August 20, 1999.

6. Attached hereto as <u>Exhibit 5</u> is a true and correct copy of the Aspen Ventures III, LP Series B Admission and Amendment Agreement, effective as of April 1, 2002.

7. Attached hereto as <u>Exhibit 6</u> is a true and correct copy of the First Amendment to the Second Amended and Restated Limited Liability Company Agreement of Aspen Ventures Management III, LLC, effective as of April 1, 2002.

8. Attached hereto as <u>Exhibit 7</u> is a true and correct copy of the Assignment and Amendment Agreement of Aspen Ventures Management III, LLC, effective as of April 1, 2002.

1.

TAYLOR & CO.
LAW OFFICES, LLP

DECLARATION OF JESSICA L. GRANT IN SUPPORT OF THIRD-PARTY DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT: CASE NO. C-07-05350 JW (PVT)

1  I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th
2  day of May 2008, at San Francisco, California.

_____
JESSICA L. GRANT

TAYLOR & CO.
LAW OFFICES, LLP

2.
DECLARATION OF JESSICA L. GRANT IN SUPPORT OF THIRD-PARTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT: CASE NO. C-07-05350 JW (PVT)