**EXHIBIT 7**

# ASPEN VENTURES MANAGEMENT III, L.L.C.
## ASSIGNMENT AND AMENDMENT AGREEMENT

THIS ASSIGNMENT AND AMENDMENT AGREEMENT (this "Agreement") is made and entered into effective as of April 1, 2002 (immediately following the effectiveness of that certain First Amendment to the Second Amended and Restated Limited Liability Company Agreement of Aspen Ventures Management III, L.L.C. dated as of April 1, 2002, by and among Alexander P. Cilento, E. David Crockett, Thaddeus J. Whalen, John Kohler and C. Lloyd Mahaffey (the "First Amendment")), by and among Alexander P. Cilento, E. David Crockett, Thaddeus J. Whalen, John Kohler, C. Lloyd Mahaffey (collectively, the "Series B Managing Members"), Redleaf Group, Inc. ("Redleaf") and Aspen Ventures Management III, L.L.C., a Delaware limited liability company (the "LLC").

WHEREAS, the LLC was formed upon the terms and conditions set forth in that certain limited liability company agreement among Alexander P. Cilento, E. David Crockett and Thaddeus J. Whalen and dated effective as of November 10, 1998 which agreement was amended and restated by that certain Amended and Restated Limited Liability Company Agreement dated as of January 19, 1999, and by that certain Second Amended and Restated Limited Liability Company Agreement dated as of August 20, 1999 (such Second Amended and Restated Limited Liability Company Agreement, as amended by the First Amendment, the "LLC Agreement").

WHEREAS, the parties desire that Redleaf be granted an Assignee Interest in Series B of the LLC having an LLC Percentage in Series B as of any particular point in time equal to the Redleaf LLC Percentage (as defined below) (such interest, the "Series B Assigned Interest") and to make corresponding changes to the provisions of the LLC Agreement.

NOW, THEREFORE, the parties hereto agree as follows:

1. Assignment.

    a. In exchange for Redleaf's agreement to contribute capital to the LLC pursuant to Paragraph 4.2 of the LLC Agreement to the same extent as if Redleaf were admitted as a Member of the LLC, the LLC hereby transfers the Series B Assigned Interest to Redleaf such that immediately following such transfer and at all times thereafter, Redleaf shall have an LLC Percentage in Series B of the LLC equal to the Redleaf LLC Percentage; provided, however, that such LLC Percentage shall be subject to adjustment pursuant to Article V of the LLC Agreement. As of any particular point in time, but subject to Article V of the LLC Agreement, the "Redleaf LLC Percentage" shall be equal to the percentage determined by multiplying (i) thirty-three and one-third percent (33-1/3%) by (ii) a fraction, the numerator of which is equal to the amount of Redleaf's Partnership Percentage in the Series B Fund as of such time, and the denominator of which is equal to the aggregate Partnership Percentages of all Series B Limited Partners (including Redleaf) in the Series B Fund as of such time. The parties

GDSVF&H\#424117v2

agree that for all purposes of the LLC Agreement and tax and financial accounting and reporting the entire amount of consideration set forth above to be paid by Redleaf to the LLC is attributable to and shall be allocated to the Series B's cash and Securities, and the capital and profits interest of Series B in the Series B Fund, and that any other rights and assets of Series B have no current value.

b. The Series B Managing Members consent to the assignment and hereby admit Redleaf as a Series B Assignee of the LLC pursuant to Paragraph 1.7 of the LLC Agreement. Effective immediately after such admission, the LLC Percentage of Redleaf in Series B shall equal the Redleaf LLC Percentage. In order to reflect the foregoing, the Series B Managing Members hereby amend Schedule A to the LLC Agreement to read in full as set forth in Annex A hereto, which amended Schedule A reflects the LLC Percentages of the Series B Members and Assignees in Series B as of the date hereof. Any increase in the LLC Percentage of Redleaf in Series B as a result of an increase in the Redleaf LLC Percentage shall cause the LLC Percentages of all Series B Members in Series B to be diluted on a pro rata basis in proportion to their respective LLC Percentages in Series B, and any decrease in the LLC Percentage of Redleaf in Series B as a result of a decrease in the Redleaf LLC Percentage shall cause the LLC Percentages of all Series B Members in Series B to be increased on a pro rata basis in proportion to their respective LLC Percentages in Series B. In the event that Redleaf's LLC Percentage in Series B increases or decreases as a result of an increase or decrease in the Redleaf LLC Percentage, the Series B Managing Members shall cause Schedule A to be amended to reflect the revised LLC Percentages of the Series B Members and Assignees in Series B. The parties hereby agree that, as provided in Paragraph 2.1 of the LLC Agreement, an interim Accounting Period shall commence as of the effective date of this Agreement.

2. Assumption. Redleaf acknowledges receipt of, has read, and is familiar with, the LLC Agreement and agrees to be bound by the provisions thereof. In particular and without limitation, (i) Redleaf hereby agrees to be bound by the provisions of Paragraphs 4.3 and 4.4(b) of the LLC Agreement to the same extent as though Redleaf were a Series B Member of the LLC and, accordingly and without limitation, Redleaf shall contribute amounts to Series B to the extent necessary to satisfy Redleaf's obligation to share the economic burden of the liabilities described in Paragraph 4.3, and (ii) Redleaf hereby agrees to be bound by the provisions of Paragraph 4.2 of the LLC Agreement to the same extent as though Redleaf were a Series B Member of the LLC. In addition, Redleaf understands that there are substantial restrictions on the transferability of the Series B Assigned Interest, and it may be transferred only under limited circumstances described in the LLC Agreement and Redleaf has no present intention to transfer the Series B Assigned Interest. Redleaf hereby acknowledges that Redleaf will not be admitted as a Member of the LLC.

3. Redleaf's Representations and Warranties. Redleaf, for itself, acknowledges, represents and warrants to each respective party hereto that this Agreement constitutes a valid and binding obligation of Redleaf, enforceable in accordance with its terms.

4. <u>Term Percentage</u>. For all purposes under the LLC Agreement, Redleaf shall have a Term Percentage with respect to the Series B Assigned Interest equal to one hundred percent (100%).

5. <u>Consent to Transfer</u>. The LLC and the Series B Managing Members hereby consent to the transfer of the Series B Assigned Interest.

6. <u>Counsel to LLC</u>. Legal counsel to the LLC is Gunderson Dettmer Stough Villeneuve Franklin & Hachigian, LLP ("LLC Counsel"). Redleaf hereby acknowledges that LLC Counsel does not represent Redleaf in its capacity as an Assignee in the absence of a clear and explicit written agreement to such effect between Redleaf and LLC Counsel (and then only to the extent specifically set forth in such written agreement), and that in the absence of any such written agreement LLC Counsel shall owe no duties to Redleaf. Redleaf hereby further acknowledges that, whether or not LLC Counsel has in the past represented or is currently representing Redleaf with respect to other matters, LLC Counsel has not represented the interests of Redleaf in the preparation and negotiation of this Agreement.

7. <u>Counterparts</u>. This Agreement may be executed in two or more counterparts, each of which shall be deemed to be an original, but all of which together shall constitute one and the same instrument.

8. <u>Definitions</u>. Capitalized terms not otherwise defined herein shall have the meaning set forth in the LLC Agreement.

9. <u>Conflict</u>. In the event of a conflict between the provisions of this Agreement and the provisions of the LLC Agreement, the provisions of this Agreement shall control.

10. <u>Governing Law</u>. This Agreement shall be governed by and construed in accordance with the laws of the State of Delaware.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date first above written.

Assignee:

Redleaf Group, Inc.

By: _____/s/ John Kohler_____
    John Kohler, Co-CEO

LLC:
Aspen Ventures Management III, L.L.C.

By: _____/s/ Thaddeus J. Whalen_____
    Thaddeus J. Whalen, Managing Member

Series B Managing Members:

_____
Alexander P. Cilento

_____
E. David Crockett

_____/s/ Thaddeus J. Whalen_____
Thaddeus J. Whalen

_____/s/ John Kohler_____
John Kohler

_____
C. Lloyd Mahaffey

SIGNATURE PAGE
ASPEN VENTURES MANAGEMENT III, L.L.C.
ASSIGNMENT AND AMENDMENT AGREEMENT

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date first above written.

Assignee:

Redleaf Group, Inc.

By:_____
John Kohler, Co-CEO

LLC:
Aspen Ventures Management III, L.L.C.

By:_____
Thaddeus J. Whalen, Managing Member

Series B Managing Members:

_____
Alexander P. Cilento

_____
E. David Crockett

_____
Thaddeus J. Whalen

_____
John Kohler

_____
C. Lloyd Mahaffey

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date first above written.

Assignee:                                          LLC:

Redleaf Group, Inc.                                Aspen Ventures Management III, L.L.C.


By:_____                 By:_____
    John Kohler, Co-CEO                                Thaddeus J. Whalen, Managing Member


Series B Managing Members:


_____
Alexander P. Cilento


_____
E. David Crockett


_____
Thaddeus J. Whalen


_____
John Kohler


_____
C. Lloyd Mahaffey


SIGNATURE PAGE
ASPEN VENTURES MANAGEMENT III, L.L.C.
ASSIGNMENT AND AMENDMENT AGREEMENT

Annex A

## SCHEDULE A

SCHEDULE OF SERIES B MEMBERS AND ASSIGNEES
AS OF April 1, 2002

| Name | LLC Percentage |
|---|---|
| **Series B Managing Members** | |
| Alexander P. Cilento<br>1198 Jefferson Way<br>Laguna Beach, CA 92651 | 8.3333% |
| E. David Crockett<br>1000 Fremont Avenue, Suite 200<br>Los Altos, CA 94024 | 8.3333% |
| Thaddeus J. Whalen<br>14771 Aloha Avenue<br>Saratoga, CA 95070 | 16.6667% |
| John Kohler<br>14395 Saratoga Avenue<br>Suite 130<br>Saratoga, CA 95070 | 16.6667% |
| C. Lloyd Mahaffey<br>14395 Saratoga Avenue<br>Suite 130<br>Saratoga, CA 95070 | 16.6667% |

GDSVF&H\#424117v2

| Name | LLC Percentage |
|---|---|
| **Series B Assignees** | |
| Redleaf Group, Inc.<br>14395 Saratoga Avenue<br>Suite 130<br>Saratoga, CA 95070 | 33.3333% |
| Total of All Members and Assignees | 100.00000% |

GDSVF&H\424117v2

6