JESSICA L. GRANT (SBN 178138)
NICHOLAS G. CAMPINS (SBN 238022)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: jgrant@tcolaw.com
E-mail: ncampins@tcolaw.com

Attorneys for Third-Party Defendants ALEXANDER P. CILENTO and DAVID CROCKETT

WILLIAM H. ORRICK, III (SBN 113252)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111
Telephone: (415) 391-4800
Facsimile: (415) 989-1663
E-mail: who@cpdb.com

Attorneys for Third-Party Defendant
ASPEN VENTURES MANAGEMENT III, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures, III,<br><br>Plaintiffs,<br><br>v.<br><br>REDLEAF GROUP, INC.,<br><br>Defendant and Third-Party Plaintiff,<br><br>v.<br><br>ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10,<br><br>Third-Party Defendants. | Case No.: C-07-05350 JW (PVT)<br><br>**[PROPOSED] ORDER GRANTING THIRD-PARTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: June 23, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 8, 4th Floor<br><br>Honorable James Ware |

TAYLOR & CO.
LAW OFFICES, LLP

1   The Motion by third-party defendants Alexander P. Cilento, David Crockett and Aspen Ventures Management III, LLC for Summary Judgment (the "Motion") in the above-captioned action came on regularly for hearing before the Honorable James Ware on June 23, 2008, in Courtroom 8 of the San Jose Division of the above-captioned Court.  All parties appeared and were represented at the hearing by and through their respective counsel of record.

Having considered all papers filed by the parties in favor of and in opposition to the Motion, the arguments of counsel appearing at the hearing on this matter, and all other matters deemed to be appropriate by the Court, the Court finds that there is no genuine issue of material fact and that third-party defendants Alexander P. Cilento, David Crockett and Aspen Ventures Management III, LLC are entitled to judgment as a matter of law on the ground that the causes of action contained in Redleaf Group, Inc.'s ("Redleaf") Third-Party Complaint filed December 17, 2007 are barred by the applicable three-year statute of limitations under Delaware law.  The Court further finds that the equitable claims and remedies sought by Redleaf by way of its Complaint are also barred by the doctrine of laches under Delaware law.  The Court further finds that Redleaf's cause of action for declaratory relief, which is wholly derivative of its other causes of action, is legally insufficient as a matter of law because it fails to demonstrate the existence of an actual controversy.

**IT IS HEREBY ORDERED** that the third-party defendants' Motion for Summary Judgment is **GRANTED** in its entirety;

**IT IS FURTHER ORDERED** that judgment be entered in favor of third-party defendants Alexander P. Cilento and David Crockett.

**IT IS FURTHER ORDERED** that judgment be entered in favor of third-party defendant Aspen Ventures Management III, LLC.

**IT IS SO ORDERED**.

DATED: _____        _____
                                      HONORABLE JAMES WARE
                                      UNITED STATES DISTRICT COURT JUDGE