MATTHEW G. BALL (CA BAR 208881)
DEIRDRE M. DIGRANDE (CA BAR 199766)
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
55 Second Street, Suite 1700
San Francisco, CA  94105-3493
Tel:   (415) 882-8200
Fax:   (415) 882-8220
matthew.ball@klgates.com
deirdre.digrande@klgates.com

MARTIN D. TECKLER (*pro hac vice*)
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
1601 K Street, NW
Washington, DC  20006-1600
Tel:  (202) 778-9000
Fax:   (202) 778-9100
martin.teckler@klgates.com

Attorneys for Defendant
REDLEAF GROUP, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures III,<br><br>Plaintiffs,<br><br>v.<br><br>REDLEAF GROUP, INC.,<br><br>  Defendant and Third-Party Plaintiff,<br><br>v.<br><br>ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10,<br><br>Third-Party Defendants. | Case No. C-07-05350 JW (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE BRIEFING SCHEDULE FOR THIRD-PARTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [L.R. 6-2]**<br><br>Complaint Filed: October 19, 2007<br>Trial Date:       Not Set |

1    WHEREAS, the Court in its Order dated May 9, 2008, set June 23, 2008, for a hearing on
2 dispositive motions in this matter;
3    WHEREAS, Third-Party Defendants David Crockett, Alexander Cilento, and Aspen Ventures
4 Management III filed a Motion for Summary Judgment on May 19, 2008 (the "Motion");
5    WHEREAS, according to Local Rule 7-3, Redleaf Group, Inc.'s opposition to the Motion is
6 due on June 2, 2008;
7    WHEREAS, lead counsel for Redleaf had planned to be on vacation for Memorial Day
8 weekend to attend his father's birthday celebration;
9    WHEREAS, lead counsel for Redleaf is also required to defend two depositions during the
10 week after Memorial Day;
11    WHEREAS, Redleaf believes it does not have time considering the schedule of its lead
12 counsel to sufficiently brief the Motion in the time allotted;
13    WHEREAS, this Court's next available civil law and motion hearing date is September 15,
14 2008;
15    WHEREAS, Redleaf seeks one additional week to brief this Motion;
16    WHEREAS, Redleaf sought to obtain a stipulation for the continuance of the June 23, 2008,
17 hearing on the Motion with a revised briefing schedule, but Third-Party Defendants declined to
18 continue the hearing date on their Motion to September 15, 2008;
19    WHEREAS, Third-Party Defendants are willing to adjust the briefing schedule as to their
20 Motion as follows, provided the June 23, 2008 hearing date for the Motion remains on this Court's
21 calendar:

| Current Schedule | Proposed Schedule |
|---|---|
| June 2, 2008: Opposition Brief Due | June 9, 2008, 3:00 p.m.: Opposition brief to be e-filed/served |
| June 9, 2008: Reply Brief Due | June 16, 2008: Reply Brief to be e-filed/served |
| June 23, 2008: Hearing | June 23, 2008: Hearing on the Motion, 9:00 a.m.; |

1
**STIPULATION AND [PROPOSED] ORDER TO CHANGE SUMMARY JUDGMENT BRIEFING SCHEDULE
FOR THIRD-PARTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [L.R. 6-2]**

1   IT IS HEREBY STIPULATED by and between Redleaf Group, Inc. and Third Party
2   Defendants David Crockett, Alexander Cilento, and Aspen Ventures Management III, that Third-
3   Party Defendants' Motion for Summary Judgment may be briefed and heard on the following
4   schedule:
5       (a)   Redleaf Group, Inc.'s Opposition Brief will be e-filed/served on June 9, 2008, at 3:00
6   p.m.;
7       (b)   Third-Party Defendants' Reply Brief will be e-filed/served on June 16, 2008; and
8       (c)   The hearing date set by this Court will not be vacated and the Motion will be heard by
9   this Court on June 23, 2008, at 9:00 a.m.

Respectfully submitted,

Dated:  May 22, 2008            KIRKPATRICK & LOCKHART PRESTON
                                GATES ELLIS LLP

                                By:  /s/  Matthew G. Ball
                                Matthew G. Ball, Esq. (CA Bar 208881)
                                (matthew.ball@klgates.com)

                                Martin D. Teckler (*pro hac vice*)
                                martin.teckler@klgates.com

                                Attorneys for Defendant/Third-Party Plaintiff
                                Redleaf Group, Inc.

Dated: May 22, 2008             TAYLOR & COMPANY LAW OFFICES, LLP


                                By:   /s/ Jessica L. Grant
                                    Jessica L. Grant
                                    jgrant@tcolaw.com

                                    Attorney for Third-Party Defendants
                                    David Crockett and Alexander Cilento

**STIPULATION AND [PROPOSED] ORDER TO CHANGE SUMMARY JUDGMENT BRIEFING SCHEDULE
FOR THIRD-PARTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [L.R. 6-2]**

1  Dated: May 22, 2008                    COBLENTZ, PATCH, DUFFY & BASS, LLP

3                                          By:  /s/ William H. Orrick, III
4                                               William H, Orrick, III
                                                WHO@cpdb.com

                                                Attorney for Third-Party Defendant
6                                               Aspen Ventures Management III

10     Good cause appearing, it is ORDERED that the briefing schedule of Third Party Defendants'
11 Motion for Summary Judgment shall be as follows:  Redleaf Group, Inc.'s Opposition Brief and
12 supporting documents shall be due to be electronically filed on or before June 9, 2008, at 3:00 p.m.
13 Third-Party Defendant's Reply Brief and supporting documents shall be due to be electronically filed
14 on or before June 16, 2008.  The hearing date for the Motion shall remain June 23, 2008.

                                          _____
16                                        Honorable James Ware
                                          United States District Court Judge