**K&L | GATES**

Kirkpatrick & Lockhart Preston Gates Ellis LLP
55 Second Street
Suite 1700
San Francisco, CA 94105-3493

T 415.882.8200    www.klgates.com

May 22, 2008

Matthew G. Ball
D 415.249.1014
F 415.882.8220
matthew.ball@klgates.com

Hon. Judge James Ware
United States District Court
Northern District of California
280 South 1st Street
Courtroom 8, 4th Floor
San Jose, CA 95113

    Re:    *United States Small Business Administration v. Red leaf Group, Inc.*
           Case No.: C-07-05350 JW (PVT)

Dear Judge Ware:

Contemporaneously with this letter, Redleaf Group, Inc. is filing a stipulation with the Third-Party Defendants Aspen Ventures Management III, David Crockett, and Alexander Cilento to adjust the briefing schedule on the Motion for Summary Judgment filed by the Third-Party Defendants. Essentially, the stipulation keeps the hearing date of June 23, 2008, and requests that the Court continue the deadline for the briefing on the motions by one week each. (Redleaf Group, Inc.'s Opposition papers are actually due to be e-filed and served by 3 p.m., on June 9, 2008, under the proposed order).

Redleaf Group, Inc. also would like to note that Plaintiff United States Small Business Administration also has a Motion for Summary Judgment on calendar for June 23, 2008. This is another factor affecting counsel for Redleaf's time that led Redleaf to seek the stipulation from Third Party Defendants. To minimize the burden on the Court in connection with both Motions, Redleaf Group, Inc. has not sought a stipulation that the briefing schedule be changed as to the SBA's Motion.

Redleaf would like this Court to know that it realizes the accompanying stipulation may place a burden on this Court, and Redleaf believes that the proposed order presents the best alternative that (1) allows Redleaf sufficient time to brief both Motions, (2) allows the parties and the Court to maintain the June 23, 2008 hearing date, and (3) minimizes the Court's burden.

Respectfully submitted,

/s/ Matthew G Ball

Matthew G. Ball

cc: All Counsel

SF-154406 v1