MATTHEW G. BALL (CA BAR 208881)
DEIRDRE M. DIGRANDE (CA BAR 199766)
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Tel: (415) 882-8200
Fax: (415) 882-8220
matthew.ball@klgates.com
deirdre.digrande@klgates.com

MARTIN D. TECKLER (*pro hac vice*)
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
1601 K Street, NW
Washington, DC 20006-1600
Tel: (202) 778-9000
Fax: (202) 778-9100
martin.teckler@klgates.com

Attorneys for Defendant
REDLEAF GROUP, INC.

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge James Ware]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures III,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>REDLEAF GROUP, INC.,<br><br>　Defendant and Third-Party Plaintiff,<br><br>　　v.<br><br>ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10,<br><br>　　　Third-Party Defendants. | Case No. C-07-05350 JW (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE BRIEFING SCHEDULE FOR THIRD-PARTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [L.R. 6-2]**<br><br>Complaint Filed: October 19, 2007<br>Trial Date:　　Not Set |

1        WHEREAS, the Court in its Order dated May 9, 2008, set June 23, 2008, for a hearing on

2 dispositive motions in this matter;

3        WHEREAS, Third-Party Defendants David Crockett, Alexander Cilento, and Aspen Ventures

4 Management III filed a Motion for Summary Judgment on May 19, 2008 (the "Motion");

5        WHEREAS, according to Local Rule 7-3, Redleaf Group, Inc.'s opposition to the Motion is

6 due on June 2, 2008;

7        WHEREAS, lead counsel for Redleaf had planned to be on vacation for Memorial Day

8 weekend to attend his father's birthday celebration;

9        WHEREAS, lead counsel for Redleaf is also required to defend two depositions during the

10 week after Memorial Day;

11        WHEREAS, Redleaf believes it does not have time considering the schedule of its lead

12 counsel to sufficiently brief the Motion in the time allotted;

13        WHEREAS, this Court's next available civil law and motion hearing date is September 15,

14 2008;

15        WHEREAS, Redleaf seeks one additional week to brief this Motion;

16        WHEREAS, Redleaf sought to obtain a stipulation for the continuance of the June 23, 2008,

17 hearing on the Motion with a revised briefing schedule, but Third-Party Defendants declined to

18 continue the hearing date on their Motion to September 15, 2008;

19        WHEREAS, Third-Party Defendants are willing to adjust the briefing schedule as to their

20 Motion as follows, <u>provided the June 23, 2008 hearing date for the Motion remains on this Court's</u>

21 <u>calendar</u>:

| Current Schedule | Proposed Schedule |
|---|---|
| June 2, 2008: Opposition Brief Due | June 9, 2008, 3:00 p.m.: Opposition brief to be e-filed/served |
| June 9, 2008: Reply Brief Due | June 16, 2008: Reply Brief to be e-filed/served |
| June 23, 2008: Hearing | June 23, 2008: Hearing on the Motion, 9:00 a.m.; |

1    IT IS HEREBY STIPULATED by and between Redleaf Group, Inc. and Third Party
2  Defendants David Crockett, Alexander Cilento, and Aspen Ventures Management III, that Third-
3  Party Defendants' Motion for Summary Judgment may be briefed and heard on the following
4  schedule:
5    (a)    Redleaf Group, Inc.'s Opposition Brief will be e-filed/served on June 9, 2008, at 3:00
6  p.m.;
7    (b)    Third-Party Defendants' Reply Brief will be e-filed/served on June 16, 2008; and
8    (c)    The hearing date set by this Court will not be vacated and the Motion will be heard by
9  this Court on June 23, 2008, at 9:00 a.m.

Respectfully submitted,

Dated:  May 22, 2008          KIRKPATRICK & LOCKHART PRESTON
                              GATES ELLIS LLP

                         By:   /s/  Matthew G. Ball
                              Matthew G. Ball, Esq. (CA Bar 208881)
                              (matthew.ball@klgates.com)

                              Martin D. Teckler (*pro hac vice*)
                              martin.teckler@klgates.com

                              Attorneys for Defendant/Third-Party Plaintiff
                              Redleaf Group, Inc.

Dated: May 22, 2008           TAYLOR & COMPANY LAW OFFICES, LLP


                         By:   /s/ Jessica L. Grant
                              Jessica L. Grant
                              jgrant@tcolaw.com

                              Attorney for Third-Party Defendants
                              David Crockett and Alexander Cilento

2
**STIPULATION AND [PROPOSED] ORDER TO CHANGE SUMMARY JUDGMENT BRIEFING SCHEDULE
FOR THIRD-PARTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [L.R. 6-2]**

| | |
|---|---|
| Dated: May 22, 2008 | COBLENTZ, PATCH, DUFFY & BASS, LLP |
| | |
| | By: /s/ William H. Orrick, III |
| | William H, Orrick, III |
| | WHO@cpdb.com |
| | |
| | Attorney for Third-Party Defendant |
| | Aspen Ventures Management III |

Good cause appearing, it is ORDERED that the briefing schedule of Third Party Defendants' Motion for Summary Judgment shall be as follows:  Redleaf Group, Inc.'s Opposition Brief and supporting documents shall be due to be electronically filed on or before **June 6, 2008.** Third-Party Defendant's Reply Brief and supporting documents shall be due to be electronically filed on or before **June 11, 2008.** The hearing date for the Motion shall remain June 23, 2008.

Dated:  May 28, 2008

_____
Honorable James Ware
United States District Court Judge

**STIPULATION AND [PROPOSED] ORDER TO CHANGE SUMMARY JUDGMENT BRIEFING SCHEDULE FOR THIRD-PARTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [L.R. 6-2]**