**Ball, Matthew G.**

**From:** Nuti, Gregory [GNuti@Schnader.com]
**Sent:** Friday, May 30, 2008 10:27 AM
**To:** Ball, Matthew G.
**Cc:** Teckler, Martin D.; Jessica Grant; WHO@cpdb.com; Hazlewood, Beverley E.
**Subject:** RE:Attached Files

Matt:

We have no objection to the admissibility of the documents; we agree not to object to them as hearsay. You can use the documents to attempt to prove the truth of the matters asserted within the documents. To be clear however, we do not stipulate that every fact within the documents is true. There may be other documents or evidence disputing the facts. In other words, the documents are not conclusive evidence. I assume this serves your purpose.

**Gregory C. Nuti**
**Schnader**
ATTORNEYS AT LAW
**Schnader Harrison Segal & Lewis LLP**
**One Montgomery Street, Suite 2200**
**San Francisco, California 94104-5501**
**Telephone: (415) 364-6700**
**Facsimile: (415) 364-6785**
gnuti@schnader.com
www.schnader.com

---

**From:** Ball, Matthew G. [mailto:Matthew.Ball@klgates.com]
**Sent:** Wednesday, May 28, 2008 10:52 PM
**To:** Nuti, Gregory
**Cc:** Teckler, Martin D.
**Subject:** FW: Attached Files

Dear Greg:

I would like you to stipulate to the admissibility of the following documents (and the facts therein) for the purposes of the MSJ. Otherwise, I will have to wrap some of these documents into my Rule 56(f) declaration, as Judge Ware invited me to do. For simply foundational issues I would rather not do that. The documents are attached to this e-mail. Please let me know at your earliest convenience.

Very truly yours,

Matthew G. Ball
K&L Gates LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Direct Dial: (415) 249-1014
Fax: (415) 882-8220

6/2/2008

Mobile: (415) 283-9359

---

**From:** Kemp, Helen L.
**Sent:** Wednesday, May 28, 2008 12:10 PM
**To:** Ball, Matthew G.
**Cc:** Teckler, Martin D.
**Subject:** Attached Files

The attached draft Opposition to Motion for Summary Judgment and Exhibits are sent on behalf of Martin D. Teckler.

---

IRS Circular 230 Disclosure. To ensure compliance with requirements imposed by the IRS, we inform you that the federal tax advice (if any) contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

IRS Circular 230 Disclosure. To ensure compliance with requirements imposed by the IRS, we inform you that the federal tax advice (if any) contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

6/2/2008