EXH. 5



**Aspen Ventures III, L.P.**
**Report to Limited Partners**
**Quarter Ended March 31, 2004**

## I.   Market Commentary and Portfolio Highlights

Below is a list of each Aspen III portfolio company and a brief description of its operating and financing status.

| Company Name | Status |
|---|---|
| Active Decisions | Building excellent management team and strong sales pipeline.   No further equity financing projected. |
| Appropria | In discussions with potential acquirer.  Deal size and proceeds to Aspen not yet known. No further equity financing projected. |
| Carisbrook Technology | Revenue growing and operations are generating modest cash.  Plans to continue growth and expand products and services.  No further equity financing projected. |
| Collabrys | In discussions with potential acquirer.  Deal size and proceeds to Aspen not yet known.  Strong customer list, but revenue growing slowly. |
| Helicomm Technology | Initial customer shipments started late 2003.  Currently fundraising with initial interest from several investors. |
| NetCourier | New company that holds MicroVault technology. Servicing existing customers and looking for exit opportunities. |
| RivalWatch | Operating close to cash breakeven.  Evaluating strategic options for new preferred stock sale or company sale. |

**Report to Limited Partners**                    1                    **First Quarter 2004**
**This report contains confidential information.  Do not copy or distribute the report or its contents.**

D103

**ASPEN VENTURES III, L.P.**

Rules Based Software

New company that holds Alerio technology. Several potential customers/acquirers showing interest. Very low cash burn.

SatMetrix Systems

Quarter to quarter revenue and bookings growth continues. No additional financing required.

ViewCentral

Revenue increasing and cash burn decreasing. Inside round of $900k scheduled to close Q2 2004 (includes conversion of Q1 bridge).

This report contains confidential information. Do not copy or distribute the report or its contents.

D104

ASPEN VENTURES III, L.P.

## II.    Summary of Fund Activities

### Capital Calls

Aspen III has received all of its committed capital as of April 2004.

|  | Private Capital | SBA Leverage | Total Capital |
|---|---|---|---|
| Committed capital | $16,500,000 | $33,000,000 | $49,500,000 |
| Capital drawn to date | 16,490,000 | 33,000,000 | 49,490,000 |
| Capital to be drawn | $10,000 | $0,000 | $10,000 |

We will defer at least 50% of future management fees to conserve cash. Such deferral will continue until significant exit proceeds are realized.

### Investments

The fund invested a total of $0.4 million in four portfolio companies during the first quarter of 2004.

| Cumulative investments at cost, 12/31/03 | $41,706,000 |
|---|---|
| Investments   1/1/04 – 3/31/04 | |
| Appropria          Bridge Note | 40,000 |
| Collabrys          Bridge Note | 9,000 |
| Helicomm          Bridge Note | 200,000 |
| Rules Based Software   Bridge Note | 131,000 |
| Cumulative investments at cost, 3/31/04 | $42,086,000 |

### Appropria, Inc. (Bridge Note)
Appropria develops intelligent user interface applications for enterprise-wide application integration.   Aspen invested an additional $40k in secured short-term notes to bridge the company to acquisition.

### Collabrys (Bridge Note)
Collabrys provides enterprise marketing solutions that help companies learn more about their customers, strengthen brand relationships, and optimize immediate and long-term customer value. Aspen Ventures invested an additional $9k along with other inside investors in a secured convertible bridge financing totaling $329k.

**This report contains confidential information.  Do not copy or distribute the report or its contents.**

D105

**ASPEN VENTURES III, L.P.**

### Helicomm, Inc. (Preferred B)

Helicomm provides secure wireless data networking solutions for embedded systems and sensory networks in commercial, industrial, utility and defense industries. Aspen Ventures invested $200k in convertible bridge notes in a round totaling $500k.

### Rules Based Software (Bridge Note)

Rules Based Software offers a rules-based software engine and an internet-based payroll application. Aspen invested $131k in bridge notes during the second quarter. Rules Based Software is working with a small team to continue development and sell the technology.

## III.    Valuation Changes

There were no changes to the valuation of Aspen's holdings in the first quarter of 2004.

This report contains confidential information. Do not copy or distribute the report or its contents.

D106

## IV.    Aspen III Portfolio Review

The portfolio at March 31, 2004 consists of the following:

| Company | Security | Cost | Valuation | Unrealized Gain (Loss) |
|---|---|---|---|---|
| Active Decisions, Inc. | Preferred A-1 | $    3,999,452 | $      416,823 | $   (3,582,629) |
| | Preferred A-2 | 500,000 | 172,852 | (327,148) |
| | Preferred B-1 | 734,796 | 734,796 | - |
| | | 5,234,248 | 1,324,471 | (3,909,777) |
| Appropria, Inc. | Preferred A | 1,996,924 | 2,000,000 | 3,076 |
| | Preferred B | 3,220,000 | 3,220,000 | |
| | Bridge Note | 966,500 | 966,500 | - |
| | | 6,183,424 | 6,186,500 | 3,076 |
| Carisbrook Technology | LLC Interests | 2,000,000 | 2,000,000 | - |
| | Bridge Note | 125,500 | 125,500 | - |
| | | 2,125,500 | 2,125,500 | - |
| Collabrys, Inc. | Common | 3,197,497 | - | (3,197,497) |
| | Preferred B | 62,477 | 62,477 | 0 |
| | Preferred C | 63,266 | 63,266 | (0) |
| | Bridge Note | 9,111 | 9,111 | - |
| | | 3,332,351 | 134,855 | (3,197,497) |
| Helicomm, Inc. | Preferred A | 1,103,363 | 1,103,363 | - |
| | Preferred B | 596,637 | 596,637 | - |
| | Bridge Note | 200,000 | 200,000 | - |
| | | 1,900,000 | 1,900,000 | - |
| NetCourier, Inc | Common Class A | 100,000 | 124,620 | 24,620 |
| | Bridge Note | 50,000 | 50,000 | - |
| | | 150,000 | 174,620 | 24,620 |
| PointBase, Inc. | Escrow Proceeds | 2,202,836 | 57,701 | (2,145,135) |
| | | 2,202,836 | 57,701 | (2,145,135) |

**This report contains confidential information.  Do not copy or distribute the report or its contents.**

D107

Aspen Ventures IIIa, L.P.
Portfolio Summary -- Continued

| Company | Security | Cost | Valuation | Unrealized Gain (Loss) |
|---|---|---|---|---|
| RivalWatch, Inc. | Preferred A | 2,946,452 | 2,947,000 | 548 |
| | | 2,946,452 | 2,947,000 | 548 |
| Rules Based Software, Inc. | Common Stock | 2,258,773 | 2,259,000 | 227 |
| | Bridge Note | 2,737,000 | 2,737,000 | - |
| | | 4,995,773 | 4,996,000 | 227 |
| SatMetrix Systems | Preferred A | 100,000 | 106,157 | 6,156 |
| | Preferred B | 1,500,001 | 2,760,001 | 1,260,000 |
| | Preferred C | 1,699,999 | 1,725,497 | 25,498 |
| | | 3,300,000 | 4,591,654 | 1,291,654 |
| ViewCentral, Inc. | Preferred A | 4,117,000 | 4,117,000 | |
| | Preferred B-1 | 225,000 | 225,000 | |
| | | 4,342,000 | 4,342,000 | |
| Total | | $ 36,712,585 | $ 28,780,301 | $ (7,932,283) |

This report contains confidential information.  Do not copy or distribute the report or its contents.

D108

ASPEN VENTURES III, L.P.

## ACTIVE DECISIONS, INC.

1400 Fashion Island Drive, Suite 500
San Mateo, CA 94404
Ph: 650-342-0500

Lead Investor:  Sierra Ventures
Responsible Partner:  Whalen
Web page:  www.activedecisions.com

### Business Summary

Active Decisions, Inc. is a leading supplier of guided selling CRM applications. The company helps businesses increase revenue by providing automated sales assistance while generating real-time intelligence about customer needs. More than 80 Fortune 500 companies, leading portals, and e-commerce sites use Active Decisions' technology to generate sales and make critical marketing decisions.

### Stage

Current:  Revenue
At Initial Funding:  Development

### Financing

Date of Last Financing:  May 2003
Amount of Last Financing:  $10.0 million
Projected Date of Next Financing:  open

### Aspen Investment

|  | Security | Cost | Carrying Value |
|---|---|---|---|
| May 1999 | Preferred B-A1 | $1,999,452 | $209,183 |
| Dec 2000 | Preferred C-A1 | $2,000,000 | $207,640 |
| 2001-2002 | Preferred D-A2 | $500,000 | $172,852 |
| May 2003 | Preferred B-1 | $734,796 | $734,796 |

Total Aspen Ownership:  7%
Significant Co-Investors:  Sierra Ventures (24%), Liberty Capital (20%), RedRock (9%), Novus Ventures (6%)

### Operating Status

Management Openings
Milestones Achieved




Milestones Anticipated

- none
- financing sufficient to achieve cash flow breakeven
- strong management team
- outstanding ROI delivered for early customers
- growing list of "name-brand" customers
- continue to develop new vertical markets
- achieve cash-positive operations
- increase annual revenue/customer to $250k or more
- expand product offering

### Officers and Directors

*Officers*
Jeffrey Dunn, CEO
Steve Goldner, VP Engr & Ops
Michael Hayashida, Dir Finance
Ali Kazeroonian, CTO
Brad Newton, VP Prof. Services
Chuck Pendell, VP Sales
Darby Williams, VP Marketing

*Directors*
Jeffrey Dunn, CEO
Peter Dumanian, Red Rock Ventures
Jeff Loomans, Sierra Ventures
Tom Greig, Liberty Ventures
David Peterschmidt, Peterschmidt Venture

This report contains confidential information.  Do not copy or distribute the report or its contents.

D109

ASPEN VENTURES III, L.P.

## APPROPRIA, INC.
2603 Camino Ramon Suite 200
San Ramon, CA 94583
Ph: 925-242-2599

Lead Investor:  Aspen Ventures
Responsible Partner:  Whalen
Web page:  www.appropria.com

### Business Summary
Appropria sells intelligent user interface products that provide a unified view of data located in multiple applications or repositories.  Initial target markets are process manufacturing industries with capital intensive operations (such as pharmaceutical, petro-chemical, transport, utilities, food, and facilities management). These products have at their core a search engine responsible for the rapid and efficient retrieval and presentation of enterprise information and knowledge.

### Stage
Current:  Early Revenue
At Initial Funding:  Seed

### Financing
Date of Last Financing:  April 2003
Amount of Last Financing:  $3.2 million
Projected Date of Next Financing:  n/a

### Aspen Investment

|  | Security | Cost | Carrying Value |
|---|---|---|---|
| Aug. 2000 | Preferred A | $1,996,924 | $2,000,000 |
| 2001-2002 | Preferred B | $3,220,000 | $3,220,000 |
| 2002-2003 | Bridge Note | $966,500 | $966,500 |

Total Aspen Ownership:  59%
Significant Co-Investors:  private investors

### Operating Status
Management Openings
- none

Milestones Achieved
- product completed and released
- two early adopter customers signed (British Petroleum and Venture Production)
- signed reseller agreement with Vitria
- first full customer signed (Pemex)

Milestones Anticipated
- complete exit

### Officers and Directors
*Officers*
Paul Smith, CEO
John Chalmers, VP Development

*Directors*
Paul Smith, Founder and CEO
Thad Whalen, Aspen Ventures

**This report contains confidential information.  Do not copy or distribute the report or its contents.**

D110

ASPEN VENTURES III, L.P.

## CARISBROOK TECHNOLOGY SERVICES
8559 Miley Road, Suite 109
Wilsonville, OR 97070
Ph: 503-694-1900

Lead Investor: Aspen Ventures
Responsible Partner: Whalen
www.carisbrooktech.com

### Business Summary
Carisbrook provides outsourced help-desk operations, contract development, and other IT services to medium-sized businesses.

### Stage
Current: Early Revenue
At Initial Funding: Early Revenue

### Financing
Date of Last Financing: March 2003
Amount of Last Financing: $0.1 million
Projected Date of Next Financing:  n/a

### Aspen Investment

|  | Security | Cost | Carrying Value |
|---|---|---|---|
| various | LLC Interest | $2,000,000 | $2,000,000 |
| Oct. 2001 | Bridge Note | $55,000 | $55,000 |
| March 2003 | Bridge Note | $70,500 | $70,500 |

Total Aspen Ownership: 16%
Significant Co-Investors: private investors

### Operating Status
| | |
|---|---|
| Management Openings | • none |
| Milestones Achieved | • cash positive operations (monthly repayments on bridge) |
| | • signed first help desk customer and several development customers |
| | • strong reputation in Pacific Northwest |
| | • good sales pipeline |
| Milestones Anticipated | • ramp business to strong profitability |
| | • develop sales channels and partners |

### Officers and Directors
*Officers*
Rob Fernandez, CEO
Peter Melitz, VP Development
Howard Hoy, Client Services

*Directors*
Rob Fernandez, CEO
Thad Whalen, Aspen Ventures

This report contains confidential information. Do not copy or distribute the report or its contents.

D111

## COLLABRYS, INC.
395 Oyster Point Blvd, Suite 119
South San Francisco, CA 94080
Ph: 800-572-5794

Lead Investor: Versant Ventures
Responsible Partner: Whalen
Web page: www.collabrys.com

### Business Summary
Collabrys provides companies with enterprise marketing solutions that help them learn more about their customers than ever before, strengthen brand relationships, and optimize immediate and long-term customer value. Companies use the Collabrys platform to help them understand who their customers are, launch new products, rejuvenate brands, and move from mass marketing to brand-building.

### Stage
Current: Early Revenue
At Initial Funding: Beta

### Financing
Date of Last Financing: March 2004
Amount of Last Financing: $0.2 million
Projected Date of Next Financing: Q2 2004

### Aspen Investment

|            | Security       | Cost        | Carrying Value |
|------------|----------------|-------------|----------------|
| Aug. 2000  | Pref. B-Common | $2,200,000  | $-0-           |
| Aug. 2001  | Pref. B-Common | $585,663    | $-0-           |
| Mar. 2002  | Preferred B    | $450,001    | $38,168        |
| Mar. 2003  | Preferred B    | $24,309     | $24,309        |
| Sept. 2003 | Preferred C    | $63,266     | $63,266        |
| Mar. 2004  | Bridge Note    | $9,111      | $9,111         |

Total Aspen Ownership: 3%
Significant Co-Investors: Sutter Hill (35%), Versant Ventures (24%), Ignite Group (12%)

### Operating Status
Management Openings
- none

Milestones Achieved
- initial email products complete and selling
- several marquee customers including Johnson & Johnson and VISA
- 2003 revenue of $1.1 million

Milestones Anticipated
- complete exit

### Officers and Directors
*Officers*
Benjamin Wayne, President/CEO
Ben Fong-Torres, VP Content
Lindy Fishburne, VP Client Development
Jay Shukert, CFO (part-time)
Ken Wong, Engineering Manager

*Directors*
Rebecca Robertson, Versant Ventures
Greg Sands, Sutter Hill Ventures
Benjamin Wayne, President/CEO

This report contains confidential information. Do not copy or distribute the report or its contents.

D112

## HELICOMM, INC.

1947 Camino Vida Roble Suite 109
Carlsbad, CA 92008
Ph: 760-918-0856

Lead Investor:  Aspen Ventures
Responsible Partner:  Cilento
www.helicomm.com

### Business Summary

Helicomm is a developer of a suite of hardware and software to allow end users to exploit a new standard (802.15.4) intended for embedded systems and sensory networks in commercial, industrial, utility and defense industries.

### Stage

Current:  Development
At Initial Funding:  Seed

### Financing

Date of Last Financing:  February 2004
Amount of Last Financing:  $0.5 million
Projected Date of Next Financing:  Q2 2004

### Aspen Investment

|  | Security | Cost | Carrying Value |
|---|---|---|---|
| Volcano | Preferred A | $1,103,363 | $1,103,363 |
| Volcano | Preferred B | $96,637 | $96,637 |
| Febr. 2003 | Preferred B | $500,000 | $500,000 |
| Feb. 2004 | Bridge Note | $200,000 | $200,000 |

Total Aspen Ownership: 20%
Significant Co-Investors:   private investors

### Operating Status

Management Openings
- none

Milestones Achieved
- closed OEM deal with Renasas (microcontrollers)
- 15 signed customers to date
- multiple high volume deals near contract approval

Milestones Anticipated
- first delivery of volume product to Haier
- close at least $2.5 million in funding in second/third quarter 2004

### Officers and Directors

*Officers*
Martin Chen, CEO
CC Huang, VP Product Development
George Karayannis, VP Sales/Mktg
Liang Li, Beijing Operations
Jack Sun, President

*Directors*
Martin Chen, CEO
Alex Cilento, Aspen Ventures
Roger Koo, Director

This report contains confidential information.  Do not copy or distribute the report or its contents.

D113

## NETCOURIER, INC.
1007 Montana Avenue Suite 526
Santa Monica, CA 90403
Ph: 310-463-5636

Lead Investor:  Aspen Ventures
Responsible Partner:  Cilento
www.netcourier.com

### Business Summary
NetCourier is a startup focused on developing and marketing the electronic presentation and payment technology acquired from MicroVault.  The technology is marketed primarily to the financial services industry and facilitates the conversion from paper statements, payments, and confirmations to an email-only internet transaction.

### Stage
Current:  Seed
At Initial Funding:  Seed

### Financing
Date of Last Financing:  August 2003
Amount of Last Financing:  $50k
Projected Date of Next Financing:  Q2 2004

### Aspen Investment

|           | Security        | Cost      | Carrying Value |
|-----------|-----------------|-----------|----------------|
| Nov. 2002 | Class A Common  | $100,000  | $124,620       |
| Aug. 2003 | Bridge Note     | $50,000   | $50,000        |

Total Aspen Ownership: 67%
Significant Co-Investors:  none

### Operating Status
Management Openings
- none

Milestones Achieved
- signed a marketing partnership with FireTrust (makers of MailWasher)
- VentureWire write up generating some investment interest

Milestones Anticipated
- Look for acceptance as a wireless security solution
- raise a modest funding (less than $1 million)
- look for exits via acquisition

### Officers and Directors
**Officers**
Bob McDonald, CEO
Eric Buskirk, President/VP Sales
Vance Gloster,  VP Technology

**Directors**
Alex Cilento, Aspen Ventures
Bob McDonald, CEO

This report contains confidential information.  Do not copy or distribute the report or its contents.

D114

ASPEN VENTURES III, L.P.

## RIVALWATCH, INC.
3065 Olcott Street
Santa Clara, CA 95054
Ph: 408-330-7580

Lead Investor:  Aspen Ventures
Responsible Partner:  Crockett
Web page:  www.rivalwatch.com

### Business Summary

RivalWatch gathers real-time, online competitive data, processes this data into information and intelligence, then provides this to their business customers through the *Competitive Merchandising Platform*.  RivalWatch helps businesses watch their markets and competitors systematically, economically and in real-time, focusing first on quantitative data gathering and analysis for online and off-line retailers.  RivalWatch's revenue model is subscription based, and the business model includes a comparison-shopping portal that serves as its own demand generator and consumer shopping behavior analyzer.

### Stage
Current:  Early Revenue
At Initial Funding:  Development

### Financing
Date of Last Financing:  February 2004
Amount of Last Financing:  $1.5 million
Projected Date of Next Financing:  open

### Aspen Investment

|           | Security    | Cost        | Carrying Value |
|-----------|-------------|-------------|----------------|
| Dec. 1999 | Preferred A | $1,000,000  | $1,000,000     |
| Feb. 2001 | Preferred A | $399,452    | $400,000       |
| 2001-2002 | Preferred A | $1,547,000  | $1,547,000     |

Total Aspen Ownership:  19%
Significant Co-Investors:  private investors

### Operating Status
Management Openings
Milestones Achieved

- none
- revenue increasing
- solid system with 4 products
- 12 important customers proving the model including ACE, Amazon, J.C. Penny, and Lowe's Home Supply

Milestones Anticipated
- secure expansion capital

### Officers and Directors
**Officers**
Ann Hsu, VP Bus Dev, Co-Gen Mgr
Gary Puckett, VP Sales, Co-Gen Mgr.
Brian Xin, CTO

**Directors**
David Crockett, Aspen Ventures
Larry Mohr, formerly Mohr Davidow Ventures
Ed Hayes, Private Investor
Dale Achabal, Associate Dean-Santa Clara University
& Director Retail Management Institute

This report contains confidential information.  Do not copy or distribute the report or its contents.

D115

ASPEN VENTURES III, L.P.

## RULES BASED SOFTWARE

647 Camino de los Mares Suite 108-261
Mission Viejo, CA 92691
Ph: 949-458-6294

Lead Investor:  Aspen Ventures
Responsible Partner:  Whalen
Web page:  www.rulesbasedsoftware.com

### Business Summary

Rules Based Software offers a rules-based software engine and an internet-based payroll application.

### Stage

Current:  Early Revenue
At Initial Funding:  Development

### Financing

Date of Last Financing:  March 2003
Amount of Last Financing:  $0.15 million
Projected Date of Next Financing:  n/a

### Aspen Investment

|            | Security     | Cost        | Carrying Value |
|------------|--------------|-------------|----------------|
| March 2003 | Common       | $2,258,773  | $2,259,000     |
| Febr. 2003 | Bridge Note  | $2,150,000  | $2,150,000     |
| 2003-2004  | Bridge Note  | $587,000    | $587,000       |

Total Aspen Ownership:  77%
Significant Co-Investors:  private investor

### Operating Status

| | |
|---|---|
| Management Openings | • none |
| Milestones Achieved | • payroll product released |
| | • sold service bureau version of payroll product for $600k plus royalties |
| | • development team complete |
| | • completed commercial version of rules engine |
| Milestones Anticipated | • complete version two of payroll product |
| | • find buyer for payroll product or entire company |

### Officers and Directors

*Officers*
Jim Schenck, President & CEO
Mark Osgood, Vice Pres. Technology

*Directors*
Jim Schenck, President & CEO
Thad Whalen, Aspen Ventures

This report contains confidential information.  Do not copy or distribute the report or its contents.

D116

ASPEN VENTURES III, L.P.

## SATMETRIX SYSTEMS, INC.
100 View Street
Mountain View, CA 94041
Ph: 650-314-2300

Lead Investor: Aspen Ventures
Responsible Partner: Crockett
Web page: www.satmetrix.com

### Business Summary
SatMetrix Systems is an application service provider (ASP) providing customized customer analysis via web site surveys and reporting for continuous measurement and reporting. SatMetrix provides an automated real-time satisfaction measurement system that includes aspects of marketing automation, market research, and sample management and reporting.

### Stage
Current: Revenue
At Initial Funding: Early revenue

### Financing
Date of Last Financing: Dec. 2001
Amount of Last Financing: $8.0 million
Projected Date of Next Financing: open

### Aspen Investment

|           | Security    | Cost        | Carrying Value |
|-----------|-------------|-------------|----------------|
| July 1999 | Preferred B | $1,500,000  | $2,760,000     |
| Oct. 2000 | Preferred A | $100,000    | $106,154       |
| Oct. 2000 | Preferred C | $1,664,439  | $1,689,937     |
| Dec. 2001 | Preferred C | $35,560     | $35,560        |

Total Aspen Ownership: 16%
Significant Co-Investors: Siebel Systems (10%), Sutter Hill Ventures (24%)

### Operating Status
Management Openings
- none

Milestones Achieved
- revenue ramping according to plan
- key accounts include the who's who of the Fortune 500
- winner of the coveted Crossroads 2002 A-List Award

Milestones Anticipated
- position for IPO when market opens

### Officers and Directors
#### Officers
Andre Schwager, Chariman
Roselie Buonauro, Chief Customer Officer
Laura Brooks, Chief Methologist
Richard Owens, President and CEO
David Renaud, VP Development
Shelley Symonds, VP Marketing
Peter VanHooten, VP Sales

#### Directors
Roselie Buonauro, SatMetrix
David Carlick, Investor
David Crockett, Aspen Ventures
Jim Gaither, Sutter Hill Partners
Richard Levin, Pres. Yale University
Ed McCracken, ex-CEO of SGI
Richard Owens, SatMetrix
Fred Reichheld, Bain & Company
Andre Schwager, SatMetrix

This report contains confidential information. Do not copy or distribute the report or its contents.

D117

**ASPEN VENTURES III, L.P.**

## VIEWCENTRAL
779 East Evelyn Avenue, Suite C
Mountain View, CA 94041
Ph: 650-934-8300

Lead Investor: Novus Ventures
Responsible Partner: Crockett
Web page: www.viewcentral.com

### Business Summary
ViewCentral provides pre- and post-event management solutions for Web conferencing, seminars, virtual classroom training, classroom training, and self-paced e-learning. The company automates and streamlines scheduling, advertising, registration, payment, communications, follow-up and reporting without requiring technical assistance or additional infrastructure.

### Stage
Current: Early Revenue
At Initial Funding: Early Revenue

### Financing
Date of Last Financing: March 2004
Amount of Last Financing: $1.7 million
Projected Date of Next Financing: Q2 2004

### Aspen Investment

|            | Security     | Cost        | Carrying Value |
|------------|--------------|-------------|----------------|
| June 2000  | Preferred A  | $1,500,000  | $1,500,000     |
| 2000-2002  | Preferred A  | $2,617,000  | $2,617,000     |
| June 2003  | Preferred B-1 | $100,000   | $100,000       |
| Oct. 2003  | Preferred B-1 | $125,000   | $125,000       |

Total Aspen Ownership: 21%
Significant Co-Investors: Novus Ventures (43%), Artemis Ventures (13%)

### Operating Status
Management Openings

- CFO

Milestones Achieved

- revenue increasing quarter to quarter
- strong customer list
- products of events, learning, campaigns, on-line seminars with options
- major release of product
- additional financing

Milestones Anticipated

- focus on selected vertical markets

### Officers and Directors
*Officers*
Rick Ludlow, CEO/Chairman
Roger Jensen, VP Engr/Production
Greg McLemore, Director Sales
Terry Lydon, VP Customer Support
Rosie Hausler, Director Marketing
Paul Gustafson, VP Bus Development

*Directors*
E. David Crockett, Aspen Ventures
Rick Ludlow, CEO/Chairman
Terry Lydon, VP Customer Support
Dan Tompkins, Novus Ventures

---

This report contains confidential information. Do not copy or distribute the report or its contents.

D118

## V.    Financial Statements

The unaudited financial statements for the quarter ended March 31, 2004 are attached.

### ASPEN VENTURES IIIa, L.P.
(a Delaware Limited Partnership)

### STATEMENT OF ASSETS AND LIABILITIES

#### March 31, 2004

(unaudited)

**Assets**

| | | |
|---|---|---:|
| Cash and cash equivalents | $ | 424,018 |
| Investments at fair value | | 28,780,301 |
| **Total assets** | $ | 29,204,319 |
| | | |
| **SBA leverage** | $ | 33,000,000 |
| **Partners' capital** | | |
| Contributed capital | | 16,490,000 |
| SBA Commitment Fees | | (1,155,000) |
| Operating loss | | (5,999,278) |
| Unrealized gain/loss | | (7,932,283) |
| Realized gain/loss | | (5,199,120) |
| Total partners' capital | | (3,795,681) |
| **Total SBA leverage and partners' capital** | $ | 29,204,319 |

This report contains confidential information.  Do not copy or distribute the report or its contents.

D119

### ASPEN VENTURES IIIa, L.P.
(a Delaware Limited Partnership)

### STATEMENT OF OPERATIONS

(unaudited)

|  | Qtr. Ended March 31, 2004 |
|---|---|
| Interest income | $ 755 |
| Operating expenses | |
| Management fees | 150,000 |
| Other expenses | 19,019 |
| Total operating expenses | 169,019 |
| Operating loss | (168,264) |
| Realized gain/(loss) on investments | - |
| Change in unrealized gain/loss on investments | - |
| Operating loss and investment gain/loss | $ (168,264) |

This report contains confidential information. Do not copy or distribute the report or its contents.

D120

**ASPEN VENTURES IIIa, L.P.**
(a Delaware Limited Partnership)

**STATEMENT OF CASH FLOWS**

(unaudited)

|  | Qtr. Ended March 31, 2004 |
|---|---|
| **Cash flows from operating activities** | |
| Operating loss and investment gain/loss | $           (168,264) |
| Adjustments to reconcile operating loss to cash flows from operating activities: | |
| Unrealized (gain)/loss on investments | - |
| Realized (gain)/loss on investments | - |
| Net cash flows from operating activities | (168,264) |
| **Cash flows from investing activities** | |
| Purchase of investments | (380,111) |
| Principal Repayment on Notes | 152,165 |
| Net cash flows from investing activities | (227,946) |
| **Cash flows from financing activities** | |
| Capital contributions | - |
| SBA leverage drawn | - |
| Payment of SBA fees | - |
| Net cash flows from financing activities | - |
| Net increase (decrease) in cash and cash equivalents | (396,210) |
| Cash and cash equivalents at beginning of period | 820,228 |
| Cash and cash equivalents at end of period | $           424,018 |

**Report to Limited Partners**            **19**            **First Quarter 2004**
This report contains confidential information.  Do not copy or distribute the report or its contents.

D121

**ASPEN VENTURES III, L.P.**

**ASPEN VENTURES III, L.P.**
(a Delaware Limited Partnership)

**STATEMENT OF PARTNERS' CAPITAL**

**QUARTER ENDED MARCH 31, 2004**

(unaudited)

|  | Balance, December 31, 2003 | Operating Loss | Unrealized Gain/(Loss) | Contingent Loss Alloc | Balance, March 31 2004 |
|---|---|---|---|---|---|
| SBA Leverage | 33,000,000 | - |  |  | 33,000,000 |
| Total limited partners | (3,627,417) | (166,581) | - | (1,683) | (3,795,681) |
| General partner | - | (1,683) | - | 1,683 | - |
| Total | $ 29,372,583 | (168,264) | - | (0) | $ 29,204,319 |

A contingent loss of ($2k) has been reallocated from the General Partner to the Capital Accounts of the Limited Partners, as required by the partnership agreement.

This report contains confidential information.  Do not copy or distribute the report or its contents.

D122

ASPEN VENTURES III, L.P.

## VI.    Portfolio Company Press

Active Decisions – How Staples.com uses "Guided Selling" to compare—and Sell – Internet Retailer February 2004

Helicomm – ZigBee: The Next-gen Wireless Hope –  RedHerring  – February 2004

ViewCentral – ViewCentral Adds Paul Gustafson as VP of Business Development – April 2004

ViewCentral – Vastera: Managing Global Trade Learning – Chief Learning Officer – April 2004

This report contains confidential information.  Do not copy or distribute the report or its contents.

D123



**How Staples.com uses "Guided Selling" to compare—and sell**
Thursday, February 26, 2004

Using the power of product databases in selling electronic and other products whose technology features can be readily compared is one of the keys that distinguishes web merchandising from in-store sales. At the web site, the shopper can readily access these databases to compare complex products, but in the store the sales associate simply cannot access the same product knowledge.

Staples.com is a prime example. For nearly a year, Staples.com has used a "Guided Selling" tool provided by Active Decisions to assist web shoppers to find the right electronic product that meets the needs of an individual shopper. At the eTail 2004 conference this week in Palm Springs, CA, Staples executive vice president Paul Gaffney demonstrated how this powerful tool works to improve conversion rates and customer loyalty. Showing a sample screen of the office supply merchant's web site, he demonstrated how a web shopper looking for a digital camera responds to a series of radio-button questions that identify the key features of the type of camera the shopper is looking for or the various purposes for which the camera will be used.

A click on the "Help Me Decide" button yields a side-by-side comparison of three cameras that best meet the needs the shopper has identified, ranked in order from best match to third best. For each selection, the Active Decision's tool displays a short narrative explaining why each of the three cameras was recommended as a match to the needs that the shopper identified.

The key to the Guided Selling tool is the product database that Active Decisions has assembled to power it. The company's team of product analysts scours manufacturers' web sites to collect data on key features of electronic products that it cannot otherwise get from agreements it has with certain manufacturers to provide product information. The team, with some assistance from Consumer Reports, then "normalizes" the data in similar sets that can be compared and uses a modeling program that matches consumer needs to product features. This painstaking data-gathering work is clearly an important feature in marketing the Guided Selling tool. "Product data collection is a high pain point for retailers," said Darby Williams, vice president of marketing for Active Decisions.

While Gaffney did not reveal how much the Guided Selling tool has boosted web site sales and conversion rates, Jeff Dunn, CEO of Active Dicisions, who also made a presentation during the same session, disclosed research from the web site of a Fortune 50 company that compared 50,000 shopping sessions with the Guided Selling and 50,000 sessions without the use of the application. The shoppers who used Guided Selling, said Dunn, purchased $3.6 million more merchandise from the web site than shoppers who did not use the tool, a 20% sales lift.

Spurred by the lift Guided Selling has given to its web sales, Staples is now piloting the same comparison shopping technique at two of its 1,200 stores. In the pilot, sales associates are equipped with hand-held computers that connect to the web site using wi-fi connections. In a demonstration, Dunn played the role of the store shopper looking for a digital camera and Gaffney played the role of the sales associate, asking the same questions that would be asked at the web site to determine the shopper's needs. The sales associate simply keys in the responses on the handheld and submits the inquiry via the web to get the three recommended products, along with a long list of features of each one that match the shoppers` requirements.

D124

While only two stores are in the test so far, Gaffney explains that the store will soon roll out the tool to 70 more stores and, if it continues to show positive results, eventually to most stores. As Gaffney explains it, bringing this web application to the store is a necessity, simply because more store shoppers want sales associates to provide the same detailed product information and comparisons they can easily access at the store. "The Internet has changed the way we buy," he said. "It's created an increasingly empowered shopper who wants to come to the store and be engaged by a sales associate who can quickly find products that meet needs and provide them with relevant and balanced choices."

The problem is that the shopper can often find such product research quickly on the web but not in the store, particularly when the store sells myriad technology-based products whose features are continually changing. The problem stems from the high turnover in store personnel (60% in computer and electronics stores), entry level compensation of $8 an hour, and from the nearly impossible task of giving all store associates the type of product knowledge that the web can offer with a simple link to a product database. "We can hire sales associates based on their friendliness and outgoing personality," said Gaffney, "but it's hard to hire for product knowledge. And when you've got high turnover and low wages, how many people can keep up with the dramatic introduction of new electronic products and technologies?"

By giving sales associates the power of a web-based handheld and the Guided Selling tool, he said, "we help make the sales personnel in the store become more comfortable doing their job. You don't leave them out in the wilderness. This uses web-based technology to replicate throughout the sales force what the best sales professional can do."



THE BUSINESS OF TECHNOLOGY

▸ FORWARD TO A FRIEND

## ZigBee: The next-gen wireless hope

***It doesn't have much power and it's relatively slow. That's why the 802.15.4 wireless standard will soon be king of machine-to-machine communication.***

*February 18, 2004*

The promise of wireless technology has always been hobbled by one flaw: wireless devices tend to be awful energy hogs. That's where ZigBee steps in.

ZigBee is tech speak for the Institute of Electrical and Electronics Engineers' (IEEE) 802.15.4 standard that promises wireless machine-to-machine communication with low power consumption, and low costs. It is already backed by some of the biggest names in tech, including Honeywell, Motorola, Philips, Samsung, Mitsubishi Electric, and Invensys.

Although many standards address mid- to high-data rates for voice, PC local-area networks, and video, there has not been a wireless network standard for the unique needs of sensors and control devices. Sensors and controls do not need the high bandwidth built into such standards as wi-fi and wi-max. They require a low-energy, low-latency network that allows messages to ping-pong across short distances.

Unlike Ericsson-developed Bluetooth, wi-fi, or even a traditional ethernet LAN, ZigBee does not need a centralized hub to coordinate message flow. If a building has multiple ZigBee devices, a message will connect the hot spots until it reaches its intended target. For example, a smoke alarm could pass its message through a thermostat, light switch, or motion detector to get its warning message to the central computer system. This not only boosts efficiency by requiring fewer wireless hubs, it helps keep a system up even if one, or a few, links in a chain are down or damaged.

In a large building, ZigBee technology could connect heating, ventilation, and air conditioning (HVAC), lighting, and security features. The result: a building that knows when a room is occupied and, potentially, by whom. Likewise, it knows when a room is empty – and can automatically turn off the lights or the air conditioning in unused areas.

"We estimate the average large corporation can save about 60 percent on HVAC and 40 percent on their lighting expenses," says Venkat Bahl, vice chairman of the ZigBee Alliance and business development manager at Philips Semiconductor. He says energy cost savings have proved sizable with ZigBee test demonstrations at companies like automotive systems manufacturer Johnson Controls, which has 8 billion square feet of office space.

Mr. Bahl says ZigBee also has promise in the home. Because the standard is not proprietary, any home appliances manufacturer can install it into its products. It takes the universal remote control to a new level: one device to handle the TV, DVD player, lamps, and home thermostat.

Unlike wi-fi, which strives for always-on, large-pipe bandwidth, ZigBee was designed to be on only when needed, thus using less power. Bandwidth was secondary. The typical 802.11b wi-fi can transfer data at 10Mbps, good enough for streaming video. ZigBee, on the other hand, has a significantly slower maximum data rate of 128 Kbps – more similar to the rate of an average DSL connection.

The ZigBee Alliance stresses that their technology is not competing with wi-fi as much as it is answering the problems wi-fi was not designed to handle. Utility meters are one obvious example. ZigBee can be run off two AA batteries that would last a year, or even nickel-cadmium batteries that could be recharged by solar power. With its 70-meter range, a ZigBee gas meter would allow the local utility to check a home's meter from the street with no need for a utility employee to enter the homeowner's yard, or even to leave the safety of the company car.

In some cases, ZigBee's hype is falling on skeptical ears. Ever since the 1939 World's Fair teased millions of visitors with its vision of "Building the World of Tomorrow," electronics manufacturers have been promising gadgets to bring such futuristic concepts as the automated home into reality. So far, technology has fallen short of that dream.

The first ZigBee products are set to be released by year's end, but the IEEE has not yet approved all ZigBee protocols, meaning some manufacturers are betting on a non-standardized standard.

"Even though the specs aren't complete, ZigBee has got a good chance to get us there," says Patrick Gonia, a senior staff scientist with Honeywell Laboratories. His company is looking into using ZigBee in its home thermostats and commercial environmental control systems.

Honeywell has pursued wireless strategies since 1998, and is hot on ZigBee because its low power consumption and mesh network drive down costs while increasing flexibility.

Geoff Mulligan, chief scientist for Honeywell competitor Invensys agrees on the future of ZigBee. He believes today's economics – not wishful thinking – and cost savings will drive a move to ZigBee-type wireless technology for building management. "In a building setup, 60 percent of the cost of system management is the installation of wires. There is a huge opportunity with ZigBee simply because of initial cost savings," he says.

ZigBee also can be compatible with wi-fi, which means a smoke detector would be able to talk to your computer. He imagines a world where people can get a cell phone text message or instant message transmitted from a home PC alerting them that their smoke detector alarm has been triggered.

Although Mr. Mulligan says Invensys backs ZigBee, the company is taking a wait-and-see approach before including the technology in its 2004 product line, which includes the almost 15 million smoke detectors it makes each year.

Joyce Putscher, director of converging markets and technologies at research firm In-Stat/MDR says the market will take years to fully develop. "Heightened interest in ZigBee wireless connectivity could slowly make The Jetsons' home of the future a reality. However, I doubt we'll see that automated meal maker any time soon."



**Chief Learning Officer**

Solutons For Enterprise Productivity

## Vastera: Managing Global Trade Learning

Emily Hollis

Vastera helps its clients reduce costs to manage global trade operations and improve compliance with government regulations and service levels. A large part of this mission is ensuring that everyone—employees and customers alike—is up-to-date on the latest trade laws.

Vastera has implemented ViewCentral's collaboration management solution (CMS) to help it manage its instructor-led and virtual training for both its customers and its internal workforce. Vastera must train its 600 employees on its software, as well as the intricacies of trade law. In addition, the company reaches more than 1,500 people externally. "Obviously every single employee who is going to have anything to do with our software, whether it's developing it, deploying it or managing it once it's at a customer site, needs extensive training in our software," said Anne Marie Roderiques, senior global trade instructor for Vastera. However, she said that if employees don't understand the trade laws behind the software, it could become a compliance issue.

Vastera accomplishes this through a blended approach, with a lot of live instruction. But getting employees into the classroom can be a problem. "There's no company that I've seen in the last four years that has employees who are not already pushed past their limit in terms of workload," said Roderiques. "Let's face it, at the end of the day, you have to answer e-mail, you have to answer voice mail. You do not have to go to training."

In addition, Vastera is challenged by the rapid changes in trade law around the world. With 30-day implementation periods, schedules for updating the software and training the staff and customers on the change can be tight. "There's just not enough time to get it all done," Roderiques said. "That sense of urgency sometimes makes for quite a challenging workload."

With instructor-led classes taking place around the world, Vastera turned to ViewCentral to help manage training. "When we say manage, we literally mean that it manages not only the administrative setting up, but it manages the order in which something should be taught, as well as disseminates all of the training information: Where does somebody need

to show up? What conference room? What location? What is the WebEx password?" said Roderiques. "All of that, it manages, which frees us up to do what a machine can't do, and that's teach trade law."

Roderiques said Vastera negotiates heavily to ensure it is getting the best possible cost for its learning. In addition, internal training is not run as a cost center. "We are using the revenue we get from our external environment to completely fund our internal training," Roderiques explained. "So while we are not a profit center—and most internal training company programs are not—we're also not a cost center. We at least pay for ourselves."

Roderiques said that one of the benefits of using ViewCentral is the boost it's given to record-keeping. "It's one thing to have it, and another to be able to find it again and get it out in a format that somebody can read," she said. "And their reporting capabilities are robust enough that we can manage the reporting for probably in the neighborhood of 300 different companies, and the reports that are then submitted to the government."

The system also helps avoid costly, highly visible mistakes. "We are typically training either the highest echelons of a company or the employees in a company that are, to use a cliché, where the rubber meets the road," she explained. "These are the people that are literally moving the goods so that you have something on your store shelves. And for them to take the time to stop the movement of goods to take training, it cannot fail. It has to be foolproof because you are absolutely impacting our customers' movement of goods."

Measuring success is not just about testing whether or not someone knows the right answer. Trade law is very subjective, allowing for numerous interpretations. "Just because the face of the law is different, that doesn't necessarily mean that you're right or wrong," said Roderiques. "When you evaluate individuals on their thought processes about why they came up with something in an industry or a segment of the marketplace that's gray to begin with, you get better methods." Learning technology helps Vastera keep track of nuanced interpretations.

Moving forward, Roderiques said the company plans to continue what it's been doing, anticipating more trade rules and developing the specific training that must accompany them to ensure success in the global market.

ASPEN VENTURES IIIb

EXH. 5
Attach.



**Aspen Ventures IIIb**
**Redleaf Aspen Fund**
**Quarter Ended March 31, 2004**

This report contains confidential information. Do not copy or distribute the report or its contents.

D130

## *Capital Calls*

Redleaf/Aspen has drawn a total of $9.9 million in private and SBA capital.

|  | Private Capital | SBA Leverage | Total Capital |
|---|---|---|---|
| Committed capital | $15,151,515 | $30,300,000 | $45,451,515 |
| Capital drawn to date | 4,430,303 | 5,500,000 | 9,930,303 |
| Capital to be drawn | $10,721,212 | $24,800,000 | $35,521,212 |

## *Investments*

Redleaf/Aspen made one new investment and one follow-on investment during the first quarter of 2004.

| Cumulative investments at cost, 12/31/03 | | $3,252,000 |
|---|---|---|
| Investments   1/1/04 – 3/31/04 | | |
| Reasoning | Bridge Note | 164,000 |
| ViewCentral | Bridge Note | 140,000 |
| Cumulative investments at cost, 3/31/04 | | $3,556,000 |

### *Reasoning, Inc.  (Bridge Note)*
Reasoning offers an online service that automates software inspection for companies that develop embedded systems, e-business, and infrastructure products. Redleaf/Aspen invested $164k in convertible bridge notes as part of a $4.0 million financing with its existing investors scheduled to close in Q2 2004.

### *ViewCentral, Inc. (Bridge Note)*
ViewCentral is an eBusiness applications provider offering comprehensive solutions to help enterprises develop relationships with their customers to streamline and improve customer interactions, with applications that automate marketing campaigns, corporate events, and training programs. Redleaf/Aspen funded $140k of a $250k commitment.  The Series B-1 financing will total $900k and is scheduled to close in Q2 2004.

**Report to Limited Partners**                    **2**                    **First Quarter 2004**
This report contains confidential information.  Do not copy or distribute the report or its contents.

D131

## REDLEAF/ASPEN FUND
(a Delaware Limited Partnership)

## STATEMENT OF ASSETS AND LIABILITIES

### March 31, 2004

(unaudited)

**Assets**

| | | |
|---|---|---|
| Cash and cash equivalents | $ | 4,166,744 |
| Investments at fair value | | 3,556,446 |
| **Total assets** | $ | 7,723,190 |

**SBA leverage** $ 5,500,000

**Partners' capital**

| | |
|---|---|
| Contributed capital | 4,430,303 |
| SBA Commitment Fees | (440,500) |
| Operating loss | (1,766,613) |
| Unrealized gain/loss | - |
| Realized gain/loss | - |
| Total partners' capital | 2,223,190 |

**Total SBA leverage and partners' capital** $ 7,723,190

This report contains confidential information. Do not copy or distribute the report or its contents.

D132

**REDLEAF/ASPEN FUND**
(a Delaware Limited Partnership)

**STATEMENT OF OPERATIONS**

(unaudited)

|                                                   | Qtr. Ended<br>March 31, 2004 |
|---------------------------------------------------|-----------------------------:|
| Interest income                                   | $ 5,464                      |
| Operating expenses                                |                              |
| Management fees                                   | 247,500                      |
| Legal and other expenses                          | 19,848                       |
| Total operating expenses                          | 267,348                      |
| Operating loss                                    | (261,884)                    |
| Realized gain/(loss) on investments               | -                            |
| Change in unrealized gain/loss on investments     | -                            |
| Operating loss and investment gain/loss           | $ (261,884)                  |

**This report contains confidential information. Do not copy or distribute the report or its contents.**

D133

ASPEN VENTURES IIIb

# REDLEAF/ASPEN FUND
(a Delaware Limited Partnership)

## STATEMENT OF CASH FLOWS

(unaudited)

| | Qtr. Ended March 31, 2004 |
|---|---:|
| **Cash flows from operating activities** | |
| Operating loss and investment gain/loss | $ (261,884) |
| Adjustments to reconcile operating loss to cash flows from operating activities: | |
| Unrealized (gain)/loss on investments | - |
| Realized (gain)/loss on investments | - |
| Net cash flows from operating activities | (261,884) |
| **Cash flows from investing activities** | |
| Purchase of investments | (304,207) |
| Net cash flows from investing activities | (304,207) |
| **Cash flows from financing activities** | |
| Capital contributions | 1,500,000 |
| SBA leverage drawn | - |
| Payment of SBA fees | - |
| Net cash flows from financing activities | 1,500,000 |
| Net increase (decrease) in cash and cash equivalents | 933,909 |
| Cash and cash equivalents at beginning of period | 3,232,835 |
| Cash and cash equivalents at end of period | $ 4,166,744 |

**This report contains confidential information. Do not copy or distribute the report or its contents.**

D134

**ASPEN VENTURES III, L.P.**
(a Delaware Limited Partnership)

**STATEMENT OF PARTNERS' CAPITAL**

**QUARTER ENDED MARCH. 31, 2004**

(unaudited)

| | Capital Commitment | Balance, Dec. 31 2003 | Capital Contributions | Operating Loss | Balance, March 31 2004 |
|---|---|---|---|---|---|
| SBA Leverage | | $ 5,500,000 | - | | $ 5,500,000 |
| Redleaf Group | $ 15,000,000 | 974,222 | 1,500,000 | (259,266) | 2,214,957 |
| Total limited partners | 15,000,000 | 974,222 | 1,500,000 | (259,266) | 2,214,957 |
| General partner | 151,515 | 10,851 | - | (2,618) | 8,233 |
| Total | $ 15,151,515 | $ 6,485,073 | $ 1,500,000 | $ (261,884) | $ 7,723,190 |

This report contains confidential information.  Do not copy or distribute the report or its contents.

D135

ASPEN VENTURES IIIb

## REASONING

2440 East El Camino Real Suite 420
Mountain View, CA  94040
Ph:  650-316-4400

Lead Investor:  C.E. Unterberg
Responsible Partner:  Crockett
Web page: http://www.reasoning.com

### Business Summary

Reasoning offers an online service that automates software inspection for companies that develop embedded systems, e-business, and infrastructure products. Reasoning is an application solution provider (ASP) for Instant QA via transmitted code.  Reasoning uses proprietary software transformation tools to identify major fault classes in mission-critical applications.

### Stage:

Current:  Revenue
At Initial Funding:  Beta

### Financing:

Date of Last Financing:  October 2002
Amount of Last Financing:  $9.0 million
Projected Date of Next Financing:   Q2 2004

### Aspen Investment

|           | Security    | Cost        | Carrying Value |
|-----------|-------------|-------------|----------------|
| Oct 2002  | Preferred B | $1,252,231  | $1,252,231     |
| Mar 2003  | Bridge Note | $164,207    | $164,207       |

Total Aspen Ownership:  1% Aspen Ventures West II,  7% Aspen Ventures III Series B
Significant Co-Investors: Novus Ventures (18%), C. E. Unterberg (23%)

### Operating Status

| | |
|---|---|
| Management Openings | • management complete |
| Milestones Achieved | • 80 Inspection customers – half repeat customers |
| | • new JAVA offering – accounts for 50% of pipeline |
| | • cost per line of code cut in one third this year |
| Milestones Anticipated | • increase number and size of service to each customer |
| | • increase margins |
| | • increase sales staff |
| | • security inspection products |

### Officers and Directors

*Officers*
William Payne, CEO
Tim Bridge, VP Sales
Bill Leavy, VP Marketing
Julia A. O'Conner, CFO
Tamar Yehosha, VP Engineering
John Shangler, VP Operations

*Directors*
John Anton, Industry
David Crockett, Aspen Ventures
Cordell Green, CTO
Dan Tompkins, Novus Ventures
William Payne, CEO
James Treybig, Chairman
Tom Unterberg, C.E. Unterberg

This report contains confidential information.  Do not copy or distribute the report or its contents.

D136

ASPEN VENTURES IIIb

## REDSIREN, INC.
650 Smithfield Street Suite 910
Pittsburgh, PA 15222
Ph: 412-281-4427

Lead Investor:  Redleaf Group
Responsible Partner:  Whalen/Kohler
Web page:  www.redsiren.com

### Business Summary
RedSiren is the largest privately-held provider of IT security management solutions, providing enterprises with a higher level of security by protecting their computer networks and corporate-critical information from unauthorized access.

### Stage
Current:  Revenue
At Initial Funding:  Revenue

### Financing
Date of Last Financing:  December 2003
Amount of Last Financing:  $19.7 million
Projected Date of Next Financing:  open

### Aspen Investment

|          | Security    | Cost        | Carrying Value |
|----------|-------------|-------------|----------------|
| Dec. 2003 | Preferred B | $2,000,000 | $2,000,000     |

Total Aspen Ownership: 7%
Significant Co-Investors:  Redleaf Group (66%), Safeguard Scientific (8%)

### Operating Status
Management Openings
- none

Milestones Achieved
- management team complete
- revenue greater than $1 million per month
- partnerships with Qwest and Cisco

Milestones Anticipated
- cash flow positive operations in 2004
- increase revenue/customer
- dominate outsourced security management market

### Officers and Directors
*Officers*
Douglas Goodall, President/CEO
Darwin Hardman, Sr. VP Dev & Ops
Harvey Pollack, Founder & CFO
Bridget Karlin, VP Sales
Ko Suzuki, VP Asia-Pacific

*Directors*
Douglas Goodall, President/CEO
John Kohler, Redleaf Group/Aspen
Lloyd Mahaffey, Redleaf Group/Aspen
Harvey Pollack, Founder & CFO

This report contains confidential information.  Do not copy or distribute the report or its contents.

D137

**ASPEN VENTURES IIIb**

## VIEWCENTRAL
779 East Evelyn Avenue, Suite C
Mountain View, CA 94041
Ph: 650-934-8300

Lead Investor: Novus Ventures
Responsible Partner: Crockett
Web page: www.viewcentral.com

### Business Summary
ViewCentral provides pre- and post-event management solutions for Web conferencing, seminars, virtual classroom training, classroom training, and self-paced e-learning. The company automates and streamlines scheduling, advertising, registration, payment, communications, follow-up and reporting without requiring technical assistance or additional infrastructure.

### Stage
Current: Early Revenue
At Initial Funding: Early Revenue

### Financing
Date of Last Financing: March 2004
Amount of Last Financing: $0.4 million
Projected Date of Next Financing: Q2 2004

### Aspen Investment

|          | Security    | Cost     | Carrying Value |
|----------|-------------|----------|----------------|
| Mar 2004 | Bridge Note | $140,000 | $140,000       |

Total Aspen Ownership: n/a   until bridge converts to equity
Significant Co-Investors: Novus Ventures (43%), Artemis Ventures (13%), Aspen IIIa (21%)

### Operating Status
Management Openings
Milestones Achieved

- CFO
- revenue increasing quarter to quarter
- strong customer list
- products of events, learning, campaigns, on-line seminars with options
- major release of product
- additional financing

Milestones Anticipated
- focus on selected vertical markets

### Officers and Directors
*Officers*
Rick Ludlow, CEO/Chairman
Greg McLemore, Director Sales
Terry Lydon, VP Customer Support
Rosie Hausler, Director Marketing
Roger Jensen, VP Engr/Production
Paul Gustafson, VP Bus Development

*Directors*
E. David Crockett, Aspen Ventures
Rick Ludlow, CEO/Chairman
Terry Lydon, VP Customer Support
Dan Tompkins, Novus Ventures

This report contains confidential information. Do not copy or distribute the report or its contents.

D138



# Into the (Security) Breach

**Reasoning moves into application security market with hosted code analysis service**

By David Rubinstein

March 15, 2004 — **Extending its software analysis software into the security market, Reasoning Inc. on March 8 was to launch a new code inspection service designed to focus on application vulnerabilities.**

The Reasoning Security Inspection Service, according to CEO William Payne, was created to help companies find security vulnerabilities at the application level—the "root cause" vulnerabilities, he said.

The service targets four key areas that Payne claimed account for two-thirds of all application weaknesses: buffer overflows, where inputs are not checked for size; tainted data, which could hold unanticipated formats or executables; security race conditions, which the company calls the time between verification of an operation and its execution that can allow an attacker to get in; and risky operations, such as weak random number generation or poor temporary file names.

The Reasoning service uses static code analysis methods to verify each line of code in an application, Payne explained. Reasoning uses secure code-collection tools to gather in the code from the companies using the service, then runs the code through a processing engine that creates inspection points in the code for analysis, he said.

Reasoning then does a manual review of these findings, and within 10 days the company gets back a report on vulnerabilities that "is 100 percent true," Payne claimed. "By automating the process [of analysis] and understanding what's coming out of the machines, we can almost immediately tell if a line of code is good or bad," Payne said.

Reasoning believes its static analysis approach to application security differs from the offering of Sanctum Inc., whose AppScan tool is a dynamic unit testing tool, which requires the application be complete and running. Payne, though, stressed the importance of protecting application code against malicious and inadvertent breaches and advised that companies should use multiple methods to ensure their application and IT environments remain secure.

One potential advantage to users, according to director of marketing Tom Fry, is that there is no software to install and learn and no test cases to create.

Fry said more errors can be caught at the code level than can be caught doing tests on running code at the operational level.

The service is billed on a per-line charge that had yet to be established at press time, although Fry indicated it would be slightly higher than the 20 cents per line charged for the company's current services



# Reasoning Touts New Security Service
**By Dan Neel**
*CRN*

## 10:38 AM EST Mon., Mar. 08, 2004

Veteran software debugger Reasoning begins courting channel partners this week as the company rolls out its automated, security-centric C and C++ code inspection service.

The Security Inspection (SI) service offers developers and companies fast, third-party analysis of application-level vulnerabilities at any time during a code's life cycle, said William Payne, president and CEO of Reasoning, Mountain View, Calif.

Unlike time-consuming manual static analysis, which inspects only portions of code at any given time, SI delivers 100 percent code coverage in one fell swoop, Payne said. Results that identify and provide a language-based fix for security and other application vulnerabilities are returned in less than 10 business days, he added.

### ACCESS DENIED
**Security inspection service slams the door on entrances**
>> **Buffer Overflows:** The most commonly attacked vulnerability
>> **Tainted Data:** Executable code from outside the firewall.
>> **Race Conditions:** Time lapse between verification and execution of an operation.

Code errors that could open the door to buffer overflows, tainted data and race conditions that allow hackers to squeeze past verification windows, as well as a range of risky code writing, are all caught by SI, explained Payne.

Reasoning's effort to franchise SI via IT service providers and consulting firms comes as issues of application security, regulatory compliance and the offshoring of code creation are placing added onus on firms to ensure network reliability, Payne said.

"The executive level is extremely afraid of getting a CERT advisory or losing customer confidence because their software group didn't spot a problem that [SI] could have found quite easily," he said.

The advantage of SI is twofold. IDC analyst Melissa Webster points out that not only does SI free developers from the drudgery of manually comparing source code for real- and false-positives, but the service also improves the skill level of developers by essentially teaching them not to make the same mistake twice.

The next step for Reasoning is Java. "We're researching Java security right now.

People didn't think there'd be a reliability issue for Java because it's a much more secure language. But we are finding just as many defects in Java as we are in C," Payne said.