EXH. 6



**Aspen Ventures III, L.P.**
**Report to Limited Partners**
**Quarter Ended June 30, 2004**

## I.    Market Commentary and Portfolio Highlights

The past few months have been a difficult time for Aspen Ventures. Thad Whalen lost his five-year battle with pancreatic cancer on June 5, 2004 at the age of 42. With Thad's passing, we lost a competent, energetic partner and a friend. His compassion for others was and is an inspiration. The three of us at Aspen Ventures want to assure each limited partner that we will continue to manage the funds with a high level of professionalism. The companies in Thad's portfolio were split between Dave and Alex. Debby continues to manage our financial records and our reporting requirements to the SBA.

In addition, we regret to report that the estimated value of the Aspen portfolio is down substantially in this past quarter. In our prior report, we valued the Aspen III portfolio at $28.6 million. We now estimate the value at $12.5 million, representing a drop of $16.1 million. Two companies represent the majority of the decline in valuation. A projected sale of Appropria didn't materialize and the company has ceased operations until we can determine if a sale of the technology can be achieved. Aspen Ventures recorded a realized loss of $6.1 million for Appropria. We are not planning further support of Rules Based Software until a technical review of their products and technology has been completed, representing an unrealized loss of $5.1 million. Carisbrook Technology and RivalWatch were reduced in value until their growth prospects are clearer, although both companies remains cash positive. Finally, Aspen Ventures realized a loss on its holdings in Collabrys as the company was sold to Ecentives in May; Aspen had reserved the loss in 2003 so the adjustment for the final sales price in the current year was negligible.

This new valuation means that we will have to report the fund as in an impaired condition to the SBA. The reduction in valuation is also an issue with our Series B investors' because of the cross-guarantees in our limited partnership agreement.

On a more positive note, we have several companies in our portfolio that are rapidly growing and have the possibility of becoming stars. These companies have come through a particularly bad period for technology start-ups and will benefit from an improving economy.

**Report to Limited Partners**                    **1**                    **Second Quarter 2004**
This report contains confidential information.  Do not copy or distribute the report or its contents.

D086

**ASPEN VENTURES III, L.P.**

Below is a list of each Aspen III portfolio company and a brief description of its operating and financing status.

| **Company Name** | **Status** |
| --- | --- |
| Active Decisions | No further equity financing projected. |
| Appropria | Working with Redleaf and other investment groups for potential sale of Aspen's secured technology. Appropria's business offices were closed in June. |
| Carisbrook Technology | Revenue growing and operations are generating modest cash. Plans to continue growth and expand products and services. No further equity financing projected. |
| Helicomm Technology | Modest revenue from customer shipments in the first half of 2004. Investors bridging company to achieve milestones for fourth quarter financing. |
| NetCourier | New company that holds MicroVault technology. Servicing existing customers and looking for exit opportunities. |
| PointBase | Sold to DataMirror in 2003. Balance of the escrowed cash scheduled for the fourth quarter of 2004. |
| RivalWatch | Operating close to cash breakeven. Evaluating strategic options for new preferred stock sale or company sale. |
| Rules Based Software | New company that holds Alerio technology. Several potential customers/acquirers showing interest. Working with development team to determine status of technology. |
| SatMetrix Systems | Quarter to quarter revenue and bookings growth rate has slowed. No additional financing anticipated. |
| ViewCentral | Substantial revenue growth in 2004 and cash burn decreasing. Inside round of $1.0 million closed in June 2004. |

This report contains confidential information. Do not copy or distribute the report or its contents.

D087

## II.    Summary of Fund Activities

### Capital Calls

Aspen III has received all of its committed capital as of April 2004.

|  | *Private Capital* | *SBA Leverage* | *Total Capital* |
|---|---|---|---|
| Committed capital | $16,500,000 | $33,000,000 | $49,500,000 |
| Capital drawn to date | 16,500,000 | 33,000,000 | 49,500,000 |
| Capital to be drawn | $-0- | $-0- | $-0- |

We will defer at least 50% of future management fees to conserve cash.  Such deferral will continue until significant exit proceeds are realized.

### Investments

The fund invested a total of $0.1 million in a portfolio companies during the second quarter of 2004.

| | |
|---|---|
| Cumulative investments at cost, 3/31/03 | $42,086,000 |
| Investments   4/1/04 – 6/30/04 | |
| Helicomm            Bridge Note | (200,000) |
| Rules Based Software    Bridge Note | 88,000 |
| Cumulative investments at cost, 6/30/04 | $41,974,000 |

### *Rules Based Software (Bridge Note)*
Rules Based Software offers a rules-based software engine and an internet-based payroll application.  Aspen invested $88k in bridge notes during the second quarter.  Rules Based Software is working with a small team to continue development and sell the technology.

**This report contains confidential information.  Do not copy or distribute the report or its contents.**

D088

### III.    Valuation Changes

There was $16.2 million of valuation changes in Aspen's holdings in the second quarter of 2004.

| Company | Security | Prior Valuation | Current Valuation | Change in Valuation |
|---|---|---|---|---|
| Carisbrook Technology | LLC Interests/Bridge | $ 2,115,000 | $ 350,000 | $ (1,765,000) |
| NetCourier, Inc. | Common/Bridge | 174,620 | - | (174,620) |
| PointBase, Inc. | Escrowed Cash | 57,701 | 36,886 | (20,815) |
| RivalWatch, Inc. | Preferred A | 2,947,000 | 1,451,000 | (1,496,000) |
| RulesBased Software | Common/Bridge | 5,084,000 | - | (5,084,000) |
| SatMetrix, Inc. | Preferred A, B, C | 4,591,654 | 3,300,000 | (1,291,654) |
| | | Carrying Valuation Reductions | | $ (9,832,089) |
| | | Realized Loss on Appropria | | (6,183,424) |
| | | Realized Loss on Collabrys | | (3,332,351) |
| | | Less Change in Unrealized Losses | | 3,194,421 |
| | | Total Valuation Changes | | $ (16,153,443) |

Carisbrook Technology, NetCourier, and RivalWatch have been reduced to estimated market value based on financial performance of the companies, ability to obtain new rounds of financing in the current market, and pricing of similar financial institutions in the private marketplace.

SatMetrix was changed to its cost basis as their revenue and bookings growth rate has slowed.

Aspen Ventures holdings in RulesBased Software have been reduced to zero, pending review of their technology in both the commercial and payroll products.

The carrying value of Aspen's holdings in PointBase have been decreased to reflect the company's escrowed cash balance from the sale to DataMirror Corporation.

The assets of Collabrys were merged into Ecentives in June 2004 for a small cash payment resulting in a loss of $3.3 million. The loss on Collabrys was reserved in the third quarter of 2003 at the close of their Series C financing due to the dilution of Aspen's holdings.

In June, Appropria closed its business operations and will transfer its technology to Aspen Ventures per existing security agreements for bridge note financings.    Aspen Ventures is continuing to pursue a sale or merger of the technology within the investment community.

### IV.    Aspen IIIa Portfolio Review

**Report to Limited Partners**                    4                    **Second Quarter 2004**
This report contains confidential information.  Do not copy or distribute the report or its contents.

D089

ASPEN VENTURES III, L.P.

## IV.    Aspen IIIa Portfolio Review

The portfolio at June 30, 2004 consists of the following:

| Company | Security | Cost | Valuation | Unrealized Gain (Loss) |
|---------|----------|------|-----------|------------------------|
| Active Decisions, Inc. | Preferred A-1 | $  3,999,452 | $   416,823 | $  (3,582,629) |
| | Preferred A-2 | 500,000 | 172,852 | (327,148) |
| | Preferred B-1 | 734,796 | 734,796 | |
| | | 5,234,248 | 1,324,471 | (3,909,777) |
| Carisbrook Technology | LLC Interests | 2,000,000 | 235,000 | (1,765,000) |
| | Bridge Note | 115,000 | 115,000 | - |
| | | 2,115,000 | 350,000 | (1,765,000) |
| Helicomm, Inc. | Preferred A | 1,103,363 | 1,103,363 | - |
| | Preferred B | 596,637 | 596,637 | - |
| | | 1,700,000 | 1,700,000 | - |
| NetCourier, Inc | Common Class A | 100,000 | - | (100,000) |
| | Bridge Note | 50,000 | - | (50,000) |
| | | 150,000 | - | (150,000) |
| PointBase, Inc. | Escrow Proceeds | 2,202,836 | 36,886 | (2,165,950) |
| | | 2,202,836 | 36,886 | (2,165,950) |
| RivalWatch, Inc. | Preferred A | 2,946,452 | 1,451,000 | (1,495,452) |
| | | 2,946,452 | 1,451,000 | (1,495,452) |
| Rules Based Software, I | Common Stock | 2,258,773 | - | (2,258,773) |
| | Bridge Note | 2,825,000 | - | (2,825,000) |
| | | 5,083,773 | - | (5,083,773) |
| SatMetrix Systems | Preferred A | 100,000 | 100,000 | - |
| | Preferred B | 1,500,001 | 1,500,001 | - |
| | Preferred C | 1,699,999 | 1,699,999 | - |
| | | 3,300,000 | 3,300,000 | - |
| ViewCentral, Inc. | Preferred A | 4,117,000 | 4,117,000 | - |
| | Preferred B-1 | 225,000 | 225,000 | - |
| | | 4,342,000 | 4,342,000 | - |
| Total | | $  27,074,309 | $  12,504,357 | $  (14,569,952) |

This report contains confidential information.  Do not copy or distribute the report or its contents.

D090

**ASPEN VENTURES III, L.P.**

## ACTIVE DECISIONS, INC.

1400 Fashion Island Drive, Suite 500
San Mateo, CA 94404
Ph: 650-342-0500

Lead Investor:  Sierra Ventures
Responsible Partner:  Crockett
Web page:  www.activedecisions.com

### Business Summary

Active Decisions, Inc. is a leading supplier of guided selling CRM applications. The company helps businesses increase revenue by providing automated sales assistance while generating real-time intelligence about customer needs. More than 80 Fortune 500 companies, leading portals, and e-commerce sites use Active Decisions' technology to generate sales and make critical marketing decisions.

### Stage

Current:  Revenue
At Initial Funding:  Development

### Financing

Date of Last Financing:  May 2003
Amount of Last Financing:  $10.0 million
Projected Date of Next Financing:  open

### Aspen Investment

|          | Security      | Cost        | Carrying Value |
|----------|---------------|-------------|----------------|
| May 1999 | Preferred B-A1 | $1,999,452 | $209,183       |
| Dec 2000 | Preferred C-A1 | $2,000,000 | $207,640       |
| 2001-2002 | Preferred D-A2 | $500,000  | $172,852       |
| May 2003 | Preferred B-1  | $734,796   | $734,796       |

Total Aspen Ownership:  7%
Significant Co-Investors:  Sierra Ventures (24%), Liberty Capital (20%), RedRock (9%), Novus Ventures (6%)

### Operating Status

Management Openings
- none

Milestones Achieved
- financing sufficient to achieve cash flow breakeven
- strong management team
- outstanding ROI delivered for early customers
- growing list of "name-brand" customers

Milestones Anticipated
- continue to develop new vertical markets
- achieve cash-positive operations
- increase annual revenue/customer to $250k or more
- expand product offering

### Officers and Directors

**Officers**
Jeffrey Dunn, CEO
Steve Goldner, VP Engr & Ops
Michael Hayashida, Dir Finance
Ali Kazeroonian, CTO
Brad Newton, VP Prof. Services
Chuck Pendell, VP Sales
Darby Williams, VP Marketing

**Directors**
Jeffrey Dunn, CEO
Peter Dumanian, Red Rock Ventures
Jeff Loomans, Sierra Ventures
Tom Greig, Liberty Ventures
David Peterschmidt, Peterschmidt Venture

**This report contains confidential information.  Do not copy or distribute the report or its contents.**

D091

**ASPEN VENTURES III, L.P.**

## CARISBROOK TECHNOLOGY SERVICES

8559 Miley Road, Suite 109
Wilsonville, OR 97070
Ph: 503-694-1900

Lead Investor: Aspen Ventures
Responsible Partner: Cilento
www.carisbrooktech.com

### Business Summary

Carisbrook provides outsourced help-desk operations, contract development, and other IT services to medium-sized businesses.

### Stage

Current: Early Revenue
At Initial Funding: Early Revenue

### Financing

Date of Last Financing: March 2003
Amount of Last Financing: $0.1 million
Projected Date of Next Financing:   n/a

### Aspen Investment

|  | Security | Cost | Carrying Value |
|---|---|---|---|
| various | LLC Interest | $2,000,000 | $271,500 |
| Oct. 2001 | Bridge Note | $55,000 | $18,500 |
| March 2003 | Bridge Note | $60,000 | $60,000 |

Total Aspen Ownership: 16%
Significant Co-Investors: private investors

### Operating Status

| | |
|---|---|
| Management Openings | • none |
| Milestones Achieved | • cash positive operations (monthly repayments on bridge) |
| | • signed first help desk customer and several development customers |
| | • strong reputation in Pacific Northwest |
| | • good sales pipeline |
| Milestones Anticipated | • ramp business to strong profitability |
| | • develop sales channels and partners |

### Officers and Directors

*Officers*
Rob Fernandez, CEO
Peter Melitz, VP Development
Howard Hoy, Client Services

*Directors*
Rob Fernandez, CEO
open, Aspen Ventures

**This report contains confidential information.  Do not copy or distribute the report or its contents.**

D092

**ASPEN VENTURES III, L.P.**

## HELICOMM, INC.
1947 Camino Vida Roble Suite 109
Carlsbad, CA 92008
Ph: 760-918-0856

Lead Investor:  Aspen Ventures
Responsible Partner:  Cilento
www.helicomm.com

### Business Summary
Helicomm is a developer of a suite of hardware and software to allow end users to exploit a new standard (802.15.4) intended for embedded systems and sensory networks in commercial, industrial, utility and defense industries.

### Stage
Current:  Development
At Initial Funding:  Seed

### Financing
Date of Last Financing:  FY 2004
Amount of Last Financing:  $1.0 million bridge
Projected Date of Next Financing:  Q4 2004

### Aspen Investment

|            | Security    | Cost        | Carrying Value |
|------------|-------------|-------------|----------------|
| Volcano    | Preferred A | $1,103,363  | $1,103,363     |
| Volcano    | Preferred B | $96,637     | $96,637        |
| Febr. 2003 | Preferred B | $500,000    | $500,000       |

Total Aspen Ownership:  19%
Significant Co-Investors:  private investors, Aspen IIIb (bridge notes)

### Operating Status
Management Openings
Milestones Achieved

Milestones Anticipated

- none
- closed OEM deal with Agilent (intelligent sensors)
- delivered first development kits
- close to a deal with Silicon Labs
- first delivery of volume product to Haier
- close at least $4.0 million in funding in the fourth quarter of 2004, including conversion of existing bridge notes

### Officers and Directors
*Officers*
Martin Chen, CEO
CC Huang, VP Product Development
George Karayannis, VP Sales/Mktg
Liang Li, Beijing Operations
Jack Sun, President

*Directors*
Martin Chen, CEO
Alex Cilento, Aspen Ventures
Roger Koo, Director

This report contains confidential information.  Do not copy or distribute the report or its contents.

D093

**ASPEN VENTURES III, L.P.**

## NETCOURIER, INC.
1007 Montana Avenue Suite 526
Santa Monica, CA 90403
Ph: 310-463-5636

Lead Investor:  Aspen Ventures
Responsible Partner:  Cilento
www.netcourier.com

### Business Summary
NetCourier is a startup focused on developing and marketing the electronic presentation and payment technology acquired from MicroVault.  The technology is marketed primarily to the financial services industry and facilitates the conversion from paper statements, payments, and confirmations to an email-only internet transaction.

### Stage
Current:  Seed
At Initial Funding:  Seed

### Financing
Date of Last Financing:  August 2003
Amount of Last Financing:  $50k
Projected Date of Next Financing:   open

### Aspen Investment

|           | Security         | Cost      | Carrying Value |
|-----------|------------------|-----------|----------------|
| Nov. 2002 | Class A Common   | $100,000  | $-0-           |
| Aug. 2003 | Bridge Note      | $50,000   | $-0-           |

Total Aspen Ownership:  67%
Significant Co-Investors:  none

### Operating Status
Management Openings
Milestones Achieved



Milestones Anticipated

- none
- signed a marketing partnership with FireTrust (makers of MailWasher)
- in negotiations with Shelter Capital for an exit
- look for acceptance as a wireless security solution
- raise a modest funding (less than $1.0 million)
- look for exits via acquisition

### Officers and Directors
**Officers**
Bob McDonald, CEO
Eric Buskirk, President/VP Sales
Vance Gloster,  VP Technology

**Directors**
Alex Cilento, Aspen Ventures
Bob McDonald, CEO

---

This report contains confidential information.  Do not copy or distribute the report or its contents.

D094

ASPEN VENTURES III, L.P.

## RIVALWATCH, INC.

3065 Olcott Street
Santa Clara, CA 95054
Ph: 408-330-7580

Lead Investor: Aspen Ventures
Responsible Partner: Crockett
Web page: www.rivalwatch.com

### Business Summary

RivalWatch gathers real-time, online competitive data, processes this data into information and intelligence, then provides this to their business customers through the *Competitive Merchandising Platform*. RivalWatch helps businesses watch their markets and competitors systematically, economically and in real-time, focusing first on quantitative data gathering and analysis for online and off-line retailers. RivalWatch's revenue model is subscription based, and the business model includes a comparison-shopping portal that serves as its own demand generator and consumer shopping behavior analyzer.

### Stage
Current: Early Revenue
At Initial Funding: Development

### Financing
Date of Last Financing: February 2004
Amount of Last Financing: $1.5 million
Projected Date of Next Financing: open

### Aspen Investment

|          | Security    | Cost        | Carrying Value |
|----------|-------------|-------------|----------------|
| Dec. 1999 | Preferred A | $1,000,000 | $450,000 |
| Feb. 2001 | Preferred A | $399,452 | $180,000 |
| 2001-2004 | Preferred A | $1,547,000 | $821,000 |

Total Aspen Ownership: 19%
Significant Co-Investors: private investors

### Operating Status

Management Openings
Milestones Achieved

- none
- revenue increasing
- solid system with 4 products
- 12 important customers proving the model including ACE, Amazon, J.C. Penny, and Lowe's Home Supply

Milestones Anticipated
- secure expansion capital

### Officers and Directors

*Officers*
Ann Hsu, VP Bus Dev, Co-Gen Mgr
Gary Puckett, VP Sales, Co-Gen Mgr.
Brian Xin, CTO

*Directors*
David Crockett, Aspen Ventures
Larry Mohr, formerly Mohr Davidow Ventures
Ed Hayes, Private Investor
Dale Achabal, Associate Dean-Santa Clara University
& Director Retail Management Institute

This report contains confidential information. Do not copy or distribute the report or its contents.

D095

**ASPEN VENTURES III, L.P.**

## RULES BASED SOFTWARE

647 Camino de los Mares Suite 108-261
Mission Viejo, CA 92691
Ph: 949-458-6294

Lead Investor:  Aspen Ventures
Responsible Partner:  Cilento
Web page:  www.rulesbasedsoftware.com

### Business Summary

Rules Based Software offers a rules-based software engine and an internet-based payroll application.

### Stage

Current:  Early Revenue
At Initial Funding:  Development

### Financing

Date of Last Financing:  March 2003
Amount of Last Financing:  $0.15 million
Projected Date of Next Financing:  n/a

### Aspen Investment

| | Security | Cost | Carrying Value |
|---|---|---|---|
| March 2003 | Common | $2,258,773 | $0 |
| Febr. 2003 | Bridge Note | $2,150,000 | $0 |
| 2003-2004 | Bridge Note | $675,000 | $0 |

Total Aspen Ownership:  77%
Significant Co-Investors:  private investor

### Operating Status

| | |
|---|---|
| Management Openings | • none |
| Milestones Achieved | • sold service bureau version of payroll product for $600k plus royalties |
| | • completed commercial version of rules engine |
| Milestones Anticipated | • find buyer for payroll product or entire company |

### Officers and Directors

*Officers*
Jim Schenck, President & CEO
Mark Osgood, Vice Pres. Technology

*Directors*
Jim Schenck, President & CEO
open, Aspen

**Report to Limited Partners**        **11**        **Second Quarter 2004**
This report contains confidential information.  Do not copy or distribute the report or its contents.

D096

ASPEN VENTURES III, L.P.

## SATMETRIX SYSTEMS, INC.

100 View Street
Mountain View, CA 94041
Ph:  650-314-2300

Lead Investor: Aspen Ventures
Responsible Partner: Crockett
Web page:  www.satmetrix.com

### Business Summary

SatMetrix Systems is an application service provider (ASP) providing customized customer analysis via web site surveys and reporting for continuous measurement and reporting. SatMetrix provides an automated real-time satisfaction measurement system that includes aspects of marketing automation, market research, and sample management and reporting.

### Stage

Current:  Revenue
At Initial Funding:  Early revenue

### Financing

Date of Last Financing:  Dec. 2001
Amount of Last Financing:  $8.0 million
Projected Date of Next Financing:  open

### Aspen Investment

|  | Security | Cost | Carrying Value |
|---|---|---|---|
| July 1999 | Preferred B | $1,500,000 | $1,500,000 |
| Oct. 2000 | Preferred A | $100,000 | $100,000 |
| Oct. 2000 | Preferred C | $1,664,439 | $1,664,439 |
| Dec. 2001 | Preferred C | $35,560 | $35,560 |

Total Aspen Ownership:  16%
Significant Co-Investors:  Siebel Systems (10%), Sutter Hill Ventures (24%)

### Operating Status

Management Openings
- none

Milestones Achieved
- revenue ramping according to plan
- key accounts include the who's who of the Fortune 500
- winner of the coveted Crossroads 2002 A-List Award

Milestones Anticipated
- position for IPO when market opens

### Officers and Directors

*Officers*
Andre Schwager, Chariman
Roselie Buonauro, Chief Customer Officer
Laura Brooks, Chief Methologist
Richard Owens, President and CEO
David Renaud, VP Development
Shelley Symonds, VP Marketing
Peter VanHooten, VP Sales

*Directors*
Roselie Buonauro, SatMetrix
David Carlick, Investor
David Crockett, Aspen Ventures
Jim Gaither, Sutter Hill Partners
Richard Levin, Pres. Yale University
Ed McCracken, ex-CEO of SGI
Richard Owens, SatMetrix
Fred Reichheld, Bain & Company
Andre Schwager, SatMetrix

This report contains confidential information.  Do not copy or distribute the report or its contents.

D097

**ASPEN VENTURES III, L.P.**

### VIEWCENTRAL

779 East Evelyn Avenue, Suite C
Mountain View, CA  94041
Ph: 650-934-8300

Lead Investor:  Novus Ventures
Responsible Partner:  Crockett
Web page: www.viewcentral.com

### Business Summary

ViewCentral provides pre- and post-event management solutions for Web conferencing, seminars, virtual classroom training, classroom training, and self-paced e-learning. The company automates and streamlines scheduling, advertising, registration, payment, communications, follow-up and reporting without requiring technical assistance or additional infrastructure.

### Stage

Current:  Early Revenue
At Initial Funding:  Early Revenue

### Financing

Date of Last Financing:  June 2004
Amount of Last Financing:  $0.9 million
Projected Date of Next Financing:  open

### Aspen Investment

|            | Security      | Cost        | Carrying Value |
|------------|---------------|-------------|----------------|
| June 2000  | Preferred A   | $1,500,000  | $1,500,000     |
| 2000-2002  | Preferred A   | $2,617,000  | $2,617,000     |
| June 2003  | Preferred B-1 | $100,000    | $100,000       |
| Oct. 2003  | Preferred B-1 | $125,000    | $125,000       |

Total Aspen Ownership:  Aspen IIIa (19%)
Significant Co-Investors:  Novus Ventures (41%), Artemis Ventures (11%), Aspen IIIb (1%)

### Operating Status

Management Openings
Milestones Achieved

Milestones Anticipated

- none
- revenue increasing quarter to quarter
- strong customer list
- products of events, learning, campaigns, on-line seminars with options
- major release of product
- additional financing
- focus on selected vertical markets

### Officers and Directors

#### Officers

Rick Ludlow, CEO/Chairman
Roger Jensen, VP Engr/Production
Greg McLemore, Director Sales
Terry Lydon, VP Customer Support
Rosie Hausler, Director Marketing
Paul Gustafson, VP Bus Development
Bridget Wilson, Director Finance

#### Directors

E. David Crockett, Aspen Ventures
Rick Ludlow, CEO/Chairman
Terry Lydon, VP Customer Support
Dan Tompkins, Novus Ventures

---

**Report to Limited Partners**          13          **Second Quarter 2004**
**This report contains confidential information.  Do not copy or distribute the report or its contents.**

D098

**ASPEN VENTURES III, L.P.**

### V.  Financial Statements

The unaudited financial statements for the quarter ended June 30, 2004 are attached.

**ASPEN VENTURES IIIa, L.P.**
(a Delaware Limited Partnership)

### STATEMENT OF ASSETS AND LIABILITIES

### June 30, 2004

(unaudited)

**Assets**

| | | |
|---|---|---:|
| Cash and cash equivalents | $ | 401,783 |
| Investments at fair value | | 12,504,357 |
| **Total assets** | $ | 12,906,140 |
| | | |
| **SBA leverage** | $ | 33,000,000 |
| **Partners' capital** | | |
| Contributed capital | | 16,500,000 |
| SBA Commitment Fees | | (1,155,000) |
| Operating loss | | (6,154,014) |
| Unrealized gain/loss | | (14,569,951) |
| Realized gain/loss | | (14,714,895) |
| Total partners' capital | | (20,093,860) |
| **Total SBA leverage and partners' capital** | $ | 12,906,140 |

This report contains confidential information. Do not copy or distribute the report or its contents.

D099

**ASPEN VENTURES III, L.P.**

**ASPEN VENTURES IIIa, L.P.**
(a Delaware Limited Partnership)

**STATEMENT OF OPERATIONS**

(unaudited)

| | Qtr. Ended June 30, 2004 | 6 Months June 30, 2004 |
|---|---:|---:|
| Interest income | $ 1,162 | $ 1,917 |
| Operating expenses | | |
| Management fees | 150,000 | 300,000 |
| Other expenses | 5,897 | 24,916 |
| Total operating expenses | 155,897 | 324,916 |
| Operating loss | (154,735) | (322,999) |
| Realized gain/(loss) on investments | (9,515,775) | (9,515,775) |
| Change in unrealized gain/loss on investments | (6,637,668) | (6,637,668) |
| Operating loss and investment gain/loss | $ (16,308,178) | $ (16,476,442) |

**This report contains confidential information.  Do not copy or distribute the report or its contents.**

D100

## ASPEN VENTURES IIIa, L.P.
(a Delaware Limited Partnership)

## STATEMENT OF CASH FLOWS

(unaudited)

| | Qtr. Ended June 30, 2004 | 6 Months June 30, 2004 |
|---|---|---|
| **Cash flows from operating activities** | | |
| Operating loss and investment gain/loss | $ (16,308,178) | $ (16,476,442) |
| Adjustments to reconcile operating loss to cash flows from operating activities: | | |
| Unrealized (gain)/loss on investments | 6,637,668 | 6,637,668 |
| Realized (gain)/loss on investments | 9,515,775 | 9,515,775 |
| Net cash flows from operating activities | (154,735) | (322,999) |
| **Cash flows from investing activities** | | |
| Purchase of investments | 112,000 | (268,111) |
| Principal Repayment on Notes | 10,500 | 162,665 |
| Net cash flows from investing activities | 122,500 | (105,446) |
| **Cash flows from financing activities** | | |
| Capital contributions | 10,000 | 10,000 |
| SBA leverage drawn | - | - |
| Payment of SBA fees | - | - |
| Net cash flows from financing activities | 10,000 | 10,000 |
| Net increase (decrease) in cash and cash equivalents | (22,235) | (418,445) |
| Cash and cash equivalents at beginning of period | 424,018 | 820,228 |
| Cash and cash equivalents at end of period | $ 401,783 | $ 401,783 |

This report contains confidential information.  Do not copy or distribute the report or its contents.

D101

**ASPEN VENTURES III, L.P.**

**ASPEN VENTURES III, L.P.**
(a Delaware Limited Partnership)

**STATEMENT OF PARTNERS' CAPITAL**

**QUARTER ENDED JUNE 30, 2004**

(unaudited)

| | Balance, March 31, 2004 | Capital Contributions | Operating Loss | Unrealized Gain/(Loss) | Realized Gain/(Loss) | Contingent Loss Alloc | Balance, June 30 2004 |
|---|---|---|---|---|---|---|---|
| SBA Leverage | 33,000,000 | - | | | | | 33,000,000 |
| Total limited partners | (3,795,681) | 10,000 | (153,190) | (5,257,033) | (7,536,493) | (3,361,463) | (20,093,860) |
| General partner | - | - | (1,547) | (1,380,635) | (1,979,281) | 3,361,463 | |
| Total | $  29,204,319 | 10,000 | (154,737) | (6,637,668) | (9,515,774) | (0) | $  12,906,140 |

A contingent loss of ($3,361k) has been reallocated from the General Partner to the Capital Accounts of the Limited Partners, as required by the partnership agreement.

This report contains confidential information. Do not copy or distribute the report or its contents.

D102



**Aspen Ventures IIIb**
**Redleaf Aspen Fund**
**Quarter Ended June 30, 2004**

Report to Limited Partners     1     Second Quarter 2004
This report contains confidential information.  Do not copy or distribute the report or its contents.

D075

## *Capital Calls*

Redleaf/Aspen has drawn a total of $13.2 million in private and SBA capital since inception of the fund.

|  | Private Capital | SBA Leverage | Total Capital |
|---|---|---|---|
| Committed capital | $15,151,515 | $30,300,000 | $45,451,515 |
| Capital drawn to date | 4,430,303 | 8,800,000 | 13,230,303 |
| Capital to be drawn | $10,721,212 | $21,500,000 | $32,221,212 |

## *Investments*

Redleaf/Aspen made one new investment and one follow-on investment during the first quarter of 2004.

| Cumulative investments at cost, 3/31/04 |  | $3,556,000 |
|---|---|---|
| Investments   4/1/04 – 6/30/04 |  |  |
| Helicomm | Bridge Note | 400,000 |
| ViewCentral | Preferred B-1 | 110,000 |
| Cumulative investments at cost, 6/30/04 |  | $4,066,000 |

### *Helicomm, Inc. (Bridge Note)*
Helicomm provides secure wireless data networking solutions for embedded systems and sensory networks in commercial, industrial, utility and defense industries. Redleaf/Aspen invested $400k in convertible bridge notes in a round totaling $1.0 million.

### *ViewCentral, Inc. (Series B-1)*
ViewCentral is an eBusiness applications provider offering comprehensive solutions to help enterprises develop relationships with their customers to streamline and improve customer interactions, with applications that automate marketing campaigns, corporate events, and training programs. Redleaf/Aspen funded the balance of their $250k commitment in the Series B-1 financing totaling $1.0 million with existing investors.

**Report to Limited Partners**                     2                     **Second Quarter 2004**
This report contains confidential information.  Do not copy or distribute the report or its contents.

D076

**ASPEN VENTURES IIIb**

## *Portfolio Holdings*

The portfolio at June 30, 2004 consists of the following:

| Company | Security | Cost | Valuation | Unrealized Gain (Loss) |
|---|---|---|---|---|
| Helicomm, Inc. | Bridge Note | $ 400,000 | $ 400,000 | - |
| Reasoning, Inc. | Preferred  B | 1,252,239 | 1,252,239 | - |
|  | Bridge Note | 164,207 | 164,207 | - |
|  |  | 1,416,446 | 1,416,446 | - |
| RedSiren, Inc. | Preferred  B | 2,000,000 | 2,000,000 | - |
| ViewCentral, Inc. | Preferred B-1 | 250,000 | 250,000 | - |
| Total |  | $ 4,066,446 | $ 4,066,446 | $ - |

This report contains confidential information.  Do not copy or distribute the report or its contents.

D077

*__Unaudited Financial Statements – June 30,  2004__*

### REDLEAF/ASPEN FUND
(a Delaware Limited Partnership)

### STATEMENT OF ASSETS AND LIABILITIES

#### June 30, 2004

(unaudited)

**Assets**

| | | |
|---|---|---:|
| Cash and cash equivalents | $ | 6,626,363 |
| Investments at fair value | | 4,066,446 |
| **Total assets** | $ | 10,692,809 |

**SBA leverage** $ 8,800,000

**Partners' capital**

| | |
|---|---:|
| Contributed capital | 4,430,303 |
| SBA Commitment Fees | (523,000) |
| Operating loss | (2,014,494) |
| Unrealized gain/loss | - |
| Realized gain/loss | - |
| Total partners' capital | 1,892,809 |

| | | |
|---|---|---:|
| **Total SBA leverage and partners' capital** | $ | 10,692,809 |

This report contains confidential information.  Do not copy or distribute the report or its contents.

D078

**ASPEN VENTURES IIIb**

### REDLEAF/ASPEN FUND
(a Delaware Limited Partnership)

### STATEMENT OF OPERATIONS

(unaudited)

|  | Qtr. Ended June 30, 2004 | 6 Months June 30, 2004 |
|---|---|---|
| Interest income | $        5,095 | $        10,559 |
| Operating expenses |  |  |
| Management fees | 247,500 | 495,000 |
| Legal and other expenses | 5,476 | 25,324 |
| Total operating expenses | 252,976 | 520,324 |
| Operating loss | (247,881) | (509,765) |
| Realized gain/(loss) on investments | - | - |
| Change in unrealized gain/loss on investments | - | - |
| Operating loss and investment gain/loss | $      (247,881) | $      (509,765) |

This report contains confidential information. Do not copy or distribute the report or its contents.

D079

**ASPEN VENTURES IIIb**

## REDLEAF/ASPEN FUND
(a Delaware Limited Partnership)

## STATEMENT OF CASH FLOWS

(unaudited)

|  | Qtr. Ended June 30, 2004 | 6 Months June 30, 2004 |
|---|---|---|
| **Cash flows from operating activities** | | |
| Operating loss and investment gain/loss | $ (247,881) | $ (509,765) |
| Adjustments to reconcile operating loss to cash flows from operating activities: | | |
| Unrealized (gain)/loss on investments | - | - |
| Realized (gain)/loss on investments | - | - |
| Net cash flows from operating activities | (247,881) | (509,765) |
| **Cash flows from investing activities** | | |
| Purchase of investments | (510,000) | (814,207) |
| Net cash flows from investing activities | (510,000) | (814,207) |
| **Cash flows from financing activities** | | |
| Capital contributions | - | 1,500,000 |
| SBA leverage drawn | 3,300,000 | 3,300,000 |
| Payment of SBA fees | (82,500) | (82,500) |
| Net cash flows from financing activities | 3,217,500 | 4,717,500 |
| Net increase (decrease) in cash and cash equivalents | 2,459,619 | 3,393,528 |
| Cash and cash equivalents at beginning of period | 4,166,744 | 3,232,835 |
| Cash and cash equivalents at end of period | $ 6,626,363 | $ 6,626,363 |

D080

**ASPEN VENTURES III, L.P.**
(a Delaware Limited Partnership)

**STATEMENT OF PARTNERS' CAPITAL**

**QUARTER ENDED MARCH. 31, 2004**

(unaudited)

| | Capital Commitment | Balance, March 31 2004 | Capital Contributions | SBA Commitment Fees | Operating Loss | Balance, June 30 2004 |
|---|---|---|---|---|---|---|
| SBA Leverage | | $ 5,500,000 | 3,300,000 | | | $ 8,800,000 |
| Redleaf Group | $ 15,000,000 | 2,214,956 | - | (81,675) | (245,402) | 1,887,880 |
| Total limited partners | 15,000,000 | 2,214,956 | - | (81,675) | (245,402) | 1,887,880 |
| General partner | 151,515 | 8,233 | - | (825) | (2,479) | 4,929 |
| Total | $ 15,151,515 | $ 7,723,189 | $ 3,300,000 | $ (82,500) | $ (247,881) | $ 10,692,809 |

This report contains confidential information.  Do not copy or distribute the report or its contents.

D081

## HELICOMM, INC.

1947 Camino Vida Roble Suite 109
Carlsbad, CA 92008
Ph: 760-918-0856

Lead Investor: Aspen Ventures
Responsible Partner: Cilento
www.helicomm.com

### Business Summary

Helicomm is a developer of a suite of hardware and software to allow end users to exploit a new standard (802.15.4) intended for embedded systems and sensory networks in commercial, industrial, utility and defense industries.

### Stage

Current: Development
At Initial Funding: Seed

### Financing

Date of Last Financing: FY 2004
Amount of Last Financing: $1.0 mil bridge
Projected Date of Next Financing: Q4 2004

### Aspen Investment

|  | Security | Cost | Carrying Value |
|---|---|---|---|
| Febr. 2004 | Bridge Note | $200,000 | $200,000 |
| June 2004 | Bridge Note | $200,000 | $200,000 |

Total Aspen Ownership: n/a until bridge converts to equity
Significant Co-Investors: private investors, Aspen IIIa (20%)

### Operating Status

Management Openings
- none

Milestones Achieved
- closed OEM deal with Agilent (intelligent sensors)
- delivered first development kits
- close to a deal with Silicon Labs

Milestones Anticipated
- first delivery of volume product to Haier
- close at least $2.5 million in funding in fourth quarter 2004

### Officers and Directors

**Officers**

Martin Chen, CEO
CC Huang, VP Product Development
George Karayannis, VP Sales/Mktg
Liang Li, Beijing Operations
Jack Sun, President

**Directors**

Martin Chen, CEO
Alex Cilento, Aspen Ventures
Roger Koo, Director

This report contains confidential information. Do not copy or distribute the report or its contents.

D082

## REASONING

2440 East El Camino Real Suite 420
Mountain View, CA 94040
Ph: 650-316-4400

Lead Investor: C.E. Unterberg
Responsible Partner: Crockett
Web page: http://www.reasoning.com

### Business Summary

Reasoning offers an online service that automates software inspection for companies that develop embedded systems, e-business, and infrastructure products. Reasoning is an application solution provider (ASP) for Instant QA via transmitted code. . Reasoning is now successfully applying code inspection for security.

### Stage:
Current: Revenue
At Initial Funding: Beta

### Financing:
Date of Last Financing: October 2002
Amount of Last Financing: $9.0 million
Projected Date of Next Financing: Q3 2004

### Aspen Investment

|          | Security    | Cost        | Carrying Value |
|----------|-------------|-------------|----------------|
| Oct 2002 | Preferred B | $1,252,231  | $1,252,231     |
| Mar 2003 | Bridge Note | $164,207    | $164,207       |

Total Aspen Ownership: 1% Aspen Ventures West II,  7% Aspen Ventures III Series B
Significant Co-Investors: Novus Ventures (18%), C. E. Unterberg (23%)

### Operating Status
Management Openings
Milestones Achieved


Milestones Anticipated

- management complete
- 80 Inspection customers – half repeat customers
- new JAVA offering – accounts for 50% of pipeline
- cost per line of code cut in one third this year
- increase number and size of service to each customer
- increase margins
- increase sales staff
- security inspection products

### Officers and Directors
*Officers*
William Payne, CEO
Tim Bridge, VP Sales
Bill Leavy, VP Marketing
Julia A. O'Conner, CFO
Tamar Yehosha, VP Engineering
John Shangler, VP Operations

*Directors*
John Anton, Industry
David Crockett, Aspen Ventures
Cordell Green, CTO
Dan Tompkins, Novus Ventures
William Payne, CEO
James Treybig, Chairman
Tom Unterberg, C.E. Unterberg

This report contains confidential information.  Do not copy or distribute the report or its contents.

D083

## REDSIREN, INC.
650 Smithfield Street Suite 910
Pittsburgh, PA 15222
Ph: 412-281-4427

Lead Investor:  Redleaf Group
Responsible Partner:  Kohler
Web page:  www.redsiren.com

### Business Summary
RedSiren is the largest privately-held provider of IT security management solutions, providing enterprises with a higher level of security by protecting their computer networks and corporate-critical information from unauthorized access.

### Stage
Current:  Revenue
At Initial Funding:  Revenue

### Financing
Date of Last Financing:  December 2003
Amount of Last Financing:  $19.7 million
Projected Date of Next Financing:  open

### Aspen Investment

|          | Security    | Cost        | Carrying Value |
|----------|-------------|-------------|----------------|
| Dec. 2003 | Preferred B | $2,000,000 | $2,000,000     |

Total Aspen Ownership: 7%
Significant Co-Investors:  Redleaf Group (66%), Safeguard Scientific (8%)

### Operating Status
| | |
|---|---|
| Management Openings | • none |
| Milestones Achieved | • management team complete |
| | • revenue greater than $1 million per month |
| | •  partnerships with Qwest and Cisco |
| Milestones Anticipated | • cash flow positive operations in 2004 |
| | • increase revenue/customer |
| | • dominate outsourced security management market |

### Officers and Directors
*Officers*
Douglas Goodall, President/CEO
Darwin Hardman, Sr. VP Dev & Ops
Harvey Pollack, Founder & CFO
Bridget Karlin, VP Sales
Ko Suzuki, VP Asia-Pacific

*Directors*
Douglas Goodall, President/CEO
John Kohler, Redleaf Group/Aspen
Lloyd Mahaffey, Redleaf Group/Aspen
Harvey Pollack, Founder & CFO

This report contains confidential information.  Do not copy or distribute the report or its contents.

D084

## VIEWCENTRAL

779 East Evelyn Avenue, Suite C
Mountain View, CA 94041
Ph: 650-934-8300

Lead Investor: Novus Ventures
Responsible Partner: Crockett
Web page: www.viewcentral.com

### Business Summary

ViewCentral provides pre- and post-event management solutions for Web conferencing, seminars, virtual classroom training, classroom training, and self-paced e-learning. The company automates and streamlines scheduling, advertising, registration, payment, communications, follow-up and reporting without requiring technical assistance or additional infrastructure.

### Stage

Current: Early Revenue
At Initial Funding: Early Revenue

### Financing

Date of Last Financing: Mar/June 2004
Amount of Last Financing: $1.7 million
Projected Date of Next Financing: open

### Aspen Investment

|  | Security | Cost | Carrying Value |
|---|---|---|---|
| Mar/June 2004 | Preferred B-1 | $250,000 | $250,000 |

Total Aspen Ownership: Aspen IIIa (19%), Aspen IIIb (1%)
Significant Co-Investors: Novus Ventures (41%), Artemis Ventures (11%)

### Operating Status

| | |
|---|---|
| Management Openings | • none |
| Milestones Achieved | • revenue increasing quarter to quarter |
| | • strong customer list |
| | • products of events, learning, campaigns, on-line seminars with options |
| | • major release of product |
| | • additional financing |
| Milestones Anticipated | • focus on selected vertical markets |

### Officers and Directors

*Officers*
Rick Ludlow, CEO/Chairman
Greg McLemore, Director Sales
Terry Lydon, VP Customer Support
Rosie Hausler, Director Marketing
Roger Jensen, VP Engr/Production
Paul Gustafson, VP Bus Development
Bridget Wilson, Director Finance

*Directors*
E. David Crockett, Aspen Ventures
Rick Ludlow, CEO/Chairman
Terry Lydon, VP Customer Support
Dan Tompkins, Novus Ventures

This report contains confidential information. Do not copy or distribute the report or its contents.

D085