MATTHEW G. BALL (CA BAR 208881)
DEIRDRE M. DIGRANDE (CA BAR 199766)
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Tel: (415) 882-8200
Fax: (415) 882-8220
matthew.ball@klgates.com
deirdre.digrande@klgates.com

MARTIN D. TECKLER (*pro hac vice*)
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
1601 K Street, NW
Washington, DC 20006-1600
Tel: (202) 778-9000
Fax: (202) 778-9100
martin.teckler@klgates.com

Attorneys for Defendant
REDLEAF GROUP, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures III,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>REDLEAF GROUP, INC.,<br><br>　　Defendant and Third-Party Plaintiff,<br><br>　v.<br><br>ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10,<br><br>　　　　　Third-Party Defendants. | Case No. C-07-05350 JW (PVT)<br><br>**DECLARATION OF MARTIN D. TECKLER IN SUPPORT OF REDLEAF GROUP, INC.'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE SUMMARY ADJUDICATION, ON THE RECEIVER'S CLAIM FOR BREACH OF CONTRACT**<br><br>Date: June 23, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. James Ware |

1.     I, Martin D. Teckler, am a partner in Kirkpatrick & Lockhart Preston Gates Ellis LLP, and am pro hac vice counsel of record to Redleaf Group, Inc. I make this Declaration in support of Redleaf Group, Inc.'s Opposition to Motion for Summary Judgment, or in the Alternative Summary Adjudication, on the Receiver's Claim for Breach of Contract. I have personal knowledge of the facts stated herein except where stated and, if called as a witness, I could testify competently thereto.

2.     Attached hereto as Exhibit A is the United States Small Business Administration Examination Report of Aspen Ventures III, L.P. ("Aspen III"), dated May 4th, 2001. I received a copy of Exhibit A from the SBA on April 10, 2007, while representing Redleaf in its negotiations with the SBA before the SBA filed its current claim against Redleaf. The SBA has never taken the position during those negotiations that Exhibit A is not what it purports to be, or that the statements therein are not accurate.

3.     Attached hereto as Exhibit B is a letter that purports to be from Walter Peterson, but is apparently signed by David Gerogosian, dated July 2, 2001. I understand that David Gerogosian was the SBIC Analyst who was overseeing Aspen III, and that Walter Peterson was his Area Chief, in other words, his direct supervisor. Like Exhibit A, the SBA produced Exhibit B to me on April 10, 2007, as part of a document exchange in conjunction with the negotiations described in the previous paragraph. Again, the SBA has never taken the position that Exhibit B is not what it purports to be, or that the statements therein are not accurate.

4.     Attached hereto as Exhibit C is a facsimile from Thaddeus Whalen to David Gerogosian dated October 30, 2001. As with the previous two Exhibits, the SBA produced Exhibit C to me on April 10, 2007 as part of the same document exchange, and has never taken the position that Exhibit C is not what it purports to be, or that the statements therein are not accurate.

2
DECLARATION OF MARTIN D. TECKLER ISO OPP'N TO RECEIVER'S MSJ
CASE NO. C 07-05350 JW PVT

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 30, 2008, at Washington, D.C.

*[signature]*

Martin D. Teckler