

U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, D.C. 20416

License No. 09/79-0420

JUL 2 2001

General Partners
Aspen Ventures III, L.P.
1000 Freemont Avenue
Suite 200
Los Altos, California 94024

Dear General Partners:

The Office of SBIC Operations (Operations) has reviewed the examination report (Report), copy enclosed, issued on Aspen Ventures III, L.P. (Licensee), for the 12-month period ended December 31, 2000 and have the following comments based upon the results of the examination.

**Other Matter:**

**Portfolio valuations not adequately confirmed by general partner—Section 107.503(a)(b) and (d)(2) and SBA Valuation Guidelines for SBICs**

As cited on pages 5 and 6 of the Report, the examiner's review of the Licensee's procedures for preparing portfolio valuations were inconsistent with the guidelines set forth in SBA regulations, specifically, Section 107.503 *Licensee's adoption of an approved valuation policy*. At issue is not the stated value assigned for each portfolio company but rather, the lack of supporting documentation as specifically cited within the Report. Operations concurs with the findings as presented in the Report. However, during a subsequent on-site visit with your Operations analyst, it was demonstrated that specific steps including adequate general partner sign-off of the valuations had been prepared for the portfolio both for the period ending December 31, 2000 and on a going forward basis. As a result, no further action is required and Operations considers this matter fully resolved.

We appreciate your assistance during the examination. Please refer any correspondence and phone calls to Mr. David B. Gerogosian at (202) 205-6525, if you have any questions.

Sincerely,

Walter Peterson
Chief, Area I
Office of SBIC Operations

SBA IS AN EQUAL OPPORTUNITY EMPLOYER AND PROVIDE

Federal Recycling Program   Printed on Recycled Paper

M009