# FAX COVER SHEET

EXH. 3



**1000**
**Fremont Avenue**
**Suite 200**
**Los Altos, CA 94024**
**Tel:   (650)917-5670**
**Fax:   (650)917-5677**

| To: David Gerogosian | Date: October 30, 2001 |
|---|---|
| Company: U.S. Small Business Administration | Page 1 |
| Fax Number: 202-205-6959 | of    5    Pages |

| From:  Thad Whalen |
|---|

David,

Attached is a update on our two funds. I will call you to discuss.

Thad

If there are any problems with this transmission, please call (650)917-5670

M040

Aspen Ventures
SBA Update
October 30, 2001

**Market Commentary**

Conditions in financial markets have been dismal for the past five quarters. While a correction from the heights of the "internet bubble" of 1999 and early 2000 was necessary and will be beneficial over the long term, the speed and magnitude of the downturn has significantly hurt the Aspen portfolios in three ways

- Disappearance of exit opportunities. The IPO market is not open to technology companies. Further, merger/acquisition opportunities are limited both because (a) there is still a glut of early-stage companies that are out of money and willing to sell at any price and (b) most buyers are not looking to make acquisitions until technology markets rebound.
- Portfolio company revenues are not developing as quickly as projected. Portfolio companies are finding their customers are taking longer to make purchase decisions and, once making a purchase decision, significantly reducing order quantities.
- Equity financing is much harder to obtain. Aspen has always been an early-stage investor. During the mid and late 1990s, portfolio companies found it relatively easy to find new lead investors for later rounds of financing. Now, such investors are scarce and portfolio companies must rely on existing investors for larger amounts of capital.

We have responded to the challenges presented by the current market by:

- Requiring all portfolio companies to significantly reduce spending to conserve cash.
- Actively assisting portfolio companies in finding new customers.
- Slowing our investment activity in new deals to preserve our time and capital for existing portfolio companies.
- Providing follow-on financing where appropriate to give existing portfolio companies the opportunity to survive the current market downturn.

We believe that markets are in a cyclical downturn and conditions will improve. Investment firms and their portfolio companies that are able to weather this downturn will emerge in a position of strength once technology markets (and the economy as a whole) get back on track.

Specific comments about our two funds follow.

## Aspen Ventures West II, L.P.

Aspen II took the brunt of market collapse. On June 30, 2000,

- the fund's portfolio had a carrying value of $68 million on a cost of $30 million
- one portfolio company (Vertex) had just been sold, giving Aspen a return of ten times its investment
- three portfolio companies (PointBase, Instill and Amplify) had just closed late-stage private financings priced several times higher than Aspen's investments, and
- several portfolio companies were in IPO discussions with top-tier investment banks

Today, it appears that the sale of Vertex will provide a return of about six times our investment (due to a decline in the acquirer's stock during the lock up period) and there are no other exits in the foreseeable future. Further, three portfolio companies (Instill, Reasoning and StarVox) had to raise equity at prices below our previous investments, resulting in portfolio writedowns totaling $27 million.

Seven active private companies remain in the portfolio. We believe they have (or are about to have) sufficient capital in place to last at least several quarters. While we are disappointed with the results of the last year, we remain cautiously optimistic that, once technology markets strengthen, our portfolio will provide some exciting exits. We do not plan to make any more investments in Aspen II. Comments about each private portfolio company follow.

- Amplify. Projected revenue of about $1 million in 2001. Current cash of $4 million should last for several quarters.
- Instill. Revenue of $3 million per quarter. Expect cash breakeven operations in first quarter 2002. Current cash of $8 million should be sufficient to reach breakeven.
- PointBase. Revenue approaching $1 million per quarter. Market has been slow to develop but current products show early indications of strong adoption. Current cash of $13 should last until cash positive operations.
- Reasoning. Last financing significantly diluted our prior investments resulting in 4% ownership. 2001 revenue expected to be $2 million.
- StarVox. New $10 million round of financing in process that will significantly dilute our prior investments. Aspen has committed $1 million ($600k already bridged). Starvox sells enterprise software supporting the convergence of voice and data networks and has strategic partnerships with HP and Cisco. The company has enormous potential but telecom markets have been particularly hard hit over the last year and a successful StarVox exit is dependent on a vibrant telecom market.
- Taviz. New funding round of $10 million in process. Once that financing is closed, Taviz should have cash sufficient to achieve profitability. Revenue is $2 million per quarter and stable. Challenge is to grow revenue by expanding into new markets with existing products.
- Timeline Vista. Company's last equity financing was in 1998. Operations are currently at cash breakeven. Exit opportunities are under evaluation but it is likely that any strong exit will happen only after markets recover.

**Aspen Ventures III**

Aspen III has fared relatively well during the last year. The internal rate of return for the fund for the twelve months ended June 30, 2001 was -7%. This performance compares favorably to a return of -21% for all early/seed stage venture funds during the same period (according to Venture Economics and the National Venture Capital Association) and a NASDAQ return of -36%.

The Aspen III portfolio has several companies that have the potential to lead the market recovery. Many companies, however, are in the precarious position of using short-term bridge financing to survive. We are working to find permanent financing for several companies which is difficult to obtain. We cannot predict how many of our portfolio companies will be able to obtain permanent financing before their bridge funding disappears. Further, we expect that most companies able to close new rounds of financing will do so at prices below our previous investments.

The difficulty of finding new equity investors has resulted in portfolio companies looking to existing investors for larger amount of capital. Aspen III will likely need to make several overline investments in the coming quarters if we are to support portfolio companies. Our current overline situation is summarized below:

| | |
|---|---|
| Total regulatory capital: | $16.5 million |
| Overline limit: | $3.3 million |
| Current overline approvals: | 1) Active Decisions (total investment $4 million) |
| | 2) Alerio Corporation (total approved investment $4 million, expected to be invested over the next two quarters) |

We believe it is in the best interests of the fund, SBA and our private investors to limit our new investments and provide additional capital to existing portfolio companies (in several cases in excess of our overline limit) for the following reasons:

- Aspen III has invested a total of $28 million in twelve small concerns. Investments have ranged from $200k to $4 million, with a median investment of $2.65 million. With a total of $38 million to invest (after fees and expenses), the portfolio diversification contemplated by Section 107.740 has already been achieved.
- The rapid change in market conditions has left many portfolio companies with no source of financing other than existing investors. Many of these companies will be forced to close their doors if existing investors do not provide additional funding.
- The Aspen III portfolio companies are, as a whole, performing well in a difficult market. They are obtaining new customers and growing revenue, but the rate of growth is lower than projected. This situation leaves a company with strong prospects but a need for more capital than anticipated.
- Additional funding for our existing portfolio companies will allow Aspen to maintain a leadership position with each company and continue to actively monitor and support

M043

the portfolio. Aspen will likely lose board seats if we do not participate in new funding rounds.
- Many current financings contain terms that significantly hurt investors that do not participate. These "pay to play" provisions will likely have a significant negative impact on Aspen's existing investments if we do not participate in future financings.

We do not currently have any overline requests but do want to make SBA aware of the portfolio's situation and the high probability that we will be making overline requests over the next several quarters.

We are also working to bring a significant amount of new private capital to Aspen III. The new private capital, if obtained, will likely eliminate the need for any overline investments. While we are optimistic that our efforts will be successful, negotiations are at an early stage.

M044