1  MATTHEW G. BALL (CSB NO. 208881)
   DEIRDRE M. DIGRANDE (CSB NO. 199766)
2  **KIRKPATRICK & LOCKHART PRESTON GATE ELLIS LLP**
   55 Second Street, Suite 1700
3  San Francisco, CA  94105-3493
   Tel:  (415) 882-8200
4  Fax:  (415) 882-8220
   matthew.ball@klgates.com
5  deirdre.digrande@klgates.com

6
   MARTIN D. TECKLER (*pro hac vice*)
7  **KIRKPATRICK & LOCKHART PRESTON GATE ELLIS LLP**
   1601 K Street, NW
8  Washington, DC  20006-1600
   Tel:  (202) 778-9000
9  Fax:  (202) 778-9100
   martin.teckler@klgates.com
10
   Attorneys for Defendant & Third Party Plaintiff
11 REDLEAF GROUP, INC.

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                        SAN JOSE DIVISION

15

16 UNITED STATES SMALL BUSINESS              Case No. C-07-05350 JW (PVT)
   ADMINISTRATION in its capacity as
17 Receiver for Aspen Ventures III,          **REQUEST FOR JUDICIAL NOTICE IN
                                             SUPPORT OF REDLEAF GROUP, INC.'S
18          Plaintiff,                       OPPOSITION TO MOTION FOR
                                             SUMMARY JDUGMENT, OR IN THE
19      v.                                   ALTERNATIVE SUMMARY
                                             ADJUDICATION ON THE RECEIVER'S
20 REDLEAF GROUP, INC.,                      CLAIM FOR BREACH OF CONTRACT**

21          Defendant & Third-Party Plaintiff, Date:   June 23, 2008
                                               Time:   9:00 a.m.
22      v.                                     Ctrm:   8
                                               Judge:  The Hon. James Ware
23 ASPEN VENTURES MANAGEMENT III,
   LLC, a Delaware limited liability company;
24 ALEXANDER P. CILENTO, a California
   resident; and DAVID CROCKETT, a
25 California resident; and DOES 1-10,
                                               Complaint Filed:   October 19, 2007
26          Third-Party Defendants.           Trial Date:        Not Set

27

28

Redleaf Group's Request for Judicial Notice in Support        - 1 -        Case No.  C-07-05350 JW (PVT)
of Opposition to Motion to for Summary Judgment or
in the Alternative Summary Adjudication

1           Pursuant to Federal Rule of Evidence 201, Defendant and Third-Party Plaintiff

2  REDLEAF GROUP, INC. ("Redleaf") respectfully requests the Court to take judicial notice of the

3  following documents, copies of which are attached hereto as exhibits as indicated.

4        1.    In the in the action entitled United States of America v. Aspen Ventures III, Case No.

5  C06-04032 JW, United States District Court for the Northern District of California, San Jose

6  Division, the Complaint for Receivership & Injunction filed June 29, 2006.

7        2.    The Amended and Restated Certificate of Limited Partnership of Aspen Ventures III,

8  L.P.

9

10

11  Dated:  June 2, 2008             KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

12

13         By: Matthew G. Ball /s/
          Matthew G. Ball, Esq. (CA Bar 208881)

14            55 Second Street, Suite 1700
          San Francisco, CA  94105

15            Telephone:  (415) 882-8200
          Facsimile:  (415) 882-8220

16            (matthew.ball@klgates.com)

17            Martin D. Teckler (*pro hac vice*)

18            martin.teckler@klgates.com
          Kirkpatrick & Lockhart Preston Gates Ellis LLP

19            1601 K Street, NW Washington, DC, 20006-1600
          Telephone: (202) 778-9000

20            Facsimile: (202) 778- 9100
          (martin.teckler@klgates.com)

21

22            Attorneys for Defendant/Third-Party Plaintiff
          Redleaf Group, Inc.

23

24

25

26

27

28

Redleaf Group's Request for Judicial Notice in Support   - 2 -   Case No.  C-07-05350 JW (PVT)
of Opposition to Motion to for Summary Judgment or
in the Alternative Summary Adjudication