

PAGE 1

The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE RESTATED CERTIFICATE OF "ASPEN VENTURES III, L.P.", FILED IN THIS OFFICE ON THE FIRST DAY OF APRIL, A.D. 2002, AT 2:30 O'CLOCK P.M.



Harriet Smith Windsor, Secretary of State

2965182   8100

020208472

AUTHENTICATION: 1702401

DATE: 04-04-02

*STATE OF DELAWARE*
*SECRETARY OF STATE*
*VISION OF CORPORATIONS*
*LED 02:30 PM 04/01/2002*
*020208472 - 2965182*

# AMENDED AND RESTATED
# CERTIFICATE OF LIMITED PARTNERSHIP
# OF
# ASPEN VENTURES III, L.P.

The undersigned, desiring to amend and restate the Certificate of Limited Partnership of Aspen Ventures III, L.P. (the "Partnership"), pursuant to the provisions of Section 17-210 of the Delaware Revised Uniform Limited Partnership Act, 6 Delaware Code, Chapter 17, does hereby amend and restate in its entirety the Certificate of Limited Partnership of the Partnership, originally filed with the Secretary of State of the State of Delaware on November 10, 1998, as follows:

## ARTICLE ONE

The name of the limited partnership formed hereby is Aspen Ventures III, L.P.

## ARTICLE TWO

The address of the registered office of the Partnership in the State of Delaware is 15 East North Street, Dover, Delaware 19901, and the name and address of the registered agent for service of process on the Partnership in the State of Delaware is Incorporating Services, Ltd.

GDSVF&H\409938v1

## ARTICLE THREE

The name and business address of the General Partner of the Partnership is:

| Name | Business Address |
|---|---|
| Aspen Ventures Management III, L.L.C. | 1000 Fremont Ave., Suite 200<br>Los Altos, CA 94024 |

## ARTICLE FOUR

Notice is hereby given pursuant to Section 17-218(b) of the Delaware Revised Uniform Limited Partnership Act, 6 Delaware Code, Chapter 17, that the debts, liabilities, and obligations incurred, contracted for or otherwise existing with respect to a particular series of the Partnership shall be enforceable against the assets of such series only and not against the assets of the Partnership generally or any other series thereof, and none of the debts, liabilities, obligations and expenses incurred, contracted for or otherwise existing with respect to the Partnership generally or any other series thereof shall be enforceable against the assets of such series.

IN WITNESS WHEREOF, the General Partner has executed this Certificate this 1st day of April, 2002.

General Partner:

ASPEN VENTURES MANAGEMENT III, L.L.C.

/s/ Thaddeus J. Whalen III
Thaddeus J. Whalen III, Member

GDSVF&H\409918v1