IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States Small Business Admin., | NO. C 07-05350 JW |
|     Plaintiff,<br>  v. | **ORDER DENYING MOTIONS TO STRIKE AND DISMISS WITHOUT PREJUDICE** |
| Redleaf Group, Inc., | |
|     Defendant, Third-Party Plaintiff,<br>  v. | |
| Aspen Ventures Management III LLC, et al., | |
|     Third-Party Defendant. | |

The United States Small Business Administration ("SBA"), as receiver for Aspen Ventures III, LLP ("Aspen Ventures"), brings this action against Redleaf Group, Inc. ("Redleaf"), alleging breach of contract. Redleaf brings a Third-Party Complaint against Aspen Ventures Management III, LLC, ("Aspen Management"), Alexander Cilento, and David Crockett (collectively, "Third-Party Defendants") for alleged breach of contract, breach of fiduciary duty, fraud, negligent misrepresentation, and indemnity.

Presently before the Court are 1) the SBA's Motion to Strike Affirmative Defenses and 2) the Third-Party Defendants' Motion to Dismiss. (See Docket Item Nos. 33 and 40.) The Court conducted a hearing on April 14, 2008. Following the hearing, the Court conducted a Case Management Conference. Based on the discussion at the Conference, the Court set an expedited schedule for the parties to submit cross-motions for summary judgment. (See Docket Item No. 63.)

1   In light of the anticipated cross-motions for summary judgment, the Court DENIES the
2 SBA's motion to strike and Third-Party Defendants' motion to dismiss without prejudice. The
3 issues raised in the motions will be subsumed by the cross-motions for summary judgment. To the
4 extent they are not addressed by the cross-motions for summary judgment, the parties will be given
5 an opportunity to renew those motions.

6   This Order terminates Docket Item Nos. 33 and 40.

8 Dated:  June 5, 2008

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Beverley Elizabeth Hazlewood beverley.hazlewood@sba.gov
Deirdre M. Digrande deirdre.digrande@klgates.com
Gregory Caesar Nuti gnuti@schnader.com
Jessica L. Grant jgrant@tcolaw.com
Matthew Gordon Ball matthew.ball@klgates.com
Nicholas George Campins ncampins@tcolaw.com
Stephen E. Taylor staylor@tcolaw.com
William Horsley Orrick EfilingWHO@cpdb.com

**Dated:  June 5, 2008**               **Richard W. Wieking, Clerk**

                                       **By:   /s/ JW Chambers**
                                              **Elizabeth Garcia**
                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California