JESSICA L. GRANT (SBN 178138)
NICHOLAS G. CAMPINS (SBN 238022)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California  94111
Telephone:  (415) 788-8200
Facsimile:   (415) 788-8208
E-mail: jgrant@tcolaw.com
E-mail: ncampins@tcolaw.com

Attorneys for Third-Party Defendants
ALEXANDER P. CILENTO and
DAVID CROCKETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures, III,<br><br>    Plaintiffs,<br><br>v.<br><br>REDLEAF GROUP, INC.,<br><br>    Defendant and Third-Party Plaintiff,<br><br>v.<br><br>ASPEN VENTURES MANAGEMENT III, LLC,  a Delaware Limited LIability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10,<br><br>    Third-Party Defendants. | Case No.: C-07-05350 JW (PVT)<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE A STATEMENT OF RECENT DECISION<br><br>[Re Docket] <br><br>**DENIED**<br>*James Ware*<br>Judge James Ware |

TAYLOR & CO.
LAW OFFICES, LLP

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE A STATEMENT OF RECENT DECISION: CASE NO. C-07-05350 JW (PVT)

Third-party defendants David Crockett's ("Crockett") and Alexander P. Cilento's ("Cilento") Administrative Motion For Leave to File a Statement of Recent Decision was considered in accordance with the procedures set forth in Civil Local Rule 7-11 of this Court.

The motion is DENIED as moot in light of the Court's June 5, 2008 Order. (See Docket Item No. 86.) To the extent it is relevant, Third-party Defendants may incorporate the recent decision into their Motion for Summary Judgment.

DATED: June 6, 2008

_____
HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

Taylor & Co.
Law Offices, LLP

1.
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE A STATEMENT OF RECENT DECISION: CASE NO. C-07-05350 JW (PVT).