MATTHEW G. BALL (CA BAR 208881)
DEIRDRE M. DIGRANDE (CA BAR 199766)
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Tel: (415) 882-8200
Fax: (415) 882-8220
matthew.ball@klgates.com
deirdre.digrande@klgates.com

MARTIN D. TECKLER (*pro hac vice*)
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
1601 K Street, NW
Washington, DC 20006-1600
Tel: (202) 778-9000
Fax: (202) 778-9100
martin.teckler@klgates.com

Attorneys for Defendant
REDLEAF GROUP, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures III,<br><br>Plaintiffs,<br><br>v.<br><br>REDLEAF GROUP, INC.,<br><br>Defendant and Third-Party Plaintiff,<br><br>v.<br><br>ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10,<br><br>Third-Party Defendants. | Case No. C-07-05350 JW (PVT)<br><br>**DECLARATION OF MARTIN D. TECKLER IN SUPPORT OF REDLEAF GROUP, INC.'S OPPOSITION TO THIRD PARTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: June 23, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. James Ware |

1.    I, Martin D. Teckler, am a partner in Kirkpatrick & Lockhart Preston Gates Ellis LLP, and am pro hac vice counsel of record to Redleaf Group, Inc. I make this Declaration in support of Redleaf Group, Inc.'s Opposition to Third Party Defendants' Motion for Summary Judgment. I have personal knowledge of the facts stated herein except where stated and, if called as a witness, I could testify competently thereto.

2.    Between October 26, 2005, and April of 2007, Redleaf Group, Inc. and SBA engaged in extensive discussions and negotiations regarding whether SBA would seek to enforce the capital commitment of Redleaf Group, Inc. to Aspen Ventures III, L.P.

3.    I participated as counsel to Redleaf Group, Inc. in all of those discussions and negotiations.

4.    As part of those discussions and negotiations, correspondence and documents were exchanged and reviewed by both parties.

5.    The discussions and negotiations culminated with a mutual exchange of documents in April of 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 6, 2008, at Washington, D.C.

_____
Martin D. Teckler