MATTHEW G. BALL (CA BAR 208881)
DEIRDRE M. DIGRANDE (CA BAR 199766)
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Tel: (415) 882-8200
Fax: (415) 882-8220
matthew.ball@klgates.com
deirdre.digrande@klgates.com

MARTIN D. TECKLER (*pro hac vice*)
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
1601 K Street, NW
Washington, DC 20006-1600
Tel: (202) 778-9000
Fax: (202) 778-9100
martin.teckler@klgates.com

Attorneys for Defendant
REDLEAF GROUP, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures III,<br><br>Plaintiffs,<br><br>v.<br><br>REDLEAF GROUP, INC.,<br><br>   Defendant and Third-Party Plaintiff,<br><br>v.<br><br>ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10,<br><br>   Third-Party Defendants. | Case No. C-07-05350 JW (PVT)<br><br>**OBJECTIONS TO EVIDENCE SUBMITTED BY THIRD-PARTY DEFENDANTS IN SUPPORT OF THIRD-PARTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed:  October 19, 2007<br>Trial Date:          Not Set<br>Hearing Date:    June 23, 2008<br>Judge:                Hon. James Ware |

Defendant Redleaf Group, Inc. ("Redleaf") hereby objects to the following evidence presented by Third Party Defendants David Crockett, Alexander Cilento, and Aspen Ventures Management III LLC in support of Third-Party Defendants' Motion For Summary Judgment.

**Specific Objections to Declaration of David Crockett**

| **Objectionable Evidence:** | **Grounds for Objection:** |
|---|---|
| 1. Paragraph 7, lines 5-8: "As of mid-2001, Redleaf had raised approximately $220 million of private capital. Redleaf's fund was backed by first-tier investors including Novell, [etc.] . . . " | Inadmissible hearsay [F.R.E. 802]; Lacks foundation [F.R.E. 104]; Lacks personal knowledge [F.R.E. 602]; Relevance [F.R.E. 401-402]. |
| 2. Paragraph 8: lines 10-12: "I am informed and believe that the proposed partnership between Aspen and Redleaf was negotiated by Whalen on behalf of Aspen, and by Kohler and others on behalf of Redleaf." | Inadmissible hearsay [F.R.E. 802]; Lacks foundation [F.R.E. 104]; Lacks personal knowledge [F.R.E. 602]; Speculative. |
| 3. Paragraph 9: "I am informed and believe that Kohler – who had known Whalen socially, etc." | Inadmissible hearsay [F.R.E. 802]; Lacks foundation [F.R.E. 104]; Lacks personal knowledge [F.R.E. 602]; Speculative. |
| 4. Paragraph 13: "I am informed and believe that Redleaf's due diligence was conducted, at least in part, by counsel at Kirkpatrick & Lockhart LLP, a predecessor to the law firm that is currently representing Redleaf in this case." | Lacks foundation [F.R.E. 104]; Relevance [F.R.E. 402]; Hearsay [F.R.E. 802]. |
| 5. Paragraph 15: "This e-mail includes statements by Kohler indicating that Redleaf was aware that I, along with Cilento and Whalen, viewed Aspen IIIb as a failed initiative that should be professionally wound down and wrapped up, and that Kohler believed that I, Cilento and Whalen were not | Lacks foundation [F.R.E. 104]; Lacks personal knowledge [F.R.E. 602]; Inadmissible hearsay [F.R.E. 802] |

looking to raise additional investments for Aspen IIIb."

**Specific Objections to Declaration of Alexander P. Cilento**

| **Objectionable Evidence:** | **Grounds for Objection:** |
|---|---|
| 1. Paragraph 3, lines 16-17: "I am informed and believe that all of those negotiations were handled by Whalen on Aspen's behalf." | Inadmissible hearsay [F.R.E. 802]; Lacks foundation [F.R.E. 104]; Lacks personal knowledge [F.R.E. 602]. |

## II.  CONCLUSION.

At the hearing on Plaintiff's Motion, Redleaf will respectfully request the Court to sustain the above objections on the grounds stated.

Respectfully submitted,

Dated: June 6, 2008

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By: /s/ Matthew G. Ball
Matthew G. Ball, Esq. (CA Bar 208881)
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
55 Second Street, Suite 1700
San Francisco, CA  94105
Telephone:  (415) 882-8200
Facsimile:  (415) 882-8220
(matthew.ball@klgates.com)

Martin D. Teckler (*pro hac vice*)
martin.teckler@klgates.com
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
1601 K Street
NW Washington, DC, 20006-1600
Telephone: (202) 778-9000
Facsimile: (202) 778- 9100

Attorneys for Defendant/Third-Party Plaintiff
Redleaf Group, Inc.