Gregory C. Nuti (Bar No. 151754)
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785
E-mail: gnuti@schnader.com

Beverley Hazlewood Lewis
Trial Attorney, Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W., Suite 7200
Washington, D.C. 20416
Telephone (202) 619-1605
Facsimile (202) 481- 0468

Attorneys for Plaintiff,
United States Small Business Administration in its
capacity as Receiver for Aspen Ventures III, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION IN ITS CAPACITY AS RECEIVER FOR ASPEN VENTURES III, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> REDLEAF GROUP, INC., <br><br> Defendants. <br><br> REDLEAF GROUP, INC., <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10, <br><br> Third-Party Defendants. | Case No.: C07-05350 JW/PVT <br><br> **REPLY TO DEFENDANT REDLEAF GROUP, INC.'S OBJECTIONS TO DECLARATION OF RICHARD MOSER** <br><br> Date: June 23, 2008 <br> Time: 9:00 a.m. <br> Location: 280 South First Street, Courtroom 8, 4th Floor San Jose, CA 95113 <br> Judge: Hon. James Ware |

RELY TO OBJECTION TO MOSER DECL. CASE NO. C07-05350

1

PHDATA 3097928_1

Redleaf has raised numerous objections to the Declaration of Richard Moser in Support of the Motion for Summary Judgment, or in the alternative, Summary Adjudication on the Receiver's Claim for Breach of Contract ("Moser Decl."). However, it does not appear that Redleaf objects to admitting into evidence the Exhibits offered in the Moser Decl. Regardless, Redleaf's opposition brief and supporting declarations authenticate all the documents attached to the Moser Decl. that have not been previously admitted into the record. Redleaf has authenticated, through its discussion and reliance on the matters set forth therein, these following Exhibits to the Moser Decl.:

- Moser Exhibit A: Previously in the record;
- Moser Exhibit B: Previously in the record;
- Moser Exhibit C: Discussed and addressed by Declaration of Michael J. Tomana, 13 ("Tomana Decl.");
- Moser Exhibit D: Discussed and addressed by Opposition, p. 11:11-14;
- Moser Exhibit E: Discussed and addressed by Tomana Decl., ¶ 14;
- Moser Exhibit F: Discussed and addressed by Tomana Decl., ¶ 15;
- Moser Exhibit G: Previously in the record;
- Moser Exhibit H: Previously in the record;
- Moser Exhibit I: Previously in the record;
- Moser Exhibit J: Discussed and addressed by Tomana Decl., ¶ 16;and
- Moser Exhibit K: Discussed and addressed by Declaration of James R. Cummins, ¶ 2.

In addition, Federal Rule of Evidence 102 provides that the "rules shall be construed to secure fairness in administration, elimination of unjustifiable expense and delay, the promotion of growth and development of the law of evidence to the end that the truth may be ascertained and proceedings justly determined." Fed. R. Evidence 102.

In this case, there is no question as to the authenticity of the documents submitted with the Moser Decl. Redleaf has in fact authenticated all the documents that had not been previously admitted to the record. Further, Redleaf has been in possession of each of these documents for over a year and was given notice of the Receiver's intention of using most of them prior to filing its Motion for Summary Judgment. Redleaf cannot claim prejudice. The

1  Exhibits to the Moser Decl. should be admitted into evidence.  To rule otherwise would
2  needlessly delay this matter and unnecessarily increase the cost for all involved.
3        Redleaf's objections to the Moser Decl. should be overruled.
4  Dated: June 9, 2008                  SCHNADER HARRISON SEGAL & LEWIS LLP

By: /s/ Gregory C. Nuti
     Gregory C. Nuti
     Attorneys for Plaintiff, the United States
     Small Business Administration in its
     capacity as Receiver for Aspen Ventures III,
     L.P.

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: 415-364-6700