Gregory C. Nuti (Bar No. 151754)
Schnader Harrison Segal & Lewis LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Beverley Hazelwood Lewis
Trial Attorney, Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W., Seventh Floor
Washington, D.C. 20416
Telephone (202) 205-6857
Facsimile (202) 481-0325

Attorneys for Plaintiff,
United States Small Business Administration
in its capacity as Receiver for Aspen Ventures III, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION IN ITS CAPACITY AS RECEIVER FOR ASPEN VENTURES III, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>REDLEAF GROUP, INC.,<br><br>Defendants.<br><br><br>REDLEAF GROUP, INC.,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10,<br><br>Third-Party Defendants. | Case No. C07-05350 JW/PVT<br><br>**CERTIFICATE OF SERVICE RE REPLY TO DEFENDANT REDLEAF GROUP, INC'S OBJECTION TO DECLARATION OF RICHARD MOSER**<br><br>Date: June 23, 2008<br>Time: 9:00 a.m.<br>Location: 280 South First Street, Courtroom 8, 4th Floor San Jose, CA<br>Judge: Honorable James Ware |

1

# CERTIFICATE OF SERVICE BY MAIL

I declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of Schnader Harrison Segal & Lewis LLP, and my business address is One Montgomery Street, Suite 2200 San Francisco, California 94104.

I served the following document:

**REPLY TO DEFENDANT REDLEAF GROUP, INC'S OBJECTION TO DECLARATION OF RICHARD MOSER**

I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Postal Service, June 9, 2008, following the ordinary business practice; addressed as follows:

Martin D. Teckler, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, NW
Washington, D.C. 20006

Matthew Ball
Kirkpatrick & Lockhart Preston Gates Ellis LLP
55 Second Street, Suite 1700
San Francisco, CA 94105

Beverley Hazlewood Lewis
U.S. Small Business Administration
409 3rd Street, S.W., Suite 7200
Washington, D.C. 20416

Jessica Grant
Taylor & Company, Law Offices, LLC
One Ferry Building, Suite 355
San Francisco, CA 94111

William Orrick
Coblentz, Patch, Duffy & Bass, LLP
One Ferry Building, Suite 200
San Francisco, CA 94111

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on June 9, 2008, San Francisco, California.

/s/ Yolanda Johnson
Yolanda Johnson

2

PHDATA 3099065_1    COS RE REPLY TO OBJECTION TO MOSER DEC.