1  Gregory C. Nuti (Bar No. 151754)
   SCHNADER HARRISON SEGAL & LEWIS LLP
2  One Montgomery Street, Suite 2200
   San Francisco, CA 94104-5501
3  Telephone: 415-364-6700
   Facsimile: 415-364-6785
4  E-mail: gnuti@schnader.com

5  Beverley Hazlewood Lewis
   Trial Attorney, Office of General Counsel
6  U.S. Small Business Administration
   409 3rd Street, S.W., Suite 7200
7  Washington, D.C. 20416
   Telephone (202) 619-1605
8  Facsimile (202) 481- 0468

9  Attorneys for Plaintiff,
   United States Small Business Administration in its
10 capacity as Receiver for Aspen Ventures III, L.P.

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                           SAN JOSE DIVISION

14 | UNITED STATES SMALL BUSINESS | Case No.: C07-05350 JW/PVT
   | ADMINISTRATION IN ITS CAPACITY AS |
15 | RECEIVER FOR ASPEN VENTURES III, L.P., | **DECLARATION OF MARJA MADDRIE IN SUPPORT OF RECEIVER'S OBJECTION TO DECLARATION OF RONALD C. CIBOLSKI**
16 |                  Plaintiff,             |
17 |         vs.                              |
18 | REDLEAF GROUP, INC.,                    | Date:     June 23, 2008
                                             | Time:     9:00 a.m.
19 |                  Defendants.            | Location: 280 South First Street,
                                             |           Courtroom 8, 4th Floor
20 | REDLEAF GROUP, INC.,                    |           San Jose, CA 95113
                                             | Judge:    Hon. James Ware
21 |         Third-Party Plaintiff,          |
22 |                                          |
23 |         vs.                              |
24 | ASPEN VENTURES MANAGEMENT III,          |
   | LLC, a Delaware Limited Liability Company,|
25 | ALEXANDER P. CILENTO, a California      |
   | resident, and DAVID CROCKETT, a California|
26 | resident, and DOES 1-10,                |
27 |         Third-Party Defendants.         |
28

PHDATA 3098361_1                                                         DECLARATION OF MARJA MADDRIE

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700
FAX: (415) 364-6785

I, Marja Maddrie, declare as follows:

1. I am employed by the Small Business Administration ("SBA") in the Investment Division as the Director of SBIC Operations. I am responsible for the financial and regulatory oversight of the Small Business Investment Companies ("SBICs") licensed by the Agency. At the moment, three area chiefs report to me, and they in turn have three or four analysts reporting to them. Each analyst has roughly 25 to 30 SBICs in his/her portfolio. My business address is 409 3rd Street, S.W., 6th Floor, Washington, D.C. 20416. I make this declaration based upon my own personal knowledge and my review of the SBA's business books and records and, if called as a witness, I could and would testify competently to the matters stated herein.

2. My duties at the SBA include the financial and regulatory oversight of Small Business Investment Companies ("SBICs") licensed by the SBA under the Small Business Investment Act of 1958 (the "Act") as implemented by 13 CFR Part 107 (the "Regulations"). In this capacity, I was responsible through staff for certain aspects of the financial and regulatory oversight of Aspen Ventures III, L.P. ("Aspen Ventures").

3. As part of my duties and in the normal course of the SBA's activities as a regulatory agency, the books and records of the SBA, some of which are attached hereto, were and are made at or near the time of the events recorded therein from information transmitted by persons with knowledge in the course of its regularly conducted business activities, and it was and continues to be the SBA's regular practice to make, keep and maintain its books and records.

4. I personally worked with Ronald C. Cibolski during the time he was a Director in the SBA Office of SBIC Operations. Specifically, I worked with Mr. Cibolski while he was responsible for the regulatory oversight, financial oversight and leveraging of licensed SBICs, including specifically the financial and regulatory oversight of Aspen Ventures. As the Director of Operations, Mr. Cibolski directly participated in, and was responsible for, various aspects of Aspen Venture's compliance with the Act and Regulations and its operations thereunder.

PHDATA 3098361_1 DECLARATION OF MARJA MADDRIE

5. Attached hereto as **Exhibits A and B,** respectively, are true and correct copies of the Examination Report for the 12 months ending December 31, 2000 and 2001 for Aspen Ventures that was given to Mr. Cibolski for review.

6. Attached hereto as **Exhibit C** is a true and correct copy of the Review and Analysis of Annual Report, SBA Form 468 dated December 31, 2001 for Aspen Ventures that is signed by Mr. Cibolski.

7. Attached hereto as **Exhibit D** is a true and correct copy of the August 1, 2002 Commitment Approval Letter and associated Leverage Action for Aspen Ventures that is signed by Mr. Cibolski

8. Attached hereto as **Exhibits E, F, G and H** respectively, are true and correct copies of the Interim Funding and Approval Notice and Confirmations ("Leverage Draws") for Aspen Ventures that Mr. Cibolski approved and signed.

9. Attached hereto as **Exhibits I and J**, respectively, are true and correct copies of Aspen Venture's request and proposal to allow Redleaf to satisfy its capital commitment by contributing non-cash assets and the SBA's consideration and approval thereof, including the approval of Mr. Cibolski.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct based upon personal knowledge, information and belief. Executed on this 6th day of June, 2008 in Washington D.C.

                                            /s/ Marja Maddrie
                                            Marja Maddrie

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700
FAX: (415) 364-6785

PHDATA 3098361_1 DECLARATION OF MARJA MADDRIE