EXHIBIT A



**U.S. SMALL BUSINESS ADMINISTRATION**
INVESTMENT DIVISION
OFFICE OF SBIC EXAMINATIONS
SAN FRANCISCO, CALIFORNIA 94105

DATE: July 1, 2002

TO: Ronald C. Cibolski
Director of SBIC Operations

FROM: John Simonds
Examinations Manager

SUBJECT: Aspen Ventures III, L.P.
Los Altos, California
License Number: 09/79-0420

We have completed our examination of Aspen Ventures III, L.P. The purpose of the examination was to determine whether the licensee complied with the laws, rules and regulations, and established policies governing the SBIC program. We found no instances of noncompliance with these requirements.

Prior to the examination, we contacted the financial analyst to find out whether the Office of SBIC Operations had any concerns or outstanding issues to be addressed during the examination. The analyst did not reply to our inquiry.

The licensee was examined for the twelve-month period ending December 31, 2001. During this period, the licensee provided forty-four financings, totaling $7,939,635, to ten small concerns. We reviewed twenty-seven financings to five small businesses, totaling $5,393,452, which represented sixty-eight percent of the total aggregate dollar amount. We selected and reviewed small businesses, which were new to the licensee's portfolio and those that received larger follow-on financings. These larger financings were selected because of a higher potential risk to SBA regarding noncompliance with regulations. We completed the on-site phase of our review on February 21, 2002.

As part of our examination, we reviewed the licensee's internal controls over the disbursement of funds and safeguarding of securities. We also reviewed the licensee's valuation procedures, as well as supporting documentation for the valuation of its portfolio as of December 31, 2001.

Although we reviewed selected general ledger accounts, we did not audit the licensee's financial statements. An unaudited comparative balance sheet and a schedule of officers and ownership are attached.

Please provide me with a copy of your letter forwarding our report to the licensee, as well as any further correspondence pertaining to the report. If you would like to discuss the report, or need additional information, please contact me at 415-744-7502.

Attachments

## Exhibit 1: Unaudited Comparative Balance Sheet
### Aspen Ventures III, L.P.

| Assets | As of 12/31/2001 | As of 12/31/2000 |
|---|---|---|
| **Loans and Investments** | | |
| Loans | $ | $ |
| Debt securities | 5,757,000 | 438,000 |
| Equity interests | 24,142,612 | 21,921,937 |
| Receivable from sale of assets acquired | | |
| Assets acquired | | |
| Operating concerns acquired | | |
| Notes and other securities | | |
| Unrealized appreciation (net of depr.) | (2,816,119) | 5,309,938 |
| Total | $ 27,083,493 | $ 27,669,875 |
| Cash | $ 1,812,106 | $ 1,041 |
| Invested idle funds | | 1,282,863 |
| Receivables and accrued items | | |
| Receivables from parent or other associates | | |
| Deferred compensation plan | | |
| SBA user fees | | |
| Other assets | 603,833 | 594,750 |
| Total Assets | $ 29,499,432 | $ 29,548,529 |

| Liabilities and Capital | | |
|---|---|---|
| **Liabilities** | | |
| Debentures payable to or guaranteed by SBA | $ | $ |
| Notes and debentures payable to others | | |
| Accounts payable and accrued items | | |
| Distributions payable | | |
| Deferred credits | | |
| Due to parent or other associations | | |
| Deferred credits | | |
| Other liabilities | | |
| Total Liabilities | $ 0 | $ 0 |
| **Capital** | | |
| Capital stock and paid-in surplus | $ | $ |
| Partners' contributed capital | 13,200,000 | 9,900,000 |
| SBA preferred limited partner capital | 23,100,000 | 16,500,000 |
| Unrealized gain (loss) on securities held | (2,816,119) | 5,309,938 |
| Undistributed realized earnings | (3,984,449) | (2,161,409) |
| Non-cash gains/Income | | |
| Total Capital | $ 29,499,432 | $ 29,548,529 |
| Total Liabilities and Capital | $ 29,499,432 | $ 29,548,529 |

Note: Prepared from trial balance provided by licensee.

2

# Exhibit 2: Schedule of Officers, Directors and Shareholders

## Aspen Ventures III, L.P.

### December 31, 2001

|  | Capital Contribution | Percent of Ownership |
|---|---|---|
| **General Partner** |  |  |
| Aspen Venture Management III, L.L.C | $ - | 1.0% |
| **Limited Partners** |  |  |
| Dr. Eugene C.Y. Duh | - | 46.0% |
| 48 others, each owning less than 10 percent | - | 63.0% |
| Totals | $ - | 110.0% |

|  | Capital Contribution | Percent of Ownership |
|---|---|---|
| **General Partner - Aspen Venture Management III L.L.C.** | $ |  |
| **Managing members** |  |  |
| Alexander P. Cilento | - | 31.56233% |
| E. David Crockett | - | 31.56233% |
| Thaddeus J. Whalen | - | 31.56233% |
| **Assignees** |  |  |
| Stephen J. Fowler | - | 4.06300% |
| Debra Schilling | - | 1.00000% |
| Sharon Bay | - | 0.25001% |
| Totals | $ - | 100.00000% |

3