EXHIBIT C



U.S. Small Business Administration

Office of SBIC Operations

## REVIEW AND ANALYSIS OF ANNUAL REPORT, SBA FORM 468

| | | | |
|---|---|---|---|
| **NAME OF LICENSEE:** | Aspen Ventures III, L.P. | **DATE OF REPORT:** | 31-Dec-01 |
| **LICENSE NUMBER:** | 09/79-0420 | **LAST EXAM:** | 31-Dec-01 |
| **LEVERAGEABLE CAPITAL:** | $13,200,000 | **TOT. ASSETS (cost):** | $32,315,551 |
| **SBA PART. SEC. Commitment Bal.:** | $9,600,000 | **TOT. ASSETS (Value):** | $29,499,432 |
| **SBA PART. SEC. LEVERAGE:** | $23,100,000 | **SBA DEBENTURES:** | $0 |
| **REGULATORY RATING:** 0 | **WATCH LIST:** NO | **FINANCIAL RATING:** 0 | |

| | YES | NO |
|---|---|---|
| **A. INITIAL REVIEW:** | | |
| 1. Accountant's Report is acceptable | X | |
| 2. Annual Report, SBA Form 468, is acceptable | X | |
| 3. Notes to Financial Statements are acceptable | X | |
| 4. Licensee is capitally impaired | | X |

If the review discloses a matter of concern in any area set forth above, or in any other significant area as determined by the Area Chief, a letter will be directed immediately to the Licensee pointing out the concern and required appropriate action and/or the submission of appropriate documentation and/or information necessary to do a more detailed financial analysis of the company. If only minor deficiencies are discovered as a result of the initial review, comments thereon may be included in later correspondence following a thorough review and analysis of the Annual Report, SBA Form 468.

| | | |
|---|---|---|
| Report Assigned to: Gerogosian | Date Assigned: March 3, 2002 | Date Due: July 4, 2002 |
| Date Complete: September 5, 2002 | Date of Letter: N/A | Response Date: N/A |

| B. **REGULATORY REVIEW:** | YES | NO |
|---|---|---|
| 1. Overline Investments (107.740(a))* | X | |
| *Increase in Capital during 2002 eliminated all overline issues | | |
| 2. Conflict of Interest (107.730) (107.885) | | X |
| 3. Control of Small Business Concerns (107.865) | | X |
| 4. Short Term Financings (107.835) | | X |
| 5. Inactivity (107.590) | | X |
| 6. Equity Capital Investments (107.1500(b)(4)) | | X |
| 7. Economic Data Received | X | |

## COMMENTS
- Partnership is actively investing in new and existing portfolio companies.
- At 12/31/01 management had drawn $13.2 million of $16.5 million total Regulatory Capital.
- Subsequent to 12/31/01 Licensee increased Regulatory Capital to $31,651,515 and received SBA approval of an additional $30.3 million PS commitment.
- Licensee has as of the date of this write-up $34.9 million of their SBA commitment remaining.
- No Distributions have occurred to date.
- Accrued prioritized payments total $1,061,000 at 12/31/00.
- General Partners made an on-site visit to SBA during 1st quarter 2002.

## COMPLIANCE SUMMARY  *AS OF DATE OF LAST EXAM:* December 31, 2001
Licensee's last exam, for the 12-month period ended December 31, 2001, revealed no findings.

## C. FINANCIAL REVIEW

The following information is excerpted from the August 2002 Participating Securities Commitment Request submitted by the Licensee subsequent to their $15 million Regulatory Capital Increase and admission of new general partners.

**TREND ANALYSIS:**
Aspen Ventures III, L.P. ("Licensee") was licensed as a Participating Security Licensee on September 30, 1999 with Regulatory Capital totaling $16.5 million. This is the second SBIC fund managed by the general partnership team of Alexander P. Cliento, E. David Crockett and Thaddeus J. Whalen. The first Aspen SBIC fund, Aspen Ventures West II, L.P., was licensed in 1994 (also a Participating Security Licensee), with $14.7 million in Regulatory Capital. Both funds are best characterized as early and middle stage investors with a specialization in high technology (software, semiconductor and e-commerce) focused small concerns located primarily within its immediate geographic region (Silicon Valley). Aspen III is a pure equity venture capital fund, wherein the Licensee typically provides bridge financing initially to small concerns, in contemplation of longer term financing, typically preferred or common stock equity investments in the respective small concerns.

Aspen III did not jump into the Internet craze as many "technology" investors did. This said, Aspen III's portfolio investments face the same challenges that all early stage companies have before them: raising additional capital in a very tight market while the portfolio companies experience lowered or postponed technology spending at most client companies, lengthening the sales cycles and reducing average order size. As a result, Aspen III's task with every portfolio concern focuses on conservation of cash, expense reduction and raising additional capital.

Aspen significantly increased its Regulatory and Private Capital when SBA approved the admission of a new limited partner (Redleaf Group) which contributed an additional $15 million of Regulatory Capital in April 2002. In addition, two new general partners (Mr. John Kohler and Mr. John Mahaffey) were added to the management team. They were and are both managing directors of the Redleaf Group. This additional capital and increased leverage eligibility has drastically altered the investment horizon for Aspen III and both its existing and prospective portfolio investments (see Capital Adequacy and Other Comments).

As a result of these positive events, Aspen now has Regulatory Capital of $31,651,515 of which $17,165,303 has been drawn down as of June 11, 2002. With a total of $33.0 million invested in 12 portfolio concerns to date, the capital increase and admission of new general partners has placed Aspen III in a position where it is actively seeking new investment opportunities, while providing adequate strategic and financial support to the existing portfolio. This is important as the three original members of the general partner must also devote a significant amount of time to the Aspen II portfolio (the first SBIC fund) as there is only one co-investment between the two funds.

With a current total of $33.0 million of SBA leverage ($26.4 million outstanding and a commitment of $6.6 million, this request ($30.3 million) would bring the Licensee to nearly the full 2:1 leverage ratio.

**CAPITAL ADEQUACY AND SOLVENCY:**

As detailed previously, Aspen III has total Regulatory Capital of $31,651,515 of which $17,165,303 has been drawn down to date. Based upon recent increases in capital, Aspen III appears to have an adequate capital base to successfully carry out its business plan. However, as the investment cycle continues to extend indefinitely, Aspen III's management is planning to invest funds on an as needed basis in existing portfolio companies while seeking new investment opportunities.

The admission of Redleaf is the first of two additional closings for additional capital for the Licensee. All existing limited partners will be allowed to participate in this second closing which along with the Redleaf commitment will be categorized for Aspen's internal accounting as Aspen IIIb. This new money has a priority return over the original investors and allowing the original investors in the fund to participate on an equitable basis with the new investors was required in order to gain investor approval for the capital increase. There has been no determination yet regarding the amount of additional capital from the existing limited partners, however Aspen's management has represented to SBA that a range of $5-$10 million of additional commitments could be received. The amendments to the partnership will allow until December 31, 2002 for such contributions to be made. Regardless of the internal accounting records management, all distributions will of course be governed SBA regulations.

## ASSET QUALITY:

The financial data provided by the Licensee provides a status of the investment portfolio through March 31, 2002. As of this date there were eleven active portfolio concerns invested in by Aspen, ten of which are located within the state of California. While this exposes the Licensee to a degree of concentration risk, both geographical and industry (software and e-commerce related concerns), it does denote a proven investment philosophy of investing "close to home". All investments are currently in privately held concerns, with a cost of $32,966,613 and a reported value of $29,633,308 for a "net" depreciation for the entire portfolio of ($3,333,304).

Entering its fourth year of operations (factoring in pre-licensing investments made during 1999), Aspen III's portfolio has not shown the same decline reported by many SBICs during this calendar year. There have been reductions in previous write-ups in portfolio valuations due to the lower pricing of new rounds of financing. The most significant case was MicroVault, which resulted in a valuation adjustment of $3.1 million (resulting in an unrealized loss reported at 3/31/02 of $1.2 million versus a previously reported $1.9 unrealized gain). The good news regarding this situation and other portfolio investments of Aspen III is that many of the companies have managed to obtain additional subsequent rounds of financing. This is attributable to both the underlying business models of the companies, their management and the efforts of the existing venture investors. During the first quarter of 2002, Aspen invested a total of $3.1 million in eight of the eleven portfolio concerns of which two financings represented new rounds of financing (Collabrys, Inc. and Volcano Technologies) while the remaining investments represent bridge financings while the companies (with Aspen's assistance) seek to raise permanent capital for expansion and growth in a continuing tight financial marketplace.

Attached is the March 31, 2002 portfolio review report submitted to all limited partners. The valuations reported at March 31, 2002 indicate only one revision from reported values at year end (Collabrys, reporting a downward valuation change of ($518,019).

The general partners continue to report strong upside in two companies (PointBase, Inc. and SatMetrix Systems) which comprise all of the unrealized appreciation in the portfolio at this time. PointBase is a supplier of 100% pure Java, SQL-compliant small footprint databases for application and edge servers. An investor since the initial Series A round, Aspen foresees no additional financing needs for Pointbase as they were adequately funded at the time of the last financing to achieve cash flow breakeven. Revenues are rapidly ramping at this time and are on plan. SatMetrix Systems is an application service provider providing customized customer analysis via web site surveys and with its last financing round which closed in December 2001 is moving towards cash flow break-even and appears to be the most likely candidate in the portfolio to exit via IPO.

The increase in capital has altered the life cycle of the fund. With 12 investments completed to date, the Licensee was nearly fully invested. However, there is now $14.5 million of unfunded commitments from the limited partners. This coupled with potentially $30 million of additional SBA leverage places this fund back into the "investing" stage of the life of a venture fund. Based on past performance of the fund, there will be potentially ten new investments made by the fund while maintaining adequate reserves for add-on needs of portfolio companies.

Despite the large increase in the capital base of the fund, management has represented that there will not be a corresponding increase in the size of investments planned. Their comfort zone is still in the $2.5 to $3.5 million investment size range. Due to the capital increase, the two overline investments in the portfolio have been resolved. Management has represented that no overline investment activities should be encountered again during the life of this fund.

## EARNINGS CAPACITY AND RETENTION:

There have been no liquidity events to date; only operating losses at this time. In the current economic climate, it is not anticipated that any liquidity events will occur for the foreseeable future.

## LIQUIDITY AND CASH

Aspen III, as of March 31, 2002 had cash and idle funds totaling $1,577,081, reflecting a capital call during the first quarter to which there was a corresponding SBA leverage draw request. SBA should always anticipate a corresponding

leverage draw request, as the Licensee's general partner will attempt to maintain a constant leverage ratio of 2:1 until liquidity events occur. As stated previously, the Licensee has $14.5 of unfunded investor commitments and $4.6 million of remaining of SBA leverage.

## MANAGEMENT:

Aspen III is managed by Aspen Venture West Management, a California partnership. The three original general partners are Alexander P. Cliento and E. David Crockett; and Administrative General Partner Thaddeus J. Whalen. The G.P.s have more than 20 years of experience with early stage information science companies. Mr. Cilento's primary experience is in consumer electronics while Mr. Crockett's experience is in commercial computer applications. Both have consulting experience in marketing and business development. Mr. Whalen has significant experience in administrative oversight of venture capital firms and the financial management of venture backed companies.

The two new general partners are Mr. John Kohler and Mr. John Mahaffey whose backgrounds are as follows:

John Kohler brings over 26 years of technology industry and business experience to Aspen from Redleaf. He has been heavily involved in technology product formation and has been concentrating on Internet startups since 1994. John's background includes twelve years of executive level positions in sales operations, product division general management and worldwide customer support organizations at Hewlett Packard, Convergent Technologies/Unisys and Silicon Graphics. He was one of the founding executives at Netscape Communications. John is currently chairman of the board at RedCreek Communications and on the board of Internet startups Lumicyte, Semio Corporation, Startups.com and Wireless OnLine. John received his bachelor's degree from UCLA and has served on advisory committees to the U.S. Department of Commerce and the Council on Foreign Relations.

Lloyd Mahaffey is a seasoned high tech executive who brings 23 years of proven sales, marketing and operating experience spanning both the public and private business sectors. Prior to Redleaf, he served as senior vice president and chief operating officer at VeriFone where he was responsible for developing global Internet payment and smart card solutions for Microsoft, Netscape and Oracle. He also led VeriFone's strategic investments in both WebTV and Verisign. In 1997, Lloyd was responsible for the company's acquisition by Hewlett Packard for $1.3 billion. Before VeriFone, he served as chairman of Dynamis Group, a Washington-based international consulting firm whose clients included IBM, Kodak, Motorola and Highway 1. Earlier, he spent many years at Apple Computer holding a variety of senior executive positions including regional manager, Southeastern United States; general manager, Apple Education; and general manager, Apple Federal Systems Group. Lloyd is a director on the board of Moai Technologies. He is a 1978 honor graduate from The Citadel, The Military College of South Carolina

Participating Securities Commitment Review
As of 8/5/02

SBIC:   Aspen Ventures III, L.P.          License No:   09/79-0420

| | |
|---|---|
| Total Commitments Outstanding | $ 34,900,000 |
| Total Leverage Outstanding | $ 28,400,000 |
| Total Leverage and Commitments | $ 63,300,000 |

Total Leverage and Commitments of Related Companies   $ 19,460,064

Tot. Leverage and Commitments Under Common Control   $ 82,760,064

Based upon the review of the most recent Form 468 filed and other pertinent information, a recommendation is made to:

Approve continuation of commitment position and authority to draw without further adjustment; routinely consider additional request for commitments if submitted

_____          _____
Area Chief                                              Analyst

_____  9-9-02
Director of OSO

Approve continuation of existing commitment position and authority to draw; certain conditions exist which require consideration before issuing additional commitments

_____          _____
Area Chief                                              Analyst

_____
Director of OSO

Notify Licensee that (1) one or more previously issued commitments for SBA leverage are suspended for routine draws or (2) previously issued commitments have been rescinded (specify reasons). The Credit Committee will review this action prior to submission to the Associate Administrator.

_____          _____
Area Chief                                              Analyst

_____
Director of OSO

_____
Associate Administrator
   For Investment

## OTHER COMPUTATIONS, SPECIAL ANALYSIS, ETC. MAY BE ATTACHED AS EXHIBIT HERETO.

### BREAKEVEN ANALYSIS

| CALCULATION OF "BREAK EVEN" AS OF 12/31/01: | | Projected 2002: |
|---|---|---|
| Undistributed Realized Earnings: | $( 3,984,449) | ($8,500,000) |
| Accrued Prioritized Payments* | $ 2,296,134 | ($7,974,134) |
| Unrealized Depreciation (Gross) | $ 6,617,631 | ($7,500,000) |
| | $ 12,898,214 | $23,974,134 |
| Sum of Above | $ 12,898,214/ | $23,974,134 |
| Total Loans & Investments (Cost) | $ 32,315,551 | $54,815,551 |
| BREAKEVEN PERCENTAGE = | 39.9% | 43.7% |

Assumptions:

1) New financings--$22.5 million total for 02 & 03.
2) $2,250K Annual Operating Losses in 2002/2003.
3) $7.50 million in depreciation @12/31/02 & 12/31/03.
4) $2,296,134 Accrued Prioritized Payment 2001.
5) $2,839K Accrued Prioritized Payment 2002/2003 annually.

## OTHER COMPUTATIONS, SPECIAL ANALYSIS, ETC, MAY BE ATTACHED AS EXHIBITS:

The Licensee <u>did not</u> submit a PSDW for the period ending December 31, 2001.

Exhibits:
Three-year financial statement spread
June 30, 2002 Report to the Limited Partners
CO-47, PS 2000

## STATUS OF SBA GUARANTEED DEBENTURES:

The Licensee has no SBA Guaranteed debentures outstanding.

REVIEW BY FINANCIAL ANALYST COMPLETED:     5-September-2002

LETTER OF COMMENT WRITTEN:     __X__     _____     _____
                                NO         YES          DATE

David B. Gerogosian
Financial Analyst


Reviewed By:     _____ 9/6/02

Walter Peterson
Chief, Area I
Office of SBIC Operations

---

Exhibits:
Recommendation for continuation of SBA commitment

```
                    SMALL BUSINESS INVESTMENT COMPANY          DATE: 09/06/02
                        SBIC LICENSEE - LIST OF LOANS          TIME: 10:51:58

LIC NR.:09790420 LIC NAME:ASPEN VENTURES III, L.P.     LIC STATUS: OPERATING
---LOAN NR----APPRV DT---DISB DT---DUE DT---MATUR DT-STATUS-INT RATE--PRIN BAL
 07075400-02                                                               0
 02029100-00    11/99         PRT SEC COMMITMENT BALANCE                   0
 02029151-00           11/29/99  11/01/02  02/01/10 DISB     8.017  6,600,000
 02029152-09           05/24/00  11/01/02  08/01/10 DISB     7.449  3,300,000
 02029153-07           08/02/00  11/01/02  08/01/10 DISB     7.449  3,300,000
 02029154-05           09/26/00  11/01/02  02/01/11 DISB     6.640  3,300,000
 02032900-06    06/00         PRT SEC COMMITMENT BALANCE             100,000
 02032951-06           02/27/01  11/01/02  08/01/11 DISB     6.344  2,500,000
 02032952-04           06/15/01  11/01/02  08/01/11 DISB     6.344    800,000
 02032953-02           08/29/01  11/01/02  02/01/12 DISB     6.030  1,500,000
 02032954-00           10/23/01  11/01/02  02/01/12 DISB     6.030  1,800,000
 02032955-09           01/30/02  11/01/02  02/01/12 DISB     6.030  3,300,000
 02032956-07           07/03/02  11/01/02  06/01/12 DISB     2.348  2,000,000
 02044500-08    01/02          PRT SEC COMMITMENT BALANCE          4,500,000
 02048300-04    08/02          PRT SEC COMMITMENT BALANCE         30,300,000


                    SMALL BUSINESS INVESTMENT COMPANY          DATE: 09/06/02
                        SBIC LICENSEE - LIST OF LOANS          TIME: 10:52:10

LIC NR.:09790420 LIC NAME:ASPEN VENTURES III, L.P.     LIC STATUS: OPERATING
---LOAN NR----APPRV DT---DISB DT---DUE DT---MATUR DT-STATUS-INT RATE--PRIN BAL
                     TOTAL OUTS. PRINCIPAL BALANCE:        28,400,000
                     TOTAL OUTSTANDING COMMITMENT BALANCE: 34,900,000
```

MESSAGE: _____   NEXT LIC NR: _____   XMIT: _____

09/79-0420        Aspen Ventures III, L.P.        9/6/2002

## BALANCE SHEET

|  | FYE 12/31/2001 (A) | % | FYE 12/31/2000 (A) | % | AS OF 6/30/2002 (Q) | % |
|---|---|---|---|---|---|---|
| **LOANS & INVESTMENTS as corrected by analyst** | | | | | | |
| (At Cost) | | | | | | |
| Loans | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Debt Securities | 5,757,000 | 17.8 | 438,000 | 1.8 | 7,552,000 | 19.6 |
| Equity Interests | 24,142,612 | 74.7 | 21,921,936 | 90.4 | 27,809,613 | 72.1 |
| Receivable-Assets Acquired | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Assets Acquired | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Operating Concerns at Cost | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Notes etc. at Cost | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Total | 29,899,612 | 92.5 | 22,359,936 | 92.2 | 35,361,613 | 91.7 |
| Investment in 301(d) SBIC | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| **CURRENT ASSETS** | | | | | | |
| Cash and Cash Equivalents | 1,812,106 | 5.6 | 1,283,905 | 5.3 | 2,568,506 | 6.7 |
| Invested Idle Funds | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Interest & Dividends Receivable | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Notes & Accounts Receivables | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Receivable Parent/Other Assoc. | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Minus: Allowance for Losses | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Receivables, Net | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Other Current Assets | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| TOTAL CURRENT ASSETS | 1,812,106 | 5.6 | 1,283,905 | 5.3 | 2,568,506 | 6.7 |
| **OTHER ASSETS** | | | | | | |
| Fixed Assets, Net | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Other | 603,833 | 1.9 | 594,750 | 2.5 | 634,458 | 1.6 |
| TOTAL OTHER ASSETS | 603,833 | 1.9 | 594,750 | 2.5 | 634,458 | 1.6 |
| TOTAL ASSETS, COST | 32,315,551 | 100.0 | 24,238,591 | 100.0 | 38,564,577 | 100.0 |
| Minus: Unreal Depreciation | 6,617,631 | | 400,000 | | 8,668,152 | |
| Plus: Unreal Appreciation | 3,801,512 | | 5,709,938 | | 3,786,050 | |
| TOTAL ASSETS, VALUE | <u>29,499,432</u> | | <u>29,548,529</u> | | <u>33,682,475</u> | |

09/79-0420                         Aspen Ventures III, L.P.                         9/6/2002

## BALANCE SHEET

|  | FYE 12/31/2001 (A) | | FYE 12/31/2000 (A) | | AS OF 6/30/2002 (Q) | |
|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | |
| Long Term Debt | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Notes & Debentures (SBA) | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Notes & Debenturess (Other) | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Total Long Term Debt | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| **CURRENT LIABILITIES** | | | | | | |
| Accts Payable & Accrd Expense | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Due Parent/Other Assoc | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Accrued Interest Payable | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Accrued Taxes | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Current Maturity on L/T Debt | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Distributions Payable | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Short-Term Notes Payable | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Other Current Liabilities | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| TOTAL CURRENT LIABILITIES | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| **OTHER LIABILITIES** | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| **TOTAL LIABILITIES** | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| **REDEEMABLE SECURITIES** | | | | | | |
| 4% Redeem Preferred Stock | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Cumulative Unpaid 4% Dividend | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Participating Securities | 23,100,000 | 71.5 | 16,500,000 | 68.1 | 26,400,000 | 68.5 |
| Earned Prioritized Pmts | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| SBA Profit Participation | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| TOTAL REDEEM SECURITIES | 23,100,000 | 71.5 | 16,500,000 | 68.1 | 26,400,000 | 68.5 |
| **CAPITAL** | | | | | | |
| Private Capital | 13,200,000 | 40.8 | 9,900,000 | 40.8 | 17,315,303 | 44.9 |
| Other (specify) | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Non-Cash Gains/Income | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Undist Net Realized Earnings | -3,984,449 | -12.3 | -2,161,409 | -8.9 | -5,150,727 | -13.4 |
| TOTAL CAPITAL | 9,215,551 | 28.5 | 7,738,591 | 31.9 | 12,164,576 | 31.5 |
| TOTAL LIAB & CAPITAL | 32,315,551 | 100.0 | 24,238,591 | 100.0 | 38,564,576 | 100.0 |
| Unrealized Gain (Loss) | -2,816,119 | | 5,309,938 | | -4,882,101 | |
| TOTAL LIAB & CAP/VALUE | <u>29,499,432</u> | | <u>29,548,529</u> | | <u>33,682,475</u> | |

09/79-0420        Aspen Ventures III, L.P.        9/6/2002

## INCOME STATEMENT

|  | FYE 12/31/2001 (A) |  | FYE 12/31/2000 (A) |  | AS OF 6/30/2002 (Q) |  |
|---|---:|---:|---:|---:|---:|---:|
| **INVESTMENT INCOME** |  |  |  |  |  |  |
| Interest Income | 10,850 | 100.0 | 72,679 | 100.0 | 12,524 | 100.0 |
| Dividend Income | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Income(Loss) from Investments | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Income(Loss) from Investments | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Fees for Management Services | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Application & Other Fees | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Int/Invested Idle Funds | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Income from Assets Acq in Liq | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Other Income | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| GROSS INVESTMENT INCOME | 10,850 | 100.0 | 72,679 | 100.0 | 12,524 | 100.0 |
| **EXPENSES** |  |  |  |  |  |  |
| Interest Expense | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Commitment Fees | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Other Financial Costs | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Partners' Comp and Benefits | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Employee Comp and Benefits | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Invest Advisory & Mgt Services | 1,237,500 | 86.3 | 1,237,500 | 89.8 | 902,841 | 76.6 |
| Partners Meetings | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Advertising and Promotion | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Appraisal and Investigation | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Communication | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Travel | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Cost of Space Occupied | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Depreciation/Amortization Expense | 155,917 | 10.9 | 97,250 | 7.1 | 96,875 | 8.2 |
| Insurance | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Payroll Taxes | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Other Taxes (exc. income tax) | 1,296 | 0.1 | 800 | 0.1 | 920 | 0.1 |
| Provision for Losses on Rece'bles | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Legal Fees | 5,020 | 0.4 | 15,993 | 1.2 | 125,225 | 10.6 |
| Audit and Exam Fees | 34,157 | 2.4 | 26,495 | 1.9 | 37,502 | 3.2 |
| Miscellaneous Expenses | 0 | 0.0 | 0 | 0.0 | 15,438 | 1.3 |
| TOTAL EXPENSES | 1,433,890 | 100.0 | 1,378,038 | 100.0 | 1,178,801 | 100.0 |
| NET INVEST INCOME | -1,423,040 | 13115.6 | -1,305,359 | -1796.1 | -1,166,277 | -9312.3 |
| NET REALIZED GAIN (LOSS) | -400,000 | -3686.6 | 0 | 0.0 | 0 | 0.0 |
| NET INCOME (LOSS) | -1,823,040 | 16802.2 | -1,305,359 | -1796.1 | -1,166,277 | -9312.3 |
| Extraordinary Item | 0 |  | 0 |  | 0 |  |
| Cumulative Effect of Change | 0 |  | 0 |  | 0 |  |
| NET INCOME (LOSS) | -1,823,040 |  | -1,305,359 |  | -1,166,277 |  |
| Days for the last fiscal period | 365 |  | 366 |  | 90 |  |

09/79-0420                              Aspen Ventures III, L.P.                                   9/6/2002

## FINANCIAL RATIOS

| | FYE 12/31/2001 (A) | FYE 12/31/2000 (A) | AS OF 6/30/2002 (A) | 3 Period Average |
|---|---|---|---|---|
| **CAPITAL** | | | | |
| Capital Impairment (%) (1) | N/A | N/A | N/A | N/A |
| Maximum Permissable Capital Impairment (%) (2) | 60.0 | 60.0 | 60.0 | |
| Capital Impairment (%) (2) | 41.2 | 13.1 | 31.7 | |
| Capital Adequacy | 0.5 | 0.8 | 0.4 | 0.6 |
| **LIQUIDITY** | | | | |
| Burn Ratio | 117.8 | 17.6 | 86.4 | 73.9 |
| Current Ratio | 0.0 | 0.0 | 0.0 | 0.0 |
| Total Cash Flow From Operations | ($1,267,123) | ($1,208,417) | $0 | ($825,180) |
| **ASSET QUALITY** | | | | |
| Non-Performing Assets/ Total Capital (%) | 0.0 | 0.0 | 0.0 | 0.0 |
| Unrealized Depreciation to Total Portfolio (%) | 22.1 | 1.8 | 24.5 | 16.1 |
| Days Interest and Dividends Earned (Annualized) | 0.0 | 0.0 | 0.0 | 0.0 |
| **PROFITABILITY** | | | | |
| Annualized Return on Invested Assets (%) | -28.5 | -16.9 | -16.0 | -20.5 |
| Return on Equity (%) (Annualized) | -19.8 | -16.9 | -9.6 | -15.4 |
| **DEDUCTIONS TO UNDISTRIBUTED REALIZED EARNINGS** (pg. 7, part II) | | | | |
| Cash Distributions | $0 | $0 | $0 | |
| Distributions Alloctd but not p | $0 | $0 | $0 | |
| In-kind Distributions(@fair val | $0 | $0 | $0 | |
| Capitalization of READ | $0 | $0 | $0 | |
| Other | $0 | $0 | $0 | |

(1) For Leverage Issued Prior to April 25, 1994
(2) For Leverage Issued On or After to April 25, 1994