EXHIBIT D



August 1, 2002

Aspen Ventures III, L.P.
1000 Fremont Avenue, Suite 200
Los Altos, CA 94024

Attention: Alex Cilento, Thaddeus Whalen, Contacts

Enclosed please find a "Just In Time" Draw Application. To be able to draw on your recently awarded commitment of $ 30,300,000 you must first do the following:

1) pay your up-front portion of your leverage fee in the amount of $303,000 to the SBA,
2) file a completed draw application with SBA following the enclosed Instructions, and
3) sign the two Commitment Letters being sent to you, then send one Commitment Letter to the SBA to your Account Executive's attention. You keep the other Commitment Letter.

SBA's wiring instructions for the payment of the 1% fee are provided below. It is due the earlier of the date that you submit for a draw under this commitment or within 30 days of the date on your Commitment Letter. The remaining 2% SBA leverage fee is deducted pro-rata from the proceeds of each of your draws. An underwriters fee of 0.5% is also deducted from the proceeds of each of your draws.

| | | |
|---|---|---|
| Bank | : | Treas NYC |
| ABA# | : | 021 030 004 |
| Account | : | 73000001 |
| Message Portion | : | Acct # 02048300-04, Tran Code 360 |
| Beneficiary | : | Small Business Administration |

Please remember to read the draw Memorandum of Instructions carefully.

Thank you.


Johnny Kitts
Funding Control Officer

```
           SMALL BUSINESS INVESTMENT COMPANY      DATE: 08/01/02
              * SBIC LOAN APPROVAL                TIME: 15:31:38

LOAN NUMBER: 02048300-04   LIC. NR: 09/79-0420-0010  APPV/COMMIT DT: 08/01/02

SUBPROG CODE: 6012    TYPE OF LOAN: S      APPV. AMT: 30,300,000

MATURITY TERM: 120                    COMMITMENT?(Y/N) Y

           -------------- BORROWER INFORMATION --------------

   SBIC NAME: ASPEN VENTURES III, L.P.      SBIC ALPHA CODE: ASPEN

   SBIC STREET: 1000 FREMONT AVE., SUITE 200

   SBIC CITY: LOS ALTOS

   SBIC STATE: CA    SBIC ZIP CODE: 94024

           PARTI. SEC

MESSAGE: SUCCESSFUL APPROVAL PROCESS
(1) NEXT ACTIVITY: _   (2) LIC. NR: _____   (3) LOAN NR: _____   XMIT: _
```

## DOCUMENTATION CHECKSHEET
## SBIC LEVERAGE APPLICATION

License No.: Aspen Ventures III, L.P. Lic. No. 09/79-0420

Name: 1000 Freemont Street, Suite V Los Altos, California 94024

Amount Applied For: $30,300,000

Area Chief: Walter Peterson

| | Received | Complete | Not Needed |
|---|---|---|---|

### LEGAL/REGULATORY

| | Received | Complete | Not Needed |
|---|---|---|---|
| SBIC Leverage Action | /__/ | /X/ | /__/ |
| Licensee Request for Leverage Letter | /__/ | /X/ | /__/ |
| General Partner Certification | /__/ | /X/ | /__/ |
| Transferor's Liability (CO Fm 158) | /__/ | /X/ | /__/ |
| Compensation Agreement (SBA 159) | /__/ | /X/ | /__/ |
| Assurance of Compliance (SBA 652) Discrimination | /__/ | /X/ | /__/ |
| Assurance of Compliance (SBA 1065) Public Interest | /__/ | /X/ | /__/ |
| Smaller Business Financing Certification | /__/ | /X/ | /__/ |

### ELIGIBILITY AND NEED FOR FUNDS

| | Received | Complete | Not Needed |
|---|---|---|---|
| Investment Plan | /__/ | /X/ | /__/ |

### FINANCIAL AND FISCAL

| | Received | Complete | Not Needed |
|---|---|---|---|
| Financial Statement (SBA 468-Part III) | /__/ | /X/ | /__/ |
| Listing of Outstanding Participating Securities | /__/ | /X/ | /__/ |
| Bank Identification (SBA 34)-2 each (1) | /__/ | /__/ | /X/ |

## U.S. SMALL BUSINESS ADMINISTRATION
## INVESTMENT DIVISION - OFFICE OF INVESTMENT
## SBIC PROGRAM LEVERAGE ACTION
## PARTICIPATING PREFERRED SECURITIES (PPS) COMMITMENT REQUEST

### APPLICATION DATA:

LICENSE NO. 09/79-0420        MONTH/YEAR July 2002
NAME OF SBIC: Aspen Ventures III, L.P.

ADDRESS:   1000 Fremont Avenue Suite V Los Altos, California 94024

FUNDING REQUESTED: $30,300,000    DATE LICENSED: 9/30/99

### ELIGIBILITY COMPUTATION:        AS OF: 6/11/2002 Capital Certificate

Total Regulatory Capital            $31,651,515

Total PPS Leverage Eligibility (2:1)    $63,303,030

Less Outstanding Leverage:
Participating Securities      $26,400,000
Approved Draws                $ 2,000,000
Unused Prior Commitments      $ 4,600,000    $33,000,000

Remaining PPS Commitment Eligibility:    $ 30,303,030

### Common Control Calculation:

Total Outstanding Leverage/Commitments:

Aspen Ventures West II, L.P.        $19,460,064    Participating Outstanding
                                    $         0    Commitment Outstanding
    Total Combined Leverage         $19,460,064

Maximum SBA Leverage as of 10/01    $111,700,000
LESS: Total Combined Leverage       $ 19,460,064
Combined Commitment Eligibility:    $ 92,239,936*

- This assumes adherence to the leverage ceiling of $111.7 million for SBICs under common control. As a stand alone entity, Aspen Ventures III has maximum eligibility of $63,303,030.

COMPLIANCE SUMMARY: AS OF DATE OF LAST EXAM: 12/31/01
The Licensee and its sister fund Aspen Ventures West II have completed their examinations for the 12-month period ending 12/31/01. Aspen II exam resulted in a no findings exam. Aspen III's report has been issued, and it also reflects no findings.

## SBIC FINANCING ACTIVITY SUMMARY

|  | This Period 3-Months As of 3/31/02 | Last FYE 12-Months As of 12/31/01 | Previous FYE 12-Months As of 12/31/00 |
|---|---|---|---|
| Increase in Portfolio Securities | $3,067,000 | $7,939,676 | $15,840,002 |

Aspen's investment plan, when viewed in light of its current Financial Report, SBA Form 468, indicates need for additional SBA leverage to fund planned deal flow and operating expenses.

## FINANCIAL CONDITION AT March 31, 2002
### ASSETS

| | | |
|---|---|---|
| Loans & Invest (cost) | $32,966,613 | |
| Unrealized Depreciation | (7,118,520) | |
| Unrealized Appreciation | 3,785,215 | |
| Loans & Invest (value) | $29,633,308 | |
| Cash & Idle Funds | 1,577,081 | |
| Other Assets | 683,958 | |
| TOTAL ASSETS | | $31,894,347 |

### LIABILITIES

| | |
|---|---|
| SBA Guaranteed Debt | $ -0- |
| Debt Payable to Others | -0- |
| Total Current Liabilities | -0- |
| Other Liabilities | -0- |

Redeemable Securities:

| | |
|---|---|
| Participating Sec | $ 26,400,000 |
| Prioritized Pay Allocated | -0- |
| SBA Profit Part Allocated | -0- |
| Total Liabilities | $ 26,400,000 |

### CAPITAL

| | |
|---|---|
| Private Capital | $ 13,200,000 |
| Unrealized Gain (Loss) | $ (3,333,304) |
| Non-Cash Gain/Income | $ |

| | |
|---|---|
| Undis Real Earn (Loss) | $ (4,372,379) |
| Total Capital | $ 5,494,347 |
| TOTAL LIABILITIES AND CAPITAL | $ 31,894,347 |
| Cash & Idle Funds as a % of Total Assets @cost | 4.5% |
| Capital Impairment | 46.7% |
| *Capital Impairment Adjusted for $15 million capital increase:* | *24.3%* |

**OPERATIONS REALIZED**

| | |
|---|---|
| Net Investment Income (Loss) | $ (387,900) |
| Realized Gain (Loss) on Sale of Securities | $ -0- |

## DELINQUENCIES ON SBA GUARANTEED INSTRUMENTS:

The Licensee has no outstanding SBA debentures.

## ADDITIONAL COMMENTS: MATERIAL MATTERS PERTINENT TO GUARANTY APPROVAL OR DISAPPROVAL--JUSTIFICATION FOR ANY DENIAL

### TREND ANALYSIS:

Aspen Ventures III, L.P. ("Licensee") was licensed as a Participating Security Licensee on September 30, 1999 with Regulatory Capital totaling $16.5 million. This is the second SBIC fund managed by the general partnership team of Alexander P. Cliento, E. David Crockett and Thaddeus J. Whalen. The first Aspen SBIC fund, Aspen Ventures West II, L.P., was licensed in 1994 (also a Participating Security Licensee), with $14.7 million in Regulatory Capital. Both funds are best characterized as early and middle stage investors with a specialization in high technology (software, semiconductor and e-commerce) focused small concerns located primarily within its immediate geographic region (Silicon Valley). Aspen III is a pure equity venture capital fund, wherein the Licensee typically provides bridge financing initially to small concerns, in contemplation of longer term financing, typically preferred or common stock equity investments in the respective small concerns.

Aspen III did not jump into the Internet craze as many "technology" investors did. This said, Aspen III's portfolio investments face the same challenges that all early stage companies have before them: raising additional capital in a very tight market while the portfolio companies experience lowered or postponed technology spending at most client companies, lengthening the sales cycles and reducing average order size. As a result, Aspen III's task with every portfolio concern focuses on conservation of cash, expense reduction and raising additional capital.

Aspen significantly increased its Regulatory and Private Capital when SBA approved the admission of a new limited partner (Redleaf Group) which contributed an additional $15 million of Regulatory Capital in April 2002. In addition, two new general partners (Mr. John Kohler and

Mr. John Mahaffey) were added to the management team. They were and are both managing directors of the Redleaf Group. This additional capital and increased leverage eligibility has drastically altered the investment horizon for Aspen III and both its existing and prospective portfolio investments (see--Capital Adequacy and Other Comments).

As a result of these positive events, Aspen now has Regulatory Capital of $31,651,515 of which $17,165,303 has been drawn down as of June 11, 2002. With a total of $33.0 million invested in 12 portfolio concerns to date, the capital increase and admission of new general partners has placed Aspen III in a position where it is actively seeking new investment opportunities, while providing adequate strategic and financial support to the existing portfolio. This is important as the three original members of the general partner must also devote a significant amount of time to the Aspen II portfolio (the first SBIC fund) as there is only one co-investment between the two funds.

With a current total of $33.0 million of SBA leverage ($26.4 million outstanding and a commitment of $6.6 million, this request ($30.3 million) would bring the Licensee to nearly the full 2:1 leverage ratio.

## CAPITAL ADEQUACY AND SOLVENCY:

As detailed previously, Aspen III has total Regulatory Capital of $31,651,515 of which $17,165,303 has been drawn down to date. Based upon recent increases in capital, Aspen III appears to have an adequate capital base to successfully carry out its business plan. However, as the investment cycle continues to extend indefinitely, Aspen III's management is planning to invest funds on an as needed basis in existing portfolio companies while seeking new investment opportunities.

The admission of Redleaf is the first of two additional closings for additional capital for the Licensee. All existing limited partners will be allowed to participate in this second closing which along with the Redleaf commitment will be categorized for Aspen's internal accounting as Aspen IIIb. This new money has a priority return over the original investors and allowing the original investors in the fund to participate on an equitable basis with the new investors was required in order to gain investor approval for the capital increase. There has been no determination yet regarding the amount of additional capital from the existing limited partners, however Aspen's management has represented to SBA that a range of $5-$10 million of additional commitments could be received. The amendments to the partnership will allow until December 31, 2002 for such contributions to be made. Regardless of the internal accounting records management, all distributions will of course be governed SBA regulations.

## ASSET QUALITY:

The financial data provided by the Licensee provides a status of the investment portfolio through March 31, 2002. As of this date there were eleven active portfolio concerns invested in by Aspen, ten of which are located within the state of California. While this exposes the Licensee to a degree of concentration risk, both geographical and industry (software and e-commerce related concerns), it does denote a proven investment philosophy of investing "close to home". All

investments are currently in privately held concerns, with a cost of $32,966,613 and a reported value of $29,633,308 for a "net" depreciation for the entire portfolio of ($3,333,304).

Entering its fourth year of operations (factoring in pre-licensing investments made during 1999), Aspen III's portfolio has not shown the same decline reported by many SBICs during this calendar year. There have been reductions in previous write-ups in portfolio valuations due to the lower pricing of new rounds of financing. The most significant case was MicroVault, which resulted in a valuation adjustment of $3.1 million (resulting in an unrealized loss reported at 3/31/02 of $1.2 million versus a previously reported $1.9 unrealized gain). The good news regarding this situation and other portfolio investments of Aspen III is that many of the companies have managed to obtain additional subsequent rounds of financing. This is attributable to both the underlying business models of the companies, their management and the efforts of the existing venture investors. During the first quarter of 2002, Aspen invested a total of $3.1 million in eight of the eleven portfolio concerns of which two financings represented new rounds of financing (Collabrys, Inc. and Volcano Technologies) while the remaining investments represent bridge financings while the companies (with Aspen's assistance) seek to raise permanent capital for expansion and growth in a continuing tight financial marketplace.

Attached is the March 31, 2002 portfolio review report submitted to all limited partners. The valuations reported at March 31, 2002 indicate only one revision from reported values at year end (Collabrys, reporting a downward valuation change of ($518,019).

The general partners continue to report strong upside in two companies (PointBase, Inc. and SatMetrix Systems) which comprise all of the unrealized appreciation in the portfolio at this time. PointBase is a supplier of 100% pure Java, SQL-compliant small footprint databases for application and edge servers. An investor since the initial Series A round, Aspen foresees no additional financing needs for Pointbase as they were adequately funded at the time of the last financing to achieve cash flow breakeven. Revenues are rapidly ramping at this time and are on plan. SatMetrix Systems is an application service provider providing customized customer analysis via web site surveys and with its last financing round which closed in December 2001 is moving towards cash flow break-even and appears to be the most likely candidate in the portfolio to exit via IPO.

The increase in capital has altered the life cycle of the fund. With 12 investments completed to date, the Licensee was nearly fully invested. However, there is now $14.5 million of unfunded commitments from the limited partners. This coupled with potentially $30 million of additional SBA leverage places this fund back into the "investing" stage of the life of a venture fund. Based on past performance of the fund, there will be potentially ten new investments made by the fund while maintaining adequate reserves for add-on needs of portfolio companies.

Despite the large increase in the capital base of the fund, management has represented that there will not be a corresponding increase in the size of investments planned. Their comfort zone is still in the $2.5 to $3.5 million investment size range. Due to the capital increase, the two overline investments in the portfolio have been resolved. Management has represented that no overline investment activities should be encountered again during the life of this fund.

## EARNINGS CAPACITY AND RETENTION:

There have been no liquidity events to date; only operating losses at this time. In the current economic climate, it is not anticipated that any liquidity events will occur for the foreseeable future.

## LIQUIDITY AND CASH

Aspen III, as of March 31, 2002 had cash and idle funds totaling $1,577,081, reflecting a capital call during the first quarter to which there was a corresponding SBA leverage draw request. SBA should always anticipate a corresponding leverage draw request, as the Licensee's general partner will attempt to maintain a constant leverage ratio of 2:1 until liquidity events occur. As stated previously, the Licensee has $14.5 of unfunded investor commitments and $4.6 million of remaining of SBA leverage.

## MANAGEMENT:

Aspen III is managed by Aspen Venture West Management, a California partnership. The three original general partners are Alexander P. Cliento and E. David Crockett; and Administrative General Partner Thaddeus J. Whalen. The G.P.s have more than 20 years of experience with early stage information science companies. Mr. Cilento's primary experience is in consumer electronics while Mr. Crockett's experience is in commercial computer applications. Both have consulting experience in marketing and business development. Mr. Whalen has significant experience in administrative oversight of venture capital firms and the financial management of venture backed companies.

The two new general partners are Mr. John Kohler and Mr. John Mahaffey whose backgrounds are as follows:

John Kohler brings over 26 years of technology industry and business experience to Aspen from Redleaf. He has been heavily involved in technology product formation and has been concentrating on Internet startups since 1994. John's background includes twelve years of executive level positions in sales operations, product division general management and worldwide customer support organizations at Hewlett Packard, Convergent Technologies/Unisys and Silicon Graphics. He was one of the founding executives at Netscape Communications. John is currently chairman of the board at RedCreek Communications and on the board of Internet startups Lumicyte, Semio Corporation, Startups.com and Wireless OnLine. John received his bachelor's degree from UCLA and has served on advisory committees to the U.S. Department of Commerce and the Council on Foreign Relations.

Lloyd Mahaffey is a seasoned high tech executive who brings 23 years of proven sales, marketing and operating experience spanning both the public and private business sectors. Prior to Redleaf, he served as senior vice president and chief operating officer at VeriFone where he was responsible for developing global Internet payment and smart card solutions for Microsoft, Netscape and Oracle. He also led VeriFone's strategic investments in both WebTV and Verisign.

In 1997, Lloyd was responsible for the company's acquisition by Hewlett Packard for $1.3 billion. Before VeriFone, he served as chairman of Dynamis Group, a Washington-based international consulting firm whose clients included IBM, Kodak, Motorola and Highway 1. Earlier, he spent many years at Apple Computer holding a variety of senior executive positions including regional manager, Southeastern United States; general manager, Apple Education; and general manager, Apple Federal Systems Group. Lloyd is a director on the board of Moai Technologies. He is a 1978 honor graduate from The Citadel, The Military College of South Carolina

**Other Comments:**

Financial Condition of Aspen Ventures West II, L.P.:

The first SBIC licensee managed by this group was licensed during 1994. Licensed originally with Private Capital in excess of $14.7 million with its highest level of leverage exceeding $28.0 million, Aspen II has been closed to new investments (except for add-ons) for the past three years.

Aspen II is a mature fund that due to economic and industry specific downturns has not been able to exit from several investments that pre-technology/IPO down turn appeared to be promising IPO or acquisition candidates. This said, Aspen II presents SBA "in a nutshell", the problems facing SBA as a regulator, a creditor and a limited partner.

There are currently ten investments in the Aspen II portfolio. Two of these represent publicly held securities (held in escrow) worth less than $1 million as of March 31, 2002. This value has dropped precipitously to a value of $418,690 of July 2, 2002 reflecting the continued downward pressure on technology stocks. In both cases these amounts represent residual amounts of stock held in or recently released from escrow as a result of the acquisition of portfolio concerns (Imparto and Vertex) by publicly traded concerns and most likely will not affect the ultimate financial results of this licensee unless an incredible turnaround occurs in these stock prices.

Of the eight privately held concerns in the portfolio four are carried at significantly higher than cost (unrealized appreciation $7,947,556) while the other four are carried at an aggregate unrealized loss totaling ($4,478,881).

Two investments, Taviz Technology ($2.7 million cost, $1.86 million value) and Timeline Vista ($2.9 million cost versus $1.5 million value) are seeking buyers while one other company (Reasoning, Inc. $650 thousand cost and $750 thousand value) is seeking an additional round of financing. Essentially all remaining investments (Amplify.net, Instill, Pointbase and Starvox) are funded sufficiently to reach cash flow breakeven according to representations of the general partner. It is anticipated that no further funding (with the exception possibly of Reasoning) will be provided from Aspen II at this time.

Realized Gains

Aspen II has had one strong exit to date, Mitel (NASD: MTL) which resulted in total

distributions during 2000 and 2001 of calendar year of $13.0 million of which $8.62 million was applied as leverage redemption and $4.38 was distributed to private investors. Aspen II reduced its earnings deficit as low as $1.2 million (at 9/30/01) compared to $5.3 million at 12/31/00 while reducing outstanding leverage to $19,460,064. However, further write-offs have resulted in the accumulated loss increasing to $6,503,094 as of 3/31/02 and reported capital impairment of 56% based on Class 2 appreciation categorization by the Licensee. Accrued prioritized payments as of 7/2/02 total $8,780,455. This level of outstanding prioritized payments will continue to increase albeit at a much slower rate as leverage outstanding has been reduced by nearly a third during 2001.

However, given the current economic climate, the remaining portfolio investments will not produce anticipated liquidity events until economic conditions improve. Unlike Aspen III, Aspen II's early stage portfolio has matured to what has usually been the exit point for venture funds. The down cycle in technology spending, the closed IPO window and lack of merger and acquisition opportunities will force an extended holding period for these investments. As a result, the need for additional capital must be dealt with on a case by case basis as these companies seek to achieve cash flow break-even. It is important to note that this additional funding will most likely have to come from outside investors as Aspen II has no additional capital to call on, unless SBA would consider additional overline requests and allow the investments of available liquid funds on a case by case basis.

No opinion on SBA's ability to recoup any amounts above principal owed can be expressed at this time.

Minutes to the Credit Committee
July 29, 2002

On July 29, 2002, the Credit Committee met to discuss the commitment request of Aspen Ventures III, L.P., for $30.3 million of participating securities leverage. David Gerogosian presented the request.

David presented an overview of the management team of Aspen and the recent events leading to this commitment request, specifically the recent increase in Regulatory Capital totaling $15.0 million from a new limited partner (the Redleaf Group) as well as the additional of two new general partners from the Redleaf Group. David noted that the Office of SBIC Operations and OGC had reviewed all relevant documentation related to the capital increase and admission of new general partners and that all approvals had been completed.

Phyllis Dawson asked a number of questions regarding the fund performance to date as well as the timing of the increase in capital given that the fund was already four years old. Walter Peterson noted that while this was unusual, the new investors were very sophisticated and understood the potential risks of investing into a SBIC at this stage of its life which could result in their commitment being funded to protect SBA's interest under a worst case scenario.

David then asked the Committee members if they had any additional questions and if not he asked for a motion to approve. Phyllis made a motion to approve that was seconded by Walter Peterson.

The vote to approve the full $30.3 million participating securities commitment request was unanimous.

Attendees:   Ron Cibolski, Walter Peterson, Phyllis Dawson, David Gerogosian

## RECOMMENDATION:

Based on the Licensee's Application and supporting documentation, and in accordance with applicable Internal Operating Procedures, it is recommended that SBA approve this application for a **Commitment to Reserve Participating Security Leverage totaling $30,300,000** as follows:

Total 5-Year Commitment for Participating Security:      $30,300,000

_____   7/29/02   _____
David B. Gerogosian              Date          Approval/Denial
Area I
Office of SBIC Operations

_____   7/29/02   $30,300,000
Walter Peterson                  Date          Approval/Denial
Chief, Area I
Office of SBIC Operations

_____   7-29-02   $30,300,000
Ronald C. Cibolski               Date          Approval/Denial
Director
Office of SBIC Operations

## APPROVAL/DENIAL

_____   8/1/02   $30,300,000
Harry Haskins                    Date          Approval/Denial
Acting Associate Administrator
  for Investment