EXHIBIT E



Date:               March 12, 2003

SBIC Name:          Aspen Ventures III, L.P.

License #:          09/79-0420

Approved Takedowns: $ 1,500,000

Attention: Debra Schilling

We have approved your application to draw under your outstanding SBA commitment in the amount(s) indicated above. An INTERIM FUNDING APPROVAL NOTICE AND CONFIRMATION (an "Approval Notice") is being faxed to you as part of this transmission for each of the above indicated takedowns. Each Approval Notice allows you to request funds **one time only**, in an amount that does not exceed the amount approved in that Notice.

You can request funds by 2:00 P.M. (Eastern Time) on any business day to receive those funds on the following business day.

Please note that each Approval Notice has an expiration date -- if you do not apply for a draw by 2:00 p.m. on the business day before the expiration date, the Approval Notice will expire. Please remember that only one draw (up to the "maximum guaranteed disbursement" amount) is allowed per Approval Notice.

As a final reminder, to request funds you must **sign and complete Section II** of the Approval Notice and fax **both pages** of your Approval Notice to Chase.

Johnny A. Kitts
Funding Control Officer
Investment Division
(202) 205-7587

March 12, 2003

I.D. Control #: 03000271

## INTERIM FUNDING APPROVAL NOTICE AND CONFIRMATION

### Section I. SBA Approval and Guarantee Notification

SBIC Name: Aspen Ventures III, L.P.
License #: 09/79-0420
SBIC Address: 1000 Fremont Avenue, Suite 200
Los Altos, CA 94024
SBIC Fax #: (650)917-5677
SBIC Phone #: (650)917-5670
Approval Date: 3/12/2003

Disbursement Amount must be wired to:
Bank: Silicon Valley Bank
ABA#: 121 140 399
Bank Account#: 3300094819

Additional Instructions:

**Participating Security**

The United States Small Business Administration ("SBA") certifies that the SBIC listed above has been approved for SBA guaranteed leverage as set forth below.

**Maximum guaranteed disbursement: $ 1,500,000.**

**Scheduled Pooling Date: August 27, 2003.**

**SBA Annual Charge: 1.376%**

THIS APPROVAL EXPIRES ON 4/25/2003.

IN ORDER TO REQUEST FUNDS, THE SBIC NAMED ABOVE MUST COMPLETE SECTION II "SBIC CONFIRMATION" BELOW AND MUST RETURN AN EXECUTED COPY OF THIS DOCUMENT BY FACSIMILE TO JP MORGAN CHASE (ATT'N: MARGIE TRIBBETT, STRUCTURED FINANCE SERVICES FAX#: (214) 468-6460) BY NO LATER THAN 2:00 P.M. (NEW YORK TIME) ON 4/24/2003 (THE "FINAL CONFIRMATION DATE"). SBIC CONFIRMATIONS SERVE AS REQUESTS FOR FUNDS ON THE NEXT BUSINESS DAY. SBIC CONFIRMATIONS RECEIVED BY THE CUSTODIAN AFTER 2:00 P.M. NEW YORK TIME ARE DEEMED RECEIVED ON THE FOLLOWING BUSINESS DAY.
A "Business Day" is any day other than (i) a Saturday or a Sunday, (ii) a legal holiday in Washington, D.C., and (iii) a day on which banking institutions in New York City are authorized or obligated by law or executive order to be closed.

THE U.S. SMALL BUSINESS ADMINISTRATION

By: _____

Name: Harry E. Haskins

Title: Deputy Associate Administrator for Investment

Page 1 of 2

I.D. Control #: 03000271

### Section II. SBIC Confirmation

The above-referenced SBIC, through its duly authorized signatory, affirms to SBA that:

(i) there has been no material adverse change in the financial condition of the SBIC since the date of the SBIC's most recent SBA Form 468 filed with SBA;

(ii) the Board of Directors resolutions or General Partner's Certificate, as appropriate, authorizing the issuance of the requested leverage and authorizing SBIC Funding Corporation to act as the SBIC's agent to sell such leverage is still in effect in the same form submitted to SBA; and

(iii) to the best of my knowledge and belief, the SBIC is in compliance with all applicable provisions of the Small Business Investment Act of 1958, as amended, and the regulations promulgated there under, except as previously disclosed to SBA in the Statement of Compliance submitted in connection with the application for the requested leverage or as subsequently disclosed to SBA in writing;

and irrevocably requests the following (only one disbursement is permitted and the *Amount of disbursement* must be in an increment of $5,000):

**Amount of disbursement: $ _____.**

By: _____

Name: _____
Title: _____
Date: _____

### Section III. Custodian Confirmation

Disbursement  Confirmed ☐        **Settlement Date:**
              Rejected  ☐         Reason for rejection of confirmation:
                                       Expired Approval        ☐
                                       Incomplete Submission   ☐

THE CHASE MANHATTAN BANK,
as Custodian

By: _____
Title: _____

**[NOTE: YOU MUST TRANSMIT BOTH PAGES OF THIS *NOTICE* OR IT IS INCOMPLETE.]**

**SBA - Small Business Investment Company Program**
**Investment Division - Office of SBIC Operations**
**Participating Securities Document Checklist & Authorization**

Licensee Name: Aspen Ventures III, L.P.   License No.: 09/79-0420

Amount of Draw Request: $1,500,000

Financial Analyst: David B. Gerogosian

## COMPLIANCE/REGULATORY

Licensee Request for Draw

Instruments of Admission (1 pair for each projected takedown)

Opinion of Counsel                                    [signature] (see reverse)

SBA Form 468
  filed as of:   December 31, 2002

Statement of No Material Adverse Change

Statement of Compliance

Statement of Need

Smaller Business Financing Certification

## ELIGIBILITY FOR FUNDS

Regulatory Issues: (circle one)                Y              (N)

If so, explain status: _License Reports C/P of 468's Data Mangmnt Incorrectly reports 86.72%._

Conditions for Compliance Satisfied: (circle one)   (Y)          N

Verification of Capital:

| | |
|---|---:|
| 2000 Commitments Outstanding | $0 |
| 2002 Commitments Outstanding | $32,650,000 |
| Total Commitments Outstanding | $32,650,000 |
| Less Draw Request | $1,500,000 |
| Remaining Commitment | $31,150,000 |

| **ELIGIBILITY COMPUTATION:** | | **Capital Certificate 9/15/2002** |
|---|---:|---:|
| Total Leverageable Capital | | $17,165,303 |
| Total Current Leverage Eligibility | $34,330,606 | |
| Less: | | |
| Previously Approved Draws | $0 | |
| Outstanding Leverage | $30,650,000 | |
| | $30,650,000 | |
| Leverage Availability | | $3,680,606 |
| Draw Request | | $1,500,000 |
| Remaining Current Leverage Eligibility | | $2,180,606 |

## RECOMMENDATION:

Based on the Licensee's Application and supporting documentation, and in accordance with applicable Internal Operating Procedures, it is recommended that SBA **approve** this draw down request for $1,500,000 of Participating Securities leverage

Amount: $1,500,000  
Date: 3/6/2003  
David B. Gerogosian  
Financial Analyst  
Office of SBIC Operations

Approval/ Denial  
Amount: $1,500,000  
Date: 3/7/03  
Walter Peterson / Marya Maddric  
Chief, Area IV  
Office of SBIC Operations

Approval/ Denial  
Amount: $1,500,000  
Date: 3-10-03  
Ronald C. Cibolski  
Director  
Office of SBIC Operations

## ASPEN VENTURES III, L.P.

## SBIC APPLICATION FOR DRAW AGAINST
## SBA'S PARTICIPATING SECURITY COMMITMENT

## AMOUNT OF PREFERRED LIMITED PARTNER'S CAPITAL CONTRIBUTION

Amount of draw requested by Aspen Ventures III, L.P.: $1,500,000