EXHIBIT F

**U.S. Small Business Administration**
**SBA**
*Championing America's Entrepreneurs*

Date: August 27, 2003

SBIC Name: Aspen Ventures III, L.P.

License #: 09/79-0420

Approved Takedowns: $ 850,000

Attention: Thaddeus J. Whalen

We have approved your application to draw under your outstanding SBA commitment in the amount(s) indicated above. An INTERIM FUNDING APPROVAL NOTICE AND CONFIRMATION (an "Approval Notice") is being faxed to you as part of this transmission for each of the above indicated takedowns. Each Approval Notice allows you to request funds **one time only**, in an amount that does not exceed the amount approved in that Notice.

You can request funds by 2:00 P.M. (Eastern Time) on any business day to receive those funds on the following business day.

Please note that each Approval Notice has an expiration date -- if you do not apply for a draw by 2:00 p.m. on the business day before the expiration date, the Approval Notice will expire. Please remember that only one draw (up to the "maximum guaranteed disbursement" amount) is allowed per Approval Notice.

As a final reminder, to request funds you must **sign and complete Section II** of the Approval Notice and fax **both pages** of your Approval Notice to Chase.

Johnny A. Kitts
Funding Control Officer
Investment Division
(202) 205-7587

August 26, 2003

I.D. Control #: 03000866

## INTERIM FUNDING APPROVAL NOTICE AND CONFIRMATION

Section I. **SBA Approval and Guarantee Notification**

| | | |
|---|---|---|
| SBIC Name: | Aspen Ventures III, L.P. | Disbursement Amount must be wired to: |
| License #: | 09/79-0420 | Bank: Silicon Valley Bank |
| SBIC Address: | 1000 Fremont Avenue, Suite 200 | ABA#: 121 140 399 |
| | Los Altos, CA 94024 | Bank Account#: 3300094819 |
| SBIC Fax #: | (650)917-5677 | Additional Instructions: |
| SBIC Phone #: | (650)917-5670 | |
| Approval Date: | 8/27/2003 | |

**Participating Security**

The United States Small Business Administration ("SBA") certifies that the SBIC listed above has been approved for SBA guaranteed leverage as set forth below.

Maximum guaranteed disbursement: **$ 850,000.**

Scheduled Pooling Date: **February 25, 2004**

SBA Annual Charge: **1.376%**

THIS APPROVAL EXPIRES ON **10/10/2003.**

IN ORDER TO REQUEST FUNDS, THE SBIC NAMED ABOVE MUST COMPLETE SECTION II "SBIC CONFIRMATION" BELOW AND MUST RETURN AN EXECUTED COPY OF THIS DOCUMENT BY FACSIMILE TO JP MORGAN CHASE (ATT'N: MARGIE TRIBBETT, STRUCTURED FINANCE SERVICES FAX#: (214) 468-6460) BY NO LATER THAN 2:00 P.M. (NEW YORK TIME) ON **10/9/2003** (THE "FINAL CONFIRMATION DATE"). SBIC CONFIRMATIONS SERVE AS REQUESTS FOR FUNDS ON THE NEXT BUSINESS DAY. SBIC CONFIRMATIONS RECEIVED BY THE CUSTODIAN AFTER 2:00 P.M. NEW YORK TIME ARE DEEMED RECEIVED ON THE FOLLOWING BUSINESS DAY.

A "Business Day" is any day other than (i) a Saturday or a Sunday, (ii) a legal holiday in Washington, D.C., and (iii) a day on which banking institutions in New York City are authorized or obligated by law or executive order to be closed.

THE U.S. SMALL BUSINESS ADMINISTRATION

By: _[signature]_

Name: Harry E. Haskins

Title: Deputy Associate Administrator for Investment

Page 1 of 2

I.D. Control #: 03000866

### Section II. SBIC Confirmation

The above-referenced SBIC, through its duly authorized signatory, affirms to SBA that:

(i) there has been no material adverse change in the financial condition of the SBIC since the date of the SBIC's most recent SBA Form 468 filed with SBA;

(ii) the Board of Directors resolutions or General Partner's Certificate, as appropriate, authorizing the issuance of the requested leverage and authorizing SBIC Funding Corporation to act as the SBIC's agent to sell such leverage is still in effect in the same form submitted to SBA; and

(iii) to the best of my knowledge and belief, the SBIC is in compliance with all applicable provisions of the Small Business Investment Act of 1958, as amended, and the regulations promulgated there under, except as previously disclosed to SBA in the Statement of Compliance submitted in connection with the application for the requested leverage or as subsequently disclosed to SBA in writing;

and irrevocably requests the following (only one disbursement is permitted and the *Amount of disbursement* must be in an increment of $5,000):

**Amount of disbursement:** $ _____.

By: _____

Name: _____
Title: _____
Date: _____


### Section III. Custodian Confirmation

Disbursement Confirmed ☐         **Settlement Date:**
          Rejected ☐          Reason for rejection of confirmation:
                                     Expired Approval ☐
                                     Incomplete Submission ☐

THE CHASE MANHATTAN BANK,
as Custodian

By: _____
Title: _____


**[NOTE: YOU MUST TRANSMIT BOTH PAGES OF THIS *NOTICE* OR IT IS INCOMPLETE.]**

**SBA - Small Business Investment Company Program**
**Investment Division - Office of SBIC Operations**
**Participating Securities Document Checklist & Authorization**

Licensee Name: Aspen Ventures III, L.P.   License No.: 09/79-0420

Amount of Draw Request: $850,000

Financial Analyst: David B. Gerogosian

## COMPLIANCE/REGULATORY

Licensee Request for Draw   /s/

Instruments of Admission (1 pair for each projected takedown)   /s/ (Pair) /s/

Opinion of Counsel   /s/ (One approved)

SBA Form 468 filed as of: June 30, 2003   /s/

Statement of No Material Adverse Change   /s/

Statement of Compliance   /s/

Statement of Need   /s/

Smaller Business Financing Certification   /s/

## ELIGIBILITY FOR FUNDS

Regulatory Issues: (circle one)    Y    (N)

If so, explain status: _____

Conditions for Compliance Satisfied: (circle one)    (Y)    N

Verification of Capital:

| | |
|---|---|
| 2000 Commitments Outstanding | $ 0 |
| 2002 Commitments Outstanding | $31,150,000 |
| Total Commitments Outstanding | $31,150,000 |
| Less Draw Request | $ 850,000 |
| Remaining Commitment | $30,300,000 |

| **ELIGIBILITY COMPUTATION:** | | **Capital Certificate 7/28/2003** |
|---|---|---|
| Total Leverageable Capital | | $18,790,303 |
| Total Current Leverage Eligibility | $37,580,606 | |
| Less: | | |
| Previously Approved Draws | $ 0 | |
| Outstanding Leverage | $32,150,000 | |
| | $32,150,000 | |
| Leverage Availability | | $5,430,606 |
| Draw Request | | $ 850,000 |
| Remaining Current Leverage Eligibility | | $ 4,580,606 |

**RECOMMENDATION:**

Based on the Licensee's Application and supporting documentation, and in accordance with applicable Internal Operating Procedures, it is recommended that SBA **approve** this draw down request for **$850,000** of Participating Securities leverage

Amount: $850,000    (Approval/Denial) Amount: $850,000    (Approval/Denial) Amount: $850,000 ✓
Date: 8/21/2003     Date: 8/25/03                       Date: 8-25-03

David B. Gerogosian        Marja Maddrie              Ronald C. Cibolski
Financial Analyst          Chief, Area IV             Director
Office of SBIC Operations  Office of SBIC Operations  Office of SBIC Operations

## ASPEN VENTURES III, L.P.

### SBIC APPLICATION FOR DRAW AGAINST SBA'S PARTICIPATING SECURITY COMMITMENT

### AMOUNT OF PREFERRED LIMITED PARTNER'S CAPITAL CONTRIBUTION

Amount of draw requested by Aspen Ventures III, L.P.: $850,000