EXHIBIT I



July 25, 2003

Mr. David Gerogosian
U.S. Small Business Administration
409 Third Street, S.W.
Washington, D.C. 20416

Dear David:

We have discussed the desire of Redleaf Group, Inc. (Redleaf), a limited partner of Aspen Ventures III, L.P. (Aspen III or the Fund), to fulfill its capital commitment to Aspen III by contributing assets other than cash. This letter provides a detailed proposal and rationale for such contribution.

### Background

Aspen III was formed in October 1998 and licensed as an SBIC in September 1999. The Fund's initial Regulatory Capital was $16.5 million. Redleaf was admitted to Aspen III as a Series B Limited Partner in April 2002, increasing Regulatory Capital to $31.65 million. Redleaf is now in the midst of its planned wind-up and desires fulfill its capital commitment through the contribution of portfolio company securities.

### Proposal

We propose that Redleaf contribute to Aspen III the assets listed on the enclosed Schedule of Assets to be Conveyed. Please note that the total value of the assets to be conveyed is $24 million. This value is based on the Cogent Partners June 20, 2003 Portfolio Valuation Submittal previously provided to SBA.

We further propose that Aspen III Regulatory Capital for purposes of the overline calculation be increased to $43.55 million. The increase is derived from the value of the Redleaf conveyed assets in excess of Redleaf's current unfunded capital commitment. We understand SBA wants a "strip" of the Redleaf portfolio instead of selected assets. Without this Regulatory Capital increase, Redleaf will have to adjust the contributed assets to avoid an overline situation. Please refer to the Schedule of Assets Conveyed for complete details.

1000
Fremont Avenue
Suite 200
Los Altos
California
94024

telephone
650-917-5670
telefax
650-917-5677

www.aspenventures.com



**Regulatory Justification**
Section 107.240 allows SBA to approve non-cash capital contributions to a SBIC. Enclosed is a memorandum providing further discussion of Aspen III and Redleaf and the specific circumstances that make this proposal a unique situation that does not have broad application to the SBIC program.

**Regulatory Compliance of Contributed Assets**
We have performed a detailed review for regulatory compliance of the securities and companies that are included in the proposed contribution of assets. The companies all qualify as small concerns eligible for SBIC financing. In general, the contributed assets consist of common stock, preferred stock and debt of private, US-based software companies. The terms of the securities are consistent with venture capital industry standards and the existing Aspen III portfolio. Enclosed is a memorandum describing our review and significant findings.

**Operating Plan Update**
Enclosed is an updated Operating Plan for Aspen III that takes into account the anticipated Redleaf asset conveyance.

**Request**
We hereby request that SBA:

1. approve Redleaf's contribution to Aspen III of assets other than cash as described above,
2. acknowledge such contribution completely fulfills Redleaf's obligation to contribute capital to Aspen III and that the value of the contributed assets (as determined by Cogent Partners) will be included in Regulatory Capital, and
3. allow Aspen III to, subject to compliance with SBA regulations, draw SBA leverage in the amount of two times private limited partners cash contributions plus one times the value of the contributed assets described above, and
4. acknowledge and approve Redleaf will be contributing to Aspen securities issued by small concerns considered to be Associates of Aspen due to Redleaf's current ownership of the securities and its status as an Aspen Institutional Investor Limited Partner owning more than 33% of Aspen's partnership capital, and
5. acknowledge this proposal is subject to approval by each class of Redleaf stockholders.



Thank you for your guidance and assistance in this matter. Please call me if you have any questions.

Sincerely,

Thad Whalen
Managing Member

Enclosures:   Schedule of Assets to be Conveyed
Regulatory Justification Memorandum
Regulatory Compliance Memorandum
Operating Plan Update

Aspen Ventures III, L.P.
Redleaf Group, Inc.
Schedule of Assets to be Conveyed

## Summary

| Small Concern | Redleaf Portfolio Valuation (1) | Strip Amount (2) | Potential Follow-on (3) | Potential Total (4) | Overline Excess (5) | Adjust Conveyance (6) | Assets Conveyed Value (7) | % of Redleaf Holdings (8) |
|---|---|---|---|---|---|---|---|---|
| 61C Networks, Inc. | 5,070,000 | 2,194,408 | 1,000,000 | 3,194,408 | | 73,440 | 2,267,848 | 44.73% |
| Amperion, Inc. | 12,440,000 | 5,384,306 | 3,000,000 | 8,384,306 | | 180,197 | 5,564,503 | 44.73% |
| ecMarkets, Inc. | 2,220,000 | 960,865 | | 960,865 | | 32,157 | 993,022 | 44.73% |
| Entrieva, Inc. | 5,030,000 | 2,177,095 | 500,000 | 2,677,095 | | 72,861 | 2,249,956 | 44.73% |
| Lightningcast, Inc. | 3,270,000 | 1,415,328 | 500,000 | 1,915,328 | | 47,367 | 1,462,695 | 44.73% |
| Lumicyte, Inc. | 6,080,000 | 2,631,558 | | 2,631,558 | | 88,070 | 2,719,628 | 44.73% |
| Moai Technologies, Inc. | 4,550,000 | 1,969,340 | 3,000,000 | 4,969,340 | | 65,908 | 2,035,248 | 44.73% |
| Redsiren Technologies, Inc. | 16,790,000 | 7,267,081 | 2,000,000 | 9,267,081 | 557,081 | (560,000) | 6,707,081 | 39.95% |
| Total | 55,450,000 | 23,999,981 | 10,000,000 | 33,999,981 | | - | 23,999,981 | |

Total value to be conveyed 24,000,000
Strip percentage 43.2822%
Overline limit 8,710,000

### Notes
(1) Total Redleaf portfolio as valued by Cogent Partners
(2) Strip percentage applied to (1)
(3) Estimate of maximum potential follow-on investment
(4) Estimate of maximum potential total investment (2) plus (3)
(5) Excess of potential total investment over overline limit
(6) Adjustment required to avoid overlines—Redsiren reduction allocated to others based on relative value
(7) Value to be conveyed (2) plus (6)
(8) Column (7) as a percentage of column (1)

Aspen Ventures III, L.P.
Contribution of Portfolio Company Securities by Redleaf Group, Inc.
Regulatory Justification
July 2003

## Background

Aspen Ventures III, L.P. (Aspen III or the Fund) was formed in October 1998 and licensed as an SBIC in September 1999. The Fund's initial Regulatory Capital was $16.5 million. Redleaf Group, Inc. (Redleaf) was admitted to Aspen III as a Series B Limited Partner in April 2002, increasing Regulatory Capital to $31.65 million.

Redleaf is a C Corporation with more than 100 shareholders. Its assets consist primarily of preferred stock investments in small concerns. Redleaf is now in the midst of its planned wind-up and desires to fulfill its capital commitment to Aspen III through the contribution of portfolio company securities.

## Regulatory Authority

Section 107.240 allows SBA to approve non-cash capital contributions to a SBIC.

## Situation-Specific Analysis

The following characteristics of Redleaf and Aspen III are relevant to the proposal to allow Redleaf to discharge its capital commitment to Aspen III through the contribution of portfolio company securities:

1. Aspen III is structured as two funds, Series A and Series B. Series A has fifty private limited partners and $16.5 million in Regulatory Capital. Series B has $15.15 in Regulatory Capital and Redleaf is the sole private limited partner.
2. Redleaf's assets consist primarily of preferred stock investments in small concerns. These assets are eligible investments for a SBIC (see separate Regulatory Compliance Memorandum).
3. Redleaf has been exempt from registration as an Investment Company under the Investment Company Act of 1940 (the 40 Act) because of its compliance with rules regarding its level of ownership of portfolio company securities. The proposed conveyance of assets will maintain this exemption and will reduce the risk that Aspen III is required to register as an Investment Company. Note that if Aspen III is required to register as an Investment Company, Redleaf may be forced to withdraw as a limited partner under Section 7.8 of SBA Annex PS (Version 1.3).

## Conclusion

SBA has the authority to approve the proposal to allow Redleaf to contribute non-cash assets to Aspen III. Such approval does not create a precedent for allowing the contribution of non-cash assets to SBICs as the Aspen III/Redleaf facts present a unique situation that does not have broad application to the SBIC program.

Aspen Ventures III, L.P.
Contribution of Portfolio Company Securities by Redleaf Group, Inc.
Regulatory Compliance
July 2003

**Background**
Aspen Ventures III, L.P. (Aspen III or the Fund) was formed in October 1998 and licensed as an SBIC in September 1999. Redleaf Group, Inc. (Redleaf) is a private limited partner and desires to fulfill its capital commitment to Aspen III through the contribution of portfolio company securities.

**Small Concerns**
The proposed conveyance of assets by Redleaf to Aspen III includes securities issued by the following small concerns:

1. 61C Networks, Inc.
2. Amperion, Inc.
3. ecMarkets, Inc.
4. Entrieva, Inc.
5. Lightningcast, Inc.
6. Lumicyte, Inc.
7. Moai Technologies, Inc.
8. Redsiren Technologies, Inc.

**Work Performed**
Each small concern and the securities to be conveyed were reviewed for regulatory compliance under the SBIC regulations. A Regulatory Compliance Checklist for Small Business Financings was completed for each small concern.

**Findings**
The proposed asset conveyance does not result in any regulatory violations. The following items should be noted:

**Control (Section 107.865).** Redleaf is presumed to have control over the following small concerns through its ownership of voting securities, management agreement and/or majority representation on the board of directors:

1. 61C Networks, Inc.
2. Entrieva, Inc.
3. Lightningcast, Inc.
4. Moai Technologies, Inc.
5. Redsiren Technologies, Inc.

Control in each case is temporary and was acquired because Redleaf constituted the small concern's major source of capital. Aspen III will be presumed to have control of the

small concerns after the proposed asset conveyance because Aspen III and Redleaf are considered Associates. In all cases, both Aspen III and Redleaf plan to relinquish control within seven years through a sale of the securities and/or as a result of additional financing raised by the small concerns.

**Portfolio Diversification/Overline Limits (Section 107.740).** The proposed asset conveyance has been structured to avoid Overline violations. See the Schedule of Assets to be Conveyed for details.

**Financings Which Constitute Conflicts of Interest (Section 107.730).** Redleaf is an Associate of Aspen III because it is an Institutional Investor Limited Partner owning more than 33% of the partnership capital of Aspen III. Further, each of the small concerns is an Associate of Redleaf as a result of Redleaf's significant ownership of the small concerns' voting securities. The small concerns are therefore Associates of Aspen III. Our formal request asks that SBA acknowledge and approve this situation.

Aspen Ventures III, L.P.
Operating Plan Update
July 2003

This Operating Plan Update is based on the proposed contribution by Redleaf Group, Inc. of portfolio company investments and covers the period through December 31, 2004.

**Sources and Uses of Cash**
The following is a conservative estimate of the sources and uses of cash.

| | |
|---|---:|
| Sources of Cash | |
| June 30, 2003 balance | $1,068,000 |
| Final private capital call | 640,000 |
| SBA leverage | 6,892,000 |
| Exits | 2,500,000 |
| Total sources of cash | $11,100,000 |
| | |
| Uses of Cash | |
| Follow-on investments | |
| Existing portfolio companies | 2,000,000 |
| Redleaf investments conveyed | 6,000,000 |
| Expenses | 3,100,000 |
| Total uses of cash | $11,100,000 |

**Levels of New and Follow-On Investment Anticipated**
The schedule above presents only the anticipated follow-on investments. The Managing Members are currently evaluating several new investment opportunities. None of these opportunities, however, have progressed to a point at which the timing and amount of the investment can be accurately forecast. The Managing Members have focused their efforts on existing portfolio companies in the current market environment.

SBA leverage currently outstanding and anticipated in the schedule above totals approximately $39 million. Aspen III has an additional $24 million in committed SBA leverage. This amount will be drawn as warranted for new investment activity.

**Anticipated Exits From Investments**
The $2.5 million in exits in schedule above consists of two transactions in process. There are likely to be other exits prior to December 31, 2004 however the timing and amounts cannot be accurately forecast.

**Any Material Changes Expected in Investment Strategy or Portfolio Composition**
None other than the conveyance of Redleaf portfolio assets.

**Any Material Changes Expected in Overhead Expenditures**
None.

**Any Changes Expected in Management**
None.

**Any Other Anticipated Events Which May Have a Significant Effect on Licensee's Performance**
None.