1  JESSICA L. GRANT (SBN 178138)
   NICHOLAS G. CAMPINS (SBN 238022)
2  TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
3  San Francisco, California 94111
   Telephone: (415) 788-8200
4  Facsimile: (415) 788-8208
   E-mail: jgrant@tcolaw.com
5  E-mail: ncampins@tcolaw.com

6  Attorneys for Third-Party Defendants
   ALEXANDER P. CILENTO and
7  DAVID CROCKETT

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12

13  UNITED STATES SMALL BUSINESS            Case No.: C-07-05350 JW (PVT)
    ADMINISTRATION in its capacity as
14  Receiver for Aspen Ventures, III,       **DECLARATION OF DEBRA SCHILLING
                                            IN SUPPORT OF THIRD-PARTY
15          Plaintiffs,                     DEFENDANTS' REPLY TO REDLEAF
                                            GROUP, INC.'S OPPOSITION TO
16  v.                                      THIRD-PARTY DEFENDANTS' MOTION
                                            FOR SUMMARY JUDGMENT**
17  REDLEAF GROUP, INC.,

18          Defendant and Third-Party Plaintiff,   Date:   June 23, 2008
                                                   Time:   9:00 a.m.
19  v.                                             Place:  Courtroom 8, 4th Floor

20  ASPEN VENTURES MANAGEMENT III,                         Honorable James Ware
    LLC, a Delaware Limited Liability Company,
21  ALEXANDER P. CILENTO, a California
    resident, and DAVID CROCKETT, a
22  California resident, and DOES 1-10,

23          Third-Party Defendants.

24

25

26

27

28

TAYLOR & CO.
LAW OFFICES, LLP

1  I, DEBRA SCHILLING, declare as follows:

2      1.    I am the former Chief Financial Officer ("CFO") for Aspen Ventures Management

3  III, LLC ("AVM"), the General Partner of Aspen Ventures III, L.P. ("Aspen"). I have personal

4  knowledge of the facts set forth in this declaration and, if called as a witness, I could and would

5  competently testify to the matters stated herein. This declaration is submitted in support of Third-

6  Party Defendants' Reply to Redleaf Group, Inc.'s Opposition to Third-Party Defendants' Motion

7  for Summary Judgment filed in this action on May 19, 2008.

8      2.    As the CFO for AVM, in the normal course of business I routinely prepared

9  Quarterly Reports to Aspen's Limited Partners that contained financial data and information

10  regarding the investments in Aspen's portfolio ("Quarterly Reports"). True and correct copies of

11  two such reports were attached as Exhibits A and B to my May 19, 2008 declaration submitted in

12  support of Third-Party Defendants' Motion for Summary Judgment. After Quarterly Reports were

13  finalized, it was AVM's custom and practice to transmit such reports using the U.S. Mail and/or

14  Federal Express to each of the Limited Partners of Aspen and to the United States Small Business

15  Administration. The Quarterly Reports were sent out at least five (5) days before the end of the

16  calendar month following the end of each quarter to ensure that they were delivered by the end of

17  the calendar month. Redleaf Group, Inc. ("Redleaf") was a Limited Partner of Aspen and all of

18  the Quarterly Reports were sent to Redleaf by AVM in the normal course of business.

19      3.    Redleaf and the other Limited Partners of Aspen were also able to obtain copies of

20  the Quarterly Reports directly from AVM. By way of example, I recall that on more than one

21  occasion Michael Tomana requested a new copy of a Quarterly Report, and I arranged for a copy

22  to be sent to him. I do not recall the precise dates of Mr. Tomana's requests.

23      4.    As a Limited Partner of Aspen, Redleaf could also obtain copies of the Quarterly

24  Reports from the United States Small Business Administration.

25      5.    Redleaf was represented by the law firm of Kirkpatrick & Lockhart LLP in

26  connection with the Aspen transaction. My personal knowledge with respect to that representation

27  is based on the fact that, in or about April 2002, a facsimile transmittal message to Laura A. Merkl

28                        1.

TAYLOR & CO.
LAW OFFICES, LLP

DECLARATION OF DEBRA SCHILLING IN SUPPORT OF THIRD-PARTY DEFENDANTS' REPLY TO
REDLEAF GROUP, INC.'S OPPOSITION TO THIRD-PARTY DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT: CASE NO. C-07-05350 JW (PVT)

1  of Redleaf attaching copies of certain Kirkpatrick & Lockhart LLP invoices was forwarded to

2  AVM for payment directly by Aspen.  A true and correct copy of those invoices, as well as the

3  facsimile cover message, are attached to this declaration as Exhibit C.  The message states that the

4  Kirkpatrick & Lockhart LLP fees and expenses reflected in the attached invoices were incurred "in

5  connection with the Aspen transaction."  The handwriting that appears on the first page of Exhibit

6  C is my own, and my notations indicate that the Kirkpatrick & Lockhart LLP invoices were paid

7  by AVM on April 29, 2002 using "Check # 4."  The records constituting Exhibit C are from

8  AVM's corporate files and were maintained in the ordinary course of business.  The Kirkpatrick &

9  Lockhart LLP invoices that are attached as Exhibit C show timekeeper entries for, among other

10  things, due diligence activities conducted by Kirkpatrick & Lockhart LLP attorneys on Redleaf's

11  behalf in connection with the Aspen transaction.

12     6.    My personal knowledge regarding Kirkpatrick & Lockhart LLP's representation of

13  Redleaf in the Aspen transaction is also based on an April 30, 2002 Redleaf invoice that was sent

14  to AVM attaching an April 19, 2002 cover letter and invoice from Kirkpatrick & Lockhart LLP

15  for services rendered during the month of March 2002.  A true and correct copy of the Redleaf

16  invoice and the April 19, 2002 cover letter and invoice from Kirkpatrick & Lockhart LLP are

17  attached hereto as Exhibit D.  The first page of Exhibit D (i.e., the Redleaf invoice) contains the

18  reference "Bill To: Aspen Ventures" and the statement "Legal bill incurred during March 2002

19  which related to work on the Aspen matter."  The handwritten notation indicates that these legal

20  fees were paid by AVM on May 6, 2002 using "Check # 6."  The records constituting Exhibit D

21  are from AVM's corporate files and were maintained in the ordinary course of business.  The

22  April 19, 2002 invoice from Kirkpatrick & Lockhart LLP contains timekeeper entries for, among

23  other things, due diligence activities conducted in March 2002 by Kirkpatrick & Lockhart LLP

24  attorneys on Redleaf's behalf relating to the Aspen transaction.

25  ///

26  ///

27  ///

28

2.

TAYLOR & CO.
LAW OFFICES, LLP

1      7.    I have personal knowledge that John Kohler knew Thad Whalen, that Mr. Kohler

2 and Mr. Whalen were neighbors, and that the two men knew one another socially.  I recall that Mr.

3 Kohler's and Mr. Whalen's children attended the same school.  John Kohler also knew that Thad

4 Whalen was suffering from cancer.  The basis for my personal knowledge regarding Mr. Kohler's

5 awareness of Mr. Whalen's medical condition is that on several occasions prior to Mr. Whalen's

6 death, Mr. Kohler was directly involved in conversations with Thad Whalen and me about Mr.

7 Whalen's cancer treatments and health, and the fact that the vacation plans of Mr. Whalen's

8 family were scheduled around his cancer therapies.  I also have personal knowledge that the

9 former VP of Finance & Administration for Redleaf, Nancy Calderon-Tisch, knew Thad Whalen

10 socially and was considered to be a family friend.

11      I declare under penalty of perjury that the foregoing is true and correct.  Executed this 11th

12 day of June, 2008, in Los Altos, California.

13

14                                                 _____

15                                               DEBRA SCHILLING

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DEBRA SCHILLING IN SUPPORT OF THIRD-PARTY DEFENDANTS' REPLY TO
REDLEAF GROUP, INC.'S OPPOSITION TO THIRD-PARTY DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT: CASE NO.  C-07-05350 JW (PVT)

TAYLOR & CO.
LAW OFFICES, LLP

# Exhibit C



# FACSIMILE TRANSMITTAL

| To: | Laura A. Merkl | Date: | April 16, 2002 |
|---|---|---|---|
| Firm: | Redleaf Group, Inc. | Time: | 2:15 AM EDT |
| Fax number: | (408) 868-0810 | Total Pages: | 20 (including this cover sheet) |

| From: | James R. Cummins |
|---|---|
| | Assistant Secretary |
| Phone: | 412 552-1224 |
| Return fax number: | 412 201-5650 |

**Re: Legal Fees and Expenses Relating to the Aspen Transaction**

Laura:

Attached are copies of K&L invoices that I have reviewed and marked to indicate the $27,657.40 in fees and expenses incurred during the period from November 2001 to February 2002 in connection with the Aspen transaction.

Best regards,

Jim

*Check # 4*
*4/29/02*

**Confidentiality Note:** The documents accompanying this fax contain confidential information. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this faxed information is strictly prohibited, and that the documents should be returned to Redleaf immediately. If you have received this fax in error, please notify us by telephone immediately at the number below so that we can arrange for the return of the original document to us at no cost to you.

## REDLEAF

First & Market Building  ·  100 First Avenue, Suite 950  ·  Pittsburgh, PA  15222  ·  412.201.5600  412.201.5650 fax  www.redleaf.com

FEB.21.2002  11:55AM    K&L                                                       NO.520    P.3/9

# Kirkpatrick & Lockhart LLP

Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312
412.355.6500
www.kl.com

January 25, 2002

Redleaf Group, Inc.
First and Market Building
100 First Avenue, Suite 950
Pittsburgh, PA  15222

*Pd 2/27/02*
*CK #12061*

Tax Identification Number 25 0921018

SUMMARY for professional services
rendered for the period ending
December 31, 2001:

*Pd by wire 12/13/01*

| Invoice | Matter/Invoice Date | No. | Fees | Disbursements | Prior Unpaid Invoices* | Total |
|---------|---------------------|-----|------|---------------|------------------------|-------|
| 1034491 | General - current and 12/13/01 | 100 | $6,894.90 | $33.42 | $1,750.10 | $8,678.42 |
| 1023310 | U Penn Venture - 12/13/01 | 101 | $0.00 | $0.00 | $306.00 | $306.00 |
| 1023311 | Exec. Compensation - 12/13/01 | 103 | $0.00 | $0.00 | $58.50 | $58.50 |
| 1034494 | Private Placement/ Restructuring - current and 12/13/01 | 501 | $2,200.05 | $227.54 | $1,584.22 | $4,011.81 |
| | TOTAL | | $ 9,094.95 | $ 260.96 | $ 3,698.82 | $ 13,054.73 |
| | TOTAL CURRENT INVOICES | | $ 9,355.91 | | | |
| | TOTAL AMOUNT DUE | | $ 13,054.73 | | | |

*Does not include payments received after 1/08/02.

Fee amounts reflect a 10% professional courtesy discount.

*J.K*

*IF NOT ALREADY PAID*

*2-20-02*

# Kirkpatrick & Lockhart LLP

Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312
412.355.6500
www.kl.com

February 18, 2002

Redleaf Group, Inc.
First and Market Building
100 First Avenue, Suite 950
Pittsburgh, PA 15222

Tax Identification Number 25 0921018

SUMMARY for professional services
rendered for the period ending
January 31, 2002:

| Invoice | Matter/Invoice Date | No. | Fees (Reflects 10% Professional Courtesy Discount) | Disbursements | Prior Unpaid Invoices* | Total |
|---|---|---|---|---|---|---|
| | General - current, 1/25/02 and | | | | | |
| 1041096 | 12/11/01 | 100 | 7,645.50 | 697.31 | 8,678.42 | 17,021.23 |
| 1023310 | U Penn Venture - 12/11/01 | 101 | - | - | 306.00 | 306.00 |
| | Exec. Compensation - Current | | | | | |
| 1041097 | and 12/11/01 | 103 | 157.50 | - | 58.50 | 216.00 |
| 1041099 | Tech Transfer - Current | 104 | 702.00 | - | - | 702.00 |
| | Private Placement/Restructuring - | | | | | |
| 1041101 | Current, 1/25/02 and 12/11/01 | 501 | 432.00 | 180.83 | 4,011.81 | 4,624.64 |
| | **TOTAL** | | $ 8,937.00 | $ 878.14 | $ 13,054.73 | $ 22,869.87 |
| | **TOTAL CURRENT INVOICES** | | $ 9,815.14 | | | |
| | **TOTAL AMOUNT DUE** | | $ 22,869.87 | | | |

O.K.

3-5-02

Does not include payments received after 2/05/02.

* *Bolded amounts include Aged Accounts Receivable 30+ days old.*

*COPY*

# Kirkpatrick & Lockhart LLP

Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312
412.355.6500
www.kl.com

ROBERT P. ZINN
(412) 355-8687
RZINN@KL.COM

February 18, 2002

Michael J. Tomana, Esquire
VP, General Counsel and Secretary
Redleaf Group, Inc.
First and Market Building
100 First Avenue, Suite 950
Pittsburgh, PA  15222

Dear Mike:

Enclosed are our statements for professional services rendered to Redleaf Group, Inc. for the period ending January 31, 2002.

Best regards.

Sincerely,

*Bob*

Robert P. Zinn

RPZ/dmm

Enclosures

PI-810646 v1 0950000-0103

# Kirkpatrick & Lockhart LLP

Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312
412.355.6500
www.kl.com

ROBERT P. ZINN
(412) 355-8687
RZINN@KL.COM

March 19, 2002

Michael J. Tomana, Esquire
VP, General Counsel and Secretary
Redleaf Group, Inc.
First and Market Building
100 First Avenue, Suite 1100
Pittsburgh, PA 15222

Dear Mike:

Enclosed are our statements for professional services rendered to Redleaf Group, Inc. for the period ending February 28, 2002.

On the General Matter invoice, you will note that, as per our agreement, fees from February 12, 2002 through February 28, 2002, have been held for billing until next month. Fees for services during that February time period will be included with the fees for services ending March 31, 2002, on the next invoice that will be generated in April.

Best regards.

Sincerely,

*Bob*

Robert P. Zinn

RPZ/dmm

Enclosures

PI-824127 v1 0950000-0103

Kirkpatrick &

# Kirkpatrick & Lockhart LLP

Henry W. Oliver Bui
535 Smithfield Stree
Pittsburgh, PA 1522
412.355.6500
www.kl.com

**DESCRIPTION**
Telephone
Business Mea

December 11, 2001

Redleaf Group, Inc.
First & Market Building
100 First Avenue, Suite 950
Pittsburgh, PA 15222

| | |
|---|---|
| Our File Number | 0306146.0100 |
| Invoice | 1023309 |
| Services Through | November 30, 2 |

General

**DATE**
09/21/01
10/23/01
11/07/01

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11/02/01 | A. Blomstrom | 0.80 | Review stock transfer issues; conference with N. Saunders regarding outstanding issues | 132.0 |
| 11/05/01 | R. Thorpe | 4.10 | Review and follow-up with respect to Wilson Sonsini stock books and related open matters | 738.00 |
| 11/06/01 | R. Thorpe | 0.80 | Review and follow-up with respect to Wilson Sonsini stock books and related open matters | 144.00 |
| 11/08/01 | R. H. Rosenblum | 0.50 | Attention to e-mail | 225.00 |
| 11/08/01 | R. H. Rosenblum | 0.50 | Attention to e-mail; telephone conversation with M. Tomana | 225.00 |
| 11/13/01 | R. Thorpe | 0.40 | Telephone conversation with M. Tomana regarding open matters | 72.00 |
| 11/16/01 | R. Thorpe | 0.20 | Telephone conversation with Aspire Partners | 36.00 |
| 11/28/01 | R. H. Rosenblum | 0.50 | Telephone conversation with R. Thorpe | 225.00 |
| 11/28/01 | R. Thorpe | 0.80 | Review of M. Tomana agenda; teleconference with R. Rosenblum regarding SBIC options | 144.00 |

Fees
Disbursement

**CURRENT IN**

Past Due Inv

**TOTAL AMO**

*40's
act
per
in DC*

◆ This am

| | | | TOTAL FEES | | $ 1,941.00 |
|---|---|---|---|---|---|
| A. Blomstrom | | 0.80 hrs at | $ 165/ hr | | $132.00 |
| R. H. Rosenblum | | 1.50 hrs at | $ 450/ hr | | $675.00 |
| R. Thorpe | | 6.30 hrs at | $ 180/ hr | | $1,134.00 |
| | | 8.60 hrs | TOTAL FEES | | $ 1,941.00 |

* Does not

BOSTON ■ DALLAS ■ HARRISBURG ■ LOS ANGELES ■ MIAMI ■ NEWARK ■ NEW YORK ■ PITTSBURGH ■ SAN FRANCISCO ■ WASHIN:

# Kirkpatrick & Lockhart LLP

Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312
412.355.6500
www.kl.com

January 25, 2002

Redleaf Group, Inc.
First & Market Building
100 First Avenue, Suite 950
Pittsburgh, PA 15222

| | | |
|---|---|---|
| Our File Number | : | 0306146.0100 |
| Invoice | : | 1034491 |
| Services Through | : | December 31, 2001 |

**General**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 12/04/01 | R. Thorpe | 1.30 | Review of M. Tomana agenda; organization of conference call | 234.00 |
| 12/05/01 | R. H. Rosenblum | 1.00 | Telephone conference with R. Thorpe | 450.00 |
| 12/05/01 | R. Thorpe | 3.60 | Prepare for conference call; draft summary memorandum; conference call with R. Rosenblum, M. Tomana; follow-up on tax issues | 648.00 |
| 12/06/01 | R. H. Rosenblum | 0.80 | Telephone conference with M. Tomana and J. Claudle regarding safeguard | 360.00 |
| 12/07/01 | R. H. Rosenblum | 0.50 | Telephone conference with R. Thorpe | 225.00 |
| 12/07/01 | R. Thorpe | 0.50 | Telephone conference with M. Tomana; review of P. Kogan e-mail correspondence regarding Form M-11 | 90.00 |
| 12/10/01 | C. Thompson | 0.50 | Telephone conference with client regarding vacation issues including tracking report regarding vacation | 150.00 |
| 12/10/01 | R. Thorpe | 0.40 | Telephone conference with P. Kogan regarding blue sky issue and related review of filings; legal analysis | 72.00 |
| 12/13/01 | R. H. Rosenblum | 0.50 | Telephone conference with R. Thorpe | 225.00 |

# Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 12/13/01 | R. Thorpe | 1.60 | Review of Weinstein letter; legal research; e-mail to R. Zinn regarding same; telephone conference with M. Tomana; review of SBA documents and telephone conference with R. Rosenblum regarding same | 288.00 |
| 12/14/01 | R. Thorpe | 0.70 | Review of SBA documents; telephone conference with M. Tomana; related research | 126.00 |
| 12/17/01 | A. Blomstrom | 1.00 | Draft notice letter regarding first refusal rights | 165.00 |
| 12/17/01 | R. Thorpe | 0.70 | Review of SBA documents | 126.00 |
| 12/19/01 | R. Thorpe | 0.50 | Review of SBA documents | 90.00 |
| 12/20/01 | D. Pollok | 1.00 | Research regarding statute of limitation on contract action for sale of securities | 175.00 |
| 12/20/01 | R. H. Rosenblum | 2.50 | Attention to escrow documents regarding SBIC; participate in telephone conference with R. Thorpe and M. Tomana regarding same | 1,125.00 |
| 12/20/01 | R. Thorpe | 1.80 | Telephone conference with M. Tomana regarding SBIC proposal; meeting with R. Zinn regarding release; attention to annual meeting issues | 324.00 |
| 12/21/01 | D. Pollok | 1.20 | Research regarding statute of limitation on contract action for sale of securities | 210.00 |
| 12/21/01 | R. Thorpe | 5.00 | Draft annual meeting and first refusal documents; related oversight of mailing preparations; related legal analysis; draft release agreement and related research and analysis; telephone conferences with M. Tomana | 900.00 |
| 12/22/01 | R. Thorpe | 1.40 | Draft annual meeting and first refusal documents; telephone conference with M. Tomana | 252.00 |
| 12/26/01 | D. Pollok | 0.50 | Research regarding statute of limitation on contract action for sale of securities; e-mail to J. Vaughan regarding same | 87.50 |
| 12/26/01 | R. Thorpe | 3.10 | Final review and revision of annual meeting and first refusal mailings; supervision of mailings | 558.00 |
| 12/27/01 | R. Thorpe | 2.30 | Attention to share transfer issues | 414.00 |

## Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 12/28/01 | C. Thompson | 0.80 | Review and revise California employment agreement and arbitration agreement | 240.00 |
| 12/31/01 | A. Blomstrom | 0.30 | Review share transfer request and investor rights agreement | 49.50 |
| 12/31/01 | A. M. Criss | 0.70 | Discussions with A. Blomstrom and R. Thorpe regarding Mandaric transfer; prepare new stock certificate | 77.00 |
| | | | TOTAL FEES | $ 7,661.00 |

| | | | | |
|------|------|-------|-------------|--------|
| A. Blomstrom | | 1.30 hrs at $ 165/ hr | $214.50 |
| A. M. Criss | | 0.70 hrs at $ 110/ hr | $77.00 |
| D. Pollok | | 2.70 hrs at $ 175/ hr | $472.50 |
| R. H. Rosenblum | | 5.30 hrs at $ 450/ hr | $2,385.00 |
| C. Thompson | | 1.30 hrs at $ 300/ hr | $390.00 |
| R. Thorpe | | 22.90 hrs at $ 180/ hr | $4,122.00 |
| | TOTAL FEES | 34.20 hrs | $ 7,661.00 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Telephone | 0.53 |
| Westlaw Research | 28.49 |
| Local Courier | 4.40 |
| DISBURSEMENTS & OTHER CHARGES | $ 33.42 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|------|----------|------|-------|-----------|
| 12/11/01 | 1023309 | 1,746.90 | 3.20 | 1,750.10 |
| | OUTSTANDING BALANCE | | | $ 1,750.10 |

-3-

# Kirkpatrick & Lockhart LLP

Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312
412.355.6500
www.kl.com

February 18, 2002

Redleaf Group, Inc.
First & Market Building
100 First Avenue, Suite 950
Pittsburgh, PA 15222

| | | |
|---|---|---|
| Our File Number | : | 0306146.0100 |
| Invoice | : | 1041096 |
| Services Through | : | January 31, 2002 |

**General**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 01/02/02 | A. M. Criss | 2.10 | Receive and review instructions for Kirsch, Brown and McLaughlin transfers; conferences with R. Thorpe and J. Cummins regarding same; revise certificates and transmit to J. Cummins; fax letter to J. Cummins; update stockholder records; revise documents for Mandaric transfer; transmit to R. Thorpe for review | 252.00 |
| 01/02/02 | R. Thorpe | 1.10 | Attention to share transfer matters | 231.00 |
| 01/03/02 | A. M. Criss | 1.30 | Conferences with R. Thorpe regarding Series A stock transfers; draft letters transmitting certificates to W. Kirsch, L. Broron and G. McLaughlin; draft receipts for certificates; transmit Mandaric transfer documents to B. Wiedermann | 156.00 |
| 01/03/02 | R. Thorpe | 0.80 | Attention to share transfer matters | 168.00 |
| 01/04/02 | A. M. Criss | 0.70 | Conferences with R. Thorpe regarding request of J. Cummins; prepare investor questionnaire and stockholder investors rights agreement for Scheffer and Associates | 84.00 |

BOSTON ■ DALLAS ■ HARRISBURG ■ LOS ANGELES ■ MIAMI ■ NEWARK ■ NEW YORK ■ PITTSBURGH ■ SAN FRANCISCO ■ WASHINGTON

**Kirkpatrick & Lockhart LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 01/04/02 | R. Thorpe | 1.90 | Attention to share transfer matters; telephone conferences with M. Tomana regarding S. Lienhart inquiry, request for copy of February board script | 399.00 |
| 01/07/02 | R. Thorpe | 0.90 | Draft cover letter to proposed grantee of common stock; telephone conference with M. Tomana; related research | 189.00 |
| 01/09/02 | A. M. Criss | 0.60 | Discussions with S. Altman regarding Pennsylvania qualification and fictitious name registration; preparation of docketing statement | 72.00 |
| 01/09/02 | R. Thorpe | 0.10 | Telephone conference with M. Tomana regarding possible B to A conversion, Safeguard dispute; attention to transfer matter | 21.00 |
| 01/10/02 | A. M. Criss | 0.70 | Draft transfer documents for PNC Equities Corporation per request of R. Thorpe; update stockholder records per conferences with J. Cummins | 84.00 |
| 01/10/02 | R. Thorpe | 0.10 | Attention to share transfer matters | 21.00 |
| 01/11/02 | A. M. Criss | 0.30 | Respond to request from M. Macy regarding contact information for certain stockholders; conferences with R. Thorpe regarding same | 36.00 |
| 01/14/02 | A. M. Criss | 1.30 | Per conferences with R. Thorpe fax revised joinder to C. Scheffel; initial draft of common stock certificate; update stockholder records; draft PNC Investor Corporation certificate; organization of stockholder files; order Series A Preferred and Common Stock certificates; conferences with J. Cummins regarding 12/26/01 mailing | 156.00 |
| 01/14/02 | R. H. Rosenblum | 1.00 | Attention to e-mail from M. Tomana regarding subscription agreement; message regarding same | 450.00 |
| 01/14/02 | R. Thorpe | 1.10 | Attention to C. Scheffel transfer, other stock transfer matters | 231.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 01/15/02 | A. M. Criss | 2.80 | Respond to request from J. Cummins regarding Mahaffey and Hoyem proxies; conferences with R. Thorpe regarding same; draft letters and transmit notice to G. Hoyem and J. Cummins; initial preparation of Scheffel stock certificate; continue organization of stockholder records | 336.00 |
| 01/15/02 | R. Thorpe | 4.90 | Draft annual meeting materials, summary of A for B exchange; attention to stock transfer matters | 1,029.00 |
| 01/16/02 | A. M. Criss | 1.90 | Revise Pennsylvania qualification and fictitious name registration applications per conferences with J. Cummins; transmit to same for execution by M. Nelson; continue organization of stockholder records | 228.00 |
| 01/16/02 | A. B. Pullman | 2.00 | Telephone conference with R. Thorpe; research and analysis; conference with R. Aulbach and R. Thorpe | 950.00 |
| 01/16/02 | R. Thorpe | 0.70 | Revision of Series A for B exchange summary; review of tax disclosure | 147.00 |
| 01/17/02 | A. M. Criss | 1.90 | Prepare proxy spreadsheet; enter responses received from J. Cummins; conference with R. Thorpe regarding same; revise proxy; draft letter and transmit Mahaffey proxies to J. Cummins | 228.00 |
| 01/17/02 | R. Thorpe | 1.50 | Revision of A for B summary; related telephone conferences; follow up with M. Tomana | 315.00 |
| 01/18/02 | A. M. Criss | 3.20 | Finalize Scheffel certificate; draft letter and transmit to J. Cummins for execution; review Rohler and Hoyem files; prepare certificate for Class A common stock; Kohler discussions with R. Thorpe regarding same; update proxy spreadsheet; continue organization of files | 384.00 |
| 01/18/02 | R. Thorpe | 1.30 | Telephone conference with M. Tomana regarding open issues | 273.00 |
| 01/21/02 | R. Thorpe | 0.10 | Review of first refusal exercise notice | 21.00 |

Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 01/22/02 | A. M. Criss | 3.20 | Finalize letter and transmit common stock certificate to C. Scheffel; transmit copy of investors rights agreement to J. Cummins; conferences with R. Thorpe regarding Protos and Brown Family Trust proxies; telephone conference with B. Van Pelt regarding Protos proxy; receive fax regarding same and transmit to J. Cummins | 384.00 |
| 01/22/02 | R. Thorpe | 0.20 | Telephone conference with J. Cummins; revision of voting spreadsheet | 42.00 |
| 01/23/02 | A. M. Criss | 1.60 | Receive and review PNC Equities Corporation transfer documents; conferences with R. Thorpe regarding same; continue review and update of stockholder files | 192.00 |
| 01/25/02 | A. M. Criss | 0.20 | Forward PNC Equities Corporation transfer documents to R. Thorpe for review | 24.00 |
| 01/25/02 | R. Thorpe | 0.50 | Attention to PNC transfer documentation | 105.00 |
| 01/28/02 | A. M. Criss | 0.40 | Discussions with J. Cummins regarding draft of Redleaf Campus Networks/Oak Leaf filings; discussions with S. Altman regarding same | 48.00 |
| 01/28/02 | R. Thorpe | 1.80 | Review and e-mail correspondence regarding Aspen Ventures project; related legal analysis | 378.00 |
| 01/29/02 | R. Thorpe | 0.70 | Telephone conference with M. Tomana regarding Safeguard, Aspen issues; research on Aspen board approval issues | 147.00 |
| 01/30/02 | A. M. Criss | 0.20 | Conferences with R. Thorpe regarding PNC Investment Corporation certificate | 24.00 |
| 01/30/02 | R. H. Rosenblum | 0.50 | Telephone conference with R. Thorpe | 225.00 |
| 01/30/02 | R. Thorpe | 0.80 | Review of Aspen documentation; e-mail correspondence regarding Safeguard, Aspen | 168.00 |

Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 01/31/02 | A. M. Criss | 1.60 | Draft letter and transmit PNC certificate to J. Cummins for execution; conferences with G. Fryncko regarding same; draft letter and transmit certificate to M. Shaffer; update stock ledger and contact information; conferences with B. Wiedermann regarding Mandaric stock transfer | 192.00 |
| 01/31/02 | R. Thorpe | 0.50 | Telephone conference with R. Rosenblum regarding Aspen; related analysis | 105.00 |

|  |  | TOTAL FEES |  | $    8,495.00 |
|---|---|---|---|---|

| A. M. Criss |  | 24.00 hrs at $ 120/ hr | $2,880.00 |
|-------------|---|------------------------|-----------|
| A. B. Pullman |  | 2.00 hrs at $ 475/ hr | $950.00 |
| R. H. Rosenblum |  | 1.50 hrs at $ 450/ hr | $675.00 |
| R. Thorpe |  | 19.00 hrs at $ 210/ hr | $3,990.00 |
|  | TOTAL FEES | 46.50 hrs | $    8,495.00 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Telephone | 3.38 |
| Facsimile | 32.00 |
| Postage | 1.71 |
| Copying Expense | 119.52 |
| Computer Research | 11.25 |
| Word Processing | 37.46 |
| Long Distance Courier | 56.19 |
| Westlaw Research | 322.80 |
| Other | 113.00 |
| DISBURSEMENTS & OTHER CHARGES | $    697.31 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|------|----------|------|-------|-----------|
| 12/11/01 | 1023309 | 1,746.90 | 3.20 | 1,750.10 |
| 01/25/02 | 1034491 | 6,894.90 | 33.42 | 6,928.32 |
|  | OUTSTANDING BALANCE |  |  | $    8,678.42 |

# Kirkpatrick & Lockhart LLP

Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312
412.355.6500
www.kl.com

March 19, 2002

Redleaf Group, Inc.
First & Market Building
100 First Avenue, Suite 1100
Pittsburgh, PA 15222

| | | |
|---|---|---|
| Our File Number | : | 0306146.0100 |
| Invoice | : | 1047948 |
| Services Through | : | February 28, 2002 |

**General**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 01/28/02 | R. H. Rosenblum | 1.00 | Review Aspen documents | 450.00 |
| 01/31/02 | R. H. Rosenblum | 1.20 | Review Aspen documents; telephone conference with R. Thorpe | 540.00 |
| 02/01/02 | A. M. Criss | 1.20 | Conferences with J. Cummins; update stockholder records; finalize PA qualification for Redleaf Campus Networks and fictitious name registration of Oak Leaf Networks; transmit to T. Rohrbaugh for filing; draft legal notice and letters to Pittsburgh Legal Journal and Pittsburgh Post-Gazette | 144.00 |
| 02/01/02 | P. N. Flocos | 0.30 | Conferences with and e-mail to/from R. Thorpe and T. Palmer regarding Delaware BJ rule | 82.50 |
| 02/01/02 | T. Rohrbaugh | 0.50 | File certificate of authority for Redleaf Campus Networks, Inc. and fictitious name registration for Oak Leaf Networks with the Department of State | 52.50 |
| 02/01/02 | R. H. Rosenblum | 3.50 | Review Aspen documents via e-mail; telephone conference with R. Thorpe regarding same | 1,575.00 |

BOSTON ▪ DALLAS ▪ HARRISBURG ▪ LOS ANGELES ▪ MIAMI ▪ NEWARK ▪ NEW YORK ▪ PITTSBURGH ▪ SAN FRANCISCO ▪ WASHINGTON

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 02/01/02 | R. Thorpe | 3.60 | Review and comment on Aspen documents; telephone conference with R. Rosenblum; telephone conferences with M. Tomana; attention to shareholder transfer issues; telephone conferences with P. Flocos and R. Zinn regarding business judgment memorandum and Safeguard amendments | 756.00 |
| 02/03/02 | R. H. Rosenblum | 2.80 | Review Aspen agreements | 1,260.00 |
| 02/04/02 | R. H. Rosenblum | 4.50 | Review Aspen agreements; telephone conference with M. Tomana and R. Thorpe to prepare for telephone conference with Gunderson | 2,025.00 |
| 02/04/02 | R. Thorpe | 3.50 | Telephone conferences with R. Rosenblum, M. Tomana regarding Aspen transaction | 735.00 |
| 02/05/02 | A. M. Criss | 2.10 | Continue review of founder stockholder files; draft memorandum to R. Thorpe regarding Kohler transfer documents; discussions with J. Cummins regarding Hoyem and Kohler certificates; receive and review Mandaric transfer documents; finalize letter to B. Wiedermann/Plancorp transmitting certificate; update stock book and ledger | 252.00 |
| 02/05/02 | R. H. Rosenblum | 5.50 | Review Aspen documents; telephone conference with M. Tomana and R. Thorpe; telephone conference with M. Tomana, R. Thorpe and Gunderson regarding subscription agreement and 40 Act status issues; review SBA regulations for telephone conference with Gunderson regarding Aspen agreements | 2,475.00 |
| 02/05/02 | R. Thorpe | 3.60 | Telephone conferences regarding Aspen transaction and related document review | 756.00 |
| 02/06/02 | A. M. Criss | 0.60 | Transmit stock ledgers for all classes to J. Cummins, L. Merke and W. Wang; discussion regarding Kohler and Hoyem certificates | 72.00 |

## Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 02/06/02 | R. H. Rosenblum | 3.80 | Review Aspen documents; telephone conference with M. Tomana, Gunderson and R. Thorpe regarding Aspen documents | 1,710.00 |
| 02/06/02 | R. Thorpe | 2.30 | Telephone conferences regarding Aspen transaction; related document review | 483.00 |
| 02/07/02 | A. M. Criss | 0.80 | Prepare Conway and O'Brien certificates per request of J. Cummins; update stockholder records; discussion with R. Thorpe regarding issuance of shares; draft letter to J. Cummins | 96.00 |
| 02/07/02 | R. H. Rosenblum | 2.20 | Review Aspen documents sent by J. Cummings; review draft cross-indemnification agreement with Safeguard | 990.00 |
| 02/07/02 | R. Thorpe | 1.40 | Attention to shareholder transfer matters; telephone conferences regarding Aspen transaction; draft transaction summary for board meeting | 294.00 |
| 02/08/02 | A. M. Criss | 3.10 | Respond to request from J. Cummins regarding issuance of stock certificates to R. Conway and T. O'Brien; discussions with R. Thorpe regarding same; respond to request regarding Robin-Downey Ventures transfer of shares; e-mail to V. Delegeane regarding same; initial preparation of transfer documents; review Kohler and Hoyem files; discussions with R. Thorpe regarding revision of Kohler transfer documents; review of Class A common stockholder files; continue review and update of stockholder records | 372.00 |
| 02/08/02 | R. H. Rosenblum | 1.00 | Begin review of draft term sheet; messages for R. Thorpe regarding same | 450.00 |
| 02/08/02 | R. Thorpe | 3.10 | Draft and transmittal of Aspen term sheet | 651.00 |
| 02/08/02 | R. Zinn | 4.10 | Attention to board of directors issues regarding Safeguard and attention to Aspen transaction | 2,050.00 |

## Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 02/09/02 | R. H. Rosenblum | 3.20 | Review Aspen agreements, amendments; subscription agreements, SBA regulations and draft term sheet | 1,440.00 |
| 02/11/02 | A. M. Criss | 2.70 | Create Redleaf documents for founder's gift transfers; draft letters to T. O'Brien and R. Conway transmitting certificates; update Class A common stock ledger; telephone call from Kohler regarding transfer documents; draft joinder for T. O'Brien; update stockholder files | 324.00 |
| 02/11/02 | R. H. Rosenblum | 4.80 | Review Aspen documents; review draft term sheet; telephone conversations with R. Thorpe regarding same | 2,160.00 |
| 02/11/02 | R. Thorpe | 1.60 | Telephone conference with R. Rosenblum regarding revision of Aspen term sheet; revision and transmittal to client of summary of terms; supervision of A. Criss on shareholder transfer matters | 336.00 |
| | | TOTAL FEES | | $    22,531.00 |

| | | | | |
|------|------|------|------|------|
| A. M. Criss | | 10.50 hrs at | $ 120/ hr | $1,260.00 |
| P. N. Flocos | | 0.30 hrs at | $ 275/ hr | $82.50 |
| T. Rohrbaugh | | 0.50 hrs at | $ 105/ hr | $52.50 |
| R. H. Rosenblum | | 33.50 hrs at | $ 450/ hr | $15,075.00 |
| R. Thorpe | | 19.10 hrs at | $ 210/ hr | $4,011.00 |
| R. Zinn | | 4.10 hrs at | $ 500/ hr | $2,050.00 |
| | TOTAL FEES | 68.00 hrs | | $    22,531.00 |

-4-

**Kirkpatrick & Lockhart** LLP

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 1.76 |
| Facsimile | 9.75 |
| Postage | 26.61 |
| Copying Expense | 456.84 |
| Copying Expense (Outside Off.) | 48.82 |
| Word Processing | 95.37 |
| Long Distance Courier | 172.37 |
| Westlaw Research | 476.11 |
| Local Courier | 5.00 |
| Legal Advertisement Costs | 98.50 |
| Filing Fees | 232.00 |
| Other | 158.95 |
| DISBURSEMENTS & OTHER CHARGES | $ 1,782.08 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 12/11/01 | 1023309 | 1,746.90 | 3.20 | 1,750.10 |
| | OUTSTANDING BALANCE | | $ | 1,750.10 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 22,531.00 |
| Disbursements and Other Charges | $ | 1,782.08 |
| **CURRENT INVOICE DUE** | $ | 22,059.98 ♦ |
| Past Due Invoices * | $ | 1,750.10 |
| **TOTAL AMOUNT DUE** | $ | 23,810.08 |

♦  **This amount reflects a 10% professional courtesy on fees.**

**Laura Merkl**

| | |
|---|---|
| From: | Jim Cummins [jcummins@redleaf.com] |
| Sent: | Wednesday, April 17, 2002 3:56 AM |
| To: | lmerkl@redleaf.com |
| Cc: | mtomana@redleaf.com |
| Subject: | RE: SBIC legal bills |

*WIRE*

Laura -

Rob Rosenblum is our '40 Act counsel in DC and his time entries, unless they specifically state otherwise, reflect time spent on reviewing Aspen materials and discussing the potential impact on Redleaf and its status under the '40 Act in connection with the investment in Aspen; we don't consult with Rob on other matters.

I think you should submit the entire amount for reimbursement. If Aspen questions any entries (and I don't think they will or should, given the amount of fees in relation to our financial commitment), we can have the timekeepers at K&L provide more descriptive entries that will all contain the words "Aspen" and "SBIC".

James R. Cummins
Assistant Secretary
Redleaf Group, Inc.
First & Market Building
100 First Avenue, Suite 1100
Pittsburgh, PA 15222
Direct dial: (412) 552-1224
Facsimile: (412) 201-5650
E-mail: jim@redleaf.com

This message, together with any attachments, is intended only for the addressee(s) named above and may contain information that is legally privileged, confidential, and exempt from disclosure. If you are not the intended recipient of this message or an agent responsible for delivering this message to its intended recipient, you have received this communication in error and are hereby notified that any disclosure, forwarding, copying, distribution, dissemination, use or any action or reliance upon this communication is strictly prohibited. If you have received this e-mail message in error, please immediately notify the sender by telephone at (412) 552-1224 or by return e-mail to jim@redleaf.com and delete the original message.


-----Original Message-----
From: Laura Merkl [mailto:lmerkl@redleaf.com]
Sent: Tuesday, April 16, 2002 8:28 PM
To: jim@redleaf.com
Subject: SBIC legal bills


Hi Jim:
I have reviewed your fax. In most of the cases it specifically identifies the SBIC or Aspen; in other cases it just states "phone call" or "email" (see bill dated 12/11/01).   Since the SBIC is not specifically identified, I don't think I can bill Aspen for them unless I can illustrate more clearly it is Aspen/SBIC related.

Your thoughts please.
Thanks.
Laura

Laura A. Merkl

1

# EXHIBIT D

# INVOICE



**REDLEAF GROUP, INC.**
14395 Saratoga Avenue Saratoga CA 95070
Tel: 408-868-0800

| Invoice Number | Invoice Date | Due Date |
|---|---|---|
| 04-001 | 4/30/02 | Net 30 Days |

| Customer Order Number |
|---|
| |

**Bill to:**
Aspen Ventures
1000 Fremont Avenue
Suite 200
Los Altos, CA 94024

**Ship To:**
N/A

| Line Item | Qty | Unit | Description | Price in USD Unit | Total |
|---|---|---|---|---|---|
| 1 | 1 | | Legal bill incurred during March 2002 which related to work on the Aspen matter | $  11,236.00 | $  11,236.00 |

PJ by #6
5/6/02

| | | |
|---|---|---|
| Total | $ | 11,236.00 |
| Sales Tax | | |
| **TOTAL AMOUNT DUE (USD) –** | $ | 11,236.00 |

*Remit Payment in USD To: Redleaf Group, Inc., 14395 Saratoga Avenue, Saratoga, CA 95070*

Form: INV0700          Invoice Number Must Appear On Remittance          Invoices Must Be Paid in US Dollars

# Kirkpatrick & Lockhart LLP

Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312
412.355.6500
www.kl.com

ROBERT P. ZINN
(412) 355-8687
RZINN@KL.COM

April 19, 2002

Michael J. Tomana, Esquire
VP, General Counsel and Secretary
Redleaf Group, Inc.
First and Market Building
100 First Avenue, Suite 1100
Pittsburgh, PA  15222

Dear Mike:

Enclosed are our statements for professional services rendered to Redleaf Group, Inc. for the period ending March 31, 2002.

Best regards.

Sincerely,

Robert P. Zinn

RPZ/dmm

Enclosures

*Redleaf/Aspen $11,236.00*

| | |
|---|---|
| 0• | c |
| 1,575• | + |
| 525• | + |
| 900• | + |
| 147• | + |
| 1,125• | + |
| 231• | + |
| 1,260• | + |
| 990• | + |
| 475• | + |
| 63• | + |
| 675• | + |
| 336• | + |
| 675• | + |
| 189• | + |
| 450• | + |
| 540• | + |
| 231• | + |
| 84• | + |
| 399• | + |
| 168• | + |
| 135• | + |
| 63• | + |
| 022•••••••••• | |
| 11,236• | * |

# Kirkpatrick & Lockhart LLP

Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312
412.355.6500
www.kl.com

April 19, 2002

Redleaf Group, Inc.
First and Market Building
100 First Avenue, Suite 1100
Pittsburgh, PA 15222

Tax Identification Number 25 0921018

SUMMARY for professional services
rendered for the period ending
March 31, 2002

| Invoice | Matter/Invoice Date | No. | Fees (Reflects 10% Professional Courtesy Discount) | Disbursements | Prior Unpaid Invoices | Total |
|---|---|---|---|---|---|---|
| 1057213 | General - current | 100 | 15,673.05 | 379.98 | | 16,053.03 |
| 1057218 | Tech Transfer - current | 104 | 126.90 | - | | 126.90 |
| 1057219 | Private Placement/Restructuring - current | 501 | 2,158.20 | 135.94 | | 2,294.14 |
| | TOTAL | | $ 17,958.15 | $ 515.92 | $ - | $ 18,474.07 |
| | TOTAL CURRENT INVOICES | | $ 18,474.07 | | | |
| | TOTAL AMOUNT DUE | | $ 18,474.07 | | | |

# Kirkpatrick & Lockhart LLP

Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312
412.355.6500
www.kl.com

April 19, 2002

Redleaf Group, Inc.
First & Market Building
100 First Avenue, Suite 1100
Pittsburgh, PA 15222

| | |
|---|---|
| Our File Number : | 0306146.0100 |
| Invoice : | 1057213 |
| Services Through : | March 31, 2002 |

**General**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 02/12/02 | A. M. Criss | 3.30 | Discussions with J. Cummins and R. Thorpe regarding R. Conway and T. O'Brien exercise of option grants; initial preparation of documents; transmit to R. Thorpe for review; finalize letters and transmit joinders to R. Conway and T. O'Brien; finalize letter and transmit certificate to G. Hoyem; finalize letter and transmit transfer documents to J. Kohler; copy same to N. Calderon. J. Cummins and M. Tomana | 396.00 |
| 02/12/02 | R. H. Rosenblum | 3.50 | Telephone conferences with R. Thorpe; telephone conference with M. Tomana and R. Thorpe; review memorandum summarizing Aspen transaction and related matters | 1,575.00 ✓ |
| 02/12/02 | R. Thorpe | 2.50 | Review and revision of Aspen summary; telephone conferences with R. Rosenblum and M. Tomana regarding Aspen transaction; e-mail correspondence regarding Aspire Partners and other transfer matters | 525.00 ✓ |

BOSTON ▪ DALLAS ▪ HARRISBURG ▪ LOS ANGELES ▪ MIAMI ▪ NEWARK ▪ NEW YORK ▪ PITTSBURGH ▪ SAN FRANCISCO ▪ WASHINGTON

# Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 02/13/02 | A. M. Criss | 3.10 | Discussions with A. Purdie regarding transfer of shares to individual partners; draft Aspire Partners transfer documents and stock certificates; draft letter to A. Purdie and transmit stock powers and joinder for signature; fax joinders to J. Brehmer, W. Earley, M. Haskell and C. Scibeth; update Series B stock ledger; create files for individual stockholders | 372.00 |
| 02/13/02 | T. Rohrbaugh | 0.10 | Obtain approved copies of corporate filings from Department of State; send same to A. Criss | 10.50 |
| 02/13/02 | R. H. Rosenblum | 2.00 | Prepare for and participate in telephone conversation with M. Tomana and R. Thorpe regarding board meeting and Aspen issues; review SBA issues | 900.00 |
| 02/13/02 | R. Thorpe | 0.70 | Telephone conference with R. Rosenblum regarding Aspen; attention to Aspire Partners transfer | 147.00 |

## Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 02/14/02 | A. M. Criss | 4.10 | Finalize legal notice and letters; transmit notice of Pennsylvania qualification of Redleaf Campus Networks, Inc. to Pittsburgh Legal Journal and Pittsburgh Post-Gazette for publication; draft memorandum and transmit filed document to S. Altman; discussions with J. Cummins; transmit Aspire Partners individual certificates for signature; draft letters and return original Series B certificates to C. Cohen and D. McKinney; prepare of VCFA certificate; transmit documents to R. Thorpe for review; discussion s with J. Cummins regarding pick-up of certificates and status of V. Vaden/Robin-Downey Ventures transfer; contact V. Delegeane regarding same; transmit information from Pennsylvania Corporation Bureau website regarding Redleaf Campus Networks Pennsylvania qualification and registration of Oak Leaf Networks fictitious name | 492.00 |
| 02/14/02 | R. H. Rosenblum | 2.50 | Review revised Aspen documents and SBA regulations | 1,125.00 ✓ |
| 02/14/02 | R. Thorpe | 1.10 | Attention to shareholder transfer matters; follow-up on Aspen issues including carry calculation and voting control of Series B investments | 231.00 ✓ |

## Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 02/15/02 | A. M. Criss | 4.20 | Discussions with R. Thorpe; coordinate preparation and re-issuance of M. Werdegar shares to VCFA Holdings III, L.L.C.; fax executed assignment documents and certificate to B. Byers/VCFA; draft letters and transmit documents to B. Byers and M. Werdegar; update stock ledger and transmit to N. Calderon, J. Cummins and M. Tomana; update contacts and labels; organize stock book; receive and review joinders from A. Purdie and J. Brehmer; finalize letters and transmit certificates to same; create files for new stockholders; revise address labels | 504.00 |
| 02/15/02 | R. H. Rosenblum | 2.80 | Telephone conference with R. Thorpe; review revised Aspen documents | 1,260.00 ✓ |
| 02/15/02 | R. Thorpe | 0.50 | Attention to shareholder transfer matters; supervision of A. Criss in connection therewith | 105.00 |
| 02/19/02 | A. M. Criss | 0.80 | Finalize letters and transmit certificates to W. Earley, M. Haskell and R. Conway | 96.00 |
| 02/19/02 | R. H. Rosenblum | 2.20 | Begin review of revised Aspen documents | 990.00 ✓ |
| 02/20/02 | A. M. Criss | 0.40 | Finalize letter and transmit certificate to C. Scibetti | 48.00 |
| 02/20/02 | R. Thorpe | 0.20 | Attention to shareholder transfer matters | 42.00 |
| 02/21/02 | A. M. Criss | 0.60 | Finalize letter to T. O'Brien regarding transmittal of stock certificate; revise R. Conway receipt for certificate and transmit for signature | 72.00 |
| 02/22/02 | A. M. Criss | 0.30 | Contact V. Delegane regarding V. Vaden transfer status | 36.00 |
| 02/22/02 | R. Thorpe | 0.60 | Attention to auditor's inquiry and meeting with R. Staggers regarding same | 126.00 |

## Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 02/25/02 | A. M. Criss | 1.20 | Receive and review fax regarding McLaughlin transfers from J. Weinstein; transmit joinder to A. Morris for J. Kohler; receive and review stock powers from J. Kohler; finalize letter and transmit stock certificate; update stockholder files | 144.00 |
| 02/25/02 | A. B. Pullman | 1.00 | Research and analysis; telephone conference with R. Thorpe | 475.00 |
| 02/25/02 | L. R. Staggers | 1.00 | Interoffice memorandum for audit response | 145.00 |
| 02/25/02 | R. Thorpe | 1.50 | Review J. Weinstein letter regarding proposed McLaughlin transfers; telephone conference with A. Pullman regarding same; e-mail to R. Zinn regarding proposed advice | 315.00 |
| 02/26/02 | R. Thorpe | 0.50 | Attention to proposed McLaughlin transfer and share certificate exchange matters; 2001 audit letter response | 105.00 |
| 02/27/02 | C. M. Grimstad | 0.30 | Conference with R. Thorpe regarding audit letter question | 82.50 |
| 02/28/02 | A. M. Criss | 0.70 | Organize stockholder mailing files | 84.00 |
| 02/28/02 | R. Thorpe | 0.30 | Review Aspen document | 63.00 |
| 03/01/02 | R. H. Rosenblum | 1.50 | Telephone conference and e-mails with R. Thorpe regarding latest draft Aspen documents; review same | 675.00 |
| 03/01/02 | R. Thorpe | 1.60 | Attention to McLaughlin transfer issues; audit letter response; Aspen transaction | 336.00 |
| 03/04/02 | R. H. Rosenblum | 1.50 | Telephone conferences with R. Thorpe regarding Aspen documents; review same; e-mails from M. Tomana | 675.00 |
| 03/04/02 | L. R. Staggers | 1.00 | Audit letter | 145.00 |
| 03/04/02 | R. Thorpe | 0.90 | Attention to audit letter response; meeting with R. Staggers regarding same; review of Aspen documents and telephone conferences with R. Rosenblum regarding same | 189.00 |

# Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/05/02 | R. H. Rosenblum | 1.00 | Review Aspen documents; brief telephone conferences regarding status | 450.00 ✓ |
| 03/05/02 | R. Zinn | 2.00 | Attention to open matters | 1,000.00 |
| 03/06/02 | L. R. Staggers | 0.30 | Revisions and correspondence in connection with audit response | 43.50 |
| 03/06/02 | R. Thorpe | 0.30 | Attention to audit letter follow-up; telephone conference with R. Staggers regarding same | 63.00 |
| 03/08/02 | R. H. Rosenblum | 1.20 | Review Aspen documents; compare to SBIC regulations | 540.00 ✓ |
| 03/08/02 | R. Thorpe | 1.40 | Finalize audit response letter; draft letter to M. Tomana; related e-mail correspondence with R. Zinn | 294.00 |
| 03/11/02 | R. H. Rosenblum | 0.20 | Telephone conference with R. Thorpe regarding status issues | 90.00 |
| 03/12/02 | R. Thorpe | 0.30 | Telephone conference regarding Aspen transaction | 63.00 |
| 03/13/02 | A. M. Criss | 0.90 | Receive and review proof of publication of Pennsylvania qualification of Redleaf Campus Networks, Inc.; per discussions with J. Cummins, draft letter and transmit original documents to same; draft letter and transmit documents to C. Kreisel/CT Corporation | 108.00 |
| 03/13/02 | R. Thorpe | 1.10 | Attention to tax issues relating to revised Aspen proposal | 231.00 ✓ |
| 03/14/02 | R. Thorpe | 0.40 | Telephone conference with R. Rosenblum regarding Aspen; preparations for upcoming meeting with R. Ayres | 84.00 ✓ |
| 03/15/02 | R. Thorpe | 0.90 | Review August 2001 documents in preparation for upcoming meeting with R. Ayres; attention to Series A stock certificate issuance | 189.00 |
| 03/18/02 | R. Thorpe | 4.80 | Meeting with R. Ayres and M. Tomana; related preparation and follow-up | 1,008.00 |

-6-

## Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/19/02 | R. Thorpe | 1.90 | Follow-up on Aspen issues, follow-up on meeting with R. Ayres; related telephone conferences and e-mail correspondence | 399.00 |
| 03/20/02 | R. Thorpe | 0.80 | Follow-up on Aspen related issues; telephone conference with M. Tomana regarding Hillman issues | 168.00 |
| 03/21/02 | R. H. Rosenblum | 0.30 | Telephone conference with R. Thorpe | 135.00 |
| 03/21/02 | R. Thorpe | 0.30 | Follow-up with R. Rosenblum regarding Aspen telephone conference | 63.00 |
| | | | TOTAL FEES | $    17,414.50 |

| | | | | |
|------|------|------|------|------|
| A. M. Criss | 19.60 | hrs at | $  120/ hr | $2,352.00 |
| C. M. Grimstad | 0.30 | hrs at | $  275/ hr | $82.50 |
| A. B. Pullman | 1.00 | hrs at | $  475/ hr | $475.00 |
| T. Rohrbaugh | 0.10 | hrs at | $  105/ hr | $10.50 |
| R. H. Rosenblum | 18.70 | hrs at | $  450/ hr | $8,415.00 |
| L. R. Staggers | 2.30 | hrs at | $  145/ hr | $333.50 |
| R. Thorpe | 22.60 | hrs at | $  210/ hr | $4,746.00 |
| R. Zinn | 2.00 | hrs at | $  500/ hr | $1,000.00 |
| | TOTAL FEES | 66.60 hrs | | $    17,414.50 |

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Telephone | 102.61 |
| Postage | 17.46 |
| Copying Expense | 35.10 |
| Computer Research | 15.00 |
| Long Distance Courier | 38.61 |
| Publication Notice | 171.20 |
| DISBURSEMENTS & OTHER CHARGES | $    379.98 |

**Kirkpatrick & Lockhart** LLP

<u>INVOICE SUMMARY</u>

| | | |
|---|---|---|
| Fees | $ | 17,414.50 |
| Disbursements and Other Charges | $ | 379.98 |
| **CURRENT INVOICE DUE** | $ | <u>16,053.03</u>♦ |

\*  **This amount reflects a 10% professional courtesy on fees.**

# Kirkpatrick & Lockhart LLP

Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312
412.355.6500
www.kl.com

April 19, 2002

Redleaf Group, Inc.
First & Market Building
100 First Avenue, Suite 1100
Pittsburgh, PA 15222

| Our File Number | : | 0306146.0104 |
|---|---|---|
| Invoice | : | 1057218 |
| Services Through | : | March 31, 2002 |

**Tech Transfer**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/13/02 | S. Altman | 0.60 | Draft PNC sponsorship agreement for Oakleaf | 141.00 |
| | | | TOTAL FEES | $ 141.00 |

| | | | |
|---|---|---|---|
| S. Altman | | 0.60 hrs at $ 235/ hr | $141.00 |
| | TOTAL FEES | 0.60 hrs | $ 141.00 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 141.00 |
| CURRENT INVOICE DUE | $ | 126.90* |

\*  **This amount reflects a 10% professional courtesy on fees.**

## Kirkpatrick & Lockhart LLP

| | | | |
|---|---|---|---|
| A. M. Criss | 1.90 hrs at $ 120/ hr | | $228.00 |
| P. N. Flocos | 0.30 hrs at $ 275/ hr | | $82.50 |
| A. B. Pullman | 2.50 hrs at $ 475/ hr | | $1,187.50 |
| R. Zinn | 1.80 hrs at $ 500/ hr | | $900.00 |
| | TOTAL FEES | 6.50 hrs | $ 2,398.00 |

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 1.30 |
| Copying Expense | 134.64 |
| DISBURSEMENTS & OTHER CHARGES | $ 135.94 |

### INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 2,398.00 |
| Disbursements and Other Charges | $ | 135.94 |
| **CURRENT INVOICE DUE** | $ | 2,294.14♦ |

\*   **This amount reflects a 10% professional courtesy on fees.**

-2-