Matthew G. Ball (SBN 208881)
Deirdre M. Digrande (SBN 199766)
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
55 Second Street, Suite 1700
San Francisco, CA  94105-3493
Tel:   (415) 882-8200
Fax:   (415) 882-8220
matthew.ball@klgates.com
deirdre.digrande@klgates.com

Martin D. Teckler (admitted *pro hac vice*)
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
1601 K Street, NW
Washington, DC  20006-1600
Tel:   (202) 778-9000
Fax:   (202) 778-9100
martin.teckler@klgates.com

Attorneys for Defendant
REDLEAF GROUP, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures III, <br><br> Plaintiffs, <br><br> v. <br><br> REDLEAF GROUP, INC., <br><br> Defendant and Third-Party Plaintiff, <br><br> v. <br><br> ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10, <br><br> Third-Party Defendants. | Case No. C-07-05350 JW (PVT) <br><br><br> **DECLARATION OF MATTHEW G. BALL PURSUANT TO GENERAL ORDER NO. 45, SECTION X** |

1

SF-155263 v1

1    I, Matthew G. Ball, declare:

2    1.    I am a Partner with the law firm Kirkpatrick & Lockhart Preston Gates Ellis LLP,

3    attorneys of record for Defendant Redleaf Group, Inc. ('Redleaf'). I submit this signature attestation

4    declaration pursuant to General Order No. 45, Section X. Except where indicated otherwise, I have

5    personal knowledge of the facts stated herein and, if called as a witness, I could and would testify

6    competently thereto.

7    2.    I hereby attest that concurrence in the filing of the following documents has been

8    obtained from the signatory listed in the signature block of these documents, filed concurrently with

9    the following documents and which shall serve as the signature of these documents:

10   **a.) DECLARATION OF MICHAEL J. TOMANA IN SUPPORT OF REDLEAF
     GROUP, INC.'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, OR IN THE
11   ALTERNATIVE SUMMARY ADJUDICATION, ON THE RECEIVER'S CLAIM FOR
     BREACH OF CONTRACT; and**
12

13   **b.) DECLARATION OF MICHAEL J. TOMANA IN SUPPORT OF REDLEAF
     GROUP, INC.'S OPPOSITION TO THIRD PARTY DEFENDANTS' NOTICE OF
14   MOTION AND MOTION FOR SUMMARY JUDGMENT.**

15

16   I declare under penalty of perjury under the laws of the United States of America that the

17   foregoing is true and correct. Executed on June 17, 2008, at San Francisco, California.

18

19   Matthew G. Ball

20

21

22

23

24

25

26

27

28

2