1  JESSICA L. GRANT (SBN 178138)
   JONATHAN A. PATCHEN (SBN 237346)
2  TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
3  San Francisco, California  94111
   Telephone:  (415) 788-8200
4  Facsimile:   (415) 788-8208
   E-mail: jgrant@tcolaw.com
5
   Attorneys for Third-Party Defendants
6  ALEXANDER P. CILENTO and
   DAVID CROCKETT
7
   [Additional Counsel on Signature Page]
8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12

13

| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures, III,<br><br>        Plaintiffs,<br><br>v.<br><br>REDLEAF GROUP, INC.,<br><br>        Defendant and Third-Party Plaintiff,<br><br>v.<br><br>ASPEN VENTURES MANAGEMENT III, LLC,  a Delaware Limited LIability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10,<br><br>        Third-Party Defendants. | Case No.: C-07-05350 JW (PVT)<br><br>**STIPULATION TO EXTEND TIME FOR THIRD-PARTY DEFENDANTS TO RESPOND TO THIRD-PARTY COMPLAINT** |
| --- | --- |

TAYLOR & CO.
LAW OFFICES, LLP

STIPULATION TO EXTEND TIME FOR THIRD-PARTY DEFENDANTS TO
RESPOND TO THIRD-PARTY COMPLAINT: CASE NO. C-07-05350 JW (PVT)

1   Whereas, on February 26, 2008 the Third-Party Defendants filed a Motion to Dismiss the

2   Third-Party Complaint filed by Redleaf Group, Inc. ("Redleaf") on December 17, 2007;

3   Whereas on June 5, 2008 the Court denied without prejudice the Third-Party Defendants'

4   Motion to Dismiss the Third-Party Complaint based on the Third-Party Defendants' pending

5   Motion for Summary Judgment that is scheduled for hearing on June 23, 2008;

6   Redleaf, by and through its attorney of record, and Third-Party Defendants David Crockett,

7   Alexander Cilento and Aspen Ventures Management III, LLC, by and through their attorneys of

8   record, hereby stipulate and agree pursuant to Civil Local Rule 6-1 (a) that Third-Party Defendants

9   shall have up to and including June 26, 2008, to answer or otherwise respond to the Third-Party

10  Complaint filed by Redleaf in this action.

11

12  Dated: June 18, 2008                    TAYLOR & COMPANY LAW OFFICES, LLP

13

14                                          By:    _____/s/ Jessica L. Grant_____

15                                                 Jessica L. Grant

16                                          Attorneys for Third-Party Defendants
                                            ALEXANDER P. CILENTO and DAVID CROCKETT
17

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

TAYLOR & CO.
LAW OFFICES, LLP

STIPULATION TO EXTEND TIME FOR THIRD-PARTY DEFENDANTS TO RESPOND TO THIRD-PARTY
COMPLAINT (Civ. L.R. 6-1 (a)): CASE NO.  C-07-05350 JW (PVT)

1    Dated: June 18, 2008                    COBLENTZ, PATCH, DUFFY & BASS, LLP

2

3

4                                           By: _____ /s/ William H. Orrick, III _____
                                                          William H. Orrick, III
5

6                                           Attorneys for Third-Party Defendant
                                            ASPEN VENTURES MANAGEMENT III, LLC
7
                                            WILLIAM H. ORRICK, III (SBN 113252)
8                                           COBLENTZ, PATCH, DUFFY & BASS LLP
                                            One Ferry Building, Suite 200
9                                           San Francisco, California 94111
                                            Telephone:  (415) 391-4800
10                                          Facsimile:   (415) 989-1663
                                            E-mail: who@cpdb.com
11
     Dated: June 18, 2008                    KIRKPATRICK & LOCKHART PRESTON
12                                          GATES ELLIS LLP

13

14

15                                          By: _____ /s/ Matthew G. Ball _____
                                                          Matthew G. Ball
16
                                            Attorneys for Defendant and Third-Party Plaintiff
17                                          REDLEAF GROUP, INC.

18

19

20

21

22

23

24

25

26

27

28

TAYLOR & CO.
LAW OFFICES, LLP

STIPULATION TO EXTEND TIME FOR THIRD-PARTY DEFENDANTS TO RESPOND TO THIRD-PARTY
COMPLAINT (Civ. L.R. 6-1 (a)): CASE NO.  C-07-05350 JW (PVT)