1

2

3

4                              UNITED STATES DISTRICT COURT

5                            NORTHERN DISTRICT OF CALIFORNIA

6

7    UNITED STATES SMALL BUSINESS                No. C 07-05350 JW
     ADMINISTRATION,
8
                 Plaintiff(s),                   CLERK'S NOTICE CONTINUING
9                                                MOTIONS HEARING
         v.
10
     REDLEAF GOURP, INC.,
11
                 Defendant(s).
12
     _____/
13

14   TO ALL PARTIES AND COUNSEL OF RECORD:

15

16   YOU ARE NOTIFIED THAT on its own motion, the Court continues the hearing on various

17   motions from June 23, 2008 to June 25, 2008 to give the parties sufficient time to argue their motion

18

19   Dated:  June 19, 2008

20                                               FOR THE COURT,

21                                               Richard W. Wieking, Clerk

22
                                                 by:  _____/s/_____
23                                                      Elizabeth Garcia
                                                        Courtroom Deputy
24

25

26

27

28

**United States District Court**
For the Northern District of California