1  JESSICA L. GRANT (SBN 178138)
   JONATHAN A. PATCHEN (SBN 237346)
2  TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
3  San Francisco, California  94111
   Telephone:  (415) 788-8200
4  Facsimile:   (415) 788-8208
   E-mail: jgrant@tcolaw.com
5
   Attorneys for Third-Party Defendants
6  ALEXANDER P. CILENTO and
   DAVID CROCKETT
7
   [Additional Counsel on Signature Page]
8

**GRANTED**

*James Ware*

Judge James Ware

6/23/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures, III,<br><br>     Plaintiffs,<br><br>v.<br><br>REDLEAF GROUP, INC.,<br><br>     Defendant and Third-Party Plaintiff,<br><br>v.<br><br>ASPEN VENTURES MANAGEMENT III, LLC,  a Delaware Limited LIability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10,<br><br>     Third-Party Defendants. | Case No.: C-07-05350 JW (PVT)<br><br>**STIPULATION TO EXTEND TIME FOR THIRD-PARTY DEFENDANTS TO RESPOND TO THIRD-PARTY COMPLAINT** |

TAYLOR & CO.
LAW OFFICES, LLP

1    Whereas, on February 26, 2008 the Third-Party Defendants filed a Motion to Dismiss the

2    Third-Party Complaint filed by Redleaf Group, Inc. ("Redleaf") on December 17, 2007;

3    Whereas on June 5, 2008 the Court denied without prejudice the Third-Party Defendants'

4    Motion to Dismiss the Third-Party Complaint based on the Third-Party Defendants' pending

5    Motion for Summary Judgment that is scheduled for hearing on June 23, 2008;

6    Redleaf, by and through its attorney of record, and Third-Party Defendants David Crockett,

7    Alexander Cilento and Aspen Ventures Management III, LLC, by and through their attorneys of

8    record, hereby stipulate and agree pursuant to Civil Local Rule 6-1 (a) that Third-Party Defendants

9    shall have up to and including June 26, 2008, to answer or otherwise respond to the Third-Party

10    Complaint filed by Redleaf in this action.

11

12    Dated: June 18, 2008                         TAYLOR & COMPANY LAW OFFICES, LLP

13

14

                                                 By:        /s/ Jessica L. Grant

15                                                           Jessica L. Grant

16                                               Attorneys for Third-Party Defendants
                                                 ALEXANDER P. CILENTO and DAVID CROCKETT
17

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

2.

TAYLOR & CO.
LAW OFFICES, LLP

STIPULATION TO EXTEND TIME FOR THIRD-PARTY DEFENDANTS TO RESPOND TO THIRD-PARTY
COMPLAINT (Civ. L.R. 6-1 (a)): CASE NO. C-07-05350 JW (PVT)

1  Dated: June 18, 2008                    COBLENTZ, PATCH, DUFFY & BASS, LLP

2

3

4                                          By:    /s/ William H. Orrick, III
                                                  William H. Orrick, III
5

6                                          Attorneys for Third-Party Defendant
                                           ASPEN VENTURES MANAGEMENT III, LLC
7

8                                          WILLIAM H. ORRICK, III (SBN 113252)
                                           COBLENTZ, PATCH, DUFFY & BASS LLP
                                           One Ferry Building, Suite 200
9                                          San Francisco, California 94111
                                           Telephone:  (415) 391-4800
10                                         Facsimile:   (415) 989-1663
                                           E-mail: who@cpdb.com
11
   Dated: June 18, 2008                    KIRKPATRICK & LOCKHART PRESTON
12                                         GATES ELLIS LLP

13

14

15                                         By:    /s/ Matthew G. Ball
                                                  Matthew G. Ball
16
                                           Attorneys for Defendant and Third-Party Plaintiff
17                                         REDLEAF GROUP, INC.

18

19

20

21

22

23

24

25

26

27

28

TAYLOR & CO.
LAW OFFICES, LLP

3.

STIPULATION TO EXTEND TIME FOR THIRD-PARTY DEFENDANTS TO RESPOND TO THIRD-PARTY
COMPLAINT (Civ. L.R. 6-1 (a)): CASE NO.  C-07-05350 JW (PVT)