Gregory C. Nuti (Bar No. 151754)
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785
E-mail: gnuti@schnader.com

Beverley Hazlewood Lewis
Trial Attorney, Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W., Suite 7200
Washington, D.C. 20416
Telephone (202) 619-1605
Facsimile (202) 481- 0468

Attorneys for Plaintiff,
United States Small Business Administration in its
capacity as Receiver for Aspen Ventures III, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION IN ITS CAPACITY AS RECEIVER FOR ASPEN VENTURES III, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>REDLEAF GROUP, INC.,<br><br>Defendants. | Case No.: C07-05350 JW/PVT<br><br>**SUPPLEMENTAL DECLARATION OF RICHARD MOSER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE SUMMARY ADJUDICATION, ON THE RECEIVER'S CLAIM FOR BREACH OF CONTRACT**<br><br>Date: June 25, 2008<br>Time: 9:00 a.m.<br>Location: 280 South First Street, Courtroom 8, 4th Floor San Jose, CA 95113<br>Judge: Hon. James Ware |
| REDLEAF GROUP, INC.,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10,<br><br>Third-Party Defendants. | |

I, Richard Moser, declare as follows:

1.  I am a member of Phoenix Management Partners, LLC ("Phoenix") and authorized to act on its behalf. Phoenix's business address is 250 King Street, #470, San Francisco, California 94107. Phoenix has served as the Principal Agent for the U.S. Small Business Administration ("SBA") in its capacity as the court-appointed receiver ("Receiver") for Aspen Ventures III, LLP ("Aspen Ventures") since October, 2006. This Court placed Aspen Ventures into receivership, and appointed the SBA as receiver of Aspen Ventures pursuant to that Stipulation for Consent Order of Receivership filed October 4, 2006.

2.  Phoenix is an independent contractor retained by the Receiver. Phoenix is compensated at an hourly rate. I make this declaration in my capacity as a member of Phoenix and based upon my own personal knowledge and my review of Aspen Ventures' business books and records and, if called as a witness, I could and would testify competently to the matters stated herein.

3.  Phoenix's duties, in its capacity as Principal Agent, include, *inter alia*, assisting the Receiver in the marshalling, administration, and orderly liquidation of the assets of Aspen Ventures and satisfying the claims of creditors as determined by this Court and in the preservation and pursuit of Aspen Ventures' claims against third parties. Phoenix is responsible for the maintenance and safekeeping of the books and records of Aspen Ventures, including those obtained by the Receiver from the prior management of Aspen Ventures, some of which are attached hereto. I am informed and believe that books and records of Aspen Ventures were made at or near the time of the events recorded therein from information transmitted by persons with knowledge in the course of its regularly conducted business activities, and it was Aspen Ventures regular practice to make, keep and maintain its books and records.

4.  In my capacity as a member of Phoenix, I have read, reviewed, analyzed and have become generally familiar with Aspen Ventures' business books and records, including but not limited to the Consent Order, Aspen Ventures' limited partnership agreement, Aspen Ventures Management III, LLC's corporate documents and financial information, the documents

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700
FAX: (415) 364-6785

evidencing Redleaf Group, Inc.'s $15,000,000.00 capital commitment, and correspondence related thereto.

5.  As of the quarter ending September 30, 2006, Aspen Ventures had drawn $41,800,000 in SBA Participating Securities, or "Leverage." Of that amount, $33 million was allocated to Series A and $8.8 million was allocated to Series B. Attached hereto as **Exhibit A** is a true and correct copy of Aspen Ventures Consolidated Balance Sheet as of September 30, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct based upon personal knowledge, information and belief. Executed on this 24th day of June, 2008 in San Francisco, California.

/s/ Richard Moser
Richard Moser