# EXHIBIT A

# Aspen Ventures III, L.P.
## Balance Sheet
## Consoldiated
### As of September 30, 2006

|  | Form 468 | Aspen IIIA | Aspen IIIB | Sep 30, 06 |
|---|---|---:|---:|---:|
| **ASSETS** | | | | |
| Current Assets | | | | |
|   Checking/Savings | | | | |
|     100 · Cash and equivalents | | | | |
|       101 · SVB Checking | | 1,732.56 | 501.91 | 2,234.47 |
|       102 · SVB Money Market | | 189,799.97 | 421,162.17 | 610,962.14 |
|     Total 100 · Cash and equivalents | | 191,532.53 | 421,664.08 | 613,196.61 |
|   Total Checking/Savings | | 191,532.53 | 421,664.08 | 613,196.61 |
| Total Current Assets | | 191,532.53 | 421,664.08 | 613,196.61 |
| Other Assets | | | | |
|   300 · Investment at Cost | | | | |
|     310. Amperion, Inc. | | - | 3,772,615.00 | 3,772,615.00 |
|     320 · Carisbrook, Inc. | | 2,155,000.00 | - | 2,155,000.00 |
|     330 · Helicomm, Inc. | | 1,699,999.95 | 930,000.00 | 2,629,999.95 |
|     340 · NetCourier. Inc. | | 150,000.00 | - | 150,000.00 |
|     340. Reasoning | | | 1,753,080.33 | 1,753,080.33 |
|     350 · RivalWatch, Inc. | | 2,946,452.05 | - | 2,946,452.05 |
|     370 · SatMetrix Systems, Inc. | | 3,299,999.47 | - | 3,299,999.47 |
|     380 · ViewCentral, Inc. | | 4,342,000.00 | 250,000.00 | 4,592,000.00 |
|     300 · Investment at Cost - Other | | 27,380,917.31 | 2,000,000.00 | 29,380,917.31 |
|   Total 300 · Investment at Cost | | 41,974,368.78 | 8,705,695.33 | 50,680,064.11 |
|   390 · Investment Dispositions | | (27,380,918.14) | (2,000,000.00) | (29,380,918.14) |
|   391 · Bridge Note Repayment | | (134,500.00) | - | (134,500.00) |
|   400 · Investment Valuation | | (7,420,449.80) | (3,635,080.00) | (11,055,529.80) |
| Total Other Assets | | 7,038,500.84 | 3,070,615.33 | 10,109,116.17 |
| SBA Fees, net of Amortization | | 53,666.00 | 159,133.00 | 212,799.00 |
| **TOTAL ASSETS** | | 7,283,699.37 | 3,651,412.41 | 10,935,111.78 |
| **LIABILITIES & EQUITY** | | | | |
| Liabilities | | | | |
|   Long Term Liabilities | | | | |
|     800 · SBA Participating Securities | | | | |
|       801 · Partic Securities-Principal | | 33,000,000.00 | 8,800,000.00 | 41,800,000.00 |
|     Total 800 · SBA Participating Securities | | 33,000,000.00 | 8,800,000.00 | 41,800,000.00 |
|   Total Long Term Liabilities | | 33,000,000.00 | 8,800,000.00 | 41,800,000.00 |
| Total Liabilities | | 33,000,000.00 | 8,800,000.00 | 41,800,000.00 |
| Equity | | | | |
|   900 · Partners' Capital | | | | |
|     901 · Capital Contributions | | 16,500,000.00 | 4,430,303.00 | 20,930,303.00 |
|     903 · SBA Commitment Fees | | (1,101,334.00) | (363,867.00) | (1,465,201.00) |
|     904 · Operating income/loss | | (6,497,063.46) | (3,711,407.59) | (10,208,471.05) |
|     905 · Unrealized Gain/Loss | | (7,420,452.72) | (3,635,080.00) | (11,055,532.72) |
|     906 · Realized Gain/Loss | | (27,197,450.45) | (1,868,536.00) | (29,065,986.45) |
|   Total 900 · Partners' Capital | | (25,716,300.63) | (5,148,587.59) | (30,864,888.22) |
|   907 · Retained Earnings | | 2,061,857.48 | 2,039,951.61 | 4,101,809.09 |
|   Net Income | | (2,061,857.48) | (2,039,951.61) | (4,101,809.09) |
| Total Equity | | (25,716,300.63) | (5,148,587.59) | (30,864,888.22) |
| **TOTAL LIABILITIES & EQUITY** | | 7,283,699.37 | 3,651,412.41 | 10,935,111.78 |
| Cummulative Form 468 Loss | | (34,795,847.91) | (5,943,810.59) | (40,739,658.50) |