JESSICA L. GRANT (SBN 178138)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: jgrant@tcolaw.com

Attorneys for Third-Party Defendants
ALEXANDER P. CILENTO and
DAVID CROCKETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures, III,<br><br>Plaintiffs,<br><br>v.<br><br>REDLEAF GROUP, INC.,<br><br>Defendant and Third-Party Plaintiff,<br><br>v.<br><br>ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10,<br><br>Third-Party Defendants. | Case No.: C-07-05350 JW (PVT)<br><br>**THIRD-PARTY DEFENDANTS ALEXANDER P. CILENTO'S AND DAVID CROCKETT'S NOTICE OF SUBSTITUTION OF COUNSEL (GENERAL ORDER NO. 45)** |

TAYLOR & CO.
LAW OFFICES, LLP

THIRD-PARTY DEFENDANTS ALEXANDER P. CILENTO'S AND DAVID CROCKETT'S NOTICE OF SUBSTITUTION OF COUNSEL : CASE NO. C-07-05350 JW (PVT)

1  TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD:
3      PLEASE TAKE NOTICE that pursuant to General Order No. 45 of this Court, the
4  following counsel from Taylor & Company Law Offices, LLP has been added to this case and will
5  be appearing as counsel of record for third party defendants Alexander P. Cilento and David
6  Crockett:

>   Jonathan A. Patchen (SBN 237346)
>   Taylor & Company Law Offices, LLP
>   One Ferry Building, Suite 355
>   San Francisco, CA 94111
>   Telephone: (415) 788-8200
>   Facsimile:  (415) 788-8208
>   E-mail: jpatchen@tcolaw.com

11     Nicholas G. Campins (SBN 238022), formerly affiliated with Taylor & Company Law
12 Offices, LLP, is no longer representing third-party defendants Alexander P. Cilento and David
13 Crockett as counsel of record in this action, and should be removed from the Court's records.

15 Dated: June 25, 2008            Respectfully submitted,

16                                 TAYLOR & COMPANY LAW OFFICES, LLP

18                                 By:  /s/ Jessica L. Grant
19                                      Jessica L. Grant
20                                 Attorneys for Third-Party Defendants ALEXANDER
                                   P. CILENTO and DAVID CROCKETT

---

TAYLOR & CO.
LAW OFFICES, LLP

1.
THIRD-PARTY DEFENDANTS ALEXANDER P. CILENTO'S AND DAVID CROCKETT'S NOTICE OF
SUBSTITUTION OF COUNSEL: CASE NO. C-07-05350 JW (PVT)