UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** June 25, 2008 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** C-07-05350 JW | **Interpreter:** N/A |
| **Related Case No.:** N/A | |

TITLE

**United States Small Business Administration v. Redleaf Group Inc**

**Attorney(s) for Plaintiff(s)**: Jessica Grant, Nicholas Campins, (3rd Party Defts), Gregory Nuti (Receiver), William Orrick III
**Attorney(s) for Defendant(s)**: Matthew Ball

PROCEEDINGS

Cross-Motions for Summary Judgment

ORDER AFTER HEARING

Hearing Held.  The Court took the matter under submission after oral argument.  The Court to issue further order on motion.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: