**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              SAN JOSE DIVISION

10 | United States Small Business Administration,     NO. C 06-04032 JW
   | as Receiver for Aspen Ventures III, LP          NO. C 07-05350 JW
11
12 |               Plaintiff,          **ORDER TO SHOW CAUSE RE:**
   |     v.                            **APPOINTMENT OF ALTERNATE**
                                       **RECEIVER**
13 | Redleaf Group, Inc.,

14 |               Defendant/Third-Party Plaintiff,
   |     v.
15
   | Aspen Ventures Management, LLC, et al.
16
17 |               Third-Party Defendants.
   |  _____/

18

19        At the June 25, 2008, hearing on the various motions, the Court raised an issue regarding

20 whether a conflict of interests exists in having the SBA act as a receiver in this case.  Accordingly,

21 the parties are ordered to appear before the Court on **July 7, 2008 at 9 a.m.** to show cause, if any,

22 why an alternate receiver should not be appointed to manage the affairs of Aspen Ventures III, LP.

23 On or before **July 2, 2008**, the parties shall file their responses to whether an alternative receiver

24 should be appointed.

25

26 Dated:  June 27, 2008                    _____
                                            James Ware
27                                          JAMES WARE
                                            United States District Judge
28

**United States District Court**
For the Northern District of California

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Beverley Elizabeth Hazlewood beverley.hazlewood@sba.gov
     Deirdre M. Digrande deirdre.digrande@klgates.com
3    Gregory Caesar Nuti gnuti@schnader.com
     Jessica L. Grant jgrant@tcolaw.com
4    Matthew Gordon Ball matthew.ball@klgates.com
     Nicholas George Campins ncampins@gmail.com
5    Stephen E. Taylor staylor@tcolaw.com
     William Horsley Orrick EfilingWHO@cpdb.com

6

7    **Dated:  June 27, 2008**                          **Richard W. Wieking, Clerk**

8

9                                                        **By:   /s/ JW Chambers**
                                                              **Elizabeth Garcia**
10                                                            **Courtroom Deputy**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28