**GRANTED**
*James Ware*
Judge James Ware

7/1/2008

JESSICA L. GRANT (SBN 178138)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile:  (415) 788-8208
E-mail: jgrant@tcolaw.com

Attorneys for Third-Party Defendants
ALEXANDER P. CILENTO and
DAVID CROCKETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures, III,<br><br>　　Plaintiffs,<br><br>v.<br><br>REDLEAF GROUP, INC.,<br><br>　　Defendant and Third-Party Plaintiff,<br><br>v.<br><br>ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10,<br><br>　　Third-Party Defendants. | Case No.: C-07-05350 JW (PVT)<br><br>**THIRD-PARTY DEFENDANTS ALEXANDER P. CILENTO'S AND DAVID CROCKETT'S NOTICE OF SUBSTITUTION OF COUNSEL (GENERAL ORDER NO. 45)** |

TAYLOR & CO.
LAW OFFICES, LLP

THIRD-PARTY DEFENDANTS ALEXANDER P. CILENTO'S AND DAVID CROCKETT'S NOTICE OF SUBSTITUTION OF COUNSEL : CASE NO. C-07-05350 JW (PVT)

1 | TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF
2 | RECORD:
3 |     PLEASE TAKE NOTICE that pursuant to General Order No. 45 of this Court, the
4 | following counsel from Taylor & Company Law Offices, LLP has been added to this case and will
5 | be appearing as counsel of record for third party defendants Alexander P. Cilento and David
6 | Crockett:

>  Jonathan A. Patchen (SBN 237346)
>  Taylor & Company Law Offices, LLP
>  One Ferry Building, Suite 355
>  San Francisco, CA 94111
>  Telephone: (415) 788-8200
>  Facsimile:  (415) 788-8208
>  E-mail: jpatchen@tcolaw.com

11 |     Nicholas G. Campins (SBN 238022), formerly affiliated with Taylor & Company Law
12 | Offices, LLP, is no longer representing third-party defendants Alexander P. Cilento and David
13 | Crockett as counsel of record in this action, and should be removed from the Court's records.

Dated: June 25, 2008

Respectfully submitted,

TAYLOR & COMPANY LAW OFFICES, LLP


By: _____/s/ Jessica L. Grant_____
            Jessica L. Grant

Attorneys for Third-Party Defendants ALEXANDER P. CILENTO and DAVID CROCKETT

---

TAYLOR & CO.
LAW OFFICES, LLP

1.

THIRD-PARTY DEFENDANTS ALEXANDER P. CILENTO'S AND DAVID CROCKETT'S NOTICE OF SUBSTITUTION OF COUNSEL: CASE NO. C-07-05350 JW (PVT)