1  Gregory C. Nuti (Bar No. 151754)
   Schnader Harrison Segal & Lewis LLP
   One Montgomery Street, Suite 2200
2  San Francisco, CA 94104-5501
   Telephone: 415-364-6700
3  Facsimile: 415-364-6785

4  Beverley Hazelwood Lewis
   Trial Attorney, Office of General Counsel
5  U.S. Small Business Administration
   409 3rd Street, S.W., Seventh Floor
6  Washington, D.C. 20416
   Telephone (202) 205-6857
7  Facsimile (202) 481-0325

8  Attorneys for Plaintiff,
   United States Small Business Administration
   in its capacity as Receiver for Aspen Ventures III, L.P.
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12  UNITED STATES SMALL BUSINESS                Case No.: C06-04032 JW
    ADMINISTRATION IN ITS CAPACITY AS
13  RECEIVER FOR ASPEN VENTURES III, L.P.,      Case No.: C07-05350 JW

14                      Plaintiff,              **CERTIFICATE OF SERVICE RE
                                                RECEIVER'S RESPONSE TO ORDER
15          vs.                                 TO SHOW CAUSE RE ALTERNATIVE
                                                RECEIVER**
    REDLEAF GROUP, INC.,
16                                              Date:       July 7, 2008
                        Defendants.             Time:       9:00 a.m.
17                                              Location:   280 South First Street,
                                                            Courtroom 8, 4th Floor
18  REDLEAF GROUP, INC.,                                    San Jose, CA 95113
                                                Judge:      Hon. James Ware
19                      Third-Party Plaintiff,

20          vs.

21  ASPEN VENTURES MANAGEMENT III,
    LLC, a Delaware Limited Liability Company,
22  ALEXANDER P. CILENTO, a California
    resident, and DAVID CROCKETT, a California
23  resident, and DOES 1-10,

24  Third-Party Defendants.

25

26

27

28

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: 415-364-6700

1

**CERTIFICATE OF SERVICE BY MAIL**

I declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of Schnader Harrison Segal & Lewis LLP, and my business address is One Montgomery Street, Suite 2200 San Francisco, California 94104.

I served the following document:

**RECEIVER'S RESPONSE TO ORDER TO SHOW CAUSE RE ALTERNATIVE RECEIVER**

I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Postal Service, July 2, 2008, following the ordinary business practice; addressed as follows:

| | |
|---|---|
| Martin D. Teckler, Esq.<br>Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>1601 K Street, NW<br>Washington, D.C. 20006 | Matthew Ball<br>Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105 |
| Beverley Hazlewood Lewis<br>U.S. Small Business Administration<br>409 3rd Street, S.W., Suite 7200<br>Washington, D.C. 20416 | Jessica Grant<br>Taylor & Company, Law Offices, LLC<br>One Ferry Building, Suite 355<br>San Francisco, CA 94111 |
| William Orrick<br>Coblentz, Patch, Duffy & Bass, LLP<br>One Ferry Building, Suite 200<br>San Francisco, CA 94111 | Edwin Joe<br>Special Assistant U.S. Attorney<br>455 Market Street, 6th Floor<br>San Francisco, CA 94105 |

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on July 2, 2008, San Francisco, California.

/s/ Yolanda Johnson
Yolanda Johnson

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: 415-364-6700

2