UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

AMENDED CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** July 7, 2008 | **Court Reporter:** Summer Clanton |
| **Case No.:** C- 06-04032 JW | **Interpreter:** N/A |
| **Related Case No.:** 07-05350 JW | |

TITLE

C 06-04032-JW United States Of America v. Aspen Ventures III,L.P. and
C 07-05350-JW United States Small Business Administration v. Redleaf Group, Inc

**Attorney(s) for Plaintiff(s)**: Edwin Joe, Gregory Nuti (Receiver)
**Attorney(s) for Defendant(s)**: Matthew Ball

PROCEEDINGS

OSC re Appointment of Alternative Receiver.

ORDER AFTER HEARING

Hearing Held. The Court called the matter on the record. The Court took the matter under submission after oral argument. The Court to issue further order re Order to Show Cause.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: