**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

10  United States Small Business Administration,        NO. C 07-05350 JW

11                          Plaintiff,      **ORDER VACATING ORDER TO SHOW**
          v.                                **CAUSE RE: APPOINTMENT OF**
12                                          **ALTERNATIVE RECEIVER**
    Redleaf Group, Inc.,
13
                    Defendant, Third-Party Plaintiff,
14        v.

15  Aspen Ventures Management III LLC, et al.

16                    Third-Party Defendant.
                                                    /
17

18          Upon consideration, the Court finds that it is not necessary to appoint an alternative receiver

19  at this time.  Accordingly, the Court VACATES its Order to Show Cause re: Appointment of

20  Alternate Receiver.  (See Docket Item No. 118.)

21
    Dated:  September 18, 2008                    _____
22                                                JAMES WARE
                                                  United States District Judge
23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1   **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Beverley Elizabeth Hazlewood beverley.hazlewood@sba.gov
    Deirdre M. Digrande deirdre.digrande@klgates.com
3   Gregory Caesar Nuti gnuti@schnader.com
    Jessica L. Grant jgrant@tcolaw.com
4   Matthew Gordon Ball matthew.ball@klgates.com
    Nicholas George Campins ncampins@tcolaw.com
5   Stephen E. Taylor staylor@tcolaw.com
    William Horsley Orrick EfilingWHO@cpdb.com

6

7   **Dated:  September 18, 2008**                    **Richard W. Wieking, Clerk**

8

9                                                     **By:   /s/ JW Chambers**
                                                           **Elizabeth Garcia**
10                                                          **Courtroom Deputy**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28