**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States Small Business Administration, as Receiver for Aspen Ventures III, LP,<br><br>    Plaintiff,<br>  v.<br>Redleaf Group, Inc.,<br>    Defendant/Third-Party Plaintiff,<br>  v.<br>Aspen Ventures Management, LLC, et al.,<br>    Third-Party Defendants.<br>_____/ | NO. C 07-05350 JW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING STATUS CONFERENCE** |

On February 2, 2009, the parties are schedule to appear for a Case Management Conference. The parties timely filed a Joint Case Management Statement. (Docket Item No. 131.) In their Joint Statement, the parties represent that they are close to reaching settlement in this action. In light of the parties' representation, the Court finds that a Case Management Conference is not necessary at this time. Accordingly, the Court VACATES the February 2 Case Management Conference.

To provide the parties with sufficient time to reduce their settlement to a writing, the Court sets a Status Conference for **February 23, 2009 at 10:00 a.m.** On or before **February 13, 2009**, the parties shall file a Joint Statement updating the Court on their progress toward settlement.

In the event the parties settle the case prior to this time, the parties shall file a Stipulated Dismissal on or before **February 13, 2009** and the February 23 Conference will be vacated.

Dated:  January 28, 2009

                                              JAMES WARE
                                              United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Beverley Elizabeth Hazlewood beverley.hazlewood@sba.gov
Deirdre M. Digrande deirdre.digrande@klgates.com
Gregory Caesar Nuti gnuti@schnader.com
Jessica L. Grant jgrant@tcolaw.com
Jonathan Alan Patchen jpatchen@tcolaw.com
Matthew Gordon Ball matthew.ball@klgates.com
Stephen E. Taylor staylor@tcolaw.com
William Horsley Orrick EfilingWHO@cpdb.com


Dated:  January 28, 2009                              Richard W. Wieking, Clerk


                                                      By:     /s/ JW Chambers
                                                              Elizabeth Garcia
                                                              Courtroom Deputy