1  MATTHEW G. BALL (CA BAR 208881)
   **K&L GATES LLP**
2  4 Embarcadero Center, Suite 1200
   San Francisco, CA 94111
3  Tel: (415) 882-8200
   Fax: (415) 882-8220
4  matthew.ball@klgates.com

5  MARTIN D. TECKLER (*pro hac vice*)
   **K&L GATES LLP**
6  1601 K Street, NW
   Washington, DC 20006-1600
7  Tel: (202) 778-9000
   Fax: (202) 778-9100
8  martin.teckler@klgates.com

9  Attorneys for Defendant
10 REDLEAF GROUP, INC.

*IT IS SO ORDERED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures III, | Case No. C-07-05350 JW (PVT) |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR FILING THE AMENDED THIRD-PARTY COMPLAINT** |
| v. | |
| REDLEAF GROUP, INC., | |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10, | Complaint Filed: October 19, 2007<br>Trial Date: Not Set |
| Third-Party Defendants. | |

1    WHEREAS, the Court in its Order dated December 23, 2008, set January 23, 2009, as the
2    date by which Redleaf Group, Inc. was to file an Amended Third Party Complaint addressing the
3    issues discussed in the Court's order;
4    WHEREAS, the parties to this action are engaged in productive settlement talks, and wish to
5    conserve their resources;
6    WHEREAS, the parties agree to continue the deadline to file the Amended Third Party
7    Complaint from the current January 23, 2009, to February 13, 2009;
8    IT IS HEREBY STIPULATED by and between the U.S. Small Business Administration in its
9    capacity as Receiver for Aspen Ventures III, L.P., Redleaf Group, Inc. and Third Party Defendants
10   David Crockett, Alexander Cilento, and Aspen Ventures Management III, that the deadline to file the
11   Amended Third Party Complaint be continued from the current January 23, 2009, to February 13,
12   2009.

Respectfully submitted,

Dated: January 22, 2009                K&L GATES LLP

                                       By:  /s/  Matthew G. Ball
                                       Matthew G. Ball, Esq. (CA Bar 208881)
                                       (matthew.ball@klgates.com)

                                       Martin D. Teckler (*pro hac vice*)
                                       martin.teckler@klgates.com

                                       Attorneys for Defendant/Third-Party Plaintiff
                                       Redleaf Group, Inc.

| | |
|---|---|
| Dated: January 22, 2009 | SCHNADER HARRISON SEGAL & LEWIS, LLP |
| | By: /s/ Gregory Nuti |
| | Gregory Nuti |
| | GNuti@Schnader.com |
| | Attorney for Plaintiff |
| Dated: January 22, 2009 | TAYLOR & COMPANY LAW OFFICES, LLP |
| | By: /s/ Jessica L. Grant |
| | Jessica L. Grant |
| | jgrant@tcolaw.com |
| | Attorney for Third-Party Defendants David Crockett and Alexander Cilento |
| Dated: January 22, 2009 | COBLENTZ, PATCH, DUFFY & BASS, LLP |
| | By: /s/ William H. Orrick, III |
| | William H, Orrick, III |
| | WHO@cpdb.com |
| | Attorney for Third-Party Defendant Aspen Ventures Management III |

Good cause appearing, it is ORDERED that the deadline to file the Amended Third Party Complaint be continued from the current January 23, 2009, to February 13, 2009.

_____
Honorable James Ware
United States District Court Judge