MATTHEW G. BALL (CA BAR 208881)
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA  94111
Tel:   (415) 882-8200
Fax:   (415) 882-8220
matthew.ball@klgates.com

MARTIN D. TECKLER (*pro hac vice*)
**K&L GATES LLP**
1601 K Street, NW
Washington, DC  20006-1600
Tel:   (202) 778-9000
Fax:   (202) 778-9100
martin.teckler@klgates.com

Attorneys for Defendant
REDLEAF GROUP, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for Aspen Ventures III,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>REDLEAF GROUP, INC.,<br><br>　　Defendant and Third-Party Plaintiff,<br><br>　v.<br><br>ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10,<br><br>　　　　　Third-Party Defendants. | Case No. C-07-05350 JW (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR FILING THE AMENDED THIRD-PARTY COMPLAINT**<br><br>Complaint Filed:　October 19, 2007<br>Trial Date:　　　　Not Set |

1

1  WHEREAS, the Court in its Order dated December 23, 2008, set January 23, 2009 as the date by which Redleaf Group, Inc. was to file an Amended Third Party Complaint addressing the issues discussed in the Court's order;

4  WHEREAS, by Stipulation and Order dated January 22, 2009, the parties agreed to continue the deadline to file the Amended Third Party Complaint to February 13, 2009;

6  WHEREAS, the parties to this action continue to engage in productive settlement talks, and wish to conserve their resources;

8  WHEREAS, the parties agree to further continue the deadline to file the Amended Third Party Complaint from the current February 13, 2009 to March 2, 2009;

10  IT IS HEREBY STIPULATED by and between the U.S. Small Business Administration in its capacity as Receiver for Aspen Ventures III, L.P., Redleaf Group, Inc. and Third Party Defendants David Crockett, Alexander Cilento, and Aspen Ventures Management III, that the deadline to file the Amended Third Party Complaint be continued to March 2, 2009.

Respectfully submitted,

Dated:  February 10, 2009          K&L GATES LLP

By:   /s/  Matthew G. Ball
Matthew G. Ball, Esq. (CA Bar 208881)
(matthew.ball@klgates.com)

Martin D. Teckler (*pro hac vice*)
martin.teckler@klgates.com

Attorneys for Defendant/Third-Party Plaintiff
Redleaf Group, Inc.

| | | |
|---|---|---|
| 1 | Dated: February 10, 2009 | SCHNADER HARRISON SEGAL & LEWIS, LLP |
| 2 | | |
| 3 | | By: /s/ Gregory Nuti |
| 4 | | Gregory Nuti  GNuti@Schnader.com |
| 5 | | |
| 6 | | Attorney for Plaintiff |
| 7 | Dated: February 10, 2009 | TAYLOR & COMPANY LAW OFFICES, LLP |
| 8 | | |
| 9 | | By: /s/ Jessica L. Grant |
| 10 | | Jessica L. Grant  jgrant@tcolaw.com |
| 11 | | |
| 12 | | Attorney for Third-Party Defendants David Crockett and Alexander Cilento |
| 13 | | |
| 14 | Dated: February 10, 2009 | COBLENTZ, PATCH, DUFFY & BASS, LLP |
| 15 | | |
| 16 | | By: /s/ William H. Orrick, III |
| 17 | | William H, Orrick, III  WHO@cpdb.com |
| 18 | | |
| 19 | | Attorney for Third-Party Defendant Aspen Ventures Management III |

20  Good cause appearing, it is ORDERED that the deadline to file the Amended Third Party
21  Complaint be continued to March 2, 2009.

24  Dated: February 17, 2009

_____
Honorable James Ware
United States District Court Judge