IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States Small Business Administration, in its Capacity as Receiver for Aspen Ventures III, L.P., | NO. C 07-05350 JW |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Redleaf Group, Inc., | |
| Defendant, | |
| v. | |
| Aspen Ventures Management III, LLC, et al., | |
| Third-Party Defendants | |

On February 23, 2009, the parties are scheduled to appear for a Case Management Conference. The parties timely filed a Joint Case Management Statement. (Docket Item No. 137.) In their Joint Statement, the parties represent that they are close to reaching settlement and have a settlement meeting scheduled for February 19. Accordingly, the parties request that the Case Management Conference be continued by thirty days.

In light of this representation, the Court CONTINUES the February 23 Case Management Conference to **March 30, 2009 at 10 a.m.** On or before **March 20, 2009**, the parties shall file their Stipulated Dismissals. In the event that the parties are unable to file the appropriate dismissals on that date, the parties shall file a further Joint Statement, updating the Court on their progress toward

settlement and providing the Court with an estimate as to the additional time they will need to reduce their settlement to a writing.

Dated:  February 19, 2009

_____
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Beverley Elizabeth Hazlewood beverley.hazlewood@sba.gov
Courtney Shaw Huizar EfilingCSH@cpdb.com
Deirdre M. Digrande deirdre.digrande@klgates.com
Gregory Caesar Nuti gnuti@schnader.com
Jessica L. Grant jgrant@tcolaw.com
Jonathan Alan Patchen jpatchen@tcolaw.com
Matthew Gordon Ball matthew.ball@klgates.com
Stephen E. Taylor staylor@tcolaw.com
William Horsley Orrick EfilingWHO@cpdb.com

**Dated: February 19, 2009**          **Richard W. Wieking, Clerk**

**By:     /s/ JW Chambers**
           **Elizabeth Garcia**
           **Courtroom Deputy**