Gregory C. Nuti (Bar No. 151754)
Schnader Harrison Segal & Lewis LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Beverley Hazelwood Lewis
Trial Attorney, Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W., Seventh Floor
Washington, D.C. 20416
Telephone (202) 205-6857
Facsimile (202) 481-0325

Attorneys for Plaintiff,
United States Small Business Administration
in its capacity as Receiver for Aspen Ventures III, L.P.

*IT IS SO ORDERED*

*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION IN ITS CAPACITY AS RECEIVER FOR ASPEN VENTURES III, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>REDLEAF GROUP, INC.,<br><br>Defendants.<br><br>REDLEAF GROUP, INC.,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10,<br><br>Third-Party Defendants. | Case No. C07-05350 JW PVT<br><br>**ORDER CONTINUING STATUS CONFERENCE RE: SETTLEMENT**<br><br>Date: March 30, 2009<br>Time: 10:00 a.m.<br>Location:<br>280 South First Street,<br>Courtroom 8, 4th Floor<br>San Jose, CA<br>Judge: Honorable James Ware |

1  Plaintiff the United States Small Business Administration ("SBA") in its capacity
2  as Receiver for Aspen Ventures III, L.P. ("Aspen Ventures"), defendant and third party plaintiff
3  Redleaf Group, Inc. ("Redleaf"), and third party defendants Aspen Ventures Management III,
4  LLC, a Delaware Limited Liability Company ("AVM"), Alexander P. Cilento ("Cilento"), and
5  David Crockett ("Crockett")[1], hereby submit their Joint Statement Updating the Court on the
6  Progress Towards Settlement, in accordance with the Court's Order dated February 19, 2009.

7  On February 19, 2009, this Court issued an Order Continuing Case Management
8  Conference (Dkt. 139) that continued the Case Management Conference set for February 19,
9  2009, to March 30, 2009, and ordered the parties to file by March 20, 2009, either Requests for
10 Dismissal or a further joint statement updating the Court on the progress toward settlement and
11 providing the Court with an estimate of the amount of time needed to reduce the settlement to
12 writing.

13 The parties have exchanged drafts of a proposed settlement agreement.  The
14 parties believe that they will need an additional three weeks to completely reduce their settlement
15 to writing.

16 Dated: March 20, 2009                    SCHNADER HARRISON SEGAL & LEWIS LLP

18                                          By:  /s/ Gregory C. Nuti
                                                 Gregory C. Nuti
19                                               Attorneys for Plaintiff, the United States
                                                 Small Business Administration in its
20                                               capacity as Receiver for Aspen Ventures
21                                               III, L.P.

23 Dated: March 20, 2009                    K&L GATES LLP

---

[1] AVM, Crockett and Cilento are collectively referred to as the "3rd Party Defendants".

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: 415-364-6700

|   |   |
|---|---|
|   | By: /s/ Matthew Ball |
|   | Matthew Ball |
|   | Attorneys for Defendant and 3rd Party Plaintiff Redleaf Group, Inc. |
| Dated: March 20, 2009 | TAYLOR & COMPANY LAW OFFICES, LLP |
|   | By: /s/ Jessica L. Grant |
|   | Jessica L. Grant |
|   | Attorneys for 3rd Party Defendants David Crockett and Alexander Cilento |
| Dated: March 20, 2009 | COBLENTZ, PATCH, DUFFY & BASS, LLP |
|   | By: /s/ William Orrick, III |
|   | William Orrick, III |
|   | Attorneys for 3rd Party Defendant Aspen Ventures Management |

**\*\*\* ORDER \*\*\***

For good cause shown, the Court continues the Status Conference re: Settlement currently set for March 30, 2009 to **April 27, 2009 at 10 a.m.** On or before **April 17, 2009**, the parties shall file their Stipulated Dismissals. In the event that the parties are unable to file the appropriate dismissals on that date, the parties shall file a further Joint Statement, updating the Court on their progress toward settlement and providing the Court with an estimate as to the additional time they will need to reduce their settlement to a writing.

Dated: March 25, 2009

_____
JAMES WARE
United States District Court

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: 415-364-6700

PHDATA 3064870_1                                  UPDATED JOINT CMC STATEMENT