IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States Small Business Administration, | NO. C 07-05350 JW |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Redleaf Group, Inc., | |
| Defendant. | |
| v. | |
| Aspen Ventures Management III, LLC, et al., | |
| Third-Party Defendants. | |

On April 27, 2009, the parties are scheduled to appear for a case management conference. In advance of the April 27 conference, the parties submitted a Joint Case Management Statement. (Docket Item No. 142.) In their Joint Statement, the parties represent that they have moved closer to reaching a final settlement than at the time of their last report to the Court. In light of the parties' representation with respect to the proximity of a settlement, the Court finds good cause to continue the April 27 conference.

Accordingly, the April 27, 2009 case management conference is CONTINUED to **June 1, 2009 at 10:00 a.m.** On or before **May 22, 2009**, the parties shall file a Joint Case Management Statement updating the Court on their progress toward reducing their settlement to a writing.

Dated: April 23, 2009

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Beverley Elizabeth Hazlewood beverley.hazlewood@sba.gov
Courtney Shaw Huizar EfilingCSH@cpdb.com
3  Deirdre M. Digrande deirdre.digrande@klgates.com
Gregory Caesar Nuti gnuti@schnader.com
4  Jessica L. Grant jgrant@tcolaw.com
Jonathan Alan Patchen jpatchen@tcolaw.com
5  Matthew Gordon Ball matthew.ball@klgates.com
Stephen E. Taylor staylor@tcolaw.com
6  William Horsley Orrick EfilingWHO@cpdb.com

**Dated: April 23, 2009**                    **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**