1  MATTHEW G. BALL (SBN 208881)
   K&L GATES LLP
2  4 Embarcadero Center, Suite 1200
   San Francisco, CA 94111
3  Telephone: (415) 882-8200
   Facsimile:  (415) 882-8220
4  E-mail: matthew.ball@klgates.com

5  MARTIN D. TECKLER (*Pro Hac Vice*)
   K&L GATES LLP
6  1601 K Street, NW
   Washington, DC 20006-1600
7  Telephone:  (202) 778-9000
   Facsimile:   (202) 778-9100
8  E-mail: martin.teckler@klgates.com

9  Attorneys for Third Party Plaintiff
   REDLEAF GROUP, INC.
10
   [Additional Counsel Listed on Signature Page]
11

12               UNITED STATES DISTRICT COURT

13        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

14

15  UNITED STATES SMALL BUSINESS          Case No. C07-05350 JW PVT
    ADMINISTRATION IN ITS CAPACITY AS
16  RECEIVER FOR ASPEN VENTURES III, L.P.,
                                          **STIPULATION OF VOLUNTARY**
17         Plaintiff,                     **DISMISSAL WITH PREJUDICE OF**
                                          **THIRD-PARTY DEFENDANT ASPEN**
18  v.                                    **VENTURES MANAGEMENT III AND**
                                          **[PROPOSED] ORDER**
19  REDLEAF GROUP, INC.,

20         Defendants.

21  REDLEAF GROUP, INC.,

22         Third Party Plaintiff,

23  v.

24  ASPEN VENTURES MANAGEMENT III,
    LLC, a Delaware Limited Liability Company,
25  ALEXANDER P. CILENTO, a California
    resident, and DAVID CROCKETT, a California
26  resident, and DOES 1-10,

27         Third Party Defendants.

28

1    Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 66, Defendant and Third

2    Party Plaintiff Redleaf Group, Inc., Plaintiff the United States Small Business Administration in

3    its capacity as Receiver for Aspen Ventures III, L.P., Third Party Defendants Aspen Ventures

4    Management III, LLC, Alexander P. Cilento, and David Crockett hereby agree and stipulate that

5    Third Party Defendant Aspen Ventures Management III, LLC is dismissed with prejudice from the

6    above-captioned action.

7

8    Dated: April 29, 2009                    K&L GATES LLP

9

10                                            By:_____/s/ Matthew G. Ball_____

11                                               Matthew G. Ball
                                                 Attorneys for Defendant and Third Party
12                                               Plaintiff Redleaf Group, Inc.

13

14

15   Dated: April 29, 2009                    COBLENTZ, PATCH, DUFFY & BASS, LLP

16

17                                            By:_____/s/_____

18                                               William H. Orrick, III
                                                 Attorneys for Third Party Defendant
19                                               Aspen Ventures Management III, LLC

20

21

22   Dated: April 29, 2009                    SCHNADER HARRISON SEGAL & LEWIS LLP

23

24                                            By:_____/s/_____

25                                               Gregory C. Nuti
                                                 Attorneys for Plaintiff, the United States
26                                               Small Business Administration in its
                                                 capacity as Receiver for Aspen Ventures III,
27                                               L.P.

28

1.
STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF THIRD-PARTY DEFENDANT
ASPEN VENTURES MANAGEMENT III AND [PROPOSED] ORDER: CASE NO. C07-05350 JW PVT

1    Dated: April 29, 2009                    TAYLOR & COMPANY LAW OFFICES, LLP

2

3                                             By:_____/s/_____

4                                                   Jessica L. Grant
                                                    Attorneys for Third Party Defendants
5                                                   David Crockett and Alexander Cilento

6

7

8    **PURSUANT TO THE STIPULATION, IT IS SO ORDERED**.

9

10   Dated:  May 12, 2009

11

12

13   _____

14   Honorable James Ware
     United States District Court Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF THIRD-PARTY DEFENDANT
ASPEN VENTURES MANAGEMENT III AND [PROPOSED] ORDER: CASE NO. C07-05350 JW PVT