Gregory C. Nuti (Bar No. 151754)
Schnader Harrison Segal & Lewis LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Beverley Hazelwood Lewis
Trial Attorney, Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W., Seventh Floor
Washington, D.C. 20416
Telephone (202) 205-6857
Facsimile (202) 481-0325

Attorneys for Plaintiff,
United States Small Business Administration
in its capacity as Receiver for Aspen Ventures III, L.P.

*IT IS SO ORDERED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION IN ITS CAPACITY AS RECEIVER FOR ASPEN VENTURES III, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> REDLEAF GROUP, INC., <br><br> Defendants. <br><br> REDLEAF GROUP, INC., <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> ASPEN VENTURES MANAGEMENT III, LLC, a Delaware Limited Liability Company, ALEXANDER P. CILENTO, a California resident, and DAVID CROCKETT, a California resident, and DOES 1-10, <br><br> Third-Party Defendants. | Case No. C07-05350 JW PVT <br><br> **STIPULATION OF DISMISSAL AND RETENTION OF JURISDICTION BY THE COURT TO ENFORCE SETTLEMENT AGREEMENT AND [PROPOSED] ORDER** |

1

Plaintiff the United States Small Business Administration ("SBA") in its capacity as Receiver ("Receiver") for Aspen Ventures III, L.P. ("Aspen"), defendant and third party plaintiff Redleaf Group, Inc. ("Redleaf"), and third party defendants Alexander P. Cilento ("Cilento"), and David Crockett ("Crockett")[1] hereby agree to dismiss the above captioned proceeding pursuant to Federal Rules of Civil Procedure 41 and 66 based upon the following:

1. The Receiver, Redleaf, Cilento and Crockett (collectively, "Parties") have executed a Settlement Agreement and Mutual Release of Claims ("Settlement Agreement") resolving the above captioned matter.

2. The Settlement Agreement provides that this Court shall retain jurisdiction to enforce the terms of the Settlement Agreement as to certain issues related solely to the Receiver's settlement with Redleaf.

3. Under the Terms of the Settlement Agreement, the Receiver has agreed to accept certain representations from Redleaf and payments over time from Redleaf. The Parties agree in the event Redleaf defaults on its obligations under the Settlement Agreement, the Receiver upon *ex parte* application to this Court may seek to reopen this matter for the purpose of enforcing the terms of the Settlement Agreement solely against Redleaf and/or entering a judgment solely against Redleaf in the form and amount as agreed upon in the Settlement Agreement, less any payments actually received pursuant to the Settlement Agreement. Any enforcement of the Settlement Agreement or reopening of this matter by the Receiver shall be as to Redleaf only and not as to Cilento and Crockett, provided that Cilento and Crockett have paid their $80,000 settlement payment to the Receiver as specified in Section 2(a)(ii) of the Settlement Agreement.

//

---

[1] The only other third party defendant Aspen Ventures Management III, LLC, a Delaware Limited Liability Company has already been dismissed from these proceedings.

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: 415-364-6700

Therefore, the Parties agree to dismiss the above captioned matter with prejudice to the claims and defenses asserted therein, but without prejudice to the Receiver enforcing its rights solely against Redleaf under the terms of the Settlement Agreement.

Dated: May 18, 2009           SCHNADER HARRISON SEGAL & LEWIS LLP

                              By:  /s/ Gregory C. Nuti
                                   Gregory C. Nuti
                                   Attorneys for Plaintiff, the United States
                                   Small Business Administration in its
                                   capacity as Receiver for Aspen Ventures
                                   III, L.P.

Dated: May 18, 2009           K&L GATES LLP


                              By:  /s/ Martin D. Teckler
                                   Martin D. Teckler
                                   Attorneys for Defendant and 3rd Party
                                   Plaintiff Redleaf Group, Inc.

Dated: May 18, 2009           TAYLOR & COMPANY LAW OFFICES, LLP


                              By:  /s/ Jessica L. Grant
                                   Jessica L. Grant
                                   Attorneys for 3rd Party Defendants
                                   David Crockett and Alexander Cilento


**PURSUANT TO THE STIPULATION, IT IS SO ORDERED**.

Dated: May 19, 2009

  The Clerk shall close this file.

_____
Honorable James Ware
United States District Court Judge

3

STIPULATION FOR DISMISSAL